# EXHIBIT 2

Fully Redacted