# EXHIBIT 3



amazon
Deliver to Aoyu Miami 33133
All | Search Amazon
EN
Hello, Albert Account & Lists
Returns & Orders
0

☰ All | Rufus | Join Prime | Holiday Gifts | Same-Day Delivery | Amazon Haul | Gift Cards | Medical Care | Amazon Basics | Customer Service | Buy Again

**Amazon Fashion** | Women | Men | Kids | Luggage | Sales & Deals | New Arrivals | Amazon Brands | Amazon Luxury

Clothing, Shoes & Jewelry › Boys › Accessories › Sunglasses



Visit the SEKKAF Store

# Kids Sunglasses Youth Baseball Sunglasses for Boys Girls Softball Sports Sun Glasses UV Protection

4.6 ★★★★☆ (245) | Search this page

**1K+ bought** in past month

$9.99

Price history

FREE Returns ⌄

Color: **Pink**

 $9.99    $9.99    $9.99

 $9.99    $9.99

‹ Previous | 1 | 2 | 3 | Next ›

Lens Width: **63 Millimeters**

## Product details

| | |
|---|---|
| Care instructions | Clean with a soft cloth and store in the provided carrying pouch. |
| Origin | Imported |

## About this item

- KIDS BASEBALL SUNGLASSES - fashion polycarbonate frames, enhancing the youthful style of teenagers. The wrap-around design offers better eye protection, providing a broader field of vision while effectively shielding the eyes from dust, wind, and other elements, ensuring comprehensive eye protection. Suitable for kids aged 6-12.
- HIGH-QUALITY MATERIAL - These kids sunglasses carefully designed, lightweight, comfortable, and durable. Perfectly enveloping a child's eyes, protecting their vision during their growth. Each pair of sunglasses comes with a carrying pouch, making it convenient for on-the-go use.

⌄ See more

🖳 Report an issue with this product or seller

✧ **Ask Rufus**

Are these sunglasses polarized?

Do they come with a strap?

Can they be worn over prescription glasses?

Ask something else

 prime

Enjoy fast, free delivery, exclusive deals, and award-winning movies & TV shows.

Join Prime

$9.99

FREE delivery **Monday, December 29** on orders shipped by Amazon over $35

Or Prime members get FREE delivery **Tomorrow, December 23**. Join Prime

**Arrives 2 days before Christmas**

⊙ Deliver to Aoyu - Miami 33133

**In Stock**

Quantity: 1 ⌄

Add to Cart

Buy Now

Ships from | Amazon
Sold by | SEKKAF
Returns | FREE refund/replacement until Jan 31, 2026
Gift options | Available at checkout

⌄ See more

Add to List



## Related to items you've viewed   See more

Page 1 of 4

‹                                                                ›



**SEKKAF Youth Baseball Sunglasses for Boys Girls Age 6-12 Softball Cycling Sports Sunglasses for…**
★★★★☆ 177
#1 Best Seller
$8⁹⁹
Get it as soon as **Monday, Dec 29**
FREE Shipping on orders over $35 shipped by Amazon

**FEISEDY Kids Teens Baseball Polarized Sunglasses Sports TR90 Frame Boys Girls Cycling B2454**
★★★★☆ 4,338
$14²⁵-$22⁹⁸

**CMBJJU Kids Sunglasses,Youth Baseball Glasses for Boys Girls Age 6-14,Sports UV Protection Goggles**
★★★★☆ 170
$8⁹⁹-$29⁹⁹

**Kegrimi Kids Baseball Polarized Sunglasses: Sports Sunglasses for Boys Girls 3-12 Youth S…**
★★★★☆ 376
#1 Best Seller
-58% $9⁹⁹
List Price: $23.99
Get it as soon as **Monday, Dec 29**
FREE Shipping on orders over $35 shipped by Amazon

**DUCO Kids Sunglasses Youth Baseball Sun Glasses Lightweight TR90 Frame UV400 Sports Cycling Shades for Boys Girls DK268**
★★★★☆ 2,119
$23⁹⁸

**CMBJJU 3PACK Kids Sunglasses for 6-14 Boys Girls, Youth Baseball and Cycling UV400 Protection Goggles**
★★★★☆ 468
$17⁹⁹-$29⁹⁹

## 🔵 Looking for specific info?



Ask Rufus or search reviews and Q&A

- Are these sunglasses polarized?
- Do they come with a strap?
- Can they be worn over prescription glasses?
- What is the frame made of?
- Are they impact resistant?

## Product description







THE BEST
COMPANION

100% UV Protection



NOT SQUINTING

USE OUR SUPER COMFORTABLE SUNGLASSES TO LET YOUR CHILD PLAY, EXPLORE, AND STAY SAFE

## Product Videos



**Elviras Amazon Finds**  Earns commissions
Such a cool kids sunglasses! Full coverage of eyes!



SEKKAF Kids Sunglasses Youth Baseball Sunglasses for Boys Girls Softball…
★★★★☆ 245
$9⁹⁹

### Videos for this product







**Kids youth sunglasses**
Katie



**SEKKAF Youth Baseball Sunglasses for Boys Girls A**
Beautiful Chaos



**Up-close look at these sporty glasses for my 8 year old!**
Marie Juice



**How these sunglasses fit**
Louise Wheeler



**Review- Kids Sport Sunglasses**
Taylor Stowe

## Product details

**Package Dimensions :**  6.42 x 2.83 x 1.77 inches; 2.09 ounces

**Department :**  unisex-child

**Date First Available :**  September 12, 2025

**ASIN :**  B0FQVC7HQY

**Product Warranty:** For warranty information about this product, please click here

**Best Sellers Rank:** #6,768 in Clothing, Shoes & Jewelry (See Top 100 in Clothing, Shoes & Jewelry)
   #2 in Boys' Sunglasses

**Customer Reviews:** 4.6 ★★★★½ ⌄ (245)

## Similar brands on Amazon

Sponsored ⓘ

Page 1 of 2



Smasrob Youth Baseball Bag for T Ball, Rec and Travel Ball, Softball Bag with…
4.7 ★★★★½ 71
$14.99



Kashm Youth Baseball Sunglasses for Boys Girls Softball Cycling Sports…
4.6 ★★★★½ 35
$16.98

---

## Customer reviews

★★★★½  4.6 out of 5

245 global ratings

| | | |
|---|---|---|
| 5 star | | 81% |
| 4 star | | 8% |
| 3 star | | 7% |
| 2 star | | 1% |
| 1 star | | 3% |

How customer reviews and ratings work ⌄

## Review this product

Share your thoughts with other customers

Write a customer review

## Customers say

Customers find these sunglasses perfect for kids on the field, with a great fit, cute appearance, and good value for money. They are durable, with one customer noting the lenses haven't scratched, and customers like the color choices. The size receives mixed feedback - while some find them perfect for 7-year-olds, others say they're way smaller than advertised. Customers appreciate their wearability, with one mentioning they're great for outdoor youth sports.

ai  Generated from the text of customer reviews

**Select to learn more**

✓ Sunglasses quality  │  ✓ Fit  │  ✓ Looks  │  ✓ Value for money  │  ✓ Durability  │  ✓ Wearability  │
✓ Color variety  │  — Size

### Reviews with images

See all photos ›



---

## Top reviews from the United States

 McAmo

★★★★★ **Great 3 pack!**

Reviewed in the United States on November 7, 2025

Color: Black/Green  │  Lens Width: 63 Millimeters  │  **Verified Purchase**

These are exactly as described. My 5 year old loves them and the variety of colors. They fit perfectly , look super cool, and have with stood everything a 5 year old can throw at it. He's brought them to school a few times and they've come back unscathed. I love when anything is sold in a pack so this 3 pack is a great value!

One person found this helpful

Helpful | Report

Amazon Customer

★★★★★ **Cute sunnies!**

Reviewed in the United States on November 8, 2025

Color: Pink | Lens Width: 63 Millimeters | Verified Purchase

Cite sunnies for kiddos! Price is great in case they lose or break them but still very stylish. Color choices were great. Seem very durable!

Helpful | Report

Kendi

★★★★★ **Kids Sunglasses**

Reviewed in the United States on November 17, 2025

Color: Black/Green | Lens Width: 63 Millimeters | Verified Purchase

These are a great gift for any boy. They look very cool and are durable enough to withstand a young boys backpack 🤣 they look high end with a low price point

Helpful | Report

Melissa

★★★★★ **Good value**

Reviewed in the United States on November 18, 2025

Color: Black/Red | Lens Width: 63 Millimeters | Verified Purchase

Good value and my son loves these. He looks cute and it's great for him when he's outside or playing baseball. Good value. He's 6 for reference and they fit perfectly.

Helpful | Report

Lauren D.

★★★★★ **Cool Glasses!**

Reviewed in the United States on December 2, 2025

Color: Black/Green | Lens Width: 63 Millimeters | Verified Purchase

My 4 yr old son loves these glasses. He looks and feels super cool in them!

Helpful | Report

Annie Lester

★★★★☆ **Love these!**

Reviewed in the United States on July 29, 2025

Color: Black/Blue | Lens Width: 63 Millimeters | Verified Purchase

Sunglasses fit my 9 year old well. not tight and did not fall off face. Will buy another pair!

Helpful | Report

Mary K. Spiggle

★★★★★ **Pleased with Sunglasses, delivered!**

Reviewed in the United States on November 20, 2025

Color: Black/Blue | Lens Width: 63 Millimeters | Verified Purchase

Great for a 7 year old & reasonably priced.

Helpful | Report

Donna Ahmed

★★★☆☆ **Fit small**

Reviewed in the United States on October 17, 2025

Color: White/Blue | Lens Width: 63 Millimeters | Verified Purchase

Fit was to small for 8 year old boy

Helpful | Report

**See more reviews ›**

Back to top

## Get to Know Us

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

## Make Money with Us

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

## Amazon Payment Products

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

## Let Us Help You

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Recalls and Product Safety Alerts

Registry & Gift List

Help



English ⇕    🇺🇸 United States

| Amazon Music<br>Stream millions of songs | Amazon Ads<br>Reach customers wherever they spend their time | 6pm<br>Score deals on fashion brands | AbeBooks<br>Books, art & collectibles | ACX<br>Audiobook Publishing Made Easy | Sell on Amazon<br>Start a Selling Account | Veeqo<br>Shipping Software Inventory Management |
| --- | --- | --- | --- | --- | --- | --- |
| Amazon Business<br>Everything For Your Business | Amazon Fresh<br>Groceries & More Right To Your Door | AmazonGlobal<br>Ship Orders Internationally | Home Services<br>Experienced Pros Happiness Guarantee | Amazon Web Services<br>Scalable Cloud Computing Services | Audible<br>Listen to Books & Original Audio Performances | Box Office Mojo<br>Find Movie Box Office Data |
| Goodreads<br>Book reviews & recommendations | IMDb<br>Movies, TV & Celebrities | IMDbPro<br>Get Info Entertainment Professionals Need | Kindle Direct Publishing<br>Indie Digital & Print Publishing Made Easy | Amazon Photos<br>Unlimited Photo Storage Free With Prime | Prime Video Direct<br>Video Distribution Made Easy | Shopbop<br>Designer Fashion Brands |
| Amazon Resale<br>Great Deals on Quality Used Products | Whole Foods Market<br>America's Healthiest Grocery Store | Woot!<br>Deals and Shenanigans | Zappos<br>Shoes & Clothing | Ring<br>Smart Home Security Systems | eero WiFi<br>Stream 4K Video in Every Room | Blink<br>Smart Security for Every Home |
| | Neighbors App<br>Real-Time Crime & Safety Alerts | Amazon Subscription Boxes | PillPack<br>Pharmacy Simplified | Amazon Renewed<br>Like-new products you can trust | Amazon Luna | |

Top subscription
boxes – right to
your door

Video games from
the cloud,
no console
required

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates

amazon  Deliver to Aoyu Miami 33133   All ▾   Search Amazon   🔍   EN   Hello, Albert Account & Lists ▾   Returns & Orders   🛒 0

☰ All   😊 Rufus   Join Prime   Holiday Gifts   Same-Day Delivery   Amazon Haul   Gift Cards ▾   Medical Care ▾   Amazon Basics   Customer Service   Buy Again

Amazon Fashion   Women   Men   Kids   Luggage   Sales & Deals   New Arrivals   Amazon Brands   Amazon Luxury

Clothing, Shoes & Jewelry › Girls › Accessories › Sunglasses



  

  



**Visit the SEKKAF Store**

# Youth Baseball Sunglasses for Boys Girls Age 6-12 Softball Cycling Sports Sunglasses for Kids Lightweight Frame

4.6 ★★★★☆ ▾ (177)   |   Search this page

**#1 Best Seller** in Girls' Sunglasses

**8K+ bought** in past month

$8.⁹⁹

Price history

FREE Returns ▾

Color: **S08-red**

 

| | | |
|---|---|---|
| $8.99 | $9.99 | $9.99 |
| $9.99 | $9.99 | $9.99 |
| $9.99 | | |

‹ Previous   1   2   Next ›

## Product details

| | |
|---|---|
| Care instructions | Clean with a soft, dry cloth. Store in a protective case when not in use. |
| Origin | Imported |

## About this item

- KIDS BASEBALL SUNGLASSES - fashion polycarbonate frames, enhancing the youthful style of teenagers. The wrap-around design offers better eye protection, providing a broader field of vision while effectively shielding the eyes from dust, wind, and other elements, ensuring comprehensive eye protection. Suitable for kids aged 6-12.
- HIGH-QUALITY MATERIAL - These kids sunglasses carefully designed, lightweight, comfortable, and durable. Perfectly enveloping a child's eyes, protecting their vision during their growth. Each pair of sunglasses comes with a carrying pouch, making it convenient for on-the-go use.

˅ See more

**Customers usually keep this item**
*This product has fewer returns than average compared to similar products.*

⚠ Report an issue with this product or seller

✦ **Ask Rufus**

Are these sunglasses polarized?

Do they come with a strap?

Can they be worn for cycling?   Ask something else

 prime

Enjoy fast, free delivery, exclusive deals, and award-winning movies & TV shows.

Join Prime

$8.⁹⁹

FREE delivery **Monday, December 29** on orders shipped by Amazon over $35

**Arrives after Christmas. Need a gift sooner?** Send an Amazon Gift Card today by email or text message.

📍 Deliver to Aoyu - Miami 33133

**In Stock**

Quantity: 1 ▾

Add to Cart

Buy Now

| | |
|---|---|
| Ships from | Amazon |
| Sold by | SEKKAF |
| Returns | FREE refund/replacement until Jan 31, 2026 |
| Customer service | Amazon |

˅ See more

Add to List

**Related to items you've viewed** See more

Page 1 of 4 ⋮

    

SEKKAF Kids Sunglasses Youth Baseball Sunglasses for Boys Girls Softball Sports Sun Glasses UV Protection

★★★★☆ 245

$9⁹⁹

Get it as soon as **Monday, Dec 29**

FREE Shipping on orders over $35 shipped by Amazon

FEISEDY Kids Teens Baseball Polarized Sunglasses Sports TR90 Frame Boys Girls Cycling B2454

★★★★☆ 4,338

$17⁰⁸-$23⁹⁸

Kegrimi Kids Baseball Polarized Sunglasses: Sports Sunglasses for Boys Girls 3-12 Youth S…

★★★★☆ 376

**#1 Best Seller**

-58% $9⁹⁹

List Price: $23.99

Get it as soon as **Monday, Dec 29**

FREE Shipping on orders over $35 shipped by Amazon

SEKKAF Youth Baseball Sunglasses Kids Sports Sunglasses for Boys Girls Softball Cycling Glasses UV400 Protection

★★★★☆ 329

$16⁹⁹-$19⁹⁹

DUCO Kids Sunglasses Youth Baseball Sun Glasses Lightweight TR90 Frame UV400 Sports Cycling Shades for Boys Girls DK268

★★★★☆ 2,119

$23⁹⁸

TURBOPEP 3 Pack Kids Polarized Sunglasses - Youth Baseball Sunglasses for Boys Girls Age 3-12 Sports UV Protection Goggles

★★★★☆ 702

$15⁹⁹-$29⁹⁹

# From the brand

SEKKAF

   

Shop

Shop

Shop

SEKKAF Kids Sunglasses Yout Baseball Sunglasses for Boys

$9⁹⁹

Shop now

## ✦ Looking for specific info?

Ask Rufus or search reviews and Q&A

Are these sunglasses polarized?    Do they come with a strap?    Can they be worn for cycling?    Are they shatterproof?

Do they have adjustable nose pads?

# Product description







## Product Videos



## Product details

**Package Dimensions** : 6.42 x 2.83 x 1.77 inches; 2.09 ounces

**Department** : unisex-child

**Date First Available** : September 17, 2025

**ASIN** : B0FRGB6T71

**Product Warranty:** For warranty information about this product, please click here

**Best Sellers Rank:** #1,087 in Clothing, Shoes & Jewelry (See Top 100 in Clothing, Shoes & Jewelry)
 #1 in Girls' Sunglasses

**Customer Reviews:** 4.6 ★★★★☆ (177)

## Similar brands on Amazon

Page 1 of 3

Sponsored




# Customer reviews

 4.6 out of 5

177 global ratings

| | | |
|---|---|---|
| 5 star | ████████ | 79% |
| 4 star | ██ | 13% |
| 3 star | | 4% |
| 2 star | | 2% |
| 1 star | | 2% |

How customer reviews and ratings work ⌄

---

## Review this product

Share your thoughts with other customers

Write a customer review

## Customers say

Customers find these sunglasses perfect for kids, particularly baseball players, and appreciate their great fit, durability, and sun protection that keeps the sun out of their eyes. The sunglasses come in a 3-pack with an array of colors and offer good value for the price. Customers like their style, with one noting they look expensive.

ai. Generated from the text of customer reviews

**Select to learn more**

✓ Age range   | ✓ Quality   | ✓ Value for money   | ✓ Durability   | ✓ Fit   | ✓ Style |
✓ Color variety   | ✓ Sun protection

## Reviews with images

See all photos ›






---

## Top reviews from the United States

**CassNels**

 **Perfect sunglasses**

Reviewed in the United States on November 6, 2025

**Verified Purchase**

Perfect for kids and cant best the price on 3 pairs. Durable and doesn't scratch easily.

Helpful    |    Report

**KitKat**

 **Great fit for little kids**

Reviewed in the United States on August 19, 2025

**Verified Purchase**

I really like these sunglasses. They fit my kids, ages 4 and 8, well and are sturdy. My kids enjoyed the fun colors and both said they were more comfortable than other glasses we have.

Helpful    |    Report

**roxy**

 **perfect for price**

Reviewed in the United States on December 13, 2025

**Verified Purchase**

great glasses for the price. Bought fir my granddaughter for softball. They kept the sun out of her eyes soo dhe could play her best game!

Helpful    |    Report

**VS**

 **Good for the price, fit my 10 yo well**

Reviewed in the United States on October 28, 2025

Color: S08-red   |   **Verified Purchase**

They feel thin and cheap, but for the price are a good value. Fit my 10 year old well and he loves them for biking



One person found this helpful

Helpful | Report

**Khan_Family**

★★★★★ **Nice sunglasses for kids**

Reviewed in the United States on November 29, 2025

Color: S03-black-green | **Verified Purchase**

It has nice design and fits well on kids. It has decent durability as well. Comes with bag to store it and cleaning cloth as well.

 

Helpful | Report

**Elisabeth**

★★★★★ **Good fit! Good dupe! Awesome colors!**

Reviewed in the United States on October 27, 2025

Color: S08-red | **Verified Purchase**

My 7 year old son has been begging for the name brand of these glasses. But if your 7 year old is anything like mine I wasn't about to pay that much for some sunglasses he'd scratch and loose.

So i took to Amazon and found these dupes! They are very sturdy! Come in multiple colors! The vision of the lenses is very clear and he says they are so comfortable! They fit really well! He carries them around in the case and is cleaning them constantly with the cloth that came in them!!

For the price this was definitely a win win!

One person found this helpful

Helpful | Report

**pren dedovic**

★★★★★ **Great boy sunglasses**

Reviewed in the United States on August 14, 2025

**Verified Purchase**

My son loved the sunglasses. The size fit him perfectly. He's six years old. The look looks expensive. The cleaning cloth is a plus to clean them. Perfect for the sun. Case could be better.
Polaroid.

Helpful | Report

**Tatyana's Amazon Storefront**

★★★★★ **Kids sunglasses**

Reviewed in the United States on September 18, 2025

**Verified Purchase**

Decent sunglasses for kids age, comfortable, good quality

Helpful | Report

**See more reviews ›**

## Top picks with fast delivery



SEKKAF Kids Sunglasses Youth Baseball Sunglasses for Boys Girls Softball Sports Sun Glasses UV Protection
★★★★☆ 245
$9⁹⁹
Get it as soon as **Monday, Dec 29**
FREE Shipping on orders over $35 shipped by Amazon

AGGKKY Polarized Kids Sunglasses, Youth Baseball Sunglasses for Boys Girls, Cycling Sun Glasses UV400 for Kids…
★★★★☆ 235
$7⁹⁵
Get it as soon as **Monday, Dec 29**
FREE Shipping on orders over $35 shipped by Amazon

TURBOPEP 3 Pack Kids Polarized Sunglasses - Youth Baseball Sunglasses for Boys Gir…
★★★★☆ 702
Amazon's Choice
$15⁹⁹
Get it as soon as **Tuesday, Dec 30**
FREE Shipping on orders over $35 shipped by Amazon

GLARDEFE Kids Baseball Sunglasses - Youth Baseball Sunglasses for Boys Girls - Sports Softball Shades Age 6-14
★★★★☆ 291
$12⁹⁹
Get it as soon as **Monday, Dec 29**
FREE Shipping on orders over $35 shipped by Amazon

kunchu 3pack Kids Sunglasses Polarized - UV400 Protection Boys Youth Cycling Goggles Baseball Sunglasses wit…
★★★★☆ 95
-5% $12⁶²
Typical price: $13.29
Get it as soon as **Monday, Dec 29**
FREE Shipping on orders over $35 shipped by Amazon

Fanshen Kids Baseball Sunglasses Youth - Spor… Polarized Sunglasses Softball Cycling for Boy Girls Ages 3-12 UV…
★★★★☆ 77
-44% $13⁹⁹
List Price: $24.99
Get it as soon as **Monday, D** 29
FREE Shipping on orders ov $35 shipped by Amazon

## Customers who bought this item also bought



Rawlings | EYE BLACK STICK | Retractable Tube / Glare Reduction | Adult & Youth Baseball /…
★★★★☆ 1,848
Amazon's Choice
-40% $3⁰¹
List: $4.99
Get it as soon as **Monday, Dec 29**
FREE Shipping on orders over $35 shipped by Amazon



Willtok Premium 18inch Baseball Necklace w/Nylon Tri-Braided Rope Tornado Design
★★★★★ 651
$9⁹⁹
Get it as soon as **Monday, Dec 29**
FREE Shipping on orders over $35 shipped by Amazon



AIAINAGI Baseball Initial A-Z Letter Necklace - Men's Baseball Charm Pendant in Stainless Steel Silver Chain, 22inch…
★★★★☆ 2,213
$11⁹⁹
Get it as soon as **Monday, Dec 29**
FREE Shipping on orders over $35 shipped by Amazon



Willtok Premium Sport Baseball Necklaces for Outfit/Sport field, Classic Design Baseball Necklace
★★★★☆ 438
$9⁹⁹
Get it as soon as **Monday, Dec 29**
FREE Shipping on orders over $35 shipped by Amazon



Aofalbe Kids Sunglasses, Sunglasses for Kids Children, Mirrored Sunglasses for Girls Boys Toddler UV400 Age 3-10
★★★★☆ 682
$9⁹⁹
Get it as soon as **Monday, Dec 29**
FREE Shipping on orders over $35 shipped by Amazon



Franklin Sports Baseball Eye Black - Red, White Blue USA Sports Eye Black Stick for Kids + Adults - Multi Color Eye
★★★★☆ 2,147
-5% $9⁴⁹
List: $9.99
Get it as soon as **Tuesday, J** 6

Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Become an Amazon Hub Partner
› See More Ways to Make Money

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product Safety Alerts
Registry & Gift List
Help

amazon

English   United States

| | | | | | | |
|---|---|---|---|---|---|---|
| **Amazon Music** Stream millions of songs | **Amazon Ads** Reach customers wherever they spend their time | **6pm** Score deals on fashion brands | **AbeBooks** Books, art & collectibles | **ACX** Audiobook Publishing Made Easy | **Sell on Amazon** Start a Selling Account | **Veeqo** Shipping Software Inventory Management |
| **Amazon Business** Everything For Your Business | **Amazon Fresh** Groceries & More Right To Your Door | **AmazonGlobal** Ship Orders Internationally | **Home Services** Experienced Pros Happiness Guarantee | **Amazon Web Services** Scalable Cloud Computing Services | **Audible** Listen to Books & Original Audio Performances | **Box Office Mojo** Find Movie Box Office Data |
| **Goodreads** Book reviews & recommendations | **IMDb** Movies, TV & Celebrities | **IMDbPro** Get Info Entertainment Professionals Need | **Kindle Direct Publishing** Indie Digital & Print Publishing Made Easy | **Amazon Photos** Unlimited Photo Storage Free With Prime | **Prime Video Direct** Video Distribution Made Easy | **Shopbop** Designer Fashion Brands |
| **Amazon Resale** Great Deals on Quality Used Products | **Whole Foods Market** America's Healthiest Grocery Store | **Woot!** Deals and Shenanigans | **Zappos** Shoes & Clothing | **Ring** Smart Home Security Systems | **eero WiFi** Stream 4K Video in Every Room | **Blink** Smart Security for Every Home |
| | **Neighbors App** Real-Time Crime & Safety Alerts | **Amazon Subscription Boxes** Top subscription boxes – right to your door | **PillPack** Pharmacy Simplified | **Amazon Renewed** Like-new products you can trust | **Amazon Luna** Video games from the cloud, no console required | |

Conditions of Use   Privacy Notice   Consumer Health Data Privacy Disclosure   Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates



amazon · Deliver to Aoyu Miami 33133 · All ▾ · Search Amazon · EN · Hello, Albert Account & Lists · Returns & Orders · 0

☰ All · Rufus · Join Prime · Holiday Gifts · Amazon Haul · Gift Cards ▾ · Medical Care ▾ · Amazon Basics · Customer Service · Buy Again · Audible · Pet Supplies

Amazon Fashion · Women · Men · Kids · Luggage · Sales & Deals · New Arrivals · Amazon Brands · Amazon Luxury

Sports & Outdoors › Sports › Cycling › Glasses & Goggles

Visit the SEKKAF Store

## Youth Baseball Sunglasses Kids Sports Sunglasses for Boys Girls Softball Cycling Glasses UV400 Protection

4.5 ★★★★☆ (119)  |  Search this page

$17⁹⁹
Price History

FREE Returns ▾

Color: **3pack-black+black/Blue+white/Blue**

$17.99   $19.99   $19.99   $19.9

$16.99   $19.99   $19.99

‹ Previous   **1**   2   Next ›

Lens Color: **Polychrome**

## Product details

| | |
|---|---|
| Care instructions | Hand wash with mild soap, air dry, avoid high heat. |
| Origin | Imported |

## About this item

- 【Lightweight and Durable Design】 - These kids sunglasses boast a lightweight yet durable construction, ensuring they remain comfortable on your child's face even during extended wear. The meticulous design focuses on providing a perfect fit that doesn't weigh your child down, making them ideal for active kids who love to play outdoors.
- 【UV400 Protection Lens】 - Designed to protect young eyes, our baseball sunglasses offer 100% UVA and UVB protection. Perfect for outdoor activities, they minimize the risk of eye damage from prolonged sun exposure.

⌄ See more

⚠ **Frequently returned** due to tight fit

▣ Report an issue with this product or seller

### Ask Rufus

Are these shatterproof?

Do they come with a case?

Can they be worn over prescription glasses?

Ask something else

prime

Enjoy fast, free delivery, exclusive deals, and award-winning movies & TV shows.

Join Prime

$17⁹⁹

FREE delivery **Monday, December 29** on orders shipped by Amazon over $35

**Arrives after Christmas. Need a gift sooner?** Send an Amazon Gift Card today by email or text message.

◉ Deliver to Aoyu - Miami 33133

Quantity: 1 ▾

**Add to Cart**

**Buy Now**

Ships from   Amazon
Sold by   SEKKAF
Returns   FREE refund/replacement until Jan 31, 2026
Gift options   Available at checkout

⌄ See more

Add to List

## Similar affordable options

Page 1 of 3

‹   ›

**DEAFRAIN Kids Polarized Sunglasses for Boys Girls TPEE Unbreakable Frame Sport Baseball Cycling Running Glasses for Ag…**
⭐⭐⭐⭐½ 1,572
$15⁰⁰
Get it as soon as **Tuesday, Dec 30**
FREE Shipping on orders over $35 shipped by Amazon

**Xagger Kids Youth Polarized Sports Sunglasses for Boys Girls Baseball Softball Glasses TR90 Frame**
⭐⭐⭐⭐½ 1,965
-20% $15¹⁹
Typical: $18.99
Get it as soon as **Monday, Dec 29**
FREE Shipping on orders over $35 shipped by Amazon

**DYLB 3 Pack Flexible Kids Polarized Sunglasses For Boys Girls With Strap, Sport Sunglasses for Children Age 3-10.**
⭐⭐⭐⭐½ 1,799
$14⁹⁹
Get it as soon as **Monday, Dec 29**
FREE Shipping on orders over $35 shipped by Amazon

**AODUOKE Kids Sunglasses Boys Girls Sports Polarized Sunglasses for kids Child Youth Baseball Beach S…**
⭐⭐⭐⭐½ 2,734
$11⁹⁹
Get it as soon as **Monday, Dec 29**
FREE Shipping on orders over $35 shipped by Amazon

**TURBOPEP 3 Pack Kids Polarized Sunglasses - Youth Baseball Sunglasses for Boys Gir…**
⭐⭐⭐⭐½ 702
Amazon's Choice
$15⁹⁹
Get it as soon as **Monday, Dec 29**
FREE Shipping on orders over $35 shipped by Amazon

**Derowern Youth Baseball Sunglasses, Kids Polarized Sports Sunglasses,UV400 Protection Glasses for…**
⭐⭐⭐⭐½ 437
-20% $15⁹⁹
List: $19.99
Get it as soon as **Monday, Dec 29**
FREE Shipping on orders over $35 shipped by Amazon

## Product description





# THE BEST COMPANION

100% UV Protection





FRONT DISPLAY
LEADING THE TREND

LOOKING UP
LEADING THE TREND

45°DISPLAY
LEADING THE TREND

SIDE DISPLAY
LEADING THE TREND



## Product details

**Package Dimensions :** 6.42 x 3.11 x 2.28 inches; 3.85 ounces

**Department :** unisex-child

**Date First Available :** September 21, 2024

**ASIN :** B0DHPQ7CB1

**Product Warranty:** For warranty information about this product, please click here

**Best Sellers Rank:** #5,126 in Sports & Outdoors (See Top 100 in Sports & Outdoors)
 #3 in Cycling Glasses & Goggles

**Customer Reviews:** 4.5 ★★★★☆ (329)

## ☀ Looking for specific info?

Ask Rufus or search reviews and Q&A ➔

Are these shatterproof?      Do they come with a case?      Can they be worn over prescription glasses?

Are they adjustable?      What age range are they for?

## Product Videos



**Beautiful Chaos** Earns commissions
SEKKAF Youth Baseball Sunglasses for Boys Girls A

**Videos for this product**

Now playing ▶ 0:43 — SEKKAF Youth Baseball Sunglasses for Boys Girls A — Beautiful Chaos

▶ 0:23 — kids pit viper sunglasses — SEKKAF

▶ 1:17 — Sunglasses for kids — Angelina Radionov

▶ 0:55 — Active Kids Sunglasses with UV Protection Mom Approved — Geraldine O.

▶ 2:18 — Perfect For Outdoor Activities! — Quick Reviews

Great Sunglasses for Active Kids! REVIEW — Paige Garland

SEKKAF Kids Baseball Sunglasses for Boys Girls Youth Softball Cycling Spo...
⭐ 193
$18⁹⁵

SEKKAF Youth Baseball Sunglasses Kids Sports Sunglasses for Boys Girls...
⭐ 329
$19⁹⁹

---

## Similar brands on Amazon

Sponsored ⓘ

Page 1 of 3



KSnap: Wrist Snap Training Equipment for Golf, Baseball, Softball & Basketbal...
4.2 ⭐ 61
$44.99



X-TIGER Polarized Youth Baseball Sunglasses UV400 Kids Sunglasses Bo...
4.6 ⭐ 223
$21.98

---

## Customer reviews

⭐ 4.5 out of 5

329 global ratings

| | | |
|---|---|---|
| 5 star | ▭ | 75% |
| 4 star | ▭ | 15% |
| 3 star | ▭ | 5% |
| 2 star | ▭ | 2% |
| 1 star | ▭ | 3% |

How customer reviews and ratings work ⌄

### Review this product

Share your thoughts with other customers

Write a customer review

## Customers say

Customers find these sunglasses suitable for sports activities, with one mentioning they work well for flag football. The glasses fit well on 15-year-olds and offer good value for the price. They are durable, with one customer noting they stood up to beach volleyball sessions, and customers appreciate their cute style and color options. While some customers find the size perfect, others mention they're too small for 10-year-olds.

ai Generated from the text of customer reviews

Select to learn more

✓ Glasses quality | ✓ Fit | ✓ Value for money | ✓ Durability | ✓ Style | ✓ Gift value |
✓ Color options | — Size

### Reviews with images

    

See all photos ›

## Top reviews from the United States

Tracy L.

★★★★★ **Very Trendy!**

Reviewed in the United States on September 8, 2025

Color: 3pack-black/Blue+white/Blue+pink | Lens Color: Polychrome | **Verified Purchase**

My son plays baseball so sunglasses are an absolute MUST but at 8 he is always misplacing them. These glasses at this price gave us a few different pair, so one is always easily accessible, without costing a fortune. They are great quality and he loves the different color options. All 3 pair were a hit and he has received several compliments from his teammates. They are the perfect size and he likes the way they feel when he has them on. These are easily his new go to sunglasses on and off the field offering good protection from the sun while he plays.



Helpful | Report

---

lindsey

★★★★★ **Great quality!**

Reviewed in the United States on August 26, 2025

Color: 3pack-black/Blue+white/Blue+blue/Pink | Lens Color: Polychrome | **Verified Purchase**

Perfect for my 3 kids playing flag football! They are a great fit for ages 7-12. Durable and cute style, pack of 3 is a great value!

Helpful | Report

---

Bonnie Temple

★★★★☆ **Pretty good**

Reviewed in the United States on October 1, 2025

Color: 3pack-black/Blue+white/Blue+blue/Pink | Lens Color: Polychrome | **Verified Purchase**

A bit small for my 10yo. Perfect for a 5 yo. Good quality but you won't bum if ya lose 'em.

Helpful | Report

---

John Towler

★★★★★ **Good value and durable.**

Reviewed in the United States on August 19, 2025

Color: 3pack-black+black/Blue+white/Blue | Lens Color: Polychrome | **Verified Purchase**

Good looking glasses that fit my 15 year old's noggin quite well and stood up to some rigorous beach volleyball sessions. Unfortunately I will need to buy another set AND a lanyard or something to affix these glasses to his head because he has managed to lose all of them over the course of the summer. Not the fault of the company, obviously. Too bad they don't make them with an Airhead Tag for Airheads like the boy who can't keep track of his things.

2 people found this helpful

Helpful | Report

---

Lbt123

★★★★★ **Fun shades!**

Reviewed in the United States on November 26, 2025

Color: 3pack-black+black/Blue+white/Blue | Lens Color: Polychrome | **Verified Purchase**

My 6 year old felt so cool in these! Fun gift to add to a summer birthday too!

Helpful | Report

---

Rebecca Eaker

★★★★★ **Great product for kids**

Reviewed in the United States on October 13, 2025

Color: 3pack-black/Blue+white/Blue+blue/Pink | Lens Color: Polychrome | **Verified Purchase**

Glasses were great fit perfect

Helpful | Report

---

Misty

★★★★★ **Son is happy with them!**

Reviewed in the United States on May 10, 2025

Color: 3pack-black/Blue+black/Red+black/Green | Lens Color: Polychrome | **Verified Purchase**

Perfect for my son's baseball games. These help to keep the sun out of his eyes at a fraction of the cost! They will hold up a while as he has dropped them a few times with no issues. They fit his head perfectly!

Helpful | Report

Adam

★★★★★ **No disappointment**

Reviewed in the United States on November 14, 2025

Color: 3pack-black/Blue+white/Blue+blue/Pink | Lens Color: Polychrome | **Verified Purchase**

No disappointment. Colors, fit and quality was exactly what was expected!

One person found this helpful

[ Helpful ]   |   Report

See more reviews ›

## Related to items you've viewed  See more

Page 1 of 3

     

SEKKAF Youth Baseball Sunglasses for Boys Girls Age 6-12 Softball Cycling Sports Sunglasses for Kids Lightweight Frame

★★★★☆ 177

#1 Best Seller

$8⁹⁹-$19⁹⁹

MVPTGRS Youth Baseball Sunglasses for Boys Girls Age 8-14 TR90 Frame Kids Sport Sunglasses for Softball Cycling Baseball Golf

★★★★☆ 662

$8⁹⁹-$19⁹⁹

DUCO Kids Sunglasses Youth Baseball Sun Glasses Lightweight TR90 Frame UV400 Sports Cycling Shades for Boys...

★★★★☆ 2,119

Amazon's Choice

$23⁹⁸

ACEXPNM Two Sizes Baseball Sunglasses For Adults and Youth Boys Girls Kids UV400 Men Women Outdoor Sports Sun Glasses

★★★★☆ 392

$27⁹⁹

QALLY 3PACK Kids Sunglasses Youth Baseball Sunglasses for Boys Girls Age 4-14, Softball Cycling UV400 Protection Sports

★★★★☆ 138

$15⁹⁹-$22⁹⁹

AGGKKY Polarized Kids Sunglasses, Youth Baseball Sunglasses for Boys Girls, Cycling Sun Glasses UV400 for Kids Ages 8-14

★★★★☆ 235

$7⁹⁵-$23⁹⁹

## Customers who bought this item also bought

     

Baseball Ice Cream Drip Boys Home Plate Glove Respect Drip T-Shirt

★★★★☆ 17

$22⁹⁹

Get it as soon as **Tuesday, Dec 30**

FREE Shipping on orders over $35 shipped by Amazon

Easton | Walk-Off ETHOS Batting Gloves | Youth Sizes | Multiple Colors

★★★★☆ 318

$33⁹⁴-$39⁹⁹

AIAINAGI Baseball Initial A-Z Letter Necklace - Men's Baseball Charm Pendant in Stainless Steel Silver Chain, 22inch...

★★★★☆ 2,213

$11⁹⁹

Get it as soon as **Tuesday, Dec 30**

FREE Shipping on orders over $35 shipped by Amazon

HSWYFCJY Baseball Beaded Chain Necklace for Men,Bling Ice Collection Baseball Necklace Gifts for...

★★★★☆ 592

$9⁹⁹

Get it as soon as **Monday, Dec 29**

FREE Shipping on orders over $35 shipped by Amazon

Rawlings | EYE BLACK STICK | Retractable Tube / Glare Reduction | Adult & Youth Baseball /...

★★★★☆ 1,848

Amazon's Choice

-40% $3⁰¹

List: $4.99

Get it as soon as **Monday, Dec 29**

FREE Shipping on orders over $35 shipped by Amazon

Baseball Lifestyle 101 Ice Cream Youth Mesh Shorts – Strawberry, 5 in Inseam Side Pockets, Elastic Waist

★★★★★ 15

$49⁹⁹

**Get to Know Us**

Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**

Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us

**Amazon Payment Products**

Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

**Let Us Help You**

Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product Safety Alerts

Become an Amazon Hub Partner

› See More Ways to Make Money

Registry & Gift List

Help



English

United States

| | | | | | | |
|---|---|---|---|---|---|---|
| **Amazon Music** Stream millions of songs | **Amazon Ads** Reach customers wherever they spend their time | **6pm** Score deals on fashion brands | **AbeBooks** Books, art & collectibles | **ACX** Audiobook Publishing Made Easy | **Sell on Amazon** Start a Selling Account | **Veeqo** Shipping Software Inventory Management |
| **Amazon Business** Everything For Your Business | **Amazon Fresh** Groceries & More Right To Your Door | **AmazonGlobal** Ship Orders Internationally | **Home Services** Experienced Pros Happiness Guarantee | **Amazon Web Services** Scalable Cloud Computing Services | **Audible** Listen to Books & Original Audio Performances | **Box Office Mojo** Find Movie Box Office Data |
| **Goodreads** Book reviews & recommendations | **IMDb** Movies, TV & Celebrities | **IMDbPro** Get Info Entertainment Professionals Need | **Kindle Direct Publishing** Indie Digital & Print Publishing Made Easy | **Amazon Photos** Unlimited Photo Storage Free With Prime | **Prime Video Direct** Video Distribution Made Easy | **Shopbop** Designer Fashion Brands |
| **Amazon Resale** Great Deals on Quality Used Products | **Whole Foods Market** America's Healthiest Grocery Store | **Woot!** Deals and Shenanigans | **Zappos** Shoes & Clothing | **Ring** Smart Home Security Systems | **eero WiFi** Stream 4K Video in Every Room | **Blink** Smart Security for Every Home |
| | **Neighbors App** Real-Time Crime & Safety Alerts | **Amazon Subscription Boxes** Top subscription boxes – right to your door | **PillPack** Pharmacy Simplified | **Amazon Renewed** Like-new products you can trust | **Amazon Luna** Video games from the cloud, no console required | |

Conditions of Use   Privacy Notice   Consumer Health Data Privacy Disclosure   Your Ads Privacy Choices
© 1996-2025, Amazon.com, Inc. or its affiliates



amazon

Deliver to Aoyu
Miami 33133

Sports & Outdoors ▾    Search Amazon    🔍

EN ▾   Hello, Albert
Account & Lists ▾    Returns
& Orders    🛒 0

☰ All   🔴 Rufus   Join Prime   Holiday Gifts   Same-Day Delivery   Amazon Haul   Gift Cards ▾   Medical Care ▾   Amazon Basics   Customer Service   Buy Again

**Sports & Outdoors**   Outdoor Recreation   Hunting   Fishing & Boating   Cycling   Exercise & Fitness   Sports   Golf   Game Room & Outdoor Games   Fanshop   Sales & Deals

 Create timeless memories with the perfect camera   Shop now

Clothing, Shoes & Jewelry › Boys › Accessories › Sunglasses



6 VIDEOS

Click to see full view

# 3PACK Kids Sunglasses for 6-14 Boys Girls, Youth Baseball and Cycling UV400 Protection Goggles

Visit the CMBJJU Store

4.6 ★★★★⯪ (468)   |   Search this page

Amazon's Choice

**2K+ bought** in past month

**-40%** **$17**⁹⁹

List Price: $29.99 ⓘ   Price history

**FREE Returns** ▾

Get $60 off instantly: Pay $0.00 upon approval for Amazon Visa.

Color: **3pcs-black Blue+white Blue+blue Pink-k01**



| | | | | |
|---|---|---|---|---|
| $19.99 ~~$29.99~~ | $19.99 ~~$29.99~~ | $19.99 ~~$29.99~~ | $19.99 ~~$29.99~~ | $17.99 ~~$29.99~~ |
| $23.99 ~~$29.99~~ | $19.99 ~~$29.99~~ | $19.99 ~~$29.99~~ | $19.99 ~~$29.99~~ | $19.99 ~~$29.99~~ |
| $19.99 ~~$29.99~~ | $19.99 ~~$29.99~~ | | | |

## Product details

See all product specifications

- **Fun and Vibrant Designed for Kids**：Designed for active 6-14-year-old boys and girls, these kids sunglasses with a range of colorful styles let your child express their personality while staying protected. Whether it is a sunny playground or a vacation getaway, they will love showing off their cool new shades.
- **Polarization & UV Protection**：Equipped with HD lenses and advanced coatings, these youth baseball sunglasses provide 100% UV protection,keeping eyes safe during sunny park trips, beach days, or outdoor play. Let them explore the world without worrying about harmful rays.
- **Shatterproof Lenses Designed for Sports**：The baseball sunglasses built for tough plays, the shatterproof polycarbonate lenses keep your eyes safe from high-speed hits and errant balls. So, let your kids enjoy



▾ Show more

🖥 Report an issue with this product or seller

---



prime

Enjoy fast, free delivery, exclusive deals, and award-winning movies & TV shows.

Join Prime

**$17**⁹⁹

FREE delivery **Monday, December 29** on orders shipped by Amazon over $35

Or **Prime members** get FREE delivery **Tomorrow, December 23**. Order within **8 hrs 44 mins**. Join Prime

**Arrives 2 days before Christmas**

Deliver to Aoyu - Miami 33133

## In Stock

Quantity: 1 ▾

Add to Cart

Buy Now

Ships from   Amazon
Sold by   KAIYIXING
Returns   FREE refund/replacement until Jan 31, 2026
Gift options   Available at checkout

▾ See more

Add to List

### Other sellers on Amazon

New (3) from $17⁹⁹   & **FREE Shipping** on orders over $35.00 shipped by Amazon. ›

---

## Ask Rufus

Are these sunglasses polarized?

Can they be worn while swimming?

Do they come with a carrying case?

Ask something else

# Frequently bought together

 +  +

Total price: $30.99

**Add all 3 to Cart**

These items are shipped from and sold by different sellers.
Show details

**This item:** CMBJJU 3PACK Kids Sunglasses for 6-14 Boys Girls, Youth Baseball and Cycling…
$17⁹⁹

Willtok Premium 18inch Baseball Necklace w/Nylon Tri-Braided Rope Tornado Design
$9⁹⁹

Rawlings | EYE BLACK STICK | Retractable Tube / Glare Reduction | Adult & Youth…
$3⁰¹

## Similar items that may deliver to you quickly

Page 1 of 5

     

kunchu 3pack Kids Sunglasses Polarized - UV400 Protection Boys Youth Cycling Goggles…
★★★★½ 95
**Amazon's Choice**
-5% $12⁶²
Typical price: $13.29
Get it as soon as **Monday, Dec 29**
FREE Shipping on orders over $35 shipped by Amazon

RIVBOS Youth Baseball Sunglasses for Kids(Boys&Girls) Polarized UV Protection Cycling Glasses RYS008
★★★★½ 311
$22⁹⁸
Get it as soon as **Monday, Dec 29**
FREE Shipping on orders over $35 shipped by Amazon

RIVBOS Youth Baseball Sunglasses for Kids(Boys&Girls) Polarized UV Protection Cycling Glasses RYS008
★★★★½ 311
$23⁹⁸
Get it as soon as **Monday, Jan 5**
FREE Shipping on orders over $35 shipped by Amazon
Only 2 left in stock - order…

QALLY 3PACK Kids Sunglasses Youth Baseball Sunglasses for Boys Girls Age 4-14, Softball Cycling UV400…
★★★★½ 138
-33% $19⁹⁹
List Price: $29.99
Get it as soon as **Monday, Dec 29**
FREE Shipping on orders over $35 shipped by Amazon

QALLY 3PACK Kids Sunglasses Youth Baseball Sunglasses for Boys Girls Age 4-14, Softball Cycling UV400…
★★★★½ 138
-28% $17⁹⁹
List: $24.99
Get it as soon as **Monday, Dec 29**
FREE Shipping on orders over $35 shipped by Amazon

INMKALI Baseball Cycling Glasses Sports Sunglasses for Men Women Youth Outdoor Softball Running UV 400 Protection
★★★★½ 107
$21⁸⁸
Get it as soon as **Tuesday, Dec 30**
FREE Shipping on orders over $35 shipped by Amazon

## Based on your recent shopping trends

Page 1 of 33

     

DioKiw Polarized Kids Sunglasses Youth Softball Cycling Sports Sun Glasses Boys Girls UV400 Protection Goggles
★★★★½ 303
$24⁹⁷
Get it as soon as **Monday, Dec 29**
FREE Shipping on orders over $35 shipped by Amazon

Bziia 3PACK Kids Sunglasses Youth Baseball Sunglasses for Boys Girls Age 4-12,Softball Sports…
★★★★½ 97
-19% $12⁹⁹
List Price: $15.99
Get it as soon as **Monday, Dec 29**
FREE Shipping on orders over $35 shipped by Amazon

TURBOPEP 3 Pack Kids Polarized Sunglasses - Youth Baseball Sunglasses for Boys Girls Age 3-12 Sports UV…
★★★★½ 702
$15⁹⁹
Get it as soon as **Tuesday, Dec 30**
FREE Shipping on orders over $35 shipped by Amazon

CMBJJU 3PACK Kids Sunglasses for 6-14 Boys Girls, Youth Baseball and Cycling UV400 Protection Goggles
★★★★½ 468
-33% $19⁹⁹
List: $29.99
Get it as soon as **Monday, Dec 29**
FREE Shipping on orders over $35 shipped by Amazon

TTOAOKE 3PACK Kids Sunglasses Youth Baseball Glasses for Boys Girls Age 6-14, Sports UV400 Goggles for…
★★★★½ 109
$13⁹⁹
Get it as soon as **Monday, Dec 29**
FREE Shipping on orders over $35 shipped by Amazon

Vcarsian Kids Sunglasses Youth Baseball Sun Glasses Polarized Sports TR90 Lightweight Cycli…
★★★★½ 508
**Amazon's Choice**
-50% $14⁹⁹
List: $29.99
Get it as soon as **Tuesday, Dec 30**
FREE Shipping on orders over $35 shipped by Amazon

## From the brand



**CMBJJU Kids Sunglasses**

◉✦ **Looking for specific info?**

> Ask Rufus or search reviews and Q&A



- Are these sunglasses polarized?
- Can they be worn while swimming?
- Do they come with a carrying case?
- Are they adjustable?
- What activities are they good for?

---

## Product description

**ENJOY THE SUNSHINE**

Protecting children's eyes from UV rays

**BOYS SKATEBOARDING SUNGLASSES**

Keeping vision clear and eye protection no matter
The outdoor activities!

# HD
## VISUAL LENS

TAC UV400 PROTECTIVE LENSES ARE KNOWN FOR THEIR ULTRA-LIGHTWEIGHT,CLEARNESS AND ROBUSTNESS TO PROTECT YOUR EYES DURING SPORTS

 UV 400     HD-vision     True color



BEFORE VS AFTER

FROM **6** PROTECTION

Compressed Protective Film   UV400 Protective   Aanti-scratch Protects

Strengthen Protection Layer   TAC Lens   Strengthen Protection Layer

MULTIPLE COLORS AVAILABLE



**VARIOUS OUTDOOR ACTIVITIES**

fashion style and nice color design for kids
These sunglasses for kids come in nice colors that can perfectly match your child's personality
kids will love wearing them

## Product Videos



Lindsay  Earns commissions
Why Buy This? Demo and Review

Videos for this product


Why Buy This? Demo and Review
Lindsay
Now playing  ▶ 1:50


See what makes these special!
Sara Rantapaa
1:12


Boys baseball glasses
The Jackson's
0:35


Baseball season must have- Kids Sunglasses, Pack of 3
✨ Meagan | Mom Lif…
0:40


Kids Sunglasses for 8-14
CMBJJU
0:25


They look nice, but lets talk about the quality

  CMBJJU 3PACK Kids Sunglasses for 6-14 Boys Girls, Youth Baseball and…
★★★★½ 468
$17⁹⁹

CMBJJU 3PACK Kids Sunglasses for 6-14 Boys Girls, Youth Baseball and…
★★★★½ 468
$17⁹⁹ - $29⁹⁹

## Similar brands on Amazon

Sponsored ⓘ

Page 1 of 3



X-TIGER Polarized Youth Baseball Sunglasses UV400 Kids Sunglasses Bo…
4.6 ★★★★½ 223
$21.98



OMEKOL Two Sizes For Adults and Youth Polarized Sunglasses Men Women…
4.8 ★★★★★ 116
$23.89

## Customer reviews

**Customers say**

★★★★ 4.6 out of 5

468 global ratings

| | | |
|---|---|---|
| 5 star | ▓▓▓▓▓▓▓ | 77% |
| 4 star | ▓ | 13% |
| 3 star | ▓ | 6% |
| 2 star | | 2% |
| 1 star | | 2% |

How customer reviews and ratings work ⌄

---

## Review this product

Share your thoughts with other customers

[ Write a customer review ]

---

Customers find these sunglasses perfect for baseball games, well-made and good value for money. The sunglasses fit well, particularly for 9-year-olds, and come with their own storage bags. Customers appreciate the color options and style, with one customer noting they're dark enough. While some customers say they held up great, others report they break easily.

ai, Generated from the text of customer reviews

**Select to learn more**

✓ Size   ✓ Quality   ✓ Fit   ✓ Value for money   ✓ Style   ✓ Color options   ✓ Storage bag   — Durability

### Reviews with images

See all photos ›

< [images] >

---

## Top reviews from the United States

**M. Buffalo**

★★★★★ **Perfect for Active Kids — Great Value!**

Reviewed in the United States on July 2, 2025

Color: 3pcs-black Blue+white Blue+blue Pink-k01 | Verified Purchase

I bought these for my 6-year-old son who plays baseball and rides his bike constantly, and they've held up better than expected. You get three pairs in the pack, which is perfect for kids who tend to misplace or scratch things (parents, you know what I mean).

The fit is great—not too tight, but they stay in place even when he's running or biking. He says they're comfortable, and they actually look pretty cool too—he gets compliments at practice. The UV400 protection gives me peace of mind that his eyes are protected in the sun.

For the price, you really can't beat it. They seem durable enough for rough and tumble use, and even if he loses a pair, we've got backups. Highly recommend for any active kid who needs solid sun protection without breaking the bank.

[ Helpful ] | Report

**Alexandra Killian**

★★★★★ **Awesome baseball glasses**

Reviewed in the United States on December 7, 2025

Color: 3pcs-black Blue+white Blue+blue Pink-k01 | Verified Purchase

My kid love these so much. He's still using them and there are so easy to clean off the even come with the little cloth to put the to clean the clean the glasses with it was awesome and I would let all parents know that this is one of the best products I have bought in from Amazon it was they were comfortable, durable and stylish

[ Helpful ] | Report

**Amazon buyer**

★★★★★ **Durable and colorful!**

Reviewed in the United States on November 29, 2025

Color: 3pcs-pink Pink+purple Black+blue Red-k08 | Verified Purchase

My kids love these glasses! They're very durable and have held up great, even being carried around in their backpacks at school. The colors are awesome and perfect for both boys and girls.

[ Helpful ] | Report

**Abswims**

★★★★☆ **Good for kids.**

Reviewed in the United States on November 12, 2025

Color: 3pcs-black Blue+white Blue+blue Pink-k01 | Verified Purchase

Decent product for kids. They do the job and made it through one ball season. And dint break when thrown in the bottom of the bag. Good price for the inevitable time they get left behind.

[ Helpful ] | Report

**Tonya Walker**

★★★★★ **Best sun glasses ever**

Reviewed in the United States on December 10, 2025
Color: 3pcs-blue Pink+black Purple+white Blue-k05  |  **Verified Purchase**

Love these sun glasses for myself and my kid. I have a smaller than average head for an adult and these fit me perfectly. Love the color options and blocks the sun just as good as my old oakley's

Helpful     |  Report

Caragan O'Neil

★★★★★ **Cool and convenient**
Reviewed in the United States on November 27, 2025
Color: 3pcs-black Blue+red Yellow+white Blue-k04  |  **Verified Purchase**

Perfect for the kids! My son loves them and wears them in all his baseball games.

Helpful     |  Report

Ashley M.

★★★★★ **Would buy again**
Reviewed in the United States on September 21, 2025
Color: 3pcs-black Blue+white Blue+blue Pink-k01  |  **Verified Purchase**

Great value with glasses, storage bags, straps and cleaning cloth. They fit a wide range of kid head sizes while staying in place. Colors are fun and stylish.

Helpful     |  Report

DrAwkwArD

★★★☆☆ **Good enough for the price!**
Reviewed in the United States on November 7, 2025
Color: 3pcs-black Blue+white Blue+blue Pink-k01  |  **Verified Purchase**

These scratch easily and the lenses are barely in the frames, but they worked for a summer of travel ball and were dark enough, and big enough to work in the field for my 9 year old.

Helpful     |  Report

See more reviews ›

## Customers who bought this item also bought





Willtok Premium 18inch Baseball Necklace w/Nylon Tri-Braided Rope Tornado Design
★★★★★ 651
$9⁹⁹
Get it as soon as **Monday, Dec 29**
FREE Shipping on orders over $35 shipped by Amazon

NEXIULT Baseball Bead Necklace for Men, 16/18/20" Ice Necklace Cool Gifts, Rhinestone Bling Inspired Sports Jewelry Gift
★★★★☆ 327
$9⁸⁹

KACAPAO Baseball Beaded Cross Necklace for Boys Girls Kids Men,Rhinestone Discoball Bling Necklace -Baseball…
★★★★☆ 95
$9⁹⁹
Get it as soon as **Monday, Dec 29**
FREE Shipping on orders over $35 shipped by Amazon

Baseball Drip for Boys Ice Cream Drip Youth Boys Baseball T-Shirt
★★★★☆ 53
$16⁹⁹
Get it as soon as **Tuesday, Dec 30**
FREE Shipping on orders over $35 shipped by Amazon

JEANUE 4 Pieces Baseball Necklaces for Boys,Three Braided Rope Tornado Sports Titanium Necklaces,Christmas Gif…
★★★★☆ 150
$9⁹⁹
Get it as soon as **Monday, Dec 29**

TURBOPEP 3 Pack Kids Polarized Sunglasses - Youth Baseball Sunglasses for Boys Gir…
★★★★☆ 702
Amazon's Choice
$15⁹⁹
Get it as soon as **Tuesday, D 30**
FREE Shipping on orders ov $35 shipped by Amazon

Back to top

### Get to Know Us
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations

### Make Money with Us
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver

### Amazon Payment Products
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance

### Let Us Help You
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices

Amazon Devices

Amazon Science

Start a Package Delivery
Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub
Partner

› See More Ways to Make
Money

Gift Cards

Amazon Currency Converter

Recalls and Product
Safety Alerts

Registry & Gift List

Help

amazon

| English | United States |

| | | | | | | |
|---|---|---|---|---|---|---|
| Amazon Music<br>Stream millions<br>of songs | Amazon Ads<br>Reach customers<br>wherever they<br>spend their time | 6pm<br>Score deals<br>on fashion brands | AbeBooks<br>Books, art<br>& collectibles | ACX<br>Audiobook<br>Publishing<br>Made Easy | Sell on Amazon<br>Start a Selling<br>Account | Veeqo<br>Shipping Software<br>Inventory<br>Management |
| Amazon Business<br>Everything For<br>Your Business | Amazon Fresh<br>Groceries & More<br>Right To Your Door | AmazonGlobal<br>Ship Orders<br>Internationally | Home Services<br>Experienced Pros<br>Happiness<br>Guarantee | Amazon Web<br>Services<br>Scalable Cloud<br>Computing<br>Services | Audible<br>Listen to Books &<br>Original<br>Audio<br>Performances | Box Office Mojo<br>Find Movie<br>Box Office Data |
| Goodreads<br>Book reviews<br>&<br>recommendations | IMDb<br>Movies, TV<br>& Celebrities | IMDbPro<br>Get Info<br>Entertainment<br>Professionals Need | Kindle Direct<br>Publishing<br>Indie Digital &<br>Print Publishing<br>Made Easy | Amazon Photos<br>Unlimited Photo<br>Storage<br>Free With Prime | Prime Video Direct<br>Video Distribution<br>Made Easy | Shopbop<br>Designer<br>Fashion Brands |
| Amazon Resale<br>Great Deals on<br>Quality Used<br>Products | Whole Foods<br>Market<br>America's<br>Healthiest<br>Grocery Store | Woot!<br>Deals and<br>Shenanigans | Zappos<br>Shoes &<br>Clothing | Ring<br>Smart Home<br>Security Systems | eero WiFi<br>Stream 4K Video<br>in Every Room | Blink<br>Smart Security<br>for Every Home |
| | Neighbors App<br>Real-Time Crime<br>& Safety Alerts | Amazon<br>Subscription Boxes<br>Top subscription<br>boxes – right to<br>your door | PillPack<br>Pharmacy<br>Simplified | Amazon Renewed<br>Like-new products<br>you can trust | Amazon Luna<br>Video games from<br>the cloud,<br>no console<br>required | |

Conditions of Use   Privacy Notice   Consumer Health Data Privacy Disclosure   Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates

amazon | Deliver to Aoyu Miami 33133 | All ▾ | Search Amazon | 🔍 | 🇺🇸 EN ▾ | Hello, Albert Account & Lists ▾ | Returns & Orders | 🛒 0

☰ All | 🔴 Rufus | Join Prime | Holiday Gifts | Same-Day Delivery | Amazon Haul | Gift Cards ▾ | Medical Care ▾ | Amazon Basics | Customer Service | Buy Again

### Amazon Fashion
Women | Men | Kids | Luggage | Sales & Deals | New Arrivals | Amazon Brands | Amazon Luxury

Clothing, Shoes & Jewelry › Boys › Accessories › Sunglasses





**Brand: PRESIRIOCO**

# 1 pcs Youth Baseball Glasses Teen Boys Girls Kids UV400 Softball Sunglasses Child Children Men Women Football Eyewear - GY9

4.1 ★★★★☆ (18)   |   Search this page

**Currently unavailable.**
We don't know when or if this item will be back in stock.

## Product details

| | |
|---|---|
| Care instructions | Clean with a soft, dry cloth. Store in a protective case. |
| Origin | Imported |

## About this item

- Built For Youth Boys & Girls
- Suitable For Baseball Softball etc.
- Stylish Design
- UV400 Protection Coating
- Prefect Gift

🖼 Report an issue with this product or seller

**Currently unavailable.**
We don't know when or if this item will be back in stock.
📍 Deliver to Aoyu - Miami 33133

[ Add to List ]

◆ **Ask Rufus**

( Are these shatterproof? )
( Do they come with a case? )
( Can they be worn over prescription glasses? )
( Ask something else )

# Similar items that may deliver to you quickly

Page 1 of 2  ⋮

      

‹  ›

| PRESIRIOCO 1 pcs Youth Baseball Glasses Teen Boys Girls Kids UV400 Softball Sunglasses Child Children Men Women… | PRESIRIOCO 1 pcs Youth Baseball Glasses Teen Boys Girls Kids UV400 Softball Sunglasses Child Children Men Women… | PRESIRIOCO 1 pcs Youth Baseball Glasses Teen Boys Girls Kids UV400 Softball Sunglasses Child Children Men Women… | PRESIRIOCO 1 pcs Youth Baseball Glasses Teen Boys Girls Kids UV400 Softball Sunglasses Child Children Men Women… | PRESIRIOCO 1 pcs Youth Baseball Glasses Teen Boys Girls Kids UV400 Softball Sunglasses Child Children Men Women… | PRESIRIOCO 1 pcs Youth Baseball Glasses Teen Boys Girls Kids UV400 Softball Sunglasses Child Children Men Women… |
|---|---|---|---|---|---|
| ★★★★★ 2 | ★★★★★ 6 | ★★★★★ 3 | ★★★★★ 6 | ★★★★★ 2 | ★★★★★ 1 |
| $15.99 | $15.99 | $15.99 | $15.99 | $15.99 | $15.99 |
| Get it as soon as **Friday, Jan 2** | Get it as soon as **Tuesday, Dec 30** | Get it as soon as **Monday, Dec 29** | Get it as soon as **Tuesday, Dec 30** | Get it as soon as **Monday, Dec 29** | Get it as soon as **Friday, Jan 2** |
| FREE Shipping on orders over $35 shipped by Amazon Only 2 left in stock - order… | FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping on orders over $35 shipped by Amazon |

---

◆ **Looking for specific info?**

Ask Rufus or search reviews and Q&A

Are these shatterproof? | Do they come with a case? | Can they be worn over prescription glasses? | Are they polarized?

What sports are they good for?

## Videos

Help others learn more about this product by uploading a video!

Upload your video

## Product details

**Package Dimensions :** 6.06 x 2.2 x 1.93 inches; 1.45 ounces

**Department :** boys

**Date First Available :** December 29, 2024

**ASIN :** B0DRTFFK4S

**Best Sellers Rank:** #1,213,006 in Clothing, Shoes & Jewelry (See Top 100 in Clothing, Shoes & Jewelry) #349 in Boys' Sunglasses

**Customer Reviews:** 4.1 ★★★★☆ (18)

## Product Description

Stylish Sunglasses Suitable For Youth Boys & Girls

## Similar brands on Amazon

Sponsored ⓘ

Page 1 of 2



SPARK CATCH Light Up Baseball, Glow in The Dark Baseball, Sports Gear…
4.3 ★★★★☆ 4,121
$32.49 List: $38.49



JIOBOLION Glow Baseball Bluetooth Speaker, Portable Sports Gift for Fan…
4.4 ★★★★☆ 169
$39.99

## Customer reviews

★★★★☆ 4.1 out of 5

18 global ratings

| | | |
|---|---|---|
| 5 star | | 56% |
| 4 star | | 20% |
| 3 star | | 14% |
| 2 star | | 0% |
| 1 star | | 10% |

How customer reviews and ratings work ⌄

## Review this product

Share your thoughts with other customers

Write a customer review

## Top reviews from the United States

RB

★★★★★ **Cool sunglasses**

Reviewed in the United States on August 3, 2025

**Verified Purchase**

Cool glasses

Helpful | Report

BlessBoldly

★★★☆☆ **Skip these**

Reviewed in the United States on October 19, 2025

**Verified Purchase**

Just ok. Lens scratched easy and arm broke within a week of being in the sports bag. Would not buy again.

Helpful | Report

Amazon Customer

★☆☆☆☆ **Broke**

Reviewed in the United States on August 18, 2025

Broke after 1st use, requested a replacement, broke again

Helpful | Report

 Barbara Ramsey

★★★★★ **Happy to protect my little ones eyes**

Reviewed in the United States on May 7, 2025

**Amazon Vine Customer Review of Free Product** ( What's this? )

We recently started soccer and I bought these for my child to wear during games. They fit well and he doesn't feel like he needs to take them off. They offer full coverage and are stylish with the flag design.

Helpful | Report

 Taylor Gallagher

★★★★★ **Sunglasses**

Reviewed in the United States on May 16, 2025

**Amazon Vine Customer Review of Free Product** ( What's this? )

Super cute and fit my son perfect

Helpful | Report

 Amb R

★★★☆☆ **Check sizing**

Reviewed in the United States on July 21, 2025

**Verified Purchase**

I bought these for my 8 year old son. I bought them to wear while playing baseball but they were a little too small for the frame of his face.

Helpful | Report

 JCG

★☆☆☆☆ **Price Match**

Reviewed in the United States on April 20, 2025

DO NOT BUY THESE!!! Even though they are great glasses you can still find the exact ones for less that $3 on temu. All this person is doing is ripping you off of $12.

Helpful | Report

See more reviews ›

## Related to items you've viewed   See more











| SEKKAF Kids Sunglasses Youth Baseball Sunglasses for Boys Girls Softball Sports Sun Glasses UV Protection | Kegrimi Kids Baseball Polarized Sunglasses: Sports Sunglasses for Boys Girls 3-12 Youth S… | CMBJJU Kids Sunglasses,Youth Baseball Glasses for Boys Girls Age 6-14,Sports UV Protection Goggles | MVPTGRS Youth Baseball Sunglasses for Boys Girls Age 8-14 TR90 Frame Kids Sport Sunglasses for Softball Cycling Baseball Golf | DioKiw Polarized Kids Sunglasses Youth Softball Cycling Sports Sun Glasses Boys Girls UV400 Protection Goggles | TURBOPEP 3 Pack Kids Polarized Sunglasses - Youth Baseball Sunglasses for Boys Girl Age 3-12 Sports UV… |
|---|---|---|---|---|---|
| ★★★★½ 245 | ★★★★½ 376 | ★★★★½ 170 | ★★★★½ 662 | ★★★★½ 303 | ★★★★½ 702 |
| $9⁹⁹ | #1 Best Seller | $8⁹⁹-$29⁹⁹ | $8⁹⁹-$19⁹⁹ | $24⁹⁷ | $15⁹⁹ |
| | -58% $9⁹⁹ | | | Get it as soon as **Monday, Dec 29** | Get it as soon as **Tuesday, Dec 30** |
| | List Price: $23.99 | | | FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping on orders over $35 shipped by Amazon |
| | Get it as soon as **Monday, Dec 29** | | | | |
| | FREE Shipping on orders over $35 shipped by Amazon | | | | |

## Customers who bought this item also bought









**Willtok Premium 18inch Baseball Necklace w/Nylon Tri-Braided Rope Tornado Design**
★★★★★ 651
Amazon's Choice
$9⁹⁹
Get it as soon as **Monday, Dec 29**
FREE Shipping on orders over $35 shipped by Amazon

**Franklin Sports Baseball Eye Black - Red, White + Blue USA Sports Eye Black Stick for Kids + Adults - Multi Color Eye…**
★★★★☆ 2,147
-26% $9⁵⁹
Typical: $12.99
Get it as soon as **Tuesday, Jan 6**

**ChalkTalkSPORTS Baseball Performance Crew Socks - Boston Socks - Youth & Adult - Baseball Mid-Calf Socks**
★★★★½ 517
$12⁹⁹
Get it as soon as **Monday, Dec 29**
FREE Shipping on orders over $35 shipped by Amazon

**DioKiw Polarized Kids Sunglasses Youth Softball Cycling Sports Sun Glasses Boys Girls UV400 Protection Goggles**
★★★★½ 303
$24⁹⁷
Get it as soon as **Monday, Dec 29**
FREE Shipping on orders over $35 shipped by Amazon

**PRESIRIOCO 1 pcs Youth Baseball Glasses Teen Boys Girls Kids UV400 Softball Sunglasses Child Children Men Women…**
★★★★★ 6
$15⁹⁹
Get it as soon as **Tuesday, Dec 30**
FREE Shipping on orders over $35 shipped by Amazon

**Under Armour Boys Utility Baseball Pant**
★★★★½ 3,007
-8% $23⁰⁰
List: $25.00
FREE Shipping

Back to top

## Get to Know Us
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

## Make Money with Us
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Become an Amazon Hub Partner
› See More Ways to Make Money

## Amazon Payment Products
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

## Let Us Help You
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product Safety Alerts
Registry & Gift List
Help

 English

 United States

**Amazon Music**
Stream millions of songs

**Amazon Business**
Everything For Your Business

**Goodreads**
Book reviews & recommendations

**Amazon Resale**
Great Deals on Quality Used Products

**Amazon Ads**
Reach customers wherever they spend their time

**Amazon Fresh**
Groceries & More Right To Your Door

**IMDb**
Movies, TV & Celebrities

**Whole Foods Market**
America's Healthiest Grocery Store

**Neighbors App**
Real-Time Crime & Safety Alerts

**6pm**
Score deals on fashion brands

**AmazonGlobal**
Ship Orders Internationally

**IMDbPro**
Get Info Entertainment Professionals Need

**Woot!**
Deals and Shenanigans

**Amazon Subscription Boxes**
Top subscription boxes – right to your door

**AbeBooks**
Books, art & collectibles

**Home Services**
Experienced Pros Happiness Guarantee

**Kindle Direct Publishing**
Indie Digital & Print Publishing Made Easy

**Zappos**
Shoes & Clothing

**PillPack**
Pharmacy Simplified

**ACX**
Audiobook Publishing Made Easy

**Amazon Web Services**
Scalable Cloud Computing Services

**Amazon Photos**
Unlimited Photo Storage Free With Prime

**Ring**
Smart Home Security Systems

**Amazon Renewed**
Like-new products you can trust

**Sell on Amazon**
Start a Selling Account

**Audible**
Listen to Books & Original Audio Performances

**Prime Video Direct**
Video Distribution Made Easy

**eero WiFi**
Stream 4K Video in Every Room

**Amazon Luna**
Video games from the cloud, no console required

**Veeqo**
Shipping Software Inventory Management

**Box Office Mojo**
Find Movie Box Office Data

**Shopbop**
Designer Fashion Brands

**Blink**
Smart Security for Every Home

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices
© 1996-2025, Amazon.com, Inc. or its affiliates



amazon | Deliver to Aoyu Miami 33133 | All ▾ | Search Amazon | 🔍 | 🇺🇸 EN ▾ | Hello, Albert Account & Lists ▾ | Returns & Orders | 🛒 0

☰ All | 🔴 Rufus | Join Prime | Holiday Gifts | Same-Day Delivery | Amazon Haul | Gift Cards ▾ | Medical Care ▾ | Amazon Basics | Customer Service | Buy Again

**Amazon Fashion** | Women | Men | Kids | Luggage | Sales & Deals | New Arrivals | Amazon Brands | Amazon Luxury

Clothing, Shoes & Jewelry › Boys › Accessories › Sunglasses



**Visit the swanoble Store**

## UV400 Kids Sunglasses for Boys Girls Age 3-8 with Case,Boys Baseball Sunglasses,Youth Softball Cycling Sun glasses

4.5 ★★★★☆ (35)  |  **Search this page**

**50+ bought** in past month

**-15%** $**8**⁴⁹

List Price: $9.99 ⓘ    **Price history**

**FREE Returns** ⌄

Color: **1pack-black Frame/Green Lens**

   
$8.49 ~~$9.99~~ | $9.99 | $9.99 | $9.99

 
$14.99 | $14.99 | $22.99 | $17.99 ~~$22.99~~

 
$22.99 | $17.99 ~~$22.99~~

## Product details

| | |
|---|---|
| **Care instructions** | Hand wash with mild soap and lukewarm water. Avoid high heat and direct sunlight when not in use. |
| **Origin** | Imported |

## About this item

- Lightweight Kids Sports Sunglasses : Our 2 pack different cool colors kids sports sunglasses prefect for boys baseball, girls softball, youth cycling.Kids sunglasses frame is made of lightweight plastic which comfortably wraps around boys and girls head
- Protection for Kids : Kids sunglasses provides a 100% protective coating that prevents UV (UV400), UVA/UVB/UVC, and harmful blue light up to 400mm - preventing accelerated aging and retinopathy. These lenses can effectively block UVA and UVB rays, filter and eliminate ultraviolet rays

⌄ See more

🚩 Report an issue with this product or seller

### Ask Rufus

( Are these sunglasses polarized? )
( Do they come with a strap? )
( Can they be worn over prescription glasses? )
( Ask something else )

 prime

Enjoy fast, free delivery, exclusive deals, and award-winning movies & TV shows.

**Join Prime**

$**8**⁴⁹

FREE delivery **Friday, January 2** on orders shipped by Amazon over $35

Or fastest delivery **December 29 - 30**

**Arrives after Christmas. Need a gift sooner?** Send an Amazon Gift Card today by email or text message.

 Deliver to Aoyu - Miami 33133

**In Stock**

Quantity: 1 ▾

[ Add to Cart ]

[ Buy Now ]

| | |
|---|---|
| Ships from | Amazon |
| Sold by | TopG SHOP |
| Returns | FREE refund/replacement until Jan 31, 2026 |
| Gift options | Available at checkout |

⌄ See more

[ Add to List ]

---

## Similar items that may deliver to you quickly

Page 1 of 5 ⋮

‹                                                    ›



**Kids Polarized Sports Sunglasses, Youth Baseball Sunglasses for Boys Girls Age 6-15 UV400 Protection Glasses**
★★★★☆ 35
$11⁹⁰
Get it as soon as **Monday, Dec 29**
FREE Shipping on orders over $35 shipped by Amazon

**Pro Acme Kids Baseball Sunglasses Polarized Youth Baseball Sunglasses Unbreakable Sports Sun Glasses for...**
★★★★★ 40
$14⁹⁹
Get it as soon as **Monday, Dec 29**
FREE Shipping on orders over $35 shipped by Amazon
🌿 3 sustainability features ⌄

**Kids Sports Sunglasses Youth Baseball UV400 Sport Frame Shades Boys Girls**
★★★★☆ 133
$11⁹⁹
Get it as soon as **Monday, Dec 29**
FREE Shipping on orders over $35 shipped by Amazon

**QALLY 3Pack Kids Polarized Sunglasses, Youth Baseball Sun glasses for Boys Girls Age 3-12 Sports Softball U...**
★★★★☆ 39
-5% $9⁴⁹
Typical price: $9.99
Get it as soon as **Monday, Dec 29**
FREE Shipping on orders over $35 shipped by Amazon

**Kids Sports Sunglasses Youth Baseball UV400 Sport Frame Shades Boys Girls**
★★★★☆ 133
Amazon's Choice
$9⁹⁹
Get it as soon as **Monday, Dec 29**
FREE Shipping on orders over $35 shipped by Amazon

**Tsctswk Polarized Sports Sunglasses for Kids,Youth Baseball Cycling UV Protection Sunglasses for Boys Girls Age 6-12**
★★★★☆ 11
$9⁹⁹
Get it as soon as **Monday, Dec 29**
FREE Shipping on orders over $35 shipped by Amazon

## ✦ Looking for specific info?

Ask Rufus or search reviews and Q&A →

Are these sunglasses polarized?    Do they come with a strap?    Can they be worn over prescription glasses?

What material are the lenses made of?    Are they adjustable?

## Videos

Help others learn more about this product by uploading a video!

Upload your video

## Product details

**Department :** boys

**Date First Available :** December 31, 2024

**ASIN :** B0FTYLXBTZ

**Product Warranty:** For warranty information about this product, please click here

**Best Sellers Rank:** #215,372 in Clothing, Shoes & Jewelry (See Top 100 in Clothing, Shoes & Jewelry)
#79 in Boys' Sunglasses

**Customer Reviews:** 4.5 ★★★★☆ ⌄ (35)

## Product Description

**Protect Your Child's Eyes in Style!**
Our Kids Sports Sunglasses are designed to keep your little ones safe and comfortable during all their outdoor adventures. Featuring **UV400 protection**, these sunglasses block 99% of harmful UVA and UVB rays, making them perfect for sunny days at the baseball field, softball game, tennis court, or even a family bike ride.

The **lightweight frame** ensures a secure and comfortable fit, while the durable material can withstand active play. Whether your child is running, cycling, or playing sports, these sunglasses won't slip or break easily.

**Why Choose Our Kids Sports Sunglasses?**
- **UV400 Protection**: Keeps boys and girls eyes safe from harmful sun rays.
- **Lightweight & Durable**: Perfect for active kids who love sports and outdoor fun.
- **Comfortable Fit**: Designed for ages 3-8, with adjustable frames for a snug fit.
- **Multi-Sport Use**: Ideal for baseball, softball, tennis, cycling, running, and more.
- **Stylish Designs**: Available in a variety of colors to suit every child's personality.

**Perfect for Every Adventure!**
From the baseball diamond to the beach, our Kids Sunglasses are the ultimate accessory for active kids. Give your child the protection they need while they enjoy their favorite activities. Order now and let them shine in the sun!

## Similar brands on Amazon

Page 1 of 2

Sponsored ⓘ




## Customer reviews

 4.5 out of 5

35 global ratings

| | | |
|---|---|---|
| 5 star | ████████████ | 79% |
| 4 star | █ | 7% |
| 3 star | █ | 7% |
| 2 star | | 0% |
| 1 star | █ | 7% |

How customer reviews and ratings work

## Review this product

Share your thoughts with other customers

[ Write a customer review ]

### Reviews with images

See all photos ›

   

### Top reviews from the United States

**Amazon Customer**

★★★★★ **Good quality for the cost**

Reviewed in the United States on November 17, 2025

Color: 1pack-black Frame/Green Lens | **Verified Purchase**

I bought two pairs for my children who play baseball. I love the ear clip, they didn't fall off while they were running. These helped them in the field. Overall good quality and my boys said they are comfortable.

One person found this helpful

[ Helpful ] | Report

**Steve Dominion**

★★★★★ **Youth Sport Glasses**

Reviewed in the United States on December 7, 2025

Color: 1pack-black Frame/Green Lens | **Verified Purchase**

Great for kids

[ Helpful ] | Report

**Arlett arzola**

★★★★★ **Great quality!**

Reviewed in the United States on October 27, 2025

Color: 1pack-black Frame/Green Lens | **Verified Purchase**

Great quality, look amazing on my son !

One person found this helpful

[ Helpful ] | Report

**koda**

★★★★★ **Great quality**

Reviewed in the United States on October 22, 2025

Color: 3pack-black/Green + Black/Grey + Black/Blue | **Verified Purchase**

As described, perfect fit, great colors and have held up in sports

[ Helpful ] | Report

**Hannah Lundell**

★★★★★ **Great quality, wonderful fit & affordable!**

Reviewed in the United States on December 9, 2025

Color: 2pack-white Frame/Slivery Lens + Blue Frame/Blue Lens | **Amazon Vine Customer Review of Free Product** ( What's this? )

These were the PERFECT purchase!!
These fit my 6-year old perfectly. They feel durable and made with quality materials, I forsee these lasting us a while.

I love all of the color choices, many to choose from and they are true to the photosand are vibrant. I love that these sunglasses come with not one, but TWO cases! They are both the zipper kind of cases, which also makes it so kids have an easier time opening them on their own. The cases also have clips on them, so the can be clipped onto backpacks, purses, etc.

I was so happy to find these sunglasses that provide 100% protection for UV RAYS, while also being lightweight and looking trendy. They are super comfortable to wear and my son says they are the perfect fit.

Overall, a wonderful value for the money, I would purchase these again and recommend them to other!



Helpful | Report

Angie - millennial mama

★★★★★ **Comfortable UV-Protective Sunglasses for Kids**

Reviewed in the United States on December 17, 2025

Color: 3pack-black Frame/Green Lens + White Frame/Slivery Lens + Green Frame/Blue Lens | **Amazon Vine Customer Review of Free Product** ( What's this? )

These sunglasses fit my son really well and actually stay on during practices. The frames are flexible but sturdy, and the lenses are clear to see through but you can tell really has that UV protection from the clairty difference. The included cases are a super nice touch for storage or travel. Great for sports, outdoor play, or everyday use. My son and his baseball team mates loved them!

Helpful | Report

D Fjeld

★☆☆☆☆ **Nice Cases**

Reviewed in the United States on December 12, 2025

Color: 3pack-black/Green + Black/Grey + Black/Blue | **Amazon Vine Customer Review of Free Product** ( What's this? )

I was excited to get these kids' sunglasses because the pictures looked exactly like what my grandson wanted. Unfortunately, they were a disappointment. They feel cheaply made, and the lenses were supposed to be different colors, but they all came the same. Honestly, the cases are the best part of this product. Not the quality I expected.

Helpful | Report

its true

★★★☆☆ **TINY!!!!**

Reviewed in the United States on March 2, 2025

Color: 3pack-black/Blue+red+blue | **Amazon Vine Customer Review of Free Product** ( What's this? )

I picked these up as replacements for my 10 year old son - who had some glasses in this style that he loved, but they are lost. I didn't have the glasses to refer to with measurements, but I looked up the old item page of the last set to compare to these and the height of those lenses seemed comparable to this set, so I ordered these. When I opened this set, I literally laughed out loud - these are TINY compared to the other set. I have pictured my just turned 6 year old daughter wearing these and they are very snug on her face. We'll keep them and he *might* wear them (they might work out ok under his batting helmet since they're snug), but otherwise, they are SO small and are tight to his head on the arms of the glasses. I'd suggest the size range is more like 3-7 years AT MOST.

Helpful | Report

See more reviews ›

## Top reviews from other countries

Translate all reviews to English

Josue Loera

★★★☆☆ **De calidad por su precio**

Reviewed in Mexico on December 8, 2025

Color: 2pack-black Frame/Green Lens + Red Frame/Red Lens | **Verified Purchase**

Buenos aldías

Report

Translate review to English

 Bailey Beier

★☆☆☆☆ **Cheap not Kid friendly**
Reviewed in Canada on July 28, 2025
Color: 2pack-black Frame/Green Lens + Red Frame/Red Lens    **Verified Purchase**

Kids broke them within five minutes, they are not kid friendly.

Report

See more reviews ›

Back to top

**Get to Know Us**

Careers

Amazon
Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

**Make Money with Us**

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your
Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery
Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub
Partner

› See More Ways to Make
Money

**Amazon Payment Products**

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

**Let Us Help You**

Your Account

Your Orders

Shipping Rates &
Policies

Amazon Prime

Returns &
Replacements

Manage Your
Content and Devices

Recalls and Product
Safety Alerts

Registry & Gift List

Help



English  |  United States

Amazon Music
Stream millions
of songs

Amazon Ads
Reach customers
wherever they
spend their time

6pm
Score deals
on fashion brands

AbeBooks
Books, art
& collectibles

ACX
Audiobook
Publishing
Made Easy

Sell on Amazon
Start a Selling
Account

Veeqo
Shipping Software
Inventory
Management

Amazon Business
Everything For
Your Business

Amazon Fresh
Groceries & More
Right To Your Door

AmazonGlobal
Ship Orders
Internationally

Home Services
Experienced Pros
Happiness
Guarantee

Amazon Web
Services
Scalable Cloud
Computing
Services

Audible
Listen to Books &
Original
Audio
Performances

Box Office Mojo
Find Movie
Box Office Data

Goodreads
Book reviews
&
recommendations

IMDb
Movies, TV
& Celebrities

IMDbPro
Get Info
Entertainment
Professionals Need

Kindle Direct
Publishing
Indie Digital &
Print Publishing
Made Easy

Amazon Photos
Unlimited Photo
Storage
Free With Prime

Prime Video Direct
Video Distribution
Made Easy

Shopbop
Designer
Fashion Brands

Amazon Resale
Great Deals on
Quality Used
Products

Whole Foods
Market
America's
Healthiest
Grocery Store

Woot!
Deals and
Shenanigans

Zappos
Shoes &
Clothing

Ring
Smart Home
Security Systems

eero WiFi
Stream 4K Video
in Every Room

Blink
Smart Security
for Every Home

Neighbors App
Real-Time Crime
& Safety Alerts

Amazon
Subscription Boxes
Top subscription
boxes – right to
your door

PillPack
Pharmacy
Simplified

Amazon Renewed
Like-new products
you can trust

Amazon Luna
Video games from
the cloud,
no console
required

Conditions of Use     Privacy Notice     Consumer Health Data Privacy Disclosure     Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates

Amazon

Deliver to Aoyu
Miami 33133

All ▼   Search Amazon   🔍

EN   Hello, Albert
Account & Lists ▼   Returns & Orders   🛒 0

☰ All   ● Rufus   Join Prime   Holiday Gifts   Same-Day Delivery   Amazon Haul   Gift Cards ▼   Medical Care ▼   Amazon Basics   Customer Service   Buy Again

Amazon Fashion   Women   Men   Kids   Luggage   Sales & Deals   New Arrivals   Amazon Brands   Amazon Luxury

Clothing, Shoes & Jewelry › Boys › Accessories › Sunglasses



Brand: VIROSGROS
## 3 Pairs Age 5-16 Youth Boys Girls Sunglasses Kids Baseball Shades Softball Running Children Cycling Glasses Teen Narrow Face (NY1-NY2-NY7)

4.5 ★★★★☆ (4)   |   Search this page

$29⁹⁹ ($10.00 / count)

Price history

FREE Returns ▽

### Product details

Origin        Imported

### About this item

- Outdoor Sunglasses for Kids Boys Girls
- Sport Eyewear with Narrow Face Design
- Cycling Glasses
- Portable
- Durable

🔲 Report an issue with this product or seller

✦ Ask Rufus

( Are these sunglasses polarized? )

( Do they offer UV protection? )

( Can they be worn for other sports? )

( Ask something else )



prime
Enjoy fast, free delivery, exclusive deals, and award-winning movies & TV shows.

Join Prime

$29⁹⁹ ($10.00 / count)

FREE delivery **Monday, December 29** on orders shipped by Amazon over $35

Or Prime members get FREE delivery **Tomorrow, December 23**. Join Prime

**Arrives 2 days before Christmas**

◉ Deliver to Aoyu - Miami 33133

**In Stock**

Quantity: 1 ▼

[ Add to Cart ]

[ Buy Now ]

Ships from   Amazon
Sold by      InFang
Returns      FREE refund/replacement until Jan 31, 2026
Gift options Available at checkout

▽ See more

[ Add to List ]

## Complete the set



**This item:** VIROSGROS 3 Pairs Age 5-16 Youth Boys Girls Sunglasses Kids Baseball Shade...
$29⁹⁹ ($10.00/count)

Bike Spoke Reflector Kit - Chevron
$27⁰⁰

MARCHWAY Tactical Molle Hydration Pack Backpack with 3L TPU Water Bladder, Military...
$38⁹⁹

Total price:  $95.98

[ Add all 3 to Cart ]

ⓘ Some of these items ship sooner than the others.
Show details

## Similar items that may deliver to you quickly

Page 1 of 4



VIROSGROS 3 Pairs Age 5-16 Youth Boys Girls Sunglasses Kids Baseball Shades Softball Running Children Cycling Glasse…

★★★★⯪ 4

$29⁹⁹ ($10.00/count)

Get it as soon as **Monday, Dec 29**

FREE Shipping on orders over $35 shipped by Amazon

VIROSGROS 3 Pairs Age 5-16 Youth Boys Girls Sunglasses Kids Baseball Shades Softball Running Children Cycling Glasse…

★★★★⯪ 2

$29⁹⁹ ($10.00/count)

Get it as soon as **Monday, Dec 29**

FREE Shipping on orders over $35 shipped by Amazon

VIROSGROS 3 Pairs Age 5-16 Youth Boys Girls Sunglasses Kids Baseball Shades Softball Running Children Cycling Glasse…

★★★★★ 6

$29⁹⁹ ($10.00/count)

Get it as soon as **Monday, Dec 29**

FREE Shipping on orders over $35 shipped by Amazon

VIROSGROS 3 Pairs Age 5-16 Youth Boys Girls Sunglasses Kids Baseball Shades Softball Running Children Cycling Glasse…

★★★☆☆ 1

$29⁹⁹ ($10.00/count)

Get it as soon as **Monday, Dec 29**

FREE Shipping on orders over $35 shipped by Amazon

VIROSGROS 3 Pairs Age 5-16 Youth Boys Girls Sunglasses Kids Baseball Shades Softball Running Children Cycling Glasse…

★★★★☆ 8

$29⁹⁹ ($10.00/count)

Get it as soon as **Tuesday, Dec 30**

FREE Shipping on orders over $35 shipped by Amazon

VIROSGROS 3 Pairs Age 5-16 Youth Boys Girls Sunglasses Kids Baseball Shades Softball Running Children Cycling Glasse…

★★★★⯪ 18

$29⁹⁹ ($10.00/count)

Get it as soon as **Monday, Dec 29**

FREE Shipping on orders over $35 shipped by Amazon

## Looking for specific info?



Ask Rufus or search reviews and Q&A

Are these sunglasses polarized?   Do they offer UV protection?   Can they be worn for other sports?

Are they adjustable?   Is this made for narrow faces?

## Videos

Help others learn more about this product by uploading a video!

Upload your video

## Product details

**Package Dimensions** : 6.42 x 6.26 x 2.05 inches; 3.84 ounces

**Department** : Boys

**Date First Available** : October 31, 2024

**ASIN** : B0DLLGX8DQ

**Best Sellers Rank:** #3,012,131 in Clothing, Shoes & Jewelry (See Top 100 in Clothing, Shoes & Jewelry)
#592 in Boys' Sunglasses

**Customer Reviews:** 4.5 ★★★★⯪ (4)

## Product Description

3 Pairs Age 5-16 Youth Boys Girls Fashion Sunglasses Outdoor Kids Baseball Shades Softball Running Children Cycling Glasses Teen Sport Eyewear Narrow Face Men Women

## Similar brands on Amazon

Page 1 of 2

Sponsored ⓘ



Sports Training Goggles - Ages 5 & Up | Adjustable Strap, Lightweight Design |…

4.4 ★★★★⯪ 354

$39.99 List: $49.99



BLUE CUT Safety Basketball Goggles For Kids for Outdoor Sports Activities Anti…

4.3 ★★★★⯪ 395

$24.97



## Customer reviews

### Top reviews from the United States

★★★★☆ 4.5 out of 5

4 global ratings

| | | |
|---|---|---|
| 5 star | ████████ | 78% |
| 4 star | | 0% |
| 3 star | ██ | 22% |
| 2 star | | 0% |
| 1 star | | 0% |

How customer reviews and ratings work ⌄

## Review this product

Share your thoughts with other customers

[ Write a customer review ]

---

Amazon Customer

★★★★★ **10/10**

Reviewed in the United States on August 7, 2025

**Verified Purchase**

My child loves these.

( Helpful )  |  Report

---

Erica

★★★★★ **These are sooo nice!**

Reviewed in the United States on April 29, 2025

**Amazon Vine Customer Review of Free Product** ( What's this? )

These sunglasses for Kids are Made really well! Their designs are done with perfect execution! My son says its hard to see inside but their really helpful for blocking the sun outside. My son loves having choices and I love getting to match his sunglasses with his daily outfit!
These sunglasses are a fantastic order!

( Helpful )  |  Report

---

NoDramaMamaLlama

★★★☆☆ **Overpriced**

Reviewed in the United States on March 19, 2025

**Amazon Vine Customer Review of Free Product** ( What's this? )

These are kid sized not teen sized and they feel pretty cheap and lightweight. Maybe at half the price they would be a value, but these feel like cheap party favors rather than actual sunglasses. My 12 yr old just fits them. I am petite and tried them on and they barely fit. Considering most teens tower over me, I don't think this would work for them.

Meh all around.

( Helpful )  |  Report

---

See more reviews ›

## Related to items you've viewed   See more

Page 1 of 3



**SEKKAF Kids Sunglasses Youth Baseball Sunglasses for Boys Girls Softball Sports Sun Glasses UV Protection**
★★★★☆ 245
$9⁹⁹

**DioKiw Polarized Kids Sunglasses Youth Softball Cycling Sports Sun Glasses Boys Girls UV400 Protection Goggles**
★★★★☆ 303
$14⁹⁷-$29⁹⁸

**SEKKAF Youth Baseball Sunglasses Kids Sports Sunglasses for Boys Girls Softball Cycling Glasses UV400 Protection**
★★★★☆ 329
Amazon's Choice
$16⁹⁹-$19⁹⁹

**CMBJJU 3PACK Kids Sunglasses for 6-14 Boys Girls, Youth Baseball and Cycling UV400 Protection Goggles**
★★★★☆ 468
$17⁹⁹-$29⁹⁹

**ACEXPNM Two Sizes Baseball Sunglasses For Adults and Youth Boys Girls Kids UV400 Men Women Outdoor Sports Sun Glasses**
★★★★☆ 392
$27⁹⁹

**DioKiw 4PACK Kids Sunglasses Polarized Youth Baseball Sunglasses Boys Girls Softball Cycling UV400 Protection Goggles**
★★★★☆ 71
$19⁹⁷

## Based on your recent shopping trends

Page 1 of 36







**DioKiw Polarized Kids Sunglasses Youth Softball Cycling Sports Sun Glasses Boys Girls UV4…**
⭐⭐⭐⭐ 303
Amazon's Choice
$24⁹⁷
Get it as soon as **Monday, Dec 29**
FREE Shipping on orders over $35 shipped by Amazon

**QALLY Kids Sunglasses Youth Baseball Softball Sunglasses for Girls Boys Age 4-14 UV Protection Sports Kids 3 Pack**
⭐⭐⭐⭐ 106
-20% $19⁹⁹
List: $24.99
Get it as soon as **Monday, Dec 29**
FREE Shipping on orders over $35 shipped by Amazon

**SEKKAF Kids Sunglasses Youth Baseball Sunglasses for Boys Girls Softball Sports Sun Glasses UV Protection**
⭐⭐⭐⭐ 245
$9⁹⁹
Get it as soon as **Monday, Dec 29**
FREE Shipping on orders over $35 shipped by Amazon

**CMBJJU 3PACK Kids Sunglasses for 6-14 Boys Girls, Youth Baseball and Cycling UV400 Protection Goggles**
⭐⭐⭐⭐ 468
-33% $19⁹⁹
List: $29.99
Get it as soon as **Monday, Dec 29**
FREE Shipping on orders over $35 shipped by Amazon

**SEKKAF Kids Baseball Sunglasses for Boys Girls Youth Softball Cycling Sports Sunglasses UV400 Protection Age 5-12**
⭐⭐⭐⭐ 193
$18⁹⁵
Get it as soon as **Monday, Dec 29**
FREE Shipping on orders over $35 shipped by Amazon

**Bziia 3PACK Kids Sunglasses Youth Baseball Sunglasses for Boys Girls Age 4-12,Softball Sports…**
⭐⭐⭐⭐ 97
-23% $12³⁴
List Price: $15.99
Get it as soon as **Monday, Dec 29**
FREE Shipping on orders over $35 shipped by Amazon

## Best Sellers in Boys' Fashion








**Crocs Kid's Classic Clog**
⭐⭐⭐⭐⭐ 90,513
#1 Best Seller
-16% $33⁵⁰
List: $39.95
Get it as soon as **Tuesday, Dec 30**
FREE Shipping on orders over $35 shipped by Amazon
🌱 1 sustainability certification

**Marvel Spider-Man Kids Watches – Digital Display, Interactive Features, Adjustable Strap, Vibra…**
⭐⭐⭐⭐ 18,327
#1 Best Seller
-23% $9⁸⁷
List: $12.83
Get it as soon as **Monday, Dec 29**
FREE Shipping on orders over $35 shipped by Amazon

**Hanes Boys' Underwear, Boxer Briefs for Boys and Toddlers, Soft Cotton, 7 and 10 Packs**
⭐⭐⭐⭐ 70,761
#1 Best Seller
-39% $14⁹²
List: $24.49
Get it as soon as **Monday, Dec 29**
FREE Shipping on orders over $35 shipped by Amazon
🌱 1 sustainability feature

**The Children's Place boys 100% Cotton Long Sleeve Top and Pants,2 Piece Pajama Set**
⭐⭐⭐⭐ 4,942
#1 Best Seller
$15⁵⁷
Get it as soon as **Monday, Dec 29**
FREE Shipping on orders over $35 shipped by Amazon
🌱 1 sustainability feature

**N'Ice Caps Kids Waterproof Winter Thinsulate Warm Gloves**
⭐⭐⭐⭐ 16,750
#1 Best Seller
-10% $17⁹⁹
List: $19.99
Get it as soon as **Monday, Dec 29**
FREE Shipping on orders over $35 shipped by Amazon

**The Children's Place Bootcut Jeans**
⭐⭐⭐⭐ 39,360
#1 Best Seller
-38% $9¹⁴
List: $14.63
Get it as soon as **Mond 29**
FREE Shipping on orde $35 shipped by Amazo

## Customers who viewed items in your browsing history also viewed








**QALLY Polarized Sports Sunglasses for Men, UV400 Protection Mens Sunglasses Wrap Around Sun Glasses for Cycling Running**
⭐⭐⭐⭐ 240
$24⁹⁹

**DioKiw 4PACK Kids Sunglasses Polarized Youth Baseball Sunglasses Boys Girls Softball Cycling UV400 Protection Goggles**
⭐⭐⭐⭐ 71
$19⁹⁷

**IKTOD 2PACK Youth Baseball Kids Sunglasses for 4-16 Boys Girls Softball Cycling Glasses UV400 Protection Sports Goggles**
⭐⭐⭐⭐ 91
$13⁹⁹-$29⁹⁹

**Polarized Sport Sunglasses Men Cycling Driving Fishing UV Protection Sun Glasses Lightweight Big Frame Mountain Bike Goggles**
⭐⭐⭐⭐ 80
$17⁹⁷-$25⁹⁹

**Kegrimi 3 Pack Kids Sunglasses Youth Baseball Polarized Sun Glasses Sports Cycling Running for 3-12 Boys…**
⭐⭐⭐⭐⭐ 44
Amazon's Choice
$15⁹⁹-$19⁹⁹

**Kids Polarized Spor Sunglasses, Youth Baseball Sunglasses Boys Girls Age 6-15 UV400 Protection G**
⭐⭐⭐⭐ 35
$7⁹⁹-$12⁹⁹

## Your Browsing History  View or edit your browsing history








Back to top

## Get to Know Us

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

## Make Money with Us

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

## Amazon Payment Products

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

## Let Us Help You

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Recalls and Product Safety Alerts

Registry & Gift List

Help

  English  United States

| | | | | | | |
|---|---|---|---|---|---|---|
| Amazon Music<br>Stream millions<br>of songs | Amazon Ads<br>Reach customers<br>wherever they<br>spend their time | 6pm<br>Score deals<br>on fashion brands | AbeBooks<br>Books, art<br>& collectibles | ACX<br>Audiobook<br>Publishing<br>Made Easy | Sell on Amazon<br>Start a Selling<br>Account | Veeqo<br>Shipping Software<br>Inventory<br>Management |
| Amazon Business<br>Everything For<br>Your Business | Amazon Fresh<br>Groceries & More<br>Right To Your Door | AmazonGlobal<br>Ship Orders<br>Internationally | Home Services<br>Experienced Pros<br>Happiness<br>Guarantee | Amazon Web<br>Services<br>Scalable Cloud<br>Computing<br>Services | Audible<br>Listen to Books &<br>Original<br>Audio<br>Performances | Box Office Mojo<br>Find Movie<br>Box Office Data |
| Goodreads<br>Book reviews<br>&<br>recommendations | IMDb<br>Movies, TV<br>& Celebrities | IMDbPro<br>Get Info<br>Entertainment<br>Professionals Need | Kindle Direct<br>Publishing<br>Indie Digital &<br>Print Publishing<br>Made Easy | Amazon Photos<br>Unlimited Photo<br>Storage<br>Free With Prime | Prime Video Direct<br>Video Distribution<br>Made Easy | Shopbop<br>Designer<br>Fashion Brands |
| Amazon Resale<br>Great Deals on<br>Quality Used<br>Products | Whole Foods<br>Market<br>America's<br>Healthiest<br>Grocery Store | Woot!<br>Deals and<br>Shenanigans | Zappos<br>Shoes &<br>Clothing | Ring<br>Smart Home<br>Security Systems | eero WiFi<br>Stream 4K Video<br>in Every Room | Blink<br>Smart Security<br>for Every Home |
| | Neighbors App<br>Real-Time Crime<br>& Safety Alerts | Amazon<br>Subscription Boxes<br>Top subscription<br>boxes – right to<br>your door | PillPack<br>Pharmacy<br>Simplified | Amazon Renewed<br>Like-new products<br>you can trust | Amazon Luna<br>Video games from<br>the cloud,<br>no console<br>required | |

Conditions of Use   Privacy Notice   Consumer Health Data Privacy Disclosure   Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates

All | Rufus | Join Prime | Holiday Gifts | Same-Day Delivery | Amazon Haul | Gift Cards | Medical Care | Amazon Basics | Customer Service | Buy Again

Amazon Fashion | Women | Men | Kids | Luggage | Sales & Deals | New Arrivals | Amazon Brands | Amazon Luxury

Sports & Outdoors › Sports & Outdoor Recreation Accessories › Sports Sunglasses



**Brand: Rycrosdy**

## 1/2/3 pcs Youth Baseball Glasses Boys Girls UV400 Kids Teen Softball Sunglasses Child Young Men Women Bike Football Eyewear - NY3

4.6 ★★★★☆ (12)  |  Search this page

$15.90

Price history

FREE Returns ⌄

### Product details

| | |
|---|---|
| Care instructions | Clean with mild soap and water, store in a protective case when not in use. |
| Origin | Imported |

### About this item

- Stylish Design
- Built For Boys & Girls
- UV400 Protection
- Suitable For Baseball and Softball
- Prefect Gift

Report an issue with this product or seller

**Ask Rufus**

Are these shatterproof?

Do they come with a case?

Can they be worn over prescription glasses?

Ask something else

prime

Enjoy fast, free delivery, exclusive deals, and award-winning movies & TV shows.

Join Prime

$15.90

FREE delivery **Monday, December 29** on orders shipped by Amazon over $35

**Arrives after Christmas. Need a gift sooner?** Send an Amazon Gift Card today by email or text message.

Deliver to Aoyu - Miami 33133

### In Stock

Quantity: 1

Add to Cart

Buy Now

| | |
|---|---|
| Ships from | Amazon |
| Sold by | HXRStore |
| Returns | FREE refund/replacement until Jan 31, 2026 |
| Customer service | Amazon |

⌄ See more

Add to List

## Similar items that may deliver to you quickly

Page 1 of 5

     

| Rycrosdy 1/2/3 pcs Youth Baseball Glasses Boys Girls UV400 Kids Teen Softball Sunglasses Child Young Men Women Bik... | Rycrosdy 1/2/3 pcs Youth Baseball Glasses Boys Girls UV400 Kids Teen Softball Sunglasses Child Young Men Women Bik... | Rycrosdy 1/2/3 pcs Youth Baseball Glasses Boys Girls UV400 Kids Teen Softball Sunglasses Child Young Men Women Bik... | Rycrosdy 1/2/3 pcs Youth Baseball Glasses Boys Girls UV400 Kids Teen Softball Sunglasses Child Young Men Women Bik... | Rycrosdy 1/2/3 pcs Youth Baseball Glasses Boys Girls UV400 Kids Teen Softball Sunglasses Child Young Men Women Bik... | Rycrosdy 1/2/3 pcs Youth Baseball Glasses Boys Girls UV400 Kids Teen Softball Sunglasses Child Young Men Women Bik... |
|---|---|---|---|---|---|
| ★★★★☆ 2 | ★★★★★ 2 | ★★★★★ 14 | ★★★★★ 2 | ★★★★★ 7 | ★★★★☆ 7 |
| $15.90 | $15.90 | $15.90 | $15.90 | $15.90 | $15.90 |
| Get it as soon as **Monday, Dec 29** | Get it as soon as **Monday, Dec 29** | Get it as soon as **Monday, Dec 29** | Get it as soon as **Monday, Dec 29** | Get it as soon as **Monday, Dec 29** | Get it as soon as **Monday, Dec 29** |
| FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping on orders over $35 shipped by Amazon |



## Looking for specific info?

Ask Rufus or search reviews and Q&A

Are these shatterproof?     Do they come with a case?     Can they be worn over prescription glasses?     Are they polarized?

What age range are they for?

## Videos

Help others learn more about this product by uploading a video!

Upload your video

## Product details

**Package Dimensions** : 6.18 x 2.24 x 1.93 inches; 1.76 ounces

**Department** : Unisex Kids

**Date First Available** : January 3, 2025

**ASIN** : B0DS6HF31D

**Product Warranty:** For warranty information about this product, please click here

**Best Sellers Rank:** #153,672 in Sports & Outdoors (See Top 100 in Sports & Outdoors)
#795 in Sunglasses

**Customer Reviews:** 4.6 ★★★★☆ (12)

## Product Description

1/2/3 pcs Youth Baseball Glasses Boys Girls UV400 Kids Teen Softball Shades Running Sunglasses Teenagers Child Children Bike Young Men Women Bicycle Football Eyewear

## Similar brands on Amazon

Sponsored ⓘ                                                                                    Page 1 of 2





KSnap: Wrist Snap Training Equipment for Golf, Baseball, Softball & Basketbal…
4.2 ★★★★☆ 61
$44.99



SPARK CATCH Light Up Baseball, Glow in The Dark Baseball, Sports Gear…
4.3 ★★★★☆ 4,121
$32.49 List: $38.49

## Customer reviews

★★★★☆ 4.6 out of 5

12 global ratings



5 star ▮▮▮▮▮▮▮▮ 78%
4 star ▮▮ 12%
3 star 0%
2 star ▮ 10%
1 star 0%

How customer reviews and ratings work ⌄

## Top reviews from the United States



Monica Rayl

★★★★★ **Good for 8 year old!!**

Reviewed in the United States on May 21, 2025

**Verified Purchase**

Fit my 8 year old son perfectly!

Helpful | Report



Jaclyn Bobel

★★☆☆☆ **Break easily**

Reviewed in the United States on July 22, 2025

**Verified Purchase**

These are not great quality and don't last too long

Helpful | Report

See more reviews ›

## Related to items you've viewed   See more

Page 1 of 2

     

**SEKKAF Kids Sunglasses Youth Baseball Sunglasses for Boys Girls Softball Sports Sun…**
★★★★½ 245
Amazon's Choice
$9⁹⁹
Get it as soon as **Monday, Dec 29**
FREE Shipping on orders over $35 shipped by Amazon

**DioKiw Polarized Kids Sunglasses Youth Softball Cycling Sports Sun Glasses Boys Girls UV400 Protection Goggles**
★★★★½ 303
$14⁹⁷-$29⁹⁸

**SEKKAF Youth Baseball Sunglasses Kids Sports Sunglasses for Boys Girls Softball Cycling Glasses UV400 Protection**
★★★★½ 329
$16⁹⁹
Get it as soon as **Tuesday, Dec 30**
FREE Shipping on orders over $35 shipped by Amazon

**Sports Polarized Sunglasses UV Protection for Youth, Men & Women, Ideal for Cycling Running Baseball Skiing & Softball**
★★★★½ 882
-18% $17⁹⁹
List: $21.99
Get it as soon as **Monday, Dec 29**
FREE Shipping on orders over $35 shipped by Amazon

**FEISEDY Unisex Youth Sunglasses, Teens Baseball Tennis Sunglasses, UV400 Sports Boys Girls Cycling Shades B4064**
★★★★½ 362
$19⁹⁹-$22⁹⁹
⊘ 1 sustainability feature ⌄

**Derowern Youth Baseball Sunglasses, Kids Polarized Sports Sunglasses,UV400 Protection Glasses for…**
★★★★½ 437
$13⁹⁹
Get it as soon as **Friday, Jan 2**
FREE Shipping on orders over $35 shipped by Amazon
Only 2 left in stock - order…

## Your recently viewed items and featured recommendations

After viewing product detail pages, look here to find an easy way to navigate back to pages you are interested in.

› **View or edit your browsing history**

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon Visa | Your Account |
| Amazon Newsletter | Sell apps on Amazon | Amazon Store Card | Your Orders |
| About Amazon | Supply to Amazon | Amazon Secured Card | Shipping Rates & Policies |
| Accessibility | Protect & Build Your Brand | Amazon Business Card | Amazon Prime |
| Sustainability | Become an Affiliate | Shop with Points | Returns & Replacements |
| Press Center | Become a Delivery Driver | Credit Card Marketplace | Manage Your Content and Devices |
| Investor Relations | Start a Package Delivery Business | Reload Your Balance | Recalls and Product Safety Alerts |
| Amazon Devices | Advertise Your Products | Gift Cards | Registry & Gift List |
| Amazon Science | Self-Publish with Us | Amazon Currency Converter | Help |
| | Become an Amazon Hub Partner | | |
| | › See More Ways to Make Money | | |

  ⊕ English ⇕    United States

| | | | | | | |
|---|---|---|---|---|---|---|
| **Amazon Music** Stream millions of songs | **Amazon Ads** Reach customers wherever they spend their time | **6pm** Score deals on fashion brands | **AbeBooks** Books, art & collectibles | **ACX** Audiobook Publishing Made Easy | **Sell on Amazon** Start a Selling Account | **Veeqo** Shipping Software Inventory Management |
| **Amazon Business** Everything For Your Business | **Amazon Fresh** Groceries & More Right To Your Door | **AmazonGlobal** Ship Orders Internationally | **Home Services** Experienced Pros Happiness Guarantee | **Amazon Web Services** Scalable Cloud Computing Services | **Audible** Listen to Books & Original Audio Performances | **Box Office Mojo** Find Movie Box Office Data |
| **Goodreads** Book reviews & recommendations | **IMDb** Movies, TV & Celebrities | **IMDbPro** Get Info Entertainment Professionals Need | **Kindle Direct Publishing** | **Amazon Photos** Unlimited Photo Storage Free With Prime | **Prime Video Direct** Video Distribution Made Easy | **Shopbop** Designer Fashion Brands |

Indie Digital &
Print Publishing
Made Easy

**Amazon Resale**
Great Deals on
Quality Used
Products

**Whole Foods
Market**
America's
Healthiest
Grocery Store

**Woot!**
Deals and
Shenanigans

**Zappos**
Shoes &
Clothing

**Ring**
Smart Home
Security Systems

**eero WiFi**
Stream 4K Video
in Every Room

**Blink**
Smart Security
for Every Home

**Neighbors App**
Real-Time Crime
& Safety Alerts

**Amazon
Subscription Boxes**
Top subscription
boxes – right to
your door

**PillPack**
Pharmacy
Simplified

**Amazon Renewed**
Like-new products
you can trust

**Amazon Luna**
Video games from
the cloud,
no console
required

Conditions of Use   Privacy Notice   Consumer Health Data Privacy Disclosure   Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates

amazon | Deliver to Aoyu ⦿ Miami 33133 | All ▾ | Search Amazon 🔍 | 🇺🇸 EN ▾ | Hello, Albert Account & Lists ▾ | Returns & Orders | 🛒 0

☰ All | 🔴 Rufus | Join Prime | Holiday Gifts | Same-Day Delivery | Amazon Haul | Gift Cards ▾ | Medical Care ▾ | Amazon Basics | Customer Service | Buy Again

**Amazon Fashion** | Women | Men | Kids | Luggage | Sales & Deals | New Arrivals | Amazon Brands | Amazon Luxury

Sports & Outdoors › Sports & Outdoor Recreation Accessories › Sports Sunglasses



**Brand: Rycrosdy**

# 1/2/3 pcs Youth Baseball Glasses Boys Girls UV400 Kids Teen Softball Sunglasses Child Young Men Women Bike Football Eyewear - NY3

4.6 ★★★★⯨ ▾ (12)  |  **Search this page**

$**15**⁹⁰

Price history

FREE Returns ⌄

## Product details

| | |
|---|---|
| Care instructions | Clean with mild soap and water, store in a protective case when not in use. |
| Origin | Imported |

## About this item

- Stylish Design
- Built For Boys & Girls
- UV400 Protection
- Suitable For Baseball and Softball
- Prefect Gift

 Report an issue with this product or seller

### Similar item with fast delivery

Rycrosdy 1/2/3 pcs Youth Baseball Glasses Boys Girls UV400 Kids Teen Softball Sunglasses Child Young Men Women Bike Football Eyewear - NY2
★★★★★ (2)
$15.90 ✓prime

prime

Enjoy fast, free delivery, exclusive deals, and award-winning movies & TV shows.

Join Prime

$**15**⁹⁰

FREE delivery **Monday, December 29** on orders shipped by Amazon over $35

**Arrives after Christmas. Need a gift sooner?** Send an Amazon Gift Card today by email or text message.

⦿ Deliver to Aoyu - Miami 33133

**In Stock**

Quantity: 1 ▾

**Add to Cart**

**Buy Now**

| | |
|---|---|
| Ships from | Amazon |
| Sold by | HXRStore |
| Returns | FREE refund/replacement until Jan 31, 2026 |
| Customer service | Amazon |

⌄ See more

Add to List

## Similar items that may deliver to you quickly

Page 1 of 5 ⋮

‹

     

| Rycrosdy 1/2/3 pcs Youth Baseball Glasses Boys Girls UV400 Kids Teen Softball Sunglasses Child Young Men Women Bik… | Rycrosdy 1/2/3 pcs Youth Baseball Glasses Boys Girls UV400 Kids Teen Softball Sunglasses Child Young Men Women Bik… | Rycrosdy 1/2/3 pcs Youth Baseball Glasses Boys Girls UV400 Kids Teen Softball Sunglasses Child Young Men Women Bik… | Rycrosdy 1/2/3 pcs Youth Baseball Glasses Boys Girls UV400 Kids Teen Softball Sunglasses Child Young Men Women Bik… | Rycrosdy 1/2/3 pcs Youth Baseball Glasses Boys Girls UV400 Kids Teen Softball Sunglasses Child Young Men Women Bik… | Rycrosdy 1/2/3 pcs Yo Baseball Glasses Boys Girls UV400 Kids Teen Softball Sunglasses Ch Young Men Women Bik |
|---|---|---|---|---|---|
| ★★★★⯨ 2 | ★★★★★ 2 | ★★★★★ 14 | ★★★★★ 2 | ★★★★★ 7 | ★★★★⯨ 7 |
| $15⁹⁰ | $15⁹⁰ | $15⁹⁰ | $15⁹⁰ | $15⁹⁰ | $15⁹⁰ |
| Get it as soon as **Monday, Dec 29** | Get it as soon as **Monday, Dec 29** | Get it as soon as **Monday, Dec 29** | Get it as soon as **Monday, Dec 29** | Get it as soon as **Monday, Dec 29** | Get it as soon as **Monday, 29** |
| FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping on orders o $35 shipped by Amazon |

›



Looking for specific info?

| Ask Rufus or search reviews and Q&A |

Are these shatterproof?    Do they come with a case?    Can they be worn over prescription glasses?    Are they polarized?

What age range are they for?

## Videos

Help others learn more about this product by uploading a video!

Upload your video

---

## Product details

**Package Dimensions :** 6.18 x 2.24 x 1.93 inches; 1.76 ounces

**Department :** Unisex Kids

**Date First Available :** January 3, 2025

**ASIN :** B0DS6HF31D

**Product Warranty:** For warranty information about this product, please click here

**Best Sellers Rank:** #153,674 in Sports & Outdoors (See Top 100 in Sports & Outdoors)
 #795 in Sunglasses

**Customer Reviews:** 4.6 ★★★★⯪ (12)

## Product Description

1/2/3 pcs Youth Baseball Glasses Boys Girls UV400 Kids Teen Softball Shades Running Sunglasses Teenagers Child Children Bike Young Men Women Bicycle Football Eyewear

## Similar brands on Amazon

Page 1 of 2

Sponsored ⓘ



KSnap: Wrist Snap Training Equipment for Golf, Baseball, Softball & Basketbal...
4.2 ★★★★☆ 61
$44.99



SPARK CATCH Light Up Baseball, Glow in The Dark Baseball, Sports Gear...
4.3 ★★★★☆ 4,122
$32.49  List: $38.49

---

## Customer reviews

★★★★⯪ 4.6 out of 5

12 global ratings



| 5 star | 78% |
| 4 star | 12% |
| 3 star | 0% |
| 2 star | 10% |
| 1 star | 0% |

How customer reviews and ratings work ⌄

## Review this product

Share your thoughts with other customers

Write a customer review

### Top reviews from the United States



Monica Rayl

★★★★★ **Good for 8 year old!!**

Reviewed in the United States on May 21, 2025

**Verified Purchase**

Fit my 8 year old son perfectly!

Helpful    |    Report

Jaclyn Bobel

★★☆☆☆ **Break easily**

Reviewed in the United States on July 22, 2025

**Verified Purchase**

These are not great quality and don't last too long

Helpful    |    Report

**Related to items you've viewed** See more

Page 1 of 2

     

SEKKAF Kids Sunglasses Youth Baseball Sunglasses for Boys Girls Softball Sports Sun…
★★★★☆ 245
Amazon's Choice
$9⁹⁹
Get it as soon as **Monday, Dec 29**
FREE Shipping on orders over $35 shipped by Amazon

DioKiw Polarized Kids Sunglasses Youth Softball Cycling Sports Sun Glasses Boys Girls UV400 Protection Goggles
★★★★☆ 303
$14⁹⁷-$29⁹⁸

SEKKAF Youth Baseball Sunglasses Kids Sports Sunglasses for Boys Girls Softball Cycling Glasses UV400 Protection
★★★★☆ 329
$16⁹⁹
Get it as soon as **Monday, Dec 29**
FREE Shipping on orders over $35 shipped by Amazon

Sports Polarized Sunglasses UV Protection for Youth, Men & Women, Ideal for Cycling Running Baseball Skiing & Softball
★★★★☆ 882
-18% $17⁹⁹
List: $21.99
Get it as soon as **Monday, Dec 29**
FREE Shipping on orders over $35 shipped by Amazon

FEISEDY Unisex Youth Sunglasses, Teens Baseball Tennis Sunglasses, UV400 Sports Boys Girls Cycling Shades B4064
★★★★☆ 362
$19⁹⁹-$22⁹⁹
🌱 1 sustainability feature ⌄

Derowern Youth Baseb Sunglasses, Kids Polarized Sports Sunglasses,UV400 Protection Glasses for.
★★★★☆ 437
$13⁹⁹
Get it as soon as **Friday, Ja**
FREE Shipping on orders o $35 shipped by Amazon
Only 2 left in stock - order

---

**Customers who bought this item also bought**

Page 1 of 5

     

westwolf Boys Swim Trunks with Compression Liner Casual Bathing Suit for Kids Swim Shorts 6-…
★★★★☆ 96
Amazon's Choice
-7% $26⁹⁹
Typical: $28.99
Get it as soon as **Monday, Dec 29**
FREE Shipping on orders over $35 shipped by Amazon

Rycrosdy 1/2/3 pcs Youth Baseball Glasses Boys Girls UV400 Kids Teen Softball Sunglasses Child Young Men Women Bik…
★★★★☆ 2
$15⁹⁰
Get it as soon as **Monday, Dec 29**
FREE Shipping on orders over $35 shipped by Amazon

Rycrosdy 1/2/3 pcs Youth Baseball Glasses Boys Girls UV400 Kids Teen Softball Sunglasses Child Young Men Women Bik…
★★★★★ 14
$15⁹⁰
Get it as soon as **Monday, Dec 29**
FREE Shipping on orders over $35 shipped by Amazon

Ice Cream Boy Baseball Shorts Waffle Or Cone Preppy Shorts,Kids Youth Ice Cream Drip Track Short Pants
★★★★☆ 60
-14% $5⁹⁶
Typical: $6.96
Get it Jan 6 - 8
$5.88 shipping

Sletend Athletic Gym Shorts Boys Casual Shorts Elastic Waist with Pockets, Summer Kids Bottom for Sports Homewear 7-15 Years
★★★★☆ 9
$14⁹⁹-$19⁹⁹

Rycrosdy 1/2/3 pcs Yo Baseball Glasses Boys Girls UV400 Kids Teen Softball Sunglasses Ch Young Men Women Bik
★★★★★ 7
$15⁹⁰
Get it as soon as **Monday, 29**
FREE Shipping on orders o $35 shipped by Amazon

---

## Best Sellers in Sports & Outdoor Recreation Accessories

    

Owala FreeSip Insulated Stainless Steel Water Bottle with Straw, BPA-Free Sports Water Bottl…
★★★★☆ 100,570
#1 Best Seller
$34⁹⁹
Get it as soon as **Monday, Dec 29**
FREE Shipping on orders over $35 shipped by Amazon

Owala FreeSip Sway Insulated Stainless Steel Water Bottle with Two-Way Spout, Built-In Straw and Bucket Handle, Ma…
★★★★★ 3,066
$34⁹⁹
Get it as soon as **Monday, Dec 29**
FREE Shipping on orders over $35 shipped by Amazon

STANLEY IceFlow 2.0 Flip Straw Tumbler with Handle 30 oz | Twist On Lid and Flip Up Straw | Leakproof Water Bottle…
★★★★☆ 66,255
$35⁰⁰
Get it as soon as **Monday, Dec 29**
FREE Shipping by Amazon
🌱 1 sustainability feature ⌄

adidas Alliance Sackpack – Drawstring Backpack for Sports, Small Gym Bag
★★★★★ 31,105
#1 Best Seller
-40% $11⁹⁷
List: $20.00
Get it as soon as **Monday, Dec 29**
FREE Shipping on orders over $35 shipped by Amazon

Zak Designs Marvel SpiderMan Kids Spout Cover and Built-in Carrying Loop Made of Plastic, Leak-Proof Wat…
★★★★☆ 20,119
-7% $9³⁴
Typical: $9.99
Get it as soon as **Monday, Dec 29**
FREE Shipping on orders over $35 shipped by Amazon

Owala Disney Princ FreeSip Insulated Stainless Steel Wat Bottle with Straw f
★★★★☆ 11,173
Amazon's Choice
$34⁹⁹
Get it as soon as **Mond 29**
FREE Shipping on orde $35 shipped by Amazo

---

## Customers who viewed items in your browsing history also viewed

    

MVPTGRS Youth Baseball Sunglasses for Boys Girls Age 8-14 TR90 Frame Kids Sport Sunglasses for Softball Cycling Baseball Golf
★★★★☆ 662
$8⁹⁹-$19⁹⁹

QALLY Polarized Sports Sunglasses for Men, UV400 Protection Mens Sunglasses Wrap Around Sun Glasses for Cycling Running
★★★★☆ 240
$24⁹⁹

FEISEDY Kids Teens Baseball Polarized Sunglasses Sports TR90 Frame Boys Girls Cycling B2454
★★★★☆ 4,338
$17⁰⁸-$23⁹⁸

IKTOD 2PACK Youth Baseball Kids Sunglasses for 4-16 Boys Girls Softball Cycling Glasses UV400 Protection Sports Goggles
★★★★☆ 91
$13⁹⁹-$29⁹⁹

DioKiw 4PACK Kids Sunglasses Polarized Youth Baseball Sunglasses Boys Girls Softball Cycling UV400 Protection Goggles
★★★★☆ 71
$19⁹⁷

TURBOPEP 3 Pack Kids Polarized Sunglasses Youth Baseball Sunglasses for Boys Age 3-12 Sports UV...
★★★★☆ 702
Amazon's Choice
$15⁹⁹-$29⁹⁹

## Your Browsing History  View or edit your browsing history

     

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon Visa | Your Account |
| Amazon Newsletter | Sell apps on Amazon | Amazon Store Card | Your Orders |
| About Amazon | Supply to Amazon | Amazon Secured Card | Shipping Rates & Policies |
| Accessibility | Protect & Build Your Brand | Amazon Business Card | Amazon Prime |
| Sustainability | Become an Affiliate | Shop with Points | Returns & Replacements |
| Press Center | Become a Delivery Driver | Credit Card Marketplace | Manage Your Content and Devices |
| Investor Relations | Start a Package Delivery Business | Reload Your Balance | Recalls and Product Safety Alerts |
| Amazon Devices | Advertise Your Products | Gift Cards | Registry & Gift List |
| Amazon Science | Self-Publish with Us | Amazon Currency Converter | Help |
| | Become an Amazon Hub Partner | | |
| | › See More Ways to Make Money | | |

 English  United States

| Amazon Music Stream millions of songs | Amazon Ads Reach customers wherever they spend their time | 6pm Score deals on fashion brands | AbeBooks Books, art & collectibles | ACX Audiobook Publishing Made Easy | Sell on Amazon Start a Selling Account | Veeqo Shipping Software Inventory Management |
|---|---|---|---|---|---|---|
| Amazon Business Everything For Your Business | Amazon Fresh Groceries & More Right To Your Door | AmazonGlobal Ship Orders Internationally | Home Services Experienced Pros Happiness Guarantee | Amazon Web Services Scalable Cloud Computing Services | Audible Listen to Books & Original Audio Performances | Box Office Mojo Find Movie Box Office Data |
| Goodreads Book reviews & recommendations | IMDb Movies, TV & Celebrities | IMDbPro Get Info Entertainment Professionals Need | Kindle Direct Publishing Indie Digital & Print Publishing Made Easy | Amazon Photos Unlimited Photo Storage Free With Prime | Prime Video Direct Video Distribution Made Easy | Shopbop Designer Fashion Brands |
| Amazon Resale Great Deals on Quality Used Products | Whole Foods Market America's Healthiest Grocery Store | Woot! Deals and Shenanigans | Zappos Shoes & Clothing | Ring Smart Home Security Systems | eero WiFi Stream 4K Video in Every Room | Blink Smart Security for Every Home |

Neighbors App
Real-Time Crime
& Safety Alerts

Amazon
Subscription Boxes
Top subscription
boxes – right to
your door

PillPack
Pharmacy
Simplified

Amazon Renewed
Like-new products
you can trust

Amazon Luna
Video games from
the cloud,
no console
required

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates



amazon | Deliver to Aoyu Miami 33133 | All | Search Amazon | EN | Hello, Albert Account & Lists | Returns & Orders | 0

☰ All · Rufus · Join Prime · Holiday Gifts · Same-Day Delivery · Amazon Haul · Gift Cards · Medical Care · Amazon Basics · Customer Service · Buy Again

**Amazon Fashion** · Women · Men · Kids · Luggage · Sales & Deals · New Arrivals · Amazon Brands · Amazon Luxury

Sports & Outdoors › Sports & Outdoor Recreation Accessories › Sports Sunglasses



Visit the RIVBOS Store

## RIVBOS Youth Baseball Sunglasses for Kids(Boys&Girls) Polarized UV Protection Cycling Glasses RYS008

4.6 ★★★★½ (311)  |  Search this page

**Amazon's Choice**

**100+ bought** in past month

$22.98

Price history

FREE Returns ⌄

Color: **Blackwhite Inkdotframe/Ice Blue Lens**



| | | |
|---|---|---|
| $18.98 ~~$19.98~~ | $18.03 ~~$18.98~~ | $22.98 |
| $18.98 ~~$19.98~~ | $18.03 | $18.03 |
| $18.98 ~~$19.98~~ | $18.03 | $18.03 |

‹ Previous  1  **2**  Next ›

## Product details

Origin          Imported

## About this item

- 【POLARIZED LENS】 These polarized sunglasses block blinding glare from reflective surfaces like water, snow, and pavement, delivering sharper contrast, true-to-life color, and strain-free vision for driving, fishing, or any bright adventure.
- 【UV400 SPORTS SUNGLASSES FOR KIDS 】 The kids sunglasses are made of quality polarized lenses that provide 99.99% UV protection. These kids baseball sunglasses can better protect your child's eyes from harmful UVA & UVB.
- 【ULTRA LIGHT TR90 FRAME】 The youth sports sunglasses weigh only 24g, perfect for kids to wear. Ideal polarized sunglasses for outdoor sports, such as baseball, softball, golf, cycling, hiking, running, etc.
- 【Windproof Design】 Features a windproof design to reduce irritation to

⌄ See more

🗎 Report an issue with this product or seller

 prime

Enjoy fast, free delivery, exclusive deals, and award-winning movies & TV shows.

Join Prime

$22.98

FREE delivery **Monday, December 29** on orders shipped by Amazon over $35

**Arrives after Christmas. Need a gift sooner?** Send an Amazon Gift Card today by email or text message.

Deliver to Aoyu - Miami 33133

**In Stock**

Quantity: 1 ⌄

**Add to Cart**

**Buy Now**

Ships from    Amazon
Sold by       RIVBOS
Returns       FREE refund/replacement until Jan 31, 2026
Customer      Amazon
service
⌄ See more

Add to List

### Ask Rufus

Are these shatterproof?

Do they have adjustable nose pads?

Can they be worn while swimming?

Ask something else

## Complete the set

 +  +

Total price: $66.42

**Add all 3 to Cart**

ⓘ These items are shipped from and sold by different sellers.

This item: RIVBOS Youth Baseball
Sunglasses for Kids(Boys&Girls)
Polarized UV Protection Cycling…
$22⁹⁸

Lixada Hydration Bladder Bike
Hydration Pack (Black) (Violet
Tulip)
$26⁴⁵

Bike Lights Front and Back, Bike
Lights Set Super Bright 8+12
Modes, IPX6 Waterproof Bike…
$16⁹⁹

## Similar items that may deliver to you quickly

Page 1 of 5



**DUCO Kids Sunglasses
Youth Baseball Sun
Glasses Lightweight TR90
Frame UV400 Sports…**
★★★★½ 2,119
Amazon's Choice
$23⁹⁸
Get it as soon as **Monday, Dec 29**
FREE Shipping on orders over $35 shipped by Amazon

**DUCO Kids Sunglasses
Youth Baseball Sun
Glasses Lightweight TR90
Frame UV400 Sports
Cycling Shades for Boys…**
★★★★½ 2,119
$23⁹⁸
Get it as soon as **Monday, Dec 29**
FREE Shipping on orders over $35 shipped by Amazon

**suoso Kids Sports
Polarized Sunglasses:
Youth Baseball Sun
Glasses Cycling Glasses
for Boys Girls Age 6-12…**
★★★★½ 140
$23⁹⁹
Get it as soon as **Monday, Dec 29**
FREE Shipping on orders over $35 shipped by Amazon



**BIRCEN Kids baseball
Sunglasses for Youth -
Boys Girls Polarized
Sports Sun Glasses UV
Protection for Cycling…**
★★★★½ 116
-18% $17⁹⁹
Typical price: $21.95
Get it as soon as **Monday, Dec 29**
FREE Shipping on orders over $35 shipped by Amazon



**DUCO Kids Sunglasses
Youth Baseball Sun
Glasses Lightweight TR90
Frame UV400 Sports
Cycling Shades for Boys…**
★★★★½ 2,119
$23⁹⁸
Get it as soon as **Monday, Dec 29**
FREE Shipping on orders over $35 shipped by Amazon



**DUCO Kids Sunglasses
Youth Baseball Sun
Glasses Lightweight TR
Frame UV400 Sports
Cycling Shades for Boy**
★★★★½ 2,119
$23⁹⁸
Get it as soon as **Monday,
29**
FREE Shipping on orders o
$35 shipped by Amazon

## Product description



**All lenses are coated with 100% UV400 protection,**
**which offers complete protection against UVA, UVB, UVC,**
**and harmful blue light up to 400 nm.**



# Polarized lens.

*Stands out for its Ultralightness,*
*Clarity, Elasticity, Stability, and Impact resistance*



# Rubberized temple.

*The end of the mirror leg is wrapped with rubber,*
*which can be bent at will and has a good*
*anti-slip effect*

# Non-Slip Lanyard.

*There is an adjustable eyeglass lanyard that can prevent*
*eyeglasses from falling off when cycling, when worn correctly.*

     

**FLEXIBLE TEMPLES**
*Suitable for all face shapes*



# Non-slip nose pads.

*Sweat Premium Performance, Our Nose Pads for*
*Glasses Will Not Slip Down Your Nose.*





## Looking for specific info?

Ask Rufus or search reviews and Q&A

Are these shatterproof?    Do they have adjustable nose pads?    Can they be worn while swimming?

Are they polarized?    Do they come with a case?

## Product Videos



**Jennifer Nethery** Earns commissions
Honest Review of Rivbos Youth Baseball Sunglasses #ad

-1:19

RIVBOS Youth Baseball Sunglasses for Kids(Boys&Girls) Polarized UV…
★★★★☆ 311
$18.98

## Product details

**Department :** boys

**Date First Available :** February 24, 2025

**ASIN :** B0F1TN4141

**Best Sellers Rank:** #11,262 in Sports & Outdoors (See Top 100 in Sports & Outdoors)
#68 in Sunglasses

**Customer Reviews:** 4.6 ★★★★☆ (311)

## Similar brands on Amazon

Page 1 of 3

Sponsored ⓘ



DUCO Kids Sunglasses Youth Baseball Sun Glasses Lightweight TR90 Frame…
4.7 ★★★★☆ 2,119
$23.98



BLUE CUT Sports Protection Goggles, Anti-Fog Lenses Safety Glasses for…
4.3 ★★★★☆ 323
$29.97

## Customer reviews

  4.6 out of 5

311 global ratings

| | | |
|---|---|---|
| 5 star | | 82% |
| 4 star | | 10% |
| 3 star | | 4% |
| 2 star | | 1% |
| 1 star | | 3% |

How customer reviews and ratings work ⌄

### Review this product

Share your thoughts with other customers

## Customers say

Customers find these sunglasses fit well, particularly for 8-year-olds, and appreciate their quality and cool appearance, with one noting the blue frames add a unique touch of flair. They are well-suited for younger elementary school-aged kids, especially during softball season, and customers find them comfortable and durable, with one mentioning they stay in place during intense play. Customers consider them good value for money.

ai: Generated from the text of customer reviews

**Select to learn more**

✓ Fit | ✓ Look | ✓ Quality | ✓ Value for money | ✓ Age range | ✓ Durability | ✓ Comfort
✓ Sturdiness

### Reviews with images

See all photos ›

Write a customer review

## Top reviews from the United States

Peter J. Leithart

★★★★★ **Very cool**

Reviewed in the United States on September 24, 2024

Color: Blackblue Magentadot Frame/Rainbow Lens    **Verified Purchase**

The blue frames paired with the vibrant orange lenses give these sunglasses a bold, sporty look. They really stand out on the field and add some fun. I love the color combination, and it's great for both boys and girls who want something stylish but functional.

The frames are lightweight and designed for smaller faces, so they don't feel too bulky. The rubberized nose pads and temple grips ensure that they stay in place during intense play, even when sweating. My only slight complaint is that the arms could be a bit more flexible for better adjustability, but overall, they fit well without pinching.

These sunglasses are a great investment for any young baseball player. The combination of comfort, style, and functionality makes them a winner in my book. The vibrant orange lenses not only look cool but actually enhance performance on the field, and the blue frames add a unique touch of flair.

If you're looking for stylish, protective, and functional sunglasses for your young athlete, I highly recommend these. They'll help improve visibility during games and make your child feel like a pro!



Helpful    |  Report

Eli

★★★★★ **Great for price**

Reviewed in the United States on November 15, 2025

Color: Black Bluedotframe/Orgnrabw Lens    |  **Verified Purchase**

Fit great scratch resistant 👌

Helpful    |  Report

Sharon King

★★★★★ **Quality sunglasses**

Reviewed in the United States on November 7, 2025

Color: Blackwhite Inkdotframe/Ice Blue Lens    |  **Verified Purchase**

Glasses are sturdy and look good. My grandson wears these while playing baseball. It does a good job of protecting his eyes while he is on the field and the sunglasses look nice on him.

Helpful    |  Report

Carrie Purdy

★★★★★ **Perfect for my 7 year old**

Reviewed in the United States on May 22, 2025

Color: Blackblue Magentadot Frame/Rainbow Lens    |  **Verified Purchase**

I recently got these for my 7 year old son. They were a huge hit. As a teacher I've noticed these are a popular style with kids right now and I thought he would like them. They offered a comfortable fit. He as able to run around and play a variety of sports in them and they stayed on. Great price. He is rough with his things and has never once remembered the case and 2 months in and these are still in good shape.

Helpful    |  Report

Brandon B.

★★★★☆ **grest**

Reviewed in the United States on June 25, 2025

Color: Blackblue Greendot Frame/Bluegreen Gradient Lens    |  **Verified Purchase**

Great durable sunglasses, my 13 year old son loved these. the only problem is that you can see through them a little bit from the outside, but otherwise they are a great buy

Helpful | Report

rdelcairo

⭐⭐⭐⭐⭐ **Nice sunglases**

Reviewed in the United States on October 22, 2025

Color: Whiteblcakframe/Orgnrabw Lens | **Verified Purchase**

Nice sunglases, perfect fit

Helpful | Report

Maggie Allen

⭐⭐⭐⭐⭐ **Price matches the quality**

Reviewed in the United States on May 28, 2025

Color: Blackblue Magentadot Frame/Rainbow Lens | **Verified Purchase**

Purchased for my very active kid who wears them every chance he gets, not just for baseball. We've had them for a couple months and they are holding up so far. They fit comfortably on his face and aren't too big or too small. Good for younger elementary school aged kids. We purchased the light blue frames that have a speckling throughout. Lenses are polarized which was the biggest reason for the purchase, however the lens is a very thin plastic but to be expected for the price. Comes with a nice case and microfiber cloth for cleaning.

Helpful | Report

Nancy

⭐⭐⭐⭐⭐ **Beautiful glasses**

Reviewed in the United States on October 21, 2025

Color: Blackwhile Inkdot Frame/Iceblue Lens | **Verified Purchase**

Nice looking glasses with a beautiful hard case!! Bought this for my grandson for Christmas and I know he will love it!

Helpful | Report

**See more reviews** ›

## Top reviews from other countries

Translate all reviews to English

Mecole

⭐⭐⭐⭐⭐ **Cool looking sunglasses that really do the job**

Reviewed in the United Kingdom on April 2, 2025

Color: Blackwhite Inkdotframe/Ice Blue Lens | **Amazon Vine Customer Review of Free Product** ( What's this? )



Got these for my son who's into cycling and a bit obsessed with anything that looks "pro". He saw the picture and was immediately drawn to the frame and those blue lenses — looked like something out of a racing game. I was mainly after something that protected his eyes properly, so the fact they're polarised was a big win.

When they arrived, he was buzzing. The fit is great — not too tight, but snug enough that they stay on when he's speeding round corners or bouncing on the BMX track. He's already said how much clearer everything looks and that the sun glare doesn't bother him anymore, which is exactly

⌄ Read more

Report

Rodrigues

⭐⭐⭐⭐⭐ **Lunette de soleil**

Reviewed in France on April 15, 2025

Color: Blackwhile Inkdot Frame/Iceblue Lens | **Verified Purchase**

Petite lunette sympa

Report

Translate review to English

Karr

**Great Glasses, Fit Well, Highly Recommend them**

Reviewed in Canada on May 17, 2025

Color: Blackwhile Inkdot Frame/Iceblue Lens  |  Amazon Vine Customer Review of Free Product ( What's this? )

I am reviewing the RIVBOS Youth Baseball Sunglasses for Kids(Boys&Girls) Polarized UV Protection Cycling Glasses RYS007-CA....

These are great polarized biking glasses. The grandkids love the look and they fit them great. So far, durable. The carry case is a real bonus. I Highly recommend them

Report

---

S. Krämer

★★★★★ **Schützt Kinderaugen und sieht cool aus!**

Reviewed in Germany on August 12, 2024

Color: Blackblue Magentadot Frame/Rainbow Lens  |  Amazon Vine Customer Review of Free Product ( What's this? )

Die Rivbos Sonnenbrille fanden meine Jungs (keine Baseballer) richtig cool!

Die Brille wird in einem Hartschalenetui angeliefert, was natürlich echt schon an sich ein Bonus ist, denn meine Jungs latschen auch mal gerne über ihre Sport- oder Schwimmtaschen drüber und das würde eine Brille in einem Stoffsack durchaus in ihrer Existenz gefährden.😊
Ein Brillenputztuch ist auch immer nett, denn meine Herzchen "dapschen" ja grundsätzlich in die Gläser, wenn sie sich eine Brille anziehen.
Brillenbändel (ebenfalls im Lieferumfang) sind hingegen zwar nützlich, wurden aber links liegen gelassen, denn Oma hat solche auch an ihrer Lesebrille, das ist dann doch nicht so der Brüller für die meinen.
Dafür ist die Brille selber aber richtig cool, allein schon, weil sie so einen futuristischen Shape hat und die Gläser so mega cool polarisiert sind.
Zudem trägt sich die Brille angenehm, rutsch nicht, sitzt nicht schief und der Durchblick ist für die Augen bei Sonnenschein sehr entspannend.

Können wir guten Gewissens weiterempfehlen!

Report

Translate review to English

---

crashhot

★★★★☆ **Extremely ugly glasses my 13 year old loves!**

Reviewed in the United Kingdom on May 17, 2024

Color: Blackblue Magentadot Frame/Rainbow Lens  |  Amazon Vine Customer Review of Free Product ( What's this? )

I got these for my 13 year old, he loves these style of glasses and they fit his face.

When they arrived I thought they were utterly hideous… Little did I know that, upon his siting of them, he fell in love!

He thinks they are the best thing ever

And as they are for him, I guess that's good.

They come with a pretty robust case, a cleaning cloth, and a rubbish quality neckband (that will probably last a little while but then break and get lost).

The lenses that are fitted are actually pretty good, the polarisation is effective and, if you like the golden Cyclops look, they look pretty cool.

⌄ Read more

Report

---

See more reviews ›

Back to top

## Get to Know Us

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

## Make Money with Us

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

## Amazon Payment Products

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

## Let Us Help You

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Recalls and Product Safety Alerts

Registry & Gift List

Help



| English | United States |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Amazon Music** Stream millions of songs | **Amazon Ads** Reach customers wherever they spend their time | **6pm** Score deals on fashion brands | **AbeBooks** Books, art & collectibles | **ACX** Audiobook Publishing Made Easy | **Sell on Amazon** Start a Selling Account | **Veeqo** Shipping Software Inventory Management |
| **Amazon Business** Everything For Your Business | **Amazon Fresh** Groceries & More Right To Your Door | **AmazonGlobal** Ship Orders Internationally | **Home Services** Experienced Pros Happiness Guarantee | **Amazon Web Services** Scalable Cloud Computing Services | **Audible** Listen to Books & Original Audio Performances | **Box Office Mojo** Find Movie Box Office Data |
| **Goodreads** Book reviews & recommendations | **IMDb** Movies, TV & Celebrities | **IMDbPro** Get Info Entertainment Professionals Need | **Kindle Direct Publishing** Indie Digital & Print Publishing Made Easy | **Amazon Photos** Unlimited Photo Storage Free With Prime | **Prime Video Direct** Video Distribution Made Easy | **Shopbop** Designer Fashion Brands |
| **Amazon Resale** Great Deals on Quality Used Products | **Whole Foods Market** America's Healthiest Grocery Store | **Woot!** Deals and Shenanigans | **Zappos** Shoes & Clothing | **Ring** Smart Home Security Systems | **eero WiFi** Stream 4K Video in Every Room | **Blink** Smart Security for Every Home |
| | **Neighbors App** Real-Time Crime & Safety Alerts | **Amazon Subscription Boxes** Top subscription boxes – right to your door | **PillPack** Pharmacy Simplified | **Amazon Renewed** Like-new products you can trust | **Amazon Luna** Video games from the cloud, no console required | |

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates



amazon | Deliver to Aoyu Miami 33133 | All ▾ | Search Amazon 🔍 | 🇺🇸 EN ▾ | Hello, Albert Account & Lists ▾ | Returns & Orders | 🛒 0

☰ All | 🔵 Rufus | Join Prime | Holiday Gifts | Same-Day Delivery | Amazon Haul | Gift Cards ▾ | Medical Care ▾ | Amazon Basics | Customer Service | Buy Again

**Amazon Fashion** | Women | Men | Kids | Luggage | Sales & Deals | New Arrivals | Amazon Brands | Amazon Luxury

Sports & Outdoors › Sports & Outdoor Recreation Accessories › Sports Sunglasses

Brand: GLARDEFE

## Kids Baseball Sunglasses - Youth Baseball Sunglasses for Boys Girls - Sports Softball Shades Age 4-10

4.2 ★★★★☆ (30)  |  Search this page

**100+ bought** in past month

$9.99

Price history

FREE Returns ▾

Save 5% on 2 select item(s)  Shop items ›

Color: **A3 Blue / Green Mirror**

$7.99 ~~$9.99~~ | $11.99 | $9.99 | $9.99

$11.99 | $9.99 | $9.99 | $14.9

‹ Previous | **1** | 2 | 3 | Next ›

Lens Width: **55 Millimeters**

## Product details

| Origin | Imported |
|---|---|

## About this item

- Superior UV Protection: GLARDEFE's sunglasses feature high-quality lenses that block 99% of harmful UVA/UVB rays, ensuring your eyes stay protected during outdoor activities.
- Comprehensive Eye Protection: The wrap-around design of the sunglasses provides a broader field of vision while effectively shielding the eyes from dust, wind, and other elements.
- Lightweight and Durable: Made of high-quality material, these sunglasses are lightweight, comfortable and durable, ideal for protecting a child's eyes during outdoor sports activities such as baseball, cycling, fishing, softball, golf, hiking, running, and more.
- Trendy Design: These sunglasses are designed to be both stylish and functional, with a classic aviator style and sleek black frame that suits

˅ See more

🖼 Report an issue with this product or seller

✨ **Ask Rufus**

Are these sunglasses polarized?

Do they come with a case?

What is the frame made of? | Ask something else

---

prime

Enjoy fast, free delivery, exclusive deals, and award-winning movies & TV shows.

Join Prime

$9.99

FREE delivery **Monday, December 29** on orders shipped by Amazon over $35

Or Prime members get FREE delivery **Tomorrow, December 23**. Order within 13 hrs 54 mins. Join Prime

**Arrives 2 days before Christmas**

⊙ Deliver to Aoyu - Miami 33133

**In Stock**

Quantity: 1 ▾

Add to Cart

Buy Now

Ships from  Amazon
Sold by  DIMENSIP-US
Returns  FREE refund/replacement until Jan 31, 2026
Customer service  Amazon

˅ See more

Add to List

---

**Deals on related products** Sponsored ⓘ

Page 1 of 2

‹ | ›







**IKTOD 3 Pack Polarized Running Sunglasses for Women Mens Sunglasses UV Protection f…**
★★★★☆ 127
Amazon's Choice
Limited time deal
-47% $15⁹⁹
List: $29.99
✓prime

**Jefoo Cycling Sunglasses for Women Men UV Protection Running Baseball MTB Biking Sh…**
★★★★☆ 36
Limited time deal
-50% $12⁹⁴
List: $25.89
✓prime

**KALIYADI Polarized Youth Baseball-Sunglasses Kids-Sunglasses: Boys Girls…**
★★★★☆ 63
Amazon's Choice
Limited time deal
-50% $10⁹⁹
List: $21.99
✓prime
🌿 Climate Pledge Friendly

**Polarized Sunglasses for Men Women, UV Protection. Design for Running Fishing Golf.…**
★★★★☆ 27
Limited time deal
-47% $7⁹⁹
List: $14.99
✓prime

**Polarized Sunglasses UV400 with Mirror Coating. Classic Minimalist Design,…**
★★★★☆ 28
Limited time deal
-50% $6⁴⁹
List: $12.99
✓prime

**Blackview Polarized Sports Smart Sunglass for Men and Women, UVProtection, 5.4 Bl…**
★★★★★ 46
Ends in 19:13:07
-28% $35⁹⁹
Typical: $49.99
✓prime

## Product description







⬤⁺ **Looking for specific info?**

Ask Rufus or search reviews and Q&A

Are these sunglasses polarized?    Do they come with a case?    What is the frame made of?

Can they be worn for other sports?    Are they adjustable?

## Product Videos



GLARDEFE Kids Baseball Sunglasses - Youth Baseball Sunglasses for Boys...
★★★★☆ 30
$9⁹⁹

## Product details

**Date First Available** ： May 19, 2025

**ASIN** ： B0F93FNQ1N

**Product Warranty:** For warranty information about this product, please click here

**Best Sellers Rank:** #21,436 in Sports & Outdoors (See Top 100 in Sports & Outdoors)
#101 in Sunglasses

**Customer Reviews:** 4.2 ★★★★☆ ⌄ (30)

## Similar brands on Amazon

Sponsored ⓘ

Page 1 of 2



JIOBOLION Glow Baseball Bluetooth Speaker， Portable Sports Gift for Fan...
4.4 ★★★★☆ 169
$39.99



KSnap: Wrist Snap Training Equipment for Golf, Baseball, Softball & Basketbal...
4.2 ★★★★☆ 61
$44.99

## Customer reviews

★★★★☆ 4.2 out of 5

30 global ratings

| | | |
|---|---|---|
| 5 star | | 69% |
| 4 star | | 10% |
| 3 star | | 7% |

## Reviews with images

See all photos ›



2 star

1 star ▮▯▯▯ 8%

How customer reviews and ratings work ⌄

## Review this product

Share your thoughts with other customers

Write a customer review

## Top reviews from the United States

Translate all reviews to English

**Chelsie P**

★★★★★ **Stylish, Kid-Proof Sunglasses That Actually Get Worn!**

Reviewed in the United States on September 3, 2025

Color: A7 White / Blue Mirror | Lens Width: 55 Millimeters | Verified Purchase

Both of my kiddos (ages 5 and 9) have a pair of these sunglasses, and we even bought another pair as a birthday gift for a friend. They look great, come in a bunch of fun colors, and are reasonably priced.

Best of all, they're super durable — bendable and shatterproof — making them perfect for active play, sports, bike rides, or even zooming around on ATVs. I love that they provide solid sun protection, and the kids actually like the style enough to wear them without reminders.

Helpful | Report

**Angélica cova**

★★★★★ **OPINION**

Reviewed in the United States on October 9, 2025

Color: A7 White / Blue Mirror | Lens Width: 55 Millimeters | Verified Purchase

LINDOS

One person found this helpful

Helpful | Report

Translate review to English

**Evan**

★★★★★ **Good quality**

Reviewed in the United States on September 12, 2025

Color: A2 White / Blue Mirror | Lens Width: 55 Millimeters | Verified Purchase

Grandson loved these.

Helpful | Report

**Celine Roberts**

★★★★☆ **Mason 67 orange glasses**

Reviewed in the United States on October 21, 2025

Color: A3 Blue / Green Mirror | Lens Width: 55 Millimeters | Verified Purchase

Smaller than I thought but still good

Helpful | Report

**Eduardo Paez**

★★★★★ **Las recomiendo para niños (@)**

Reviewed in the United States on July 30, 2025

Color: A6 Black / Blue Mirror | Lens Width: 55 Millimeters | Verified Purchase

Excelentes

Helpful | Report

**Amazon Customer**

★☆☆☆☆ **Broke After One Use**

Reviewed in the United States on October 6, 2025

Color: A3 Blue / Green Mirror | Lens Width: 55 Millimeters | Verified Purchase

Broke the first time wearing them. Retuned.

Helpful | Report

**Torie Love**

★★★★★ **Perfect sports sunglasses for youth**

Reviewed in the United States on July 11, 2025

Color: A7 White / Blue Mirror | Lens Width: 55 Millimeters | Amazon Vine Customer Review of Free Product ( What's this? )

These work perfect for youth sports. My son runs hard and plays harder and hasn't had a single problem with these slipping or falling off. They block the sun perfectly, actually take a little abuse and fit perfectly. Definitely worth the price.

Helpful | Report

gingersp

★★★☆☆ **Really coold color**

Reviewed in the United States on August 1, 2025

Color: A3 Blue / Green Mirror  |  Lens Width: 55 Millimeters  |  Amazon Vine Customer Review of Free Product ( What's this? )

Nice sunglasses there a really cool color they fit my 9 year old nicely

Has held up to a few weeks of child life with being broke or scratched to bad so I'm happy

<u>Helpful</u>  |  Report

---

See more reviews ›

## Related to items you've viewed  See more

     

SEKKAF Youth Baseball Sunglasses for Boys Girls Age 6-12 Softball Cycling Sports Sunglasses for…
★★★★☆ 177
**#1 Best Seller**
$8⁹⁹
Get it as soon as **Monday, Dec 29**
FREE Shipping on orders over $35 shipped by Amazon

CMBJJU Kids Sunglasses,Youth Baseball Glasses for Boys Girls Age 6-14,Sports UV Protection Goggles
★★★★☆ 170
$8⁹⁹-$29⁹⁹

Derowern Kids Baseball Polarized Sunglasses Sports TR90 Lightweight Frame Sun Glass for Boys Girls Age 6-14 Softball Cycling
★★★★☆ 81
$9⁹⁹-$15⁹⁹

AGGKKY Polarized Kids Sunglasses, Youth Baseball Sunglasses for Boys Girls, Cycling Sun Glasses UV400 for Kids…
★★★★☆ 235
$7⁹⁵
Get it as soon as **Monday, Dec 29**
FREE Shipping on orders over $35 shipped by Amazon

Kegrimi Kids Baseball Polarized Sunglasses: Sports Sunglasses for Boys Girls 3-12 Youth Sun Glasses for Cycling…
★★★★☆ 376
**#1 Best Seller**
$19⁹⁹-$29⁹⁹

Kids Sports Sunglasses Youth Baseball UV400 Sport Frame Shades Boy Girls
★★★★☆ 133
$6⁹⁹-$11⁹⁹

---

## Customers who bought this item also bought

   

Kursan Kids Polarized Baseball Sunglasses for Youth Sports Goggles UV400 Protection Age
★★★★☆ 30
**-13%** $13⁹⁹
Typical: $15.99
Get it as soon as **Monday, Dec 29**
FREE Shipping on orders over $35 shipped by Amazon

AGGKKY Polarized Kids Sunglasses, Youth Baseball Sunglasses for Boys Girls, Cycling Sun Glasses UV400 for Kids…
★★★★☆ 235
$7⁹⁵
Get it as soon as **Monday, Dec 29**
FREE Shipping on orders over $35 shipped by Amazon

SEKKAF Youth Baseball Sunglasses for Boys Girls Age 6-12 Softball Cycling Sports Sunglasses for…
★★★★☆ 177
**#1 Best Seller**
$8⁹⁹
Get it as soon as **Monday, Dec 29**
FREE Shipping on orders over $35 shipped by Amazon

Geamiki Cartoon Animal Sleepsuit, Shark Jaws Cute Pajamas Robe Romper Sleepwear Cosplay Costume for Kids and Adults
★★★★☆ 55
$24⁹⁹

SEKKAF Kids Sunglasses Youth Baseball Sunglasses for Boys Girls Softball Sports Sun Glasses UV Protection
★★★★☆ 245
$9⁹⁹
Get it as soon as **Monday, Dec 29**
FREE Shipping on orders over $35 shipped by Amazon

CSIYANJRY99 Plastic Chunky Gold Necklace f Men Women Fake Gold Chain 80s 90s Rapper Punk Hip Hop Necklace Costume Jewelry…
★★★★☆ 101
$8⁹⁹-$13⁹⁹

---

Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations

**Make Money with Us**
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices

Case 1:20-cv-20013-BB   Document 15-6   Entered on FLSD Docket 01/13/2026   Page 75 of 256

Amazon Devices

Amazon Science

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

Amazon Currency Converter

Recalls and Product Safety Alerts

Registry & Gift List

Help

amazon

🌐 English ⇅     🇺🇸 United States

| Amazon Music Stream millions of songs | Amazon Ads Reach customers wherever they spend their time | 6pm Score deals on fashion brands | AbeBooks Books, art & collectibles | ACX Audiobook Publishing Made Easy | Sell on Amazon Start a Selling Account | Veeqo Shipping Software Inventory Management |
| Amazon Business Everything For Your Business | Amazon Fresh Groceries & More Right To Your Door | AmazonGlobal Ship Orders Internationally | Home Services Experienced Pros Happiness Guarantee | Amazon Web Services Scalable Cloud Computing Services | Audible Listen to Books & Original Audio Performances | Box Office Mojo Find Movie Box Office Data |
| Goodreads Book reviews & recommendations | IMDb Movies, TV & Celebrities | IMDbPro Get Info Entertainment Professionals Need | Kindle Direct Publishing Indie Digital & Print Publishing Made Easy | Amazon Photos Unlimited Photo Storage Free With Prime | Prime Video Direct Video Distribution Made Easy | Shopbop Designer Fashion Brands |
| Amazon Resale Great Deals on Quality Used Products | Whole Foods Market America's Healthiest Grocery Store | Woot! Deals and Shenanigans | Zappos Shoes & Clothing | Ring Smart Home Security Systems | eero WiFi Stream 4K Video in Every Room | Blink Smart Security for Every Home |
| | Neighbors App Real-Time Crime & Safety Alerts | Amazon Subscription Boxes Top subscription boxes – right to your door | PillPack Pharmacy Simplified | Amazon Renewed Like-new products you can trust | Amazon Luna Video games from the cloud, no console required | |

Conditions of Use     Privacy Notice     Consumer Health Data Privacy Disclosure     Your Ads Privacy Choices ☑☒

© 1996-2025, Amazon.com, Inc. or its affiliates



amazon | Deliver to Aoyu Miami 33133 | Sports & Outdoors ▾ | Search Amazon | 🔍 | EN ▾ | Hello, Albert Account & Lists ▾ | Returns & Orders | 🛒 0

☰ All | 🔵 Rufus | Join Prime | Holiday Gifts | Same-Day Delivery | Amazon Haul | Gift Cards ▾ | Medical Care ▾ | Amazon Basics | Customer Service | Buy Again

Sports & Outdoors | Outdoor Recreation | Hunting | Fishing & Boating | Cycling | Exercise & Fitness | Sports | Golf | Game Room & Outdoor Games | Fanshop | Sales & Deals

**Save up to 20% on select gift cards** Shop now

Sports & Outdoors › Sports & Outdoor Recreation Accessories › Sports Sunglasses





Click to see full view

✦ **Ask Rufus**

Are polarized lenses good for outdoor sports?

Can they be worn while cycling?

Do they come with a protective case?

Ask something else

## Polarized Sports Sunglasses for Men Women Youth Baseball Fishing Running Cycling Golf Trekking TAC Glasses

Brand: SABSAN

4.4 ★★★★⯪ (227)  |  Search this page

**50+ bought** in past month

$**9**⁹⁹

Price history

FREE Returns ⌄

Get $60 off instantly: Pay $0.00 upon approval for Amazon Visa.

Color: **Flag**



| $8.99 ~~$9.99~~ | $9.99 | $7.99 ~~$9.99~~ | $8.99 | $7.99 ~~$9.99~~ |



$8.99 ~~$9.99~~ | See 12 options with no featured offers

Size: **1 pack**

[ 1 pack ] [ 2 pack ] [ 3 pack ]

## Product details

( See all product specifications )

- UV400 SPORTS SUNGLASSES FOR KIDS - The kids sunglasses are made of quality polarized lenses that provide 100% UV protection. These kids baseball sunglasses can better protect your child's eyes from harmful UVA & UVB.
- ULTRA LIGHT TR90 FRAME - The youth sports sunglasses weigh only 26g, perfect for kids to wear. Ideal polarized sunglasses for outdoor sports, such as baseball, softball, golf, cycling, hiking, running, etc.
- SOFT PAD & UNBREAKABLE MATERIAL - With the adjustable soft rubber nose pad, the youth baseball sunglasses can better fit for most of kids' faces. Our durable TR90 frame provides extra protection for kids' eyes from dust and wind.
- TRENDY & COMFORTABLE - We offer various color options for both boys and girls. Polarized lenses provide quality protection against

⌄ Show more

🖾 Report an issue with this product or seller

## Similar item with fast delivery

Amazon's Choice



**Polarized Sports Sunglasses for Men Women Youth Baseball Fishing Running Cycling Golf Trekking TAC Glasses**
★★★★⯪ (227)
$14.99 ✓prime



prime

Enjoy fast, free delivery, exclusive deals, and award-winning movies & TV shows.

Join Prime

$**9**⁹⁹

FREE delivery **Friday, January 2** on orders shipped by Amazon over $35

Or fastest delivery **Tuesday, December 30**

**Arrives after Christmas. Need a gift sooner?** Send an Amazon Gift Card today by email or text message.

Deliver to Aoyu - Miami 33133

**Only 14 left in stock - order soon.**

Quantity: 1 ▾

[ Add to Cart ]

[ Buy Now ]

Ships from   Amazon
Sold by   SABSAN
Returns   FREE refund/replacement until Jan 31, 2026
Gift options   Available at checkout

⌄ See more

[ Add to List ]

## Frequently bought together

 +

**This item:** Polarized Sports Sunglasses for Men Women Youth Baseball Fishing Running…
$9⁹⁹

ZWW American Flag Socks For Men Or Women 4th July Middle Socks Star And Stripe Patriotic…
$7⁵³

Total price: $17.52

**Add both to Cart**

One of these items ships sooner than the other.
Show details

## Similar items that may deliver to you quickly

Page 1 of 5

     

**KAPVOE Polarized Cycling Sunglasses UV400 Protection for…**
★★★★½ 206
Save 20%
-20% $7⁹⁹
Typical: $9.99
Lowest price in 30 days
Get it as soon as **Monday, Dec 29**
FREE Shipping on orders over $35 shipped by Amazon

**AVV Polarized cycling glasses sports sunglasses,UV400 Protection Fishing Driving running baseball…**
★★★★½ 211
-30% $13⁹⁹
List: $19.98
Get it as soon as **Monday, Dec 29**
FREE Shipping on orders over $35 shipped by Amazon

**FMY Polarized Cycling Glasses Sports Sunglasses,UV400 Protection Eyewear…**
★★★★½ 743
Amazon's Choice
-18% $17⁹⁹
List: $21.98
Get it as soon as **Monday, Dec 29**
FREE Shipping on orders over $35 shipped by Amazon

**BEACOOL Polarized Sports Sunglasses for Men Women Youth Baseball Cycling Runni…**
★★★★½ 11,202
-15% $18⁶⁶
Limited time deal
Typical: $21.99
Get it as soon as **Monday, Dec 29**
FREE Shipping on orders over $35 shipped by Amazon
25% Claimed

**POLARS DESIGN Outdoor Sports Polarized Photochromic Sunglasses for Men & Women TR90 Frame UV Protection fo…**
★★★½☆ 3
$19⁹⁹
Get it as soon as **Tuesday, Dec 30**
FREE Shipping on orders over $35 shipped by Amazon
Only 4 left in stock - order…

**BEACOOL Polarized Sports Sunglasses for Men Women Youth Baseball Cycling Runni**
★★★★½ 11,202
-21% $17³⁶
Limited time deal
List: $21.99
Get it as soon as **Monday, 29**
FREE Shipping on orders o $35 shipped by Amazon
13% Claimed

## Similar items in new arrivals for you

Page 1 of 3

     

**Cycling Sunglasses with UV400 Protection, Polarized Resin Lenses, Unbreakable PC Frame, Outdoor Sports Eyewear for Cycling,**
$9⁴⁹
Get it Jan 8 - 12
$0.99 shipping

**Vdaxvme Unisex Sporty Shades with Ergonomic Body for Comfortable Baseball Accessories Unisex Outdoor Sports Sunglasses**
$12²⁹
Get it Jan 8 - 13
FREE Shipping

**CAZSTYK Polarized Glasses For Driving Cycling With TR90 Frame Lightweight Over Eyeweares Accessories**
$8¹³
Get it Jan 7 - 14
FREE Shipping

**bullabulling Retro Cycling Safety Sunglasses Tinted Safety Glasses for Men Wrap Around UV Protective Black**
$14⁹⁹ ($749.50/count)
Get it Jan 12 - 21
FREE Shipping

**Men Polarized Sunglasses - Sun Protection Glasses, Comfortable Fashion Shades, Outdoor Sports Eyewear, Driving Fishing**
$9⁴⁹
Get it Jan 8 - 21
$0.99 shipping

**MEIBAOGE Multipurpo Sport Sun Glasses For Cycling Skiing Driving Sun Protections PC Fra Eyewears for Outdoor Activity**
$6⁹⁹
Get it Jan 8 - 22
FREE Shipping

## Product description





| Traveling | Cycling | Play Baseball | Climbing | Running |



## Product Videos



**Sarah Freels** Earns commissions
My review on these sunglasses

-1:11



Polarized Sports Sunglasses for Men Women Youth Baseball Fishing…
★★★★☆ 227
$15⁹⁹

### Videos for this product


Now playing ▶ 1:10

**My review on these sunglasses**
Sarah Freels


▶ 0:56

**Honest Review of 2 Pack Polarized Sports Sunglasses #ad**
Jen Reeves



▶ 1:15

**Helpful Review of 3 Pack Polarized Sports Sunglasses**
HappyFive


▶ 1:44

**Protect their eyes while having fun**
Larisa Kolosov


▶ 1:55

**Honest Review of Polarized Sports Sunglasses Gift!**
Teresa Max

## From the brand





*SABSAN* focuses on designing high-quality

## Looking for specific info?

Ask Rufus or search reviews and Q&A

Are polarized lenses good for outdoor sports?    Can they be worn while cycling?    Do they come with a protective case?

Are they adjustable?    Do they offer UV protection?

## Similar brands on Amazon

Page 1 of 2

Sponsored



DUCO Kids Sunglasses Youth Baseball Sun Glasses Lightweight TR90 Frame…
4.7 ★★★★☆ 2,119
$23.98



KAPVOE Polarized Cycling Glasses Men Women Mountain Bike Glasses MTB…
4.6 ★★★★☆ 564
$26.99

## Customer reviews

★★★★☆ 4.4 out of 5

227 global ratings

| | | |
|---|---|---|
| 5 star | | 74% |
| 4 star | | 12% |
| 3 star | | 7% |
| 2 star | | 2% |
| 1 star | | 5% |

How customer reviews and ratings work ⌄

## Review this product

Share your thoughts with other customers

Write a customer review

## Customers say

Customers find these sunglasses great for various activities, with one mentioning they're perfect for running and pickleball. They fit well, particularly for children aged 9 and 7, and come with a zipped hard case. Customers appreciate the comfort and value for money, with one noting the price includes three color options. The durability receives mixed feedback, with some finding them durable while others report they broke within a week.

ai⁀ Generated from the text of customer reviews

**Select to learn more**

✓ Quality  |  ✓ Fit  |  ✓ Value for money  |  ✓ Case size  |  ✓ Comfort  |  ✓ Functionality  |
— Durability  |  — Color options

## Reviews with images

See all photos ›

    

## Top reviews from the United States

Translate all reviews to English

RD

★★★★★ Awesome Shades

Reviewed in the United States on November 16, 2025

Color: Green&flag&blue  |  Size: 3 pack  |  **Verified Purchase**

I bought these sunglasses based on their price for three different color options. They are all polarized and fit well. Each pair has a comfortable nose bridge piece that helps prevent them from sliding off my face

while fishing, riding motorcycles, and other activities. All the color options look great, they feel durable and they don't weigh down my face. I'll definitely purchase another set in the future.

Helpful | Report

 **Musa**

★★★★★ **My son loves them**
Reviewed in the United States on December 1, 2025
Color: Coloful | Size: 1 pack | **Verified Purchase**

My son LOVES THESE! He wanted the really expensive PV's, but he tends to lose things so we advise him to opt for these since the price point is reasonable. Great quality and he wears them every chance he gets.

Helpful | Report

**Joe**

★★★★★ **They amazing great quality and a very low price**
Reviewed in the United States on June 19, 2025
Color: Flag&purple&blue | Size: 3 pack | **Verified Purchase**

They amazing great quality and a very low price, Just know, if you buy multiple. It does not come off the case, just the glasses.



Helpful | Report

**LMAcht**

★★★★☆ **High value for a great price!**
Reviewed in the United States on September 23, 2025
Color: Flag&blue&red | Size: 3 pack | **Verified Purchase**

A gift for my 9 & 11 year old boys, and they fit them great. Good price for sunglasses that are going to get dropped by a couple of boys.

One person found this helpful

Helpful | Report

**mitch keane**

★★★★★ **Eye protection**
Reviewed in the United States on December 3, 2025
Color: Flag | Size: 1 pack | **Verified Purchase**

Perfect fit for grandson

Helpful | Report

**M Connely**

★★★☆☆ **They are move lander, less pink than pictured**
Reviewed in the United States on August 24, 2025
Color: Pink | Size: 1 pack | **Verified Purchase**



The color of the lens is no where near what is pictured. The frame is white. I ordered two pairs from different sellers, very simulator in color and design. Of the two pairs, the lense color is less pink on this pair, more lavender. The plastic box they are shipped in was damaged in shipping, but ti did not hurt the glasses. They do not come with a case.

Tiny video to show the card they send so you can see the polarization. They are not MauiJim quality, but they are also not priced like Maui's.

One person found this helpful

Helpful | Report

Richard perez

★★★★★ **Excelente producto.**
Reviewed in the United States on October 22, 2025
**Verified Purchase**

El material es súper resistente y tiene muy buena cobertura para el sol, excelente producto

Helpful    |    Report

Translate review to English

eric

★★★★★ **eric**
Reviewed in the United States on March 2, 2025
Color: Flag  |  Size: 1 pack  |  **Verified Purchase**

the real nice pair sunglasses . lgreat lense color n on u ears fit gud. larger lens real great u eye guard . great product

Helpful    |    Report

See more reviews ›

## Customers who bought this item also bought









| MALIDAK Sports Sunglasses for Mens Women Youth Baseball Sunglasses UV400 Protection Men Cycling Glasses | MVPTGRS Polarized Sports Sunglasses for Men Women, Mens Sunglasses with UV Protection for Fishing Driving Softball Golf | ROIBEAO Professional Cycling Glasses for Men Women, Sports Sunglasses UV Protecti… | SEKKAF Youth Baseball Sunglasses for Boys Girls Age 6-12 Softball Cycling Sports Sunglasses for… | Naywig Faux Leather Western Cowboy Jacket With Fringes Garret Garrison Cosplay Costume For Mens And Boys | AVV Polarized cycling glasses sports sunglasses,UV400 Protection Fishing Drivir running baseball sunglasses for men… |

★★★★½ 574        ★★★★½ 16        ★★★★½ 475        ★★★★½ 177        ★★★★½ 35        ★★★★½ 211

Amazon's Choice                                    #1 Best Seller

$9⁹⁹ - $14⁹⁹        $15⁹⁹ - $17⁹⁹        $9⁹⁹                $9⁹⁹                $69⁹⁹ - $86⁹⁹        $13⁹⁹ - $19⁹⁸

                                        Get it as soon as **Monday, Dec 29**    Get it as soon as **Monday, Jan 5**

                                        FREE Shipping on orders over $35 shipped by Amazon

Back to top

### Get to Know Us
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

### Make Money with Us
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Become an Amazon Hub Partner
› See More Ways to Make Money

### Amazon Payment Products
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

### Let Us Help You
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product Safety Alerts
Registry & Gift List
Help

amazon

| English | United States |

Amazon Music
Stream millions
of songs

Amazon Ads
Reach customers
wherever they
spend their time

6pm
Score deals
on fashion brands

AbeBooks
Books, art
& collectibles

ACX
Audiobook
Publishing
Made Easy

Sell on Amazon
Start a Selling
Account

Veeqo
Shipping Software
Inventory
Management

Amazon Business
Everything For
Your Business

Amazon Fresh
Groceries & More
Right To Your Door

AmazonGlobal
Ship Orders
Internationally

Home Services
Experienced Pros
Happiness
Guarantee

Amazon Web
Services
Scalable Cloud
Computing
Services

Audible
Listen to Books &
Original
Audio
Performances

Box Office Mojo
Find Movie
Box Office Data

Goodreads
Book reviews
&
recommendations

IMDb
Movies, TV
& Celebrities

IMDbPro
Get Info
Entertainment
Professionals Need

Kindle Direct
Publishing
Indie Digital &
Print Publishing
Made Easy

Amazon Photos
Unlimited Photo
Storage
Free With Prime

Prime Video Direct
Video Distribution
Made Easy

Shopbop
Designer
Fashion Brands

Amazon Resale
Great Deals on
Quality Used
Products

Whole Foods
Market
America's
Healthiest
Grocery Store

Woot!
Deals and
Shenanigans

Zappos
Shoes &
Clothing

Ring
Smart Home
Security Systems

eero WiFi
Stream 4K Video
in Every Room

Blink
Smart Security
for Every Home

Neighbors App
Real-Time Crime
& Safety Alerts

Amazon
Subscription Boxes
Top subscription
boxes – right to
your door

PillPack
Pharmacy
Simplified

Amazon Renewed
Like-new products
you can trust

Amazon Luna
Video games from
the cloud,
no console
required

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates

☰ All · Rufus · Join Prime · Holiday Gifts · Same-Day Delivery · Amazon Haul · Gift Cards · Medical Care · Amazon Basics · Customer Service · Buy Again

**Amazon Fashion** · Women · Men · Kids · Luggage · Sales & Deals · New Arrivals · Amazon Brands · Amazon Luxury

Sports & Outdoors › Sports & Outdoor Recreation Accessories › Sports Sunglasses



Brand: Tsctswk

## Polarized Sports Sunglasses Men Women, Outdoors UV Protection Sun glasses,Cycling Fishing Baseball Running Sunglasses

4.4 ★★★★☆ (70)  |  Search this page

**50+ bought** in past month

$9.99

Price history

FREE Returns ⌄

**Save 5%** on 2 select item(s)  Shop items ›
**Save 7%** on 3 select item(s)  Shop items ›
**Save 10%** on 5 select item(s)  Shop items ›

Color: **Black & Black Frame**

   

$9.99 · $12.99 · $9.99 · $12.99



$14.99 · $12.99 · $12.99

## Product details

| | |
|---|---|
| Care instructions | Clean with a soft cloth, avoid contact with water, store in a protective case when not in use |
| Origin | Imported |

## About this item

- 【Polarized & UV Protection Lenses】 Polarized sports sunglasses have UV protection rating,effectively filtering strong light, avoiding UV damage and restoring true colors.Restore true color, eliminate reflected light ,make the scenery more clear and soft and protect eyes perfectly
- 【Sturdy and Lightweight Frame】 The frame is lightweight, very flexible, heat-resistant and UV-resistant. The sturdy and lightweight frame with non-slip nose pads and improves wearing comfort. The wrap-around sunglasses can wrap your face well to protect your eyes from damage and make you more comfortable and stylish in outdoor sports

⌄ See more

🖼 Report an issue with this product or seller

☀ **Ask Rufus**

- Are polarized lenses good for cycling?
- Do they come with a case?
- Can they be worn over prescription glasses?
- Ask something else



prime

Enjoy fast, free delivery, exclusive deals, and award-winning movies & TV shows.

Join Prime

$9.99

FREE delivery **Monday, December 29** on orders shipped by Amazon over $35

Or **Prime members** get FREE delivery **Tomorrow, December 23**. Order within 12 hrs 44 mins. Join Prime

**Arrives 2 days before Christmas**

Deliver to Aoyu - Miami 33133

**In Stock**

Quantity: 1 ⌄

Add to Cart

Buy Now

Ships from  Amazon
Sold by  sollbetter
Returns  FREE refund/replacement until Jan 31, 2026
Customer service  Amazon
⌄ See more

Add to List

## Complete the set

 +  +

Total price: $145.74

Add all 3 to Cart

ℹ These items are shipped from and sold by different sellers. Show details

**This item:** Tsctswk Polarized Sports Sunglasses Men Women, Outdoors UV Protection Sun…
$9.99

FREEMOVE Hydration Water Backpack 3in1 with 2L Bladder & Insulated Backpack Cooler Bag …
$59.97

CYGOLITE Dash– 600 Pro, 520, 460 Lumen Bicycle Light Models– 5 Night & 3 Daytime Modes–…
$75.78

**Similar items that may deliver to you quickly**



     

| BOLLFO Polarized Sports Sunglasses,UV400 Protection Outdoor Glasses for Men Women Youth Baseball Cycling… | Ofwin Polarized Sports Sunglasses for Men Women UV Protection Cycling Bike Running Wrap Around Sun Glasses | DUCO Polarized Sports Sunglasses for Men Women UV400 Protection Baseball Cycling Running Fishin… | Ofwin Polarized Sports Sunglasses for Men Women UV Protection Cycling Bike Running Wrap Around Sun Glasses | Ofwin Polarized Cycling Sports Sunglasses for Men Women UV Protection Fishing Bike Running Wrap Around… | DUCO Sports Polarized Sunglasses for Men Women Running Sunglasses Fishing Cycling Baseball Glasse |
|---|---|---|---|---|---|
| ★★★★½ 26 | ★★★★☆ 49 | ★★★★½ 50 | ★★★★☆ 49 | ★★★★½ 52 | ★★★★½ 303 |
| $7⁹⁹ | $19⁹⁹ | $23⁹⁸ | $19⁹⁹ | $19⁹⁹ | $23⁹⁸ |
| Get it as soon as **Monday, Dec 29** | Get it as soon as **Monday, Dec 29** | Get it as soon as **Tuesday, Dec 30** | Get it as soon as **Monday, Dec 29** | Get it as soon as **Monday, Dec 29** | Get it as soon as **Monday, 29** |
| FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping on orders o $35 shipped by Amazon |
| | ⊘ 1 sustainability feature ⌄ | | ⊘ 1 sustainability feature ⌄ | ⊘ 1 sustainability feature ⌄ | |

# Product description





# CYCLING SUNGLASSES

*Cycling / Running /fishing/Driving/Climbing*

UV 400 — **UV400 PROTECTION**

**POLARIZED LENS**

**CLEAR VISION**

# SRORTS SUNGLASSES
## FOR YOUR SAFETY ESCORT



57 mm/2.2in

25mm/0.98in

140mm/5.5in

135mm/5.3in

Light Frames 26.4g










### High-definition UV-proof Lenses
TAC UV-proof lenses are lightweight, clear, and sturdy, protecting your eyes during exercise.

### Sturdy Hinges
Strengthened hinges ensure durability of the temple arms

### Silicone Nose Pads
Soft and skin-friendly silicone nose pads

Relieve pressure and provide comfortable wear

### Non-slip Lanyard
Equipped with an adjustable sunglasses lanyard to prevent the glasses from falling off during exercise when worn correctly

# MULTIPLE WEARING SCENARIOS

MULTIPLE SCENARIOS FOR DIFFERENT WEARING EXPERIENCES

RUNNING

CYCLING

HIKING

MOUNTAIN CLIMBING

MIRROR THE WORLD WITH STYLE



| | Tsctswk Polarized Sports Sunglasses for Kids,Youth Baseball Cycling UV Protec... | Tsctswk Polarized Sports Sunglasses Men Women, Outdoors UV Protection Sun gla... | Tsctswk Polarized Sports Sunglasses Men Women, Outdoors UV Protection Sun gla... | Tsctswk Polarized Sports Sunglasses Men Women, Outdoors UV Protection Sun gla... | Tsctswk Polarized Sports Sunglasses Men Women, Outdoors UV Protection Sun gla... | Tsctswk Polarized Sports Sunglasses Men Women, Outdoors UV Protection Sun gla... |
|---|---|---|---|---|---|---|
| | Add to Cart | Add to Cart | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| Customer Reviews | ★★★★☆ 11 | ★★★★☆ 70 | ★★★★☆ 70 | ★★★★☆ 70 | ★★★★☆ 70 | ★★★★☆ 70 |
| Price | $9⁹⁹ | $9⁹⁹ | $12⁹⁹ | $14⁹⁹ | $12⁹⁹ | $12⁹⁹ |
| Polarized | ✓ | ✓ | ✓ | ✓ | ✓ | |
| UV Protection | ✓ | ✓ | ✓ | ✓ | ✓ | |

## ✴ Looking for specific info?

Ask Rufus or search reviews and Q&A  →

Are polarized lenses good for cycling?   Do they come with a case?   Can they be worn over prescription glasses?

Are they adjustable?   Is this good for fishing?

## Product Videos



**Rikki Jo Davis** Earns commissions
My thoughts on these sunglasses

-1:12

**Videos for this product**



**My thoughts on these sunglasses**
Rikki Jo Davis
1:11



**Review Of These Polarized Sports Sunglasses**
Ethan Blanchette



Tsctswk Polarized Sports Sunglasses Men Women, Outdoors UV Protectio…
★★★★☆ 70
$12⁹⁹

## Product details

**Item model number :** cycling-glasses

**Department :** Unisex

**Date First Available :** August 29, 2024

**Manufacturer :** Tsctswk

**ASIN :** B0DFMP7MWR

**Product Warranty:** For warranty information about this product, please click here

**Best Sellers Rank:** #42,045 in Sports & Outdoors (See Top 100 in Sports & Outdoors)
#194 in Sunglasses

**Customer Reviews:** 4.4 ★★★★☆ (70)

## Similar brands on Amazon

Page 1 of 2

Sponsored ⓘ



Ukoly Cycling Sunglasses for Men Women with 3 Interchangeable Lenses…
4.5 ★★★★☆ 1,738
$19.95 List: $23.95




BLUE CUT Sports Protection Goggles, Anti-Fog Lenses Safety Glasses for…
4.3 ★★★★☆ 323
$29.97

## Customer reviews

★★★★☆ 4.4 out of 5

70 global ratings

| | | |
|---|---|---|
| 5 star | | 72% |
| 4 star | | 10% |
| 3 star | | 9% |
| 2 star | | 5% |
| 1 star | | 4% |

How customer reviews and ratings work ⌄

## Reviews with images

See all photos ›






## Top reviews from the United States

**Review this product**

Share your thoughts with other customers

Write a customer review

Translate all reviews to English

Binh Vo

★★★★★ **Clear, Comfortable, and Great for Outdoors**

Reviewed in the United States on September 30, 2025

Color: Purple & Black Frame | **Verified Purchase**

These polarized sports sunglasses are lightweight, fit snugly, and stay in place during activity. The lenses reduce glare really well, especially in bright sunlight, making them perfect for running, biking, or driving. Stylish, durable, and great value for the price. Highly recommended for active use!

Helpful | Report

gmurfsurf

★★★★★ **Just what I was looking for**

Reviewed in the United States on July 18, 2025

Color: Blue & Black Frame | **Verified Purchase**

Bought these for fishing in northwest Wisconsin in August. Inexpensive and polarized. Didn't want to take expensive sunglasses i have and now no worries if they fall in not out much money. Also have neck strap for these.

Helpful | Report

Liliana Carrion

★★★★★ **No pesan**

Reviewed in the United States on September 30, 2025

Color: Black & Black Frame | **Verified Purchase**

Super good, light and they provide a lot of sun protection.

Helpful | Report

Ella

★★★★★ **Perfect**

Reviewed in the United States on October 9, 2025

Color: Blue & Black Frame | **Verified Purchase**

 Perfect

Helpful | Report

Brandon B.

★★★☆☆ **Ok glasses.**

Reviewed in the United States on February 20, 2025

Color: Blue & Black Frame | **Amazon Vine Customer Review of Free Product** ( What's this? )

Not my favorite sunglasses, but they will get used.
The overall set is decent with a nice case, a mini screwdriver, glasses shammy and neck cord.
The case is sturdy with a strong zipper and a carabiner.
The mini screwdriver has a ring on it to be able to attach it to your case or keys.

The lenses are not as dark as I was hoping. Too much light goes through them for a long sporting event. The nose piece is blue and does not match the black frames. It is however comfortable and silicone-like. I thought that was a bit strange and the nose piece is not unified with the frame color.

The arms do not have any silicone material on the inside of the arm so they have a tendency to slide around. If using these for sports, there really needs to be silicone on the inside of the arms. The outside of the arm has some teal coloring too, but does not match the nose piece.

I gave three stars because the lenses are not dark enough for long team outdoor light exposure and the arms need silicone material.



Helpful    |    Report

Julian Holguin

★★★★☆ **Buena relación calidad precio.**
Reviewed in the United States on May 27, 2025
Color: Black & Black Frame    |    **Verified Purchase**

Buenas para su precio

Helpful    |    Report

Translate review to English

Jamie

★★★★★ **super good**
Reviewed in the United States on May 22, 2025
Color: Black & Black Frame    |    **Verified Purchase**

buy these things now i promise they are very worth it :)

Helpful    |    Report

Fler M

★★★★★ **I'm like David Lee Roth over here!**
Reviewed in the United States on December 9, 2025
Color: Blue & Star Frame   |   **Amazon Vine Customer Review of Free Product** ( What's this? )

The hairline too. These glasses are fun, cool driving and going out glasses. A bit showy because of their size. But that's great if you always wear sunglasses or wear your button-down shirts open. Especially good for stores with excessively bright fluorescent lighting.

The lens is a nice shiny blue color made of the usual cheap plastic but it looks good and you can see clearly through them. The lenses are not entirely opaque, a bit see through but it's unlikely anyone can see you looking at them while wearing.

BEST of ALL - the Bipod for your nose bends apart so they Do Not have to sit as far from the face as some pairs, making them not only comfortable and fashionable.

I wear shades Most of the Time and in any bright lighting or uncomfortable people situations. I'll be wearing these mostly for driving. Easily worth the $12-$15 to boost your celebrity appearance.

Helpful    |    Report

**See more reviews** ›

Back to top

## Get to Know Us

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

## Make Money with Us

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

## Amazon Payment Products

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

## Let Us Help You

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Recalls and Product Safety Alerts

Registry & Gift List

Help

English

United States

Amazon Music
Stream millions
of songs

Amazon Ads
Reach customers
wherever they
spend their time

6pm
Score deals
on fashion brands

AbeBooks
Books, art
& collectibles

ACX
Audiobook
Publishing
Made Easy

Sell on Amazon
Start a Selling
Account

Veeqo
Shipping Software
Inventory
Management

Amazon Business
Everything For
Your Business

Amazon Fresh
Groceries & More
Right To Your Door

AmazonGlobal
Ship Orders
Internationally

Home Services
Experienced Pros
Happiness
Guarantee

Amazon Web
Services
Scalable Cloud
Computing
Services

Audible
Listen to Books &
Original
Audio
Performances

Box Office Mojo
Find Movie
Box Office Data

Goodreads
Book reviews
&
recommendations

IMDb
Movies, TV
& Celebrities

IMDbPro
Get Info
Entertainment
Professionals Need

Kindle Direct
Publishing
Indie Digital &
Print Publishing
Made Easy

Amazon Photos
Unlimited Photo
Storage
Free With Prime

Prime Video Direct
Video Distribution
Made Easy

Shopbop
Designer
Fashion Brands

Amazon Resale
Great Deals on
Quality Used
Products

Whole Foods
Market
America's
Healthiest
Grocery Store

Woot!
Deals and
Shenanigans

Zappos
Shoes &
Clothing

Ring
Smart Home
Security Systems

eero WiFi
Stream 4K Video
in Every Room

Blink
Smart Security
for Every Home

Neighbors App
Real-Time Crime
& Safety Alerts

Amazon
Subscription Boxes
Top subscription
boxes – right to
your door

PillPack
Pharmacy
Simplified

Amazon Renewed
Like-new products
you can trust

Amazon Luna
Video games from
the cloud,
no console
required

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates



amazon | Deliver to Aoyu ⊙ Miami 33133 | Sports & Outdoors ▾ | Search Amazon | 🔍 | 🇺🇸 EN ▾ | Hello, Albert Account & Lists ▾ | Returns & Orders | 🛒 0

☰ All | 🔴 Rufus | Join Prime | Holiday Gifts | Same-Day Delivery | Amazon Haul | Gift Cards ▾ | Medical Care ▾ | Amazon Basics | Customer Service | Buy Again

Sports & Outdoors | Outdoor Recreation | Hunting | Fishing & Boating | Cycling | Exercise & Fitness | Sports | Golf | Game Room & Outdoor Games | Fanshop | Sales & Deals

Sports & Outdoors › Sports & Outdoor Recreation Accessories › Sports Sunglasses

**Brand: MVPTGRS**

## MVPTGRS Polarized Sports Sunglasses for Men Women, Mens Sunglasses with UV Protection for Fishing Driving Softball Golf

4.4 ★★★★☆ (16)   |   **Search this page**

$**15**⁹⁹

Price history

FREE Returns ⌄

☐ Coupon price $**15**¹⁹   Terms

**Color: Colorful&flagl**

| | | | |
|---|---|---|---|
| $15.99 | $15.99 | $17.99 | $15.99 |
| $17.99 ~~$23.99~~ | $15.99 | $15.99 | |

## Product details

**Origin**            Imported

## About this item

- [Kids Sunglasses]Designed for active boys and girls, these sunglasses are the perfect combination of style, comfort, and functionality. The lightweight frame, coupled with the ultimate UV protection, makes them ideal for a wide range of outdoor activities, including baseball, softball, cycling, and more.
- [UV400 protection]The polarized lenses offer crystal clear vision, reducing glare and enhancing contrast for better performance on the field or during outdoor adventures. Our UV Protection Goggles ensure the safety and well-being of your child's eyes, allowing them to focus on their game without any worries.
- [Designed for Sports]Whether it's a sunny day at the baseball field or a cycling adventure with friends, our Kids Polarized Youth Baseball

⌄ See more

🗨 Report an issue with this product or seller

**Ask Rufus**

Are these sunglasses impact resistant?

Do they come with a carrying case?

Can they be worn while swimming?

Ask something else



prime

Enjoy fast, free delivery, exclusive deals, and award-winning movies & TV shows.

Join Prime

$**15**⁹⁹

FREE delivery **Monday, December 29** on orders shipped by Amazon over $35

**Arrives after Christmas. Need a gift sooner?** Send an Amazon Gift Card today by email or text message.

⊙ Deliver to Aoyu - Miami 33133

## In Stock

Quantity: 1 ▾

Add to Cart

Buy Now

Ships from     **Amazon**
Sold by        **MVPTGRS**
Returns        **FREE refund/replacement until Jan 31, 2026**
Gift options   Available at checkout

⌄ See more

Add to List

## Top new related products for you



**DEAFRAIN Rimless Sunglasses for Men Women TR90 Frameless Polarized Sunglasses UV Protection for Fishing…**
★★★★½ 8
$26⁹⁹
Get it as soon as **Monday, Dec 29**
FREE Shipping on orders over $35 shipped by Amazon

**OTICALA Polarized Safety Sunglasses Men UV400 Protection and Includes Removable Side Shields**
★★★★☆ 2
$16⁹⁹
Get it as soon as **Monday, Dec 29**
FREE Shipping on orders over $35 shipped by Amazon

**SQOQS Polarized Sports Sunglasses for Men UV400 Protection, Lightweight Wrap Around Sun Glasses for Fishing…**
★★★★★ 21
$22⁹⁵
Get it as soon as **Monday, Dec 29**
FREE Shipping on orders over $35 shipped by Amazon

**DEAFRAIN Sport Polarized Sunglasses for Men Women with Removable Side Shield for Hiking Skiing…**
★★★★★ 3
$25⁸⁸
Get it as soon as **Monday, Dec 29**
FREE Shipping on orders over $35 shipped by Amazon

## Product description



## Product details

**Package Dimensions :** 6.5 x 2.1 x 2.1 inches; 4 ounces

**Department :** unisex-child

**Date First Available :** September 2, 2025

**ASIN :** B0FPG6MMXK

**Product Warranty:** For warranty information about this product, please click here

**Best Sellers Rank:** #10,909 in Sports & Outdoors (See Top 100 in Sports & Outdoors)
#750 in Sunglasses

**Customer Reviews:** 4.4 ★★★★½ (16)

## Looking for specific info?

| Ask Rufus or search reviews and Q&A | → |

Are these sunglasses impact resistant?   Do they come with a carrying case?   Can they be worn while swimming?

What age range are they for?   Are the lenses scratch resistant?

## Videos

Help others learn more about this product by uploading a video!

Upload your video

## Product Description

Kids' sports sunglasses for baseball softball golf fishing ect! Frames are made of lightweight and durable TR90 material. These baseball sunglasses are well-designed with non-slip temples and adjustable nose pads for boys and girls face shape. Tailored for sports like cycling, baseball, softball, golf, fishing running and driving. If any quality issues with our glasses, please do not hesitate to contact us.

## Similar brands on Amazon

Sponsored ⓘ                                                                Page 1 of 2



OMEKOL Two Sizes For Adults and Youth Polarized Sunglasses Men Women…
4.4 ★★★★½ 1,423
$23.89



SKYOAK Premium Large 158MM XXL Polarized Sunglasses Men Women,…
4.4 ★★★★½ 93
$29.99

## Customer reviews

★★★★½ 4.4 out of 5

16 global ratings

| 5 star | 68% |
| 4 star | 20% |
| 3 star | 0% |
| 2 star | 12% |
| 1 star | 0% |

How customer reviews and ratings work ⌄

## Review this product

Share your thoughts with other customers

Write a customer review

## Reviews with images

  

See all photos ›

## Top reviews from the United States

**Jessica**

★★★★★ **Cute and stylish**

Reviewed in the United States on October 12, 2025

Color: Colorful&flagl   **Verified Purchase**

My son loves them!

Helpful   |   Report

**Curtis T**

★★★★★ **Love the different pattern options**

Reviewed in the United States on September 3, 2025

**Amazon Vine Customer Review of Free Product** ( What's this? )

Now if you are bougie and like expensive sunglasses then these are not for you, however if you might use sunglasses often or throw them around or not worry if they fall off then these might be perfect for you. First off they are polarized which is great for fishing and other things. Also I like the different color styles that are in the set as some of them have a party vibe to them and some have very bright colors so they are easy to find if they fall off or you set them down somewhere. I have a decent size head and have not had any issues with the arms or frames of these breaking they have a decent amount of flex to them. I use the flag pattern for my float trips and kayaking which has been awesome one pair I keep in my truck and the other pair I keep on my mower so I don't have to go around looking for sunglasses if I need a pair. They definitely have a lighter cheaper plastic feel to them however that does not bother me and I would much rather get three pairs for a very cheap price and take my chances on if they will last longer than a year.

One person found this helpful

Helpful | Report

### RXF1888 Christian Book Ministry

⭐⭐⭐⭐⭐ **Stylish shades**

Reviewed in the United States on September 30, 2025

**Amazon Vine Customer Review of Free Product** ( What's this? )

My teen boy really loves the American flag design of these shades, and they fit him well. The materials are durable, the glasses have held up to a few accidental flings and falls without breaking or scratching. The UV protection seems good, no eyestrain even when out on a sunny lake.

Helpful | Report

### Jos

⭐⭐⭐⭐⭐ **Good Value Polarized Sports Glasses; Functional and Stylish**

Reviewed in the United States on July 11, 2025

Color: Colorful&flagl | **Amazon Vine Customer Review of Free Product** ( What's this? )

This two pack of polarized sports sunglasses arrived in a thin plastic box, which was unfortunately open upon arrival. However, each pair was individually wrapped, and the arms had protective plastic coverings. The glasses feature rubberized nose pads that help keep them from sliding during activity. I tested them using a polarized testing card from another pair I own, and they did pass, confirming they are indeed polarized.

They're not as dark as many typical sunglasses but still provide adequate sun protection. The design is similar to more expensive name brand sports glasses, and they come in some fun, retro style color options. They fit well on adult faces and are flexible enough to accommodate kids as well. Overall, they offer decent comfort and fit, with an average feel.

Durability remains to be seen, but based on initial impressions, they seem to be a good value for the price.



Helpful | Report

### Christina Olexy

⭐⭐⭐⭐⭐ **Great sunglasses for multiple occasions**

Reviewed in the United States on July 26, 2025

Color: Colorful&flagl | **Amazon Vine Customer Review of Free Product** ( What's this? )

These are such good quality made glasses. The colors are just has vibrant and bright as the picture shows, the style is perfect for your loved one or even a fun outdoor event. They're comfortable to wear for long periods of time and offer clarity even in the sunniest of days. I think they're worth the money and more!

Helpful | Report

### Jim Griffin

⭐⭐⭐⭐⭐ **Nice glasses. But, for adults or kids?**

Reviewed in the United States on July 14, 2025

**Amazon Vine Customer Review of Free Product** ( What's this? )

Nice sunglasses. I bought them mostly for the red, white, and blue pair that I can wear next 4th of July. But, they seem very solid, nice lenses, and they fit me. They fit me despite the labeling on the package that arrived that says they're children's sunglasses. I wonder if they're mislabeled on the Amazon listing or on the label that I received. They fit me just fine.

Helpful | Report

### Mas

⭐⭐⭐⭐⭐ **Great value for a 3 pack of polarized sunglasses**

Reviewed in the United States on July 16, 2025

**Amazon Vine Customer Review of Free Product** ( What's this? )

This is a great set of sunglasses for the price! They look nice, and fit my head correctly, they do not feel like the most durable set of sunglasses, but they are durable enough for daily wearing. The tint isn't overbearing or too dark, and the polarization works as intended.



 iDontWantApublicName

★★★★★ **Good looking sunglasses for running**
Reviewed in the United States on July 21, 2025
**Amazon Vine Customer Review of Free Product** ( **What's this?** )



Helpful | Report

See more reviews ›

## Similar affordable options

Page 1 of 4








Costa Del Mar Sunglasses for Men -Whitetip Mens Polarized Sunglasses - Fishing, Boating & Beach UV Protection - Size 58,…
★★★★☆ 285
-20% $177⁶⁰
List: $222.00
Get it as soon as **Monday, Dec 29**
FREE Shipping by Amazon

Costa Del Mar Sunglasses for Men - Ballast Mens Polarized Sunglasses
★★★★☆ 873
-20% $177⁶⁰
List: $222.00
FREE Shipping

Costa Del Mar Sunglasses for Men - Ballast Mens Polarized Sunglasses
★★★★☆ 873
-20% $160⁸⁰
List: $201.00
FREE Shipping

Retro Rewind Polarized Sunglasses for Men and Women - UV Protection Classic Sun Glasses
★★★★☆ 13,291
-21% $13⁴²
Typical: $16.99
Get it as soon as **Monday, Dec 29**
FREE Shipping on orders over $35 shipped by Amazon

DEMIKOS Sunglasses Men Polarized Sunglasses for Mens Womens Retro Mirror Lens for Driving…
★★★★☆ 7,582
Amazon's Choice
-40% $11⁹⁹
List: $19.99
Get it as soon as **Monday, Dec 29**
FREE Shipping on orders over $35 shipped by Amazon

grinderPUNCH Mens Oversized Sunglasses ⟩ Big Head Fit, Extra Wid… Frame Sunglasses for..
★★★★☆ 6,897
Save 17%
-17% $24⁹⁹
List: $29.99
Lowest price in 30 days
FREE Shipping

## Customers who bought this item also bought








Zymvexor [NEW UPDATE] Wooden Jewelry Towers Baseball or Softball Drip Necklace Organizer Holder, Championship…
★★★★☆ 8
-37% $16⁹⁹
List: $26.99
Get it as soon as **Monday, Jan 5**
FREE Shipping on orders over $35 shipped by Amazon
Only 1 left in stock - order…

Baseball Necklace for Boys Men 18 Inch Bling Ice Collection Cross Pendant Necklace for Women Rhinestone Clay Beaded Discoball…
★★★★☆ 44
$4⁹⁹-$14⁹⁸

QALLY Kids Sunglasses Youth Baseball Softball Sunglasses for Girls Boys Age 4-14 UV Protection Sports Kids 3 Pack
★★★★☆ 107
$14⁹⁹-$19⁹⁹

Polarized Sports Sunglasses for Men Women Youth Baseball Fishing Running Cycling Golf Trekking TAC Glasses
★★★★☆ 227
$14⁹⁹

DioKiw Polarized Kids Sunglasses Youth Softball Cycling Sports Sun Glasses Boys Girls UV4…
★★★★☆ 303
Amazon's Choice
$24⁹⁷
Get it as soon as **Monday, Dec 29**
FREE Shipping on orders over $35 shipped by Amazon

VULETO Baseball Bible Verse Cross Necklace for Boys Men, Stainless Ste Cross Pendant Baseball Stocking Stuffers - Christian Religious…
★★★★☆ 91
$14⁹⁹

Back to top

**Get to Know Us**
Careers

**Make Money with Us**
Sell on Amazon
Sell apps on Amazon

**Amazon Payment Products**
Amazon Visa
Amazon Store Card

**Let Us Help You**
Your Account
Your Orders

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

Sell on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

Amazon and COVID-19

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Recalls and Product Safety Alerts

Registry & Gift List

Help

English

United States

Amazon Music
Stream millions
of songs

Amazon Ads
Reach customers
wherever they
spend their time

6pm
Score deals
on fashion brands

AbeBooks
Books, art
& collectibles

ACX
Audiobook
Publishing
Made Easy

Sell on Amazon
Start a Selling
Account

Veeqo
Shipping Software
Inventory
Management

Amazon Business
Everything For
Your Business

Amazon Fresh
Groceries & More
Right To Your Door

AmazonGlobal
Ship Orders
Internationally

Home Services
Experienced Pros
Happiness
Guarantee

Amazon Web
Services
Scalable Cloud
Computing
Services

Audible
Listen to Books &
Original
Audio
Performances

Box Office Mojo
Find Movie
Box Office Data

Goodreads
Book reviews
&
recommendations

IMDb
Movies, TV
& Celebrities

IMDbPro
Get Info
Entertainment
Professionals Need

Kindle Direct
Publishing
Indie Digital &
Print Publishing
Made Easy

Amazon Photos
Unlimited Photo
Storage
Free With Prime

Prime Video Direct
Video Distribution
Made Easy

Shopbop
Designer
Fashion Brands

Amazon Resale
Great Deals on
Quality Used
Products

Whole Foods
Market
America's
Healthiest
Grocery Store

Woot!
Deals and
Shenanigans

Zappos
Shoes &
Clothing

Ring
Smart Home
Security Systems

eero WiFi
Stream 4K Video
in Every Room

Blink
Smart Security
for Every Home

Neighbors App
Real-Time Crime
& Safety Alerts

Amazon
Subscription Boxes
Top subscription
boxes – right to
your door

PillPack
Pharmacy
Simplified

Amazon Renewed
Like-new products
you can trust

Amazon Luna
Video games from
the cloud,
no console
required

Conditions of Use   Privacy Notice   Consumer Health Data Privacy Disclosure   Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates



# amazon

Deliver to Aoyu
Miami 33133

All ▾ | Search Amazon | 🔍

EN ▾ | Hello, Albert
Account & Lists ▾ | Returns & Orders | 🛒 0

☰ All | 🔴 Rufus | Join Prime | Holiday Gifts | Same-Day Delivery | Amazon Haul | Gift Cards ▾ | Medical Care ▾ | Amazon Basics

**Amazon Fashion** | Women | Men | Kids | Luggage | Sales & Deals | New Arrivals | Amazon Brands | Amazon Luxury

Sports & Outdoors › Sports & Outdoor Recreation Accessories › Sports Sunglasses



**Brand: Disflmm**

# Kids Sunglasses, Youth Baseball Sunglasses Boys Girls Softball Cycling UV400 Protection Sun Glasses

5.0 ★★★★★ (1) | Search this page

**Currently unavailable.**
We don't know when or if this item will be back in stock.

## About this item

- 【LIGHTWEIGHT TR90 FRAME】 This sports unbreakable sunglasses feature a wrap-around design that ensures a secure and comfortable fit The lightweight frame, crafted from TR90, weighs only 26 grams, offering a lightweight and comfortable experience for the wearer,even during extended periods of activity
- 【UV400 PROTECTION】 These youth baseball sunglasses offer 99% UVA-UVB protection,providing comprehensive eye protection against harmful sun rays,reducing eye strain,and minimising the risk of eye damage
- 【SPORTS SUNGLASSES FOR KIDS】 This product has been exclusively designed for use in a variety of sporting activities,including baseball,softball,cycling,skiing,sand sports running windproof activities motorcycle

˅ See more

🗨 Report an issue with this product or seller

**Currently unavailable.**
We don't know when or if this item will be back in stock.
◉ Deliver to Aoyu - Miami 33133

[ Add to List ]

### 🔴 Ask Rufus

[ Are these shatterproof? ]

[ Do they come with a case? ]

[ Can they be worn while swimming? ]

[ Ask something else ]

---

## Customers also viewed these products

Page 1 of 4 ⋮

‹ | ›



Disflmm 3PACK Kids Sunglasses, Youth Baseball Sunglasses Boys Girls Softball UV400 Protection Sun Glasses…

★★★★★ 2

$24⁹⁹

Get it as soon as **Friday, Jan 2**

FREE Shipping on orders over $35 shipped by Amazon

Only 1 left in stock - order…

ATTCL Kids Sunglasses: Youth Baseball Sunglasses UV400 Lightweight TR90 Sports Cycling Shades for Boys…

★★★★⯪ 86

$15¹⁹

Get it as soon as **Monday, Dec 29**

FREE Shipping on orders over $35 shipped by Amazon

🌱 3 sustainability features ⌄

DUCO Kids Sunglasses Youth Baseball Sun Glasses Lightweight TR90 Frame UV400 Sports Cycling Shades for Boys…

★★★★⯪ 2,119

$23⁹⁸

Get it as soon as **Monday, Dec 29**

FREE Shipping on orders over $35 shipped by Amazon

FMY Youth Baseball Glasses for Boys Girls 6-14,Kids Sunglasses Cycling Sports Sunglasses UV400 Protection…

★★★★⯪ 13

$19⁹⁹

Get it as soon as **Monday, Dec 29**

FREE Shipping on orders over $35 shipped by Amazon

FBHLZ Youth Sport Sunglasses Teen Runn Child Cycling Sunglas for Kids Aged 6-12

★★★★★ 1

$6³⁹

Get it as soon as **Monday 29**

FREE Shipping on orders $35 shipped by Amazon

## ✨ Looking for specific info?

| Ask Rufus or search reviews and Q&A | → |

Are these shatterproof?   Do they come with a case?   Can they be worn while swimming?

What age range are they for?   Do they have adjustable nose pads?

## Product details

**Package Dimensions :** 5.91 x 2.44 x 2.09 inches; 2.12 ounces

**Department :** Unisex Child

**Date First Available :** September 26, 2024

**ASIN :** B0DJ14W2WG

**Customer Reviews:** 5.0 ★★★★★ ⌄ (1)

## Videos

Help others learn more about this product by uploading a video!

( Upload your video )

## Customer reviews

★★★★★ 5 out of 5

1 global rating

| 5 star | | 100% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

How customer reviews and ratings work ⌄

### Top reviews from the United States

 Jolene Casey

★★★★★ **Black glasses**

Reviewed in the United States on February 4, 2025

<span style="color:green">**Amazon Vine Customer Review of Free Product**</span> ( What's this? )

The glasses are big enough to cover over your eyes. The color is good and helps in the sun. They are comfortable and lightweight too.

( Helpful )   |   Report

**See more reviews ›**

## Review this product

Share your thoughts with other customers

Write a customer review

---

## Related to items you've viewed  See more

Page 1 of 4

    

**MVPTGRS Youth Baseball Sunglasses for Boys Girls Age 8-14 TR90 Frame Kids Sport Sunglasses for Softball Cycling Baseball Golf**
★★★★½ 662
$8⁹⁹-$19⁹⁹

**QALLY Polarized Sports Sunglasses for Men, UV400 Protection Mens Sunglasses Wrap Around Sun Glasses for Cycling Running**
★★★★½ 241
$24⁹⁹

**Polarized Sport Sunglasses Men Cycling Driving Fishing UV Protection Sun Glasses Lightweight Big Frame Mountain Bike Goggles**
★★★★½ 80
$17⁹⁷-$25⁹⁹

**gesruny Polarized Sport Sunglasses for Men and Women, Lightweight TR90 Sun Glasses with UV Protection for Cycli…**
★★★★½ 843
Amazon's Choice
$14³⁸-$29⁹⁹

**Derowern Youth Base Sunglasses, Kids Polarized Sports Sunglasses,UV400 Protection Glasses for Boys Girls Softball…**
★★★★½ 437
$9⁹⁹-$19⁹⁹

---

## Based on your recent shopping trends

Page 1 of 43

    

**AGGKKY Polarized Kids Sunglasses, Youth Baseball Sunglasses for Boys Girls, Cycling Sun Glasses UV400 for Kids…**
★★★★½ 235
$7⁹⁵
Get it as soon as **Monday, Dec 29**
FREE Shipping on orders over $35 shipped by Amazon

**MARIDA Kids Sunglasses Youth Baseball Sun Glasses, UV400 Protection Sports Cycling Glasses for Youth Boys…**
★★★★½ 310
$8⁵⁹
Get it as soon as **Tuesday, Dec 30**
FREE Shipping on orders over $35 shipped by Amazon

**SEKKAF Kids Sunglasses Youth Baseball Sunglasses for Boys Girls Softball Sports Sun Glasses UV Protection**
★★★★½ 245
$9⁹⁹
Get it as soon as **Monday, Dec 29**
FREE Shipping on orders over $35 shipped by Amazon

**CMBJJU Kids Sunglasses,Youth Baseball Glasses for Boys Girls Age 6-14,Sports UV Protection Goggles**
★★★★½ 170
$8⁹⁹
Get it as soon as **Monday, Dec 29**
FREE Shipping on orders over $35 shipped by Amazon

**Mudysson Kids Baseb Sunglasses For Youth Lightweight Fashiona UV400 Softball Tenni Basketball Glasses Fo**
★★★★½ 49
$7⁹⁹
Get it as soon as **Friday, J** FREE Shipping on orders $35 shipped by Amazon Only 5 left in stock - orde

---

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
| --- | --- | --- | --- |
| Careers | Sell on Amazon | Amazon Visa | Your Account |
| Amazon Newsletter | Sell apps on Amazon | Amazon Store Card | Your Orders |

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Recalls and Product Safety Alerts

Registry & Gift List

Help

amazon

English

United States

| Amazon Music | Amazon Ads | 6pm | AbeBooks | ACX | Sell on Amazon | Veeqo |
|---|---|---|---|---|---|---|
| Stream millions of songs | Reach customers wherever they spend their time | Score deals on fashion brands | Books, art & collectibles | Audiobook Publishing Made Easy | Start a Selling Account | Shipping Software Inventory Management |
| Amazon Business | Amazon Fresh | AmazonGlobal | Home Services | Amazon Web Services | Audible | Box Office Mojo |
| Everything For Your Business | Groceries & More Right To Your Door | Ship Orders Internationally | Experienced Pros Happiness Guarantee | Scalable Cloud Computing Services | Listen to Books & Original Audio Performances | Find Movie Box Office Data |
| Goodreads | IMDb | IMDbPro | Kindle Direct Publishing | Amazon Photos | Prime Video Direct | Shopbop |
| Book reviews & recommendations | Movies, TV & Celebrities | Get Info Entertainment Professionals Need | Indie Digital & Print Publishing Made Easy | Unlimited Photo Storage Free With Prime | Video Distribution Made Easy | Designer Fashion Brands |
| Amazon Resale | Whole Foods Market | Woot! | Zappos | Ring | eero WiFi | Blink |
| Great Deals on Quality Used Products | America's Healthiest Grocery Store | Deals and Shenanigans | Shoes & Clothing | Smart Home Security Systems | Stream 4K Video in Every Room | Smart Security for Every Home |
| | Neighbors App | Amazon Subscription Boxes | PillPack | Amazon Renewed | Amazon Luna | |
| | Real-Time Crime & Safety Alerts | Top subscription boxes – right to your door | Pharmacy Simplified | Like-new products you can trust | Video games from the cloud, no console required | |

Conditions of Use     Privacy Notice     Consumer Health Data Privacy Disclosure     Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates

amazon | Deliver to Aoyu Miami 33133 | All ▾ | Search Amazon | 🔍 | ⬛ EN ▾ | Hello, Albert Account & Lists ▾ | Returns & Orders | 🛒 0

☰ All | 🔴 Rufus | Join Prime | Holiday Gifts | Same-Day Delivery | Amazon Haul | Gift Cards ▾ | Medical Care ▾ | Amazon Basics | Customer Service | Buy Again

Amazon Fashion | Women | Men | Kids | Luggage | Sales & Deals | New Arrivals | Amazon Brands | Amazon Luxury

Sports & Outdoors › Sports › Cycling › Glasses & Goggles



**Visit the KALIYADI Store**

## KALIYADI Polarized Sunglasses-for-Men Sports Sunglasses: Mens Running Sun Glasses UV400 Protection for Cycling Baseball

4.5 ★★★★☆ (292)  |  **Search this page**

🌿 3 sustainability features ⌄

**Currently unavailable.**
We don't know when or if this item will be back in stock.

### Product details

| Origin | Imported |
|---|---|

### About this item

- HIGH DEFINITION POLARIZED LENSES：KALIYADI polarized sunglasses for men use UV400 protective coating lenses, designed specifically to reduce glare, effectively blocking UVA and UVB Rays. The integrated lens will not have any obstruction, providing you with a wider field of view. Wear KALIYADI polarized sunglasses for women to provide clear vision and protect your eye!
- ANTI SLIP LEGS: The mens sunglasses polarized legs are made of wear-resistant, corrosion-resistant silicone, with a special anti-slip strip added to the legs. During the whole wearing running sunglasses for women process, whether it is a slight head shaking, or the body is in motion, the anti-slip strip can ensure that the mens polarized sunglasses are firmly fixed on the face, and will not easily slip off.

⌄ See more

🚩 Report an issue with this product or seller

**Currently unavailable.**
We don't know when or if this item will be back in stock.

📍 Deliver to Aoyu - Miami 33133

[ Add to List ]

#### Ask Rufus

( Are these sunglasses shatterproof? )

( Do they come with a case? )

( Can they be worn over prescription glasses? )

( Ask something else )

## Related to items you've viewed  See more

Page 1 of 3













**QALLY Polarized Sports Sunglasses for Men, UV400 Protection Mens Sunglasses Wrap Around Sun Glasses for Cycling Running**
★★★★☆ 241
$24⁹⁹

**gesruny Polarized Sport Sunglasses for Men and Women, Lightweight TR90 Sun Glasses with UV Protection for Cycli...**
★★★★☆ 843
Amazon's Choice
$14³⁸-$29⁹⁹

**Polarized Sport Sunglasses Men Cycling Driving Fishing UV Protection Sun Glasses Lightweight Big Frame Mountain Bike Goggles**
★★★★☆ 80
$17⁹⁷-$25⁹⁹

**HAAYOT Polarized Sports Sunglasses for Men Women Youth Baseball Cycling Running Softball Biking Glasses 5 Lenses**
★★★★☆ 1,291
$25⁹⁹-$29⁹⁹

**DioKiw 4PACK Kids Sunglasses Polarized Youth Baseball Sunglasses Boys Girls Softball Cycling UV400 Protection Goggles**
★★★★☆ 72
$19⁹⁷

**APEXUP Sports Polariz Sunglasses for Men Women, UV400 Protection Men's Sunglasses for Cycling, Fishing**
★★★★☆ 148
$12⁹⁹-$14⁹⁹

## 🌿 Sustainability features

This product has sustainability features recognized by trusted certifications.

**Recycled materials**

Contains at least 50% recycled material.

As certified by

 Global Recycled Standard

**Safer chemicals**

Made with chemicals safer for human health and the environment.

As certified by

Global Recycled Standard

**Worker well-being**

Manufactured on farms or in facilities that protect the rights and/or health of workers.

As certified by

Global Recycled Standard

**CLIMATE PLEDGE FRIENDLY**

Discover more products with sustainability features. Learn more

---

## ◉✦ Looking for specific info?

| Ask Rufus or search reviews and Q&A | → |

Are these sunglasses shatterproof?   Do they come with a case?   Can they be worn over prescription glasses?

Are they adjustable?   Do they have nose pads?

---

## Product Videos



McKayla Salisbury  Earns commissions
All you need to know! - sunglasses review for men and women

-2:26

### Videos for this product


Now playing  ▶ 2:25
**All you need to know! - sunglasses review for men and women**
McKayla Salisbury


1:02
**See The Difference Polarization Makes With These Sunglasses**
Jamie M


Watch Before Buying  2:18
**What You Should Know Before Buying these Sunglasses**
Matthew McGarry


3:28
**Polarized Sunglasses Review**
Kody Carr

KALIYADI Polarized Sunglasses-for-Men Sports Sunglasses: Mens Running Su...
★★★★½ 292

---

## Product details

**Package Dimensions :** 6.85 x 3.7 x 2.83 inches; 6 ounces

**Department :** unisex-adult

**Date First Available :** July 24, 2025

**ASIN :** B0FJRJJ7FQ

**Best Sellers Rank:** #207,143 in Sports & Outdoors (See Top 100 in Sports & Outdoors)
 #332 in Cycling Glasses & Goggles

**Customer Reviews:** 4.5 ★★★★½ (292)

---

## Similar brands on Amazon

Sponsored ⓘ

Page 1 of 2









WAVESRx PWC Fender Bumper & Soft Loop Cleats for Safe and Convenient J…
4.5 ★★★★☆ 284



grinderPUNCH Running Baseball Sunglasses for Men Women Sports…
4.5 ★★★★☆ 83

## Customer reviews

★★★★☆ 4.5 out of 5

292 global ratings

| | | |
|---|---|---|
| 5 star | ███████ | 75% |
| 4 star | ██ | 14% |
| 3 star | █ | 5% |
| 2 star | █ | 2% |
| 1 star | █ | 4% |

How customer reviews and ratings work ⌄

### Review this product

Share your thoughts with other customers

Write a customer review

## Customers say

Customers find these sunglasses stylish and comfortable to wear, with good build quality and value for money. They perform well, with one customer noting that the polarized lenses work perfectly, and another mentioning they help keep sun and dust out of their eyes. Customers appreciate the lens clarity, with one noting everything looks sharper and clearer. The durability receives mixed feedback, with several customers finding them not robust.

ai⸱ Generated from the text of customer reviews

**Select to learn more**

✓ Build quality | ✓ Value for money | ✓ Performance | ✓ Visibility | ✓ Comfort | ✓ Lens clarity | ✓ Style | ⊖ Durability

### Reviews with images

See all photos ›

‹      ›

## Top reviews from the United States

Translate all reviews to English

Delighted.

★★★★★ **Best price**

Reviewed in the United States on August 24, 2025

**Verified Purchase**

Very good sunglasses. My husband had bought them before and bought them again as a gift. They're polarized and work very well. They're durable and protect your eyes, plus they're comfortable and very good for the price.

One person found this helpful

Helpful | Report

AJ

★★★★★ **Best Bargain**

Reviewed in the United States on November 22, 2025

**Verified Purchase**

Perfect. For the price they feel good wearing them. Nothing more you can ask for at a bargain.

Helpful | Report

mark rogers

★★★★★ **Great glasses for the money**

Reviewed in the United States on November 11, 2025

**Verified Purchase**

Very nice sunglasses for the money. I still have them and they look great and function well. I would highly recommend these sunglasses

Helpful | Report

matt hartle

★★★★☆ **Good for the price**

Reviewed in the United States on August 2, 2025

**Verified Purchase**

Build quality isn't the best, but you get three pairs of glasses for a steal!

Helpful | Report

Dexter

★★★★★ 👍

Reviewed in the United States on September 1, 2025
**Verified Purchase**

Very, very, very nice shades and the price is outstanding however, they are very stylish

Helpful | Report

Jonathan ambriz

★★★★★ **Fit and feel**
Reviewed in the United States on August 27, 2025
**Verified Purchase**

These sunglasses really surprised me for the price. The polarized lenses work perfectly and you can instantly tell the difference compared to regular lenses—glare is cut down a lot and everything looks sharper and clearer. They feel comfortable to wear, and honestly, they perform just as well as more expensive brands I've owned. Definitely worth it if you're looking for affordable polarized sunglasses that actually do the job.

One person found this helpful

Helpful | Report

Darrensrides

★★★★★ **Nice**
Reviewed in the United States on December 6, 2025
**Verified Purchase**

Good glasses clear lenses

Helpful | Report

Ricardo

★★★★★ **Gafas buenas**
Reviewed in the United States on November 23, 2025
**Verified Purchase**

Para el precio tienen una calidad buena

Helpful | Report

Translate review to English

---

## Top reviews from other countries

Translate all reviews to English

yanick

★☆☆☆☆ **Mauvaise qualité**
Reviewed in Canada on June 24, 2025
**Verified Purchase**

Décoller après seulement 1 semaine

Report

Translate review to English

K

★★★★★ **Impressed with their product but their customer experience is excellent!**
Reviewed in Canada on August 21, 2025
**Verified Purchase**

From the start, their customer service team was responsive, professional, and very accommodating. I reached out with a concern about my sunglasses order, and not only did they address my questions quickly, but they also went above and beyond to make sure I felt confident in my purchase.

Sarah from the Customer Care Center was especially helpful—she patiently listened to my concerns and offered solutions right away to ensure I was satisfied. The communication was clear, respectful, and very supportive, which made me feel valued as a customer.

On top of the outstanding service, their products are excellent—great quality, stylish, and very comfortable to wear. It's rare these days to find a company that delivers both top-notch products and this level of care and dedication. Because of this, I'll happily continue purchasing from KALIYADI and highly recommend their products and service to others.

Report

 Jerome

Reviewed in Canada on December 3, 2024

**Verified Purchase**

Fabrication modeste, la tenue sur le nez est moyenne, mais surtout la couleur des branches représentée pour la lunette dorée, est jaune et non pas orangé.

Report

Translate review to English

Amazon Customer

★★★★★ **Would buy again**

Reviewed in Canada on July 9, 2025

**Verified Purchase**

I have used them for cycling and am impressed by clarity and optics

Report

Swedeman

★★★★★ **Just buy them!**

Reviewed in Canada on July 12, 2025

**Verified Purchase**

Incredible sunglasses, great value and performance and look sharp. Polarization is strong, lenses are tinted just great - I swap between pairs and use daily on my ebike, couldn't be happier!

Report

**See more reviews ›**

Back to top

**Get to Know Us**

Careers

**Make Money with Us**

Sell on Amazon

**Amazon Payment Products**

Amazon Visa

**Let Us Help You**

Your Account

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Recalls and Product Safety Alerts

Registry & Gift List

Help

amazon

English        United States

| | | | | | |
|---|---|---|---|---|---|
| **Amazon Music** Stream millions of songs | **Amazon Ads** Reach customers wherever they spend their time | **6pm** Score deals on fashion brands | **AbeBooks** Books, art & collectibles | **ACX** Audiobook Publishing Made Easy | **Sell on Amazon** Start a Selling Account | **Veeqo** Shipping Software Inventory Management |
| **Amazon Business** Everything For Your Business | **Amazon Fresh** Groceries & More Right To Your Door | **AmazonGlobal** Ship Orders Internationally | **Home Services** Experienced Pros Happiness Guarantee | **Amazon Web Services** Scalable Cloud Computing Services | **Audible** Listen to Books & Original Audio Performances | **Box Office Mojo** Find Movie Box Office Data |
| **Goodreads** Book reviews & recommendations | **IMDb** Movies, TV & Celebrities | **IMDbPro** Get Info Entertainment Professionals Need | **Kindle Direct Publishing** Indie Digital & Print Publishing Made Easy | **Amazon Photos** Unlimited Photo Storage Free With Prime | **Prime Video Direct** Video Distribution Made Easy | **Shopbop** Designer Fashion Brands |
| **Amazon Resale** Great Deals on Quality Used Products | **Whole Foods Market** America's Healthiest Grocery Store | **Woot!** Deals and Shenanigans | **Zappos** Shoes & Clothing | **Ring** Smart Home Security Systems | **eero WiFi** Stream 4K Video in Every Room | **Blink** Smart Security for Every Home |
| | **Neighbors App** Real-Time Crime & Safety Alerts | **Amazon Subscription Boxes** Top subscription boxes – right to your door | **PillPack** Pharmacy Simplified | **Amazon Renewed** Like-new products you can trust | **Amazon Luna** Video games from the cloud, no console required | |

Conditions of Use     Privacy Notice     Consumer Health Data Privacy Disclosure     Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates

amazon

Deliver to Aoyu
Miami 33133

All ▾   Search Amazon

EN ▾   Hello, Albert
Account & Lists ▾   Returns & Orders   0

☰ All   🔵 Rufus   Join Prime   Holiday Gifts   Same-Day Delivery   Amazon Haul   Gift Cards ▾   Medical Care ▾   Amazon Basics   Customer Service   Buy Again

**Amazon Fashion**   Women   Men   Kids   Luggage   Sales & Deals   New Arrivals   Amazon Brands   Amazon Luxury

Clothing, Shoes & Jewelry › Boys › Accessories › Sunglasses





**Ask Rufus**

Are these sunglasses durable?

Do they come with a carrying case?

Can they be worn while swimming?

Ask something else

**Visit the KALIYADI Store**

## KALIYADI Kids Polarized Sunglasses Youth-Baseball-Sunglasses: Boys Girls Sport Running UV400 Protection Sun Glasses Age 6-14

4.3 ★★★★☆ (66)   |   Search this page

🌿 3 sustainability features ⌄

$9.99

Price history

FREE Returns ⌄

Color: **A01-black+black+black**

| | | | |
|---|---|---|---|
| $9.99 | $9.99 | $9.99 | $9.99 |
| $9.99 | $10.99 ~~$21.99~~ | $9.99 | $9.99 |

‹ Previous   **1**   2   3   Next ›

Lens Color: **Multicolor**

## Product details

| | |
|---|---|
| **Care instructions** | Hand wash, air dry, avoid high heat and direct sunlight |
| **Origin** | Imported |

## About this item

- 【Kids Sunglasses】 KALIYADI polarized toddler sunglasses are designed to the protection of your eyes during outdoor activities. Polarized lenses can effectively reduce glare, improve clarity, and provide optimal vision. Whether you are cycling, running or playing sports, this polarized toddler sunglasses ensures that your vision is clear and unobstructed, allowing you to concentrate on your performance
- 【High Definition Polarized Lenses】 High definition polarized lenses of polarized youth baseball sunglasses eliminate glare for sharper vision, while UV400 protection shields delicate eyes from UVA/UVB rays. Glare-

⌄ See more

🖹 Report an issue with this product or seller

 

prime

Enjoy fast, free delivery, exclusive deals, and award-winning movies & TV shows.

Join Prime

$9.99

FREE delivery **Monday, December 29** on orders shipped by Amazon over $35

Or Prime members get FREE delivery **Tomorrow, December 23**. Order within 6 hrs 20 mins. Join Prime

**Arrives 2 days before Christmas**

⊙ Deliver to Aoyu - Miami 33133

**In Stock**

Quantity: 1 ▾

Add to Cart

Buy Now

| | |
|---|---|
| Ships from | Amazon |
| Sold by | KALIYADI |
| Returns | FREE refund/replacement until Jan 31, 2026 |
| Gift options | Available at checkout |

⌄ See more

Add to List

---

**Related to items you've viewed** See more

Page 1 of 4

‹   ›



**TURBOPEP 3 Pack Kids Polarized Sunglasses - Youth Baseball Sunglasses for Boys Girls Age 3-12 Sports UV…**
★★★★☆ 704
Amazon's Choice
$15⁹⁹-$29⁹⁹

**QALLY Polarized Sports Sunglasses for Men, UV400 Protection Mens Sunglasses Wrap Around Sun Glasses for Cycling Running**
★★★★☆ 241
$24⁹⁹

**DioKiw Polarized Kids Sunglasses Youth Softball Cycling Sports Sun Glasses Boys Girls UV400 Protection Goggles**
★★★★☆ 303
$14⁹⁷-$29⁹⁸

**SEKKAF Youth Baseball Sunglasses for Boys Girls Age 6-12 Softball Cycling Sports Sunglasses for Kids Lightweight Frame**
★★★★☆ 177
#1 Best Seller
$8⁹⁹-$19⁹⁹

**Polarized Sport Sunglasses Men Cycling Driving Fishing UV Protection Sun Glasses Lightweight Big Frame Mountain Bike Goggles**
★★★★☆ 80
$17⁹⁷-$25⁹⁹

**QALLY 3PACK Kids Sunglasses Youth Baseball Sunglasses for Boys Girls Age 4-14, Softball Cycling UV400 Protection Sports**
★★★★☆ 139
$15⁹⁹-$22⁹⁹

## From the brand

About us:

KALIYADI is a brand that perfectly combines sports and fashion. Adhering to the design concept of "experience a wonderful life", we are committed to providing comfortable and stylish sunglasses for everyone who loves sports to make your life more exciting.

KALIYADI Sunglasses insist on using high quality materials to provide safe and stylish sunglasses for men, women and children.

## ✦ Looking for specific info?

Ask Rufus or search reviews and Q&A

Are these sunglasses durable?    Do they come with a carrying case?    Can they be worn while swimming?

Are they adjustable?    Do they offer UV protection?

## Product description





## Sustainability features

This product has sustainability features recognized by trusted certifications.

**Recycled materials**

Contains at least 50% recycled material.

As certified by

Global Recycled Standard

**Safer chemicals**

Made with chemicals safer for human health and the environment.

As certified by

Global Recycled Standard

**Worker well-being**

Manufactured on farms or in facilities that protect the rights and/or health of workers.

As certified by

Global Recycled Standard

CLIMATE PLEDGE FRIENDLY
Discover more products with sustainability features. Learn more

## Product Videos



Gabriela Babb   Earns commissions
Great sport sunglasses for little ones-review

Hi, this is G with the Cadi Yari Caves

-0:43

KALIYADI Kids Polarized Sunglasses Youth-Baseball-Sunglasses: Boys Girl...
★★★★☆ 66
$9⁹⁹

## Product details

**Item model number :** KAS77-A

**Department :** Unisex Child

**Date First Available :** March 29, 2025

**Manufacturer :** KALIYADI

**ASIN :** B0F2YBH59X

**Product Warranty:** For warranty information about this product, please click here

**Best Sellers Rank:** #137,760 in Clothing, Shoes & Jewelry (See Top 100 in Clothing, Shoes & Jewelry)
#45 in Boys' Sunglasses

**Customer Reviews:** 4.3 ★★★★☆ ✓ (66)

## Similar brands on Amazon

Page 1 of 2

Sponsored ⓘ



KALIYADI Round Polarized Sunglasses for Men Women Retro Metal Hippie...
4.5 ★★★★☆ 6,839
**39% off** Limited time deal
$13.43 List: $21.99



DUCO Kids Sunglasses Youth Baseball Sun Glasses Lightweight TR90 Frame...
4.7 ★★★★☆ 2,119
$23.98

## Customer reviews

★★★★☆ 4.3 out of 5

66 global ratings

Reviews with images

See all photos ›

| | | |
|---|---|---|
| 5 star | | 69% |
| 4 star | | 14% |

| | | |
|---|---|---|
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 9% |

How customer reviews and ratings work ⌄

## Review this product

Share your thoughts with other customers

Write a customer review

## Top reviews from the United States

**Ashley**

★★★★★ **Good sunglasses**

Reviewed in the United States on September 4, 2025

Color: A02-black+ice Blue+red | Lens Color: Multicolor | **Verified Purchase**

The sunglasses came neatly packaged and undamaged which surprised me as I expected them to be flimsy, but they are not. They are however flexible which is a must for kids! My son is an average size 12 year old and they fit him comfortably. For the price, quantity and durability you absolutely can't beat this price!

Helpful | Report

**Tra C**

★★★★★ **Good price**

Reviewed in the United States on October 3, 2025

Color: A13-white/Ice Blue+pink+blue/Red | Lens Color: Multicolor | **Verified Purchase**

Good price and sun glasses did the job for softball 🥎 girl

Helpful | Report

**Rich H.**

★★★★☆ **great value for kids' sunglasses**

Reviewed in the United States on July 8, 2025

Color: A02-black+ice Blue+red | Lens Color: Multicolor | **Amazon Vine Customer Review of Free Product**
( What's this? )

Everyone knows that sunglasses are prone to break or get lost, so no one likes to spend a lot on them, especially for kids. Well, this three-pack for kids is a good product at a great value. They not only have crisp frame and lens colors, but they fit snugly. My grandsons (10, 8 & 6) think they look cool. They seem to be pretty durable (time and usage will tell), but for the price, I won't be losing a lot of sleep when (not if) they break or get lost.

Helpful | Report

**Laine**

★★★★★ **Fantastic for the field!**

Reviewed in the United States on October 30, 2025

Color: A02-black+ice Blue+red | Lens Color: Multicolor | **Amazon Vine Customer Review of Free Product**
( What's this? )

My nephew plays baseball and these were a fantastic get for days on the field. I love the color variety - these just so happened to match the uniforms for home vs away so he could swap glasses to match depending on which colors they were wearing. These are definitely a good get and he loves them. Decent value for the money overall. I'll add in that he is 8 and they fit him perfectly.

Helpful | Report

**verycari**

★★★★★ **Kid approved**

Reviewed in the United States on September 26, 2025

Color: B01-black+ice Blue | Lens Color: Multicolor | **Amazon Vine Customer Review of Free Product** (
What's this? )

10 year old loves them. Fit is good. UV works well.
Work for boy or girl.

Helpful | Report

**Katie Schindel**

★☆☆☆☆ **Small**

Reviewed in the United States on December 13, 2025

Color: A03-black+dark Blue+red | Lens Color: Multicolor | **Verified Purchase**

I bought these for my 10yr old son. They are very small. Would be okay for a little boy.

Helpful | Report

Samantha

★★★★★ **Sunglasses**

Reviewed in the United States on August 23, 2025

Color: B01-black+ice Blue  |  Lens Color: Multicolor  |  **Amazon Vine Customer Review of Free Product** (
What's this? )

10 out of 10 quality bought at least for an older boys because they really wanted pit vipers found these ones that look identical they tried them on. They said they were super comfy and they loved wearing them. Haven't stopped wearing them since.

Helpful  |  Report

---

Karl

★★★☆☆ **good**

Reviewed in the United States on August 20, 2025

Color: B01-black+ice Blue  |  Lens Color: Multicolor  |  **Amazon Vine Customer Review of Free Product** (
What's this? )

nice for kids! Im not sure how well they actually keep the sun out but they are nice for like a game or event. good price so I got a few for the kids friends or to have on hand too. not super durable but they arent a bad price so thats ok. overall pretty good.

Helpful  |  Report

---

**See more reviews ›**

## Top reviews from other countries

Carlyn

★★★★★ **Great value**

Reviewed in Canada on July 26, 2025

Color: A02-black+ice Blue+red  |  Lens Color: Multicolor  |  **Verified Purchase**

These are great value for 3 pairs of glasses! They fit my 11 year old perfectly.

Report

---

Aly

★★★★★ **Sunglasses 6-8 year olds**

Reviewed in Canada on July 22, 2025

Color: A07-ice Blue+green+red  |  Lens Color: Multicolor  |  **Verified Purchase**

Good for kids

Report

---

Angie

★★★★☆ **Good value**

Reviewed in Canada on July 18, 2025

Color: A04-black+ice Blue+dark Blue  |  Lens Color: Multicolor  |  **Verified Purchase**

Pretty decent quality for the price, for 3 pairs of glasses. My 12 yr old likes them for football. They fit kids 12 and under in my opinion, an adult or teenager might find them tighter.

Report

---

Adam F

★★★★★ **my kids be fly**

Reviewed in Canada on June 24, 2025

Color: A02-black+ice Blue+red  |  Lens Color: Multicolor  |  **Amazon Vine Customer Review of Free Product**
( What's this? )

Kids loved them! and so do i! price is comparable to a cheap pair at your favorite big box store but these don't come with preinstalled finger prints from the last 50 people to try them on. These come nicely packed with 3 bags and 3 cleaning clothes, that you don't get at the box store. I am pretty impressed with the polarization the provide as well, they came with a little card that has an image that can only be seen under the polarization. I have a similar style of glasses but they couldn't see the image which surprised me because I do believe they are polarized but i guess not very well. I tried the kids glasses and you can see it fine! Glad to know my littles are not going to fry their little eyeballs with these on. build quality is ok, nothing special, like I said cheapie pairs, but these are for children! There either going to loose them, out grow them, or break them regardless of the build quality. So i see these as a win for sure, good protection, clear lens and cheap enough that if they break or loose them its not the end of the world.

Report

---

AK

★★★☆☆ **OK**

Reviewed in the United States on August 28, 2024

Color: A03-black+dark Blue+red | Lens Color: Multicolor | **Verified Purchase**

Fit well and comforably on young child, but frame snapped easily.

Report

---

See more reviews ›

Back to top

## Get to Know Us

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

## Make Money with Us

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

## Amazon Payment Products

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

## Let Us Help You

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Recalls and Product Safety Alerts

Registry & Gift List

Help



English

United States

Amazon Music
Stream millions
of songs

Amazon Ads

6pm
Score deals
on fashion brands

AbeBooks
Books, art
& collectibles

ACX

Sell on Amazon
Start a Selling
Account

Veeqo

Reach customers
wherever they
spend their time

Audiobook
Publishing
Made Easy

Shipping Software
Inventory
Management

Amazon Business
Everything For
Your Business

Amazon Fresh
Groceries & More
Right To Your Door

AmazonGlobal
Ship Orders
Internationally

Home Services
Experienced Pros
Happiness
Guarantee

Amazon Web
Services
Scalable Cloud
Computing
Services

Audible
Listen to Books &
Original
Audio
Performances

Box Office Mojo
Find Movie
Box Office Data

Goodreads
Book reviews
&
recommendations

IMDb
Movies, TV
& Celebrities

IMDbPro
Get Info
Entertainment
Professionals Need

Kindle Direct
Publishing
Indie Digital &
Print Publishing
Made Easy

Amazon Photos
Unlimited Photo
Storage
Free With Prime

Prime Video Direct
Video Distribution
Made Easy

Shopbop
Designer
Fashion Brands

Amazon Resale
Great Deals on
Quality Used
Products

Whole Foods
Market
America's
Healthiest
Grocery Store

Woot!
Deals and
Shenanigans

Zappos
Shoes &
Clothing

Ring
Smart Home
Security Systems

eero WiFi
Stream 4K Video
in Every Room

Blink
Smart Security
for Every Home

Neighbors App
Real-Time Crime
& Safety Alerts

Amazon
Subscription Boxes
Top subscription
boxes – right to
your door

PillPack
Pharmacy
Simplified

Amazon Renewed
Like-new products
you can trust

Amazon Luna
Video games from
the cloud,
no console
required

Conditions of Use     Privacy Notice     Consumer Health Data Privacy Disclosure     Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates



amazon · Deliver to Aoyu Miami 33133 · All ▾ · Search Amazon · EN ▾ · Hello, Albert Account & Lists ▾ · Returns & Orders · 0

☰ All · Rufus · Join Prime · Holiday Gifts · Same-Day Delivery · Amazon Haul · Gift Cards ▾ · Medical Care ▾ · Amazon Basics · Customer Service · Buy Again

Amazon Fashion · Women · Men · Kids · Luggage · Sales & Deals · New Arrivals · Amazon Brands · Amazon Luxury

Sports & Outdoors › Sports › Cycling › Glasses & Goggles

**Visit the DioKiw Store**

## Polarized Kids Sunglasses Youth Softball Cycling Sports Sun Glasses Boys Girls UV400 Protection Goggles

4.6 ★★★★☆ (303)   |   Search this page

**700+ bought** in past month

$24⁹⁷

Price history

FREE Returns ▾

Color: **5pack-deep Blue+red+purple+pink+white Frame Blue**

| $23.98 | $23.98 | $23.98 | $29.9 |
| $27.98 | $24.97 | $24.97 | $29.9 |

‹ Previous   1   **2**   3   Next ›

Lens Color: **polychrome**

## Product details

| Care instructions | Clean with a soft cloth. Avoid high heat. |
| Origin | Imported |

## About this item

- 【DioKiw Kids Sunglasses】 Designed for active boys and girls, these sunglasses are the perfect combination of style, comfort, and functionality. The lightweight frame, coupled with the ultimate UV protection, makes them ideal for a wide range of outdoor activities, including baseball, softball, cycling, and more.
- 【UV400 protection】 The polarized lenses offer crystal clear vision, reducing glare and enhancing contrast for better performance on the field or during outdoor adventures. Our UV Protection Goggles ensure the safety and well-being of your child's eyes, allowing them to focus on their game without any worries.

˅ See more

🖼 Report an issue with this product or seller

**Ask Rufus**

Are polarized lenses good for sports?

Do they come with a case?

Can these be worn while swimming?

Ask something else

---

Prime

Enjoy fast, free delivery, exclusive deals, and award-winning movies & TV shows.

Join Prime

---

$24⁹⁷

FREE delivery **Monday, December 29** on orders shipped by Amazon over $35

**Arrives after Christmas. Need a gift sooner?** Send an Amazon Gift Card today by email or text message.

Deliver to Aoyu - Miami 33133

Quantity: 1 ˅

Add to Cart

Buy Now

Ships from   Amazon
Sold by   XINGYANGXIXIANG
Returns   FREE refund/replacement until Jan 31, 2026
Gift options   Available at checkout

˅ See more

Add to List

---

## Related to items you've viewed   See more

Page 1 of 4







**SEKKAF Youth Baseball Sunglasses for Boys Girls Age 6-12 Softball Cycling Sports Sunglasses for…**
★★★★☆ 177
#1 Best Seller
$8⁹⁹
Get it as soon as **Monday, Dec 29**
FREE Shipping on orders over $35 shipped by Amazon

**MVPTGRS Youth Baseball Sunglasses for Boys Girls Age 8-14 TR90 Frame Kids Sport Sunglasses for Softball Cycling Baseball Golf**
★★★★☆ 662
$8⁹⁹-$19⁹⁹

**TURBOPEP 3 Pack Kids Polarized Sunglasses - Youth Baseball Sunglasses for Boys Girls Age 3-12 Sports UV Protection Goggles**
★★★★☆ 704
$15⁹⁹-$29⁹⁹

**Derowern Youth Baseball Sunglasses, Kids Polarized Sports Sunglasses,UV400 Protection Glasses for Boys Girls Softball…**
★★★★☆ 437
$9⁹⁹-$19⁹⁹

**SEKKAF Youth Baseball Sunglasses Kids Sports Sunglasses for Boys Girls Softball Cycling Glasses UV400 Protection**
★★★★☆ 329
$16⁹⁹
Get it as soon as **Tuesday, Dec 30**
FREE Shipping on orders over $35 shipped by Amazon

**kunchu 3pack Kids Sunglasses Polarized - UV400 Protection Boys Youth Cycling Goggles Baseball Sunglasses with Glasses Strap**
★★★★☆ 95
$19⁹⁹

## Product description

KIDS/JUNIORS

# LEADING NEW STYLE

THE BEST CHOICE FOR OUTDOOR ACTIVITIES

Normal Light

Our Lens

Ordinary Lens







## Product details

**Department :** unisex-child

**Date First Available :** November 22, 2024

**ASIN :** B0DNSHDDKQ

**Product Warranty:** For warranty information about this product, please click here

**Best Sellers Rank:** #5,256 in Sports & Outdoors (See Top 100 in Sports & Outdoors)
#4 in Cycling Glasses & Goggles

**Customer Reviews:** 4.6 ★★★★☆ (303)

✨ **Looking for specific info?**

| Ask Rufus or search reviews and Q&A | → |

Are polarized lenses good for sports?    Do they come with a case?    Can these be worn while swimming?

Are they adjustable?    What age range do they fit?

## Product Videos



PromoSTK  Earns commissions
Great for summer to protect your kids eyes from the sun

-7:17  CC

DioKiw Polarized Kids Sunglasses Youth Softball Cycling Sports Sun Glasses...
★★★★☆ 303
$24⁹⁷

**Videos for this product**

Great for summer to protect your kids eyes from the sun
PromoSTK
Now playing   ▶ 7:16

My child is going to love these
Reviewdad
▶ 0:27

The Perfect Pack Of Polarized Glasses
The Reasonable Gentle...
▶ 2:54

Amazing Polarized Sunglasses
Puja Jain
▶ 0:21

Customer Review: Great for the price but feel like they would break easy
Brianne Smith
▶ 0:06

## Similar brands on Amazon

Page 1 of 3

Sponsored ⓘ





BLUE CUT Sports Protection Goggles, Anti-Fog Lenses Safety Glasses for...
4.3 ★★★★☆ 323
$29.97



KSnap: Wrist Snap Training Equipment for Golf, Baseball, Softball & Basketbal...
4.2 ★★★★☆ 61
$44.99

## Customer reviews

★★★★☆  4.6 out of 5

303 global ratings

| 5 star | | 79% |
|---|---|---|
| 4 star | | 11% |
| 3 star | | 5% |
| 2 star | | 1% |

## Customers say

Customers find these sunglasses great for kids who play sports, particularly baseball, and appreciate that they fit small-headed children well. The sunglasses offer good value for money, with one customer noting they last through a baseball season. Customers like their appearance, colors, and sun protection, with one mentioning they make everything brighter.

ai⁺ Generated from the text of customer reviews

**Select to learn more**

✓ Size  | ✓ Value for money | ✓ Quality | ✓ Fit | ✓ Durability | ✓ Look | ✓ Color quality |

✓ Sun protection



1 star

How customer reviews and ratings work ⌄

## Review this product

Share your thoughts with other customers

Write a customer review

### Reviews with images

See all photos ›

    

## Top reviews from the United States

**Melanie Helgeson**

★★★★★ **Awesome value!**

Reviewed in the United States on December 6, 2025

Color: 5pack-deep Blue+red+green+pink+white Frame Blue | Lens Color: polychrome | Verified Purchase

These are perfect!!! Great quality for price point. My kids love them. And fit them perfectly. They're 4 and 6 years old. The colors are fun and a good variety. They never complain about them. And we've had them for year and only one pair has been broke!

Helpful | Report

**Cynthia Sainpreux**

★★★★★ **Amazing glasses**

Reviewed in the United States on November 15, 2025

Color: 5pack-deep Blue+red+green+pink+white Frame Blue | Lens Color: polychrome | Verified Purchase

Great set, although a little small for my 11-year-old, It was super cute for my four older kids! My daughter loved the pinkish color! So it is definitely for girls and boys! Also it makes the outside seem dim! 🕶 great quality!💘

Helpful | Report

**Bob**

★★★★★ **great quality for price**

Reviewed in the United States on December 18, 2025

Color: 5pack-deep Blue+red+green+pink+white Frame Blue | Lens Color: polychrome | Verified Purchase

got these for a baseball party. kids lovvvved them. good quality!

Helpful | Report

**Allison Patterson**

★★★★★ **Cool baseball sunglasses**

Reviewed in the United States on October 7, 2025

Color: 5pack-deep Blue+red+purple+pink+white Frame Blue | Lens Color: polychrome | Verified Purchase

I bought these for my daughter's tball team this past season. They where an absolute hit, everyone loved them. The kids ranged on age between 4-6 and they fit perfectly.

Helpful | Report

**PAIGE CAMPBELL**

★★★★☆ **Made great, colors are beautiful**

Reviewed in the United States on November 28, 2025

Verified Purchase

Nice glasses, made great

Helpful | Report

**Shawn douglas**

★★★★★ **Great glasses**

Reviewed in the United States on September 18, 2025

Color: 5pack-deep Blue+red+green+pink+white Frame Blue | Lens Color: polychrome | Verified Purchase

Great item for my kids who play sports. Im not cheap but I feel theres no point in paying 100 dollars for Pitt vipers that will just get destroyed by kids just being kids

2 people found this helpful

Helpful | Report

**mints**

Great deal for stylish glasses
Reviewed in the United States on October 23, 2025
Color: 5pack-deep Blue+red+purple+pink+white Frame Blue | Lens Color: polychrome | **Verified Purchase**

Looks great. Came packaged neatly. Polarised. My son likes how they look and has not broken any of them yet. They fit him well (6 years old).

Helpful | Report

**average guy**

★★★★★ **Good purchase.**
Reviewed in the United States on October 16, 2025
Color: 5pack-deep Blue+red+purple+pink+white Frame Blue | Lens Color: polychrome | **Verified Purchase**

Good quality for my son. Reasonably durable, and multiple pair of sunglasses ( since he tends to "misplace" them.

Helpful | Report

See more reviews ›

## Based on your recent shopping trends

     

**QALLY Polarized Sports Sunglasses for Men, UV400 Protection Mens Sunglasses Wrap Around Sun Glasses for Cycling...**
★★★★☆ 241
$24⁹⁹
Get it as soon as **Monday, Dec 29**
FREE Shipping on orders over $35 shipped by Amazon

**DioKiw Polarized Kids Sunglasses Youth Softball Cycling Sports Sun Glasses Boys Girls UV400 Protection Goggles**
★★★★☆ 303
$23⁹⁸
Get it as soon as **Monday, Dec 29**
FREE Shipping on orders over $35 shipped by Amazon

**Bziia 3PACK Kids Sunglasses Youth Baseball Sunglasses for Boys Girls Age 4-12,Softball Sports...**
★★★★☆ 97
-13% $13⁹⁹
List Price: $15.99
Get it as soon as **Monday, Dec 29**
FREE Shipping on orders over $35 shipped by Amazon

**Wapreta 3PACK Kids Sunglasses Youth Baseball Sunglasses for 4-12 Boys Girls Cycling Softball Running UV40...**
★★★★☆ 224
-32% $14⁹⁹
List: $21.99
Get it as soon as **Tuesday, Dec 30**
FREE Shipping on orders over $35 shipped by Amazon

**DioKiw 4PACK Kids Sunglasses Polarized Youth Baseball Sunglasses Boys Girls Softball Cycling UV400...**
★★★★☆ 72
$19⁹⁷
Get it as soon as **Monday, Jan 19**

**CMBJJU 3PACK Kids Sunglasses for 6-14 Boy Girls, Youth Baseball an Cycling UV400 Protecti...**
★★★★☆ 468
Amazon's Choice
-33% $19⁹⁹
List: $29.99
Get it as soon as **Monday, D 29**
FREE Shipping on orders ov $35 shipped by Amazon

## Customers who bought this item also bought

     

**ZONLY 6 Pack Sunglasses Case Portable Travel Zipper Eyeglasses Case With Hook**
★★★★☆ 1,459
$9⁹⁹
Get it as soon as **Monday, Dec 29**
FREE Shipping on orders over $35 shipped by Amazon

**JEANUE 4 Pieces Baseball Necklaces for Boys,Three Braided Rope Tornado Sports Titanium Necklaces,Christmas Gif...**
★★★★☆ 150
$9⁹⁹
Get it as soon as **Monday, Dec 29**

**Clutch Sports Apparel All-Weather Bat Grip Tape, 1.1mm Cushioned & Non-Slip for Baseball & Softball, Durable & Mul...**
★★★★☆ 806
-20% $15⁹⁵
List: $19.95
Get it as soon as **Monday, Dec 29**
FREE Shipping on orders over $35 shipped by Amazon

**Geyoga Christian Sliding Mitt Cross Baseball Softball Religious Glove Sliding Mitt Baseball Guard Accessories and Protective Gear...**
★★★★☆ 25
$17⁹⁹-$21⁹⁹

**DioKiw 5PACK Polarized Kids Sunglasses UV Protection Youth Baseball Sunglasses Lightweight Big Frame Softball...**
★★★★★ 32
$21⁹⁷
Get it as soon as **Tuesday, Dec 30**
FREE Shipping on orders over $35 shipped by Amazon

**SEKKAF Youth Baseball Sunglasses Kids Sports Sunglasses for Boys Girl Softball Cycling Glasses**
★★★★☆ 329
Amazon's Choice
$16⁹⁹
Get it as soon as **Tuesday, D 30**
FREE Shipping on orders ov $35 shipped by Amazon

Back to top

**Get to Know Us**
Careers

**Make Money with Us**
Sell on Amazon
Sell apps on Amazon

**Amazon Payment Products**
Amazon Visa
Amazon Store Card

**Let Us Help You**
Your Account
Your Orders

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Recalls and Product Safety Alerts

Registry & Gift List

Help

amazon

English

United States

Amazon Music
Stream millions of songs

Amazon Ads
Reach customers wherever they spend their time

6pm
Score deals on fashion brands

AbeBooks
Books, art & collectibles

ACX
Audiobook Publishing Made Easy

Sell on Amazon
Start a Selling Account

Veeqo
Shipping Software Inventory Management

Amazon Business
Everything For Your Business

Amazon Fresh
Groceries & More Right To Your Door

AmazonGlobal
Ship Orders Internationally

Home Services
Experienced Pros Happiness Guarantee

Amazon Web Services
Scalable Cloud Computing Services

Audible
Listen to Books & Original Audio Performances

Box Office Mojo
Find Movie Box Office Data

Goodreads
Book reviews & recommendations

IMDb
Movies, TV & Celebrities

IMDbPro
Get Info Entertainment Professionals Need

Kindle Direct Publishing
Indie Digital & Print Publishing Made Easy

Amazon Photos
Unlimited Photo Storage Free With Prime

Prime Video Direct
Video Distribution Made Easy

Shopbop
Designer Fashion Brands

Amazon Resale
Great Deals on Quality Used Products

Whole Foods Market
America's Healthiest Grocery Store

Woot!
Deals and Shenanigans

Zappos
Shoes & Clothing

Ring
Smart Home Security Systems

eero WiFi
Stream 4K Video in Every Room

Blink
Smart Security for Every Home

Neighbors App
Real-Time Crime & Safety Alerts

Amazon Subscription Boxes
Top subscription boxes – right to your door

PillPack
Pharmacy Simplified

Amazon Renewed
Like-new products you can trust

Amazon Luna
Video games from the cloud, no console required

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates

amazon
Deliver to Aoyu
Miami 33133
Sports & Outdoors ▾
Search Amazon
EN ▾
Hello, Albert
Account & Lists ▾
Returns
& Orders
0

☰ All   Rufus   Join Prime   Holiday Gifts   Same-Day Delivery   Amazon Haul   Gift Cards ▾   Medical Care ▾   Amazon Basics   Customer Service   Buy Again

Sports & Outdoors   Outdoor Recreation   Hunting   Fishing & Boating   Cycling   Exercise & Fitness   Sports   Golf   Game Room & Outdoor Games   Fanshop   Sales & Deals

Sports & Outdoors › Sports › Cycling › Glasses & Goggles



### Ask Rufus

Are polarized lenses good for outdoor sports?

Do they come with a protective case?

Can these be worn over prescription glasses?

Ask something else

**Brand: AGGKKY**

# Polarized Kids Sunglasses, Youth Baseball Sunglasses for Boys Girls, Cycling Sun Glasses UV400 for Kids Ages 8-14

4.4 ★★★★☆ (236)   |   Search this page

**1K+ bought** in past month

$**7**⁹⁵

Price history

FREE Returns ⌄

Color: **White Frame/Blue Lens**

 $15.99    $19.99    $15.99    $22.99

 $21.99    $23.99    $23.99    $9.99

 $14.99    $7.95    $7.95

## Product details

| | |
|---|---|
| Care instructions | Gently clean with a soft, dry cloth. Store in a cool, dry place away from heat and direct sunlight. |
| Origin | Imported |

## About this item

- 【Kids Fashion Sunglasses】 The youth baseball sunglasses are paired with different colored lenses and frames to show the fashion style of teenagers. The wrap-around lenses are designed to be more stylish, provide a wide field of view and protect the eyes from UV rays, wind and dust. Wearing these sunglasses will surely make your child more stylish and confident.
- 【High Quality Materials】 The kids sunglasses is made of high quality lightweight materials,the weigh just 0.6 ounces, lightweight, comfortable, and durable, reducing the burden of children wearing

⌄ See more

🗎 Report an issue with this product or seller

prime

Enjoy fast, free delivery, exclusive deals, and award-winning movies & TV shows.

Join Prime

$**7**⁹⁵

FREE delivery **Monday, December 29** on orders shipped by Amazon over $35

**Arrives after Christmas. Need a gift sooner?** Send an Amazon Gift Card today by email or text message.

Deliver to Aoyu - Miami 33133

## In Stock

Quantity: 1 ▾

Add to Cart

Buy Now

| | |
|---|---|
| Ships from | Amazon |
| Sold by | OlikerSports |
| Returns | FREE refund/replacement until Jan 31, 2026 |
| Customer service | Amazon |

⌄ See more

Add to List

## Complete the set

 +  +

Total price: $**94.93**

Add all 3 to Cart

ⓘ These items are shipped from and sold by different sellers.
Show details

**This item:** AGGKKY Polarized Kids Sunglasses, Youth Baseball Sunglasses for Boys Girls, Cycli…
$**7**⁹⁵

Bike Lights, Rechargeable Bicycle Lights Set Super Bright 8+12 Modes, IPX6 Waterproof Bike…
$**16**⁹⁹

MUZUP Offedge Knee Pads, Sufficient Protection MTB Knee Pads No-Slipping Mountain Bik…
$**69**⁹⁹

**Based on your recent shopping trends**








QALLY Polarized Sports Sunglasses for Men, UV400 Protection Mens Sunglasses Wrap Around Sun Glasses for Cycling…
★★★★☆ 242
$24⁹⁹
Get it as soon as **Monday, Dec 29**
FREE Shipping on orders over $35 shipped by Amazon

DioKiw Polarized Kids Sunglasses Youth Softball Cycling Sports Sun Glasses Boys Girls UV400 Protection Goggles
★★★★☆ 303
$23⁹⁸
Get it as soon as **Monday, Dec 29**
FREE Shipping on orders over $35 shipped by Amazon

Bziia 3PACK Kids Sunglasses Youth Baseball Sunglasses for Boys Girls Age 4-12,Softball Sports…
★★★★☆ 97
-13% $13⁹⁹
List Price: $15.99
Get it as soon as **Monday, Dec 29**
FREE Shipping on orders over $35 shipped by Amazon

Wapreta 3PACK Kids Sunglasses Youth Baseball Sunglasses for 4-12 Boys Girls Cycling Softball Running UV40…
★★★★☆ 224
-32% $14⁹⁹
List: $21.99
Get it as soon as **Tuesday, Dec 30**
FREE Shipping on orders over $35 shipped by Amazon

DioKiw 4PACK Kids Sunglasses Polarized Youth Baseball Sunglasses Boys Girls Softball Cycling UV400…
★★★★☆ 72
$19⁹⁷
Get it as soon as **Monday, Jan 19**

CMBJJU 3PACK Kids Sunglasses for 6-14 Boys Girls, Youth Baseball and Cycling UV400 Protect…
★★★★☆ 469
Amazon's Choice
-33% $19⁹⁹
List: $29.99
Get it as soon as **Monday, 29**
FREE Shipping on orders o $35 shipped by Amazon

## Looking for specific info?

Ask Rufus or search reviews and Q&A

Are polarized lenses good for outdoor sports?     Do they come with a protective case?

Can these be worn over prescription glasses?     Are they adjustable?     Do they block UVA rays?

## Product description



# SUITABLE FOR VARIOUS OUTDOOR ACTIVITIES






UV 400 PROTECTION          BREATHABLE TEMPLES          ANTI SLIP NOSE PADS

## UV400 PROTECTION

The polarizing lenses can effectively protect your child's eyes from UV damage





KIDS POLARIZED SUNGLASSES

Without Sunglasses

With Sunglasses





## YOUTH POLARIZED SPORTS SUNGLASSES



**Product Videos**



**OlikerSports**
kids sunglasses for kids in winter!

**Videos for this product**

**kids sunglasses for kids in winter!**
OlikerSports
Now playing  0:17

**Trendy baseball sunglasses**
Paulina & Josh
1:07

**so cool kids sunglasses**
OlikerSports
0:24

**Awesome boys sunglasses**
Paulina & Josh
0:37

**Trendy Girls Sunglasses**
OlikerSports
0:25

**Polarized Kids Sunglasses (White Frame, Blue Lens)**

AGGKKY Polarized Kids Sunglasses, Youth Baseball Sunglasses for Boys…
⭐ 236
$7⁹⁵

## Product details

**Department :** girls

**Date First Available :** January 9, 2025

**ASIN :** B0DSK5YCRR

**Product Warranty:** For warranty information about this product, please click here

**Best Sellers Rank:** #7,183 in Sports & Outdoors (See Top 100 in Sports & Outdoors)
 #7 in Cycling Glasses & Goggles

**Customer Reviews:** 4.4 ⭐ (236)

## Similar brands on Amazon

Page 1 of 3

Sponsored ⓘ



findway Kids Swim Goggles, Kids Swimming Goggles Anti-fog No Leakin…
4.6 ⭐ 2,170
$12.99



OMEKOL Two Sizes For Adults and Youth Polarized Sunglasses Men Women…
4.8 ⭐ 116
$23.89

## Customer reviews

⭐ 4.4 out of 5

236 global ratings

| | | |
|---|---|---|
| 5 star | | 75% |
| 4 star | | 11% |
| 3 star | | 6% |
| 2 star | | 3% |
| 1 star | | 5% |

How customer reviews and ratings work ⌄

## Customers say

Customers find these sunglasses stylish, with great colors and good value for money. Moreover, they appreciate the UV protection, with one customer noting they're perfect for sunny days, and another mentioning they're suitable for sailing. Additionally, the sunglasses are easy to clean. However, the durability and fit receive mixed feedback - while some find them durable and well-fitting, others report they break quickly and are too small.

ai Generated from the text of customer reviews

**Select to learn more**

✓ Quality | ✓ Value for money | ✓ Style | ✓ Color accuracy | ✓ Uv protection

✓ Ease of cleaning | — Durability | — Fit

## Reviews with images

See all photos ›



## Review this product

Share your thoughts with other customers

Write a customer review



## Top reviews from the United States

Translate all reviews to English

**Maria A**

★★★★★ **So cute and good quality.**

Reviewed in the United States on November 10, 2025

Color: White Frame/Blue Lens | Verified Purchase

These are so cute! They were just like the photo and good quality. The plastic material seems like it'll last and the size was pretty true to size. I looked through them and the UV protection seems good as well. I recommend for your littles!

Helpful | Report

**Andrea**

★★★★★ **My Kid loves these sunglasses!**

Reviewed in the United States on November 19, 2025

Color: White Frame/Blue Lens | Verified Purchase

My 9 year old was so excited about these. He loves wearing them and they seem to fit great. May be a little flimsy, but I feel like it's still a good quality for the price!

Helpful | Report

**Amber Brown**

★★★★★ **Great buy**

Reviewed in the United States on November 2, 2025

Color: 5 Pack-black/Dark Blue+red/Orang+blue/Pink+white/Light Blue+black/Purple | Verified Purchase

Kiddo loved them! Cool colors, inexpensive but durable. Perfect alternative to pit vipers that are 5 times the price!

Helpful | Report

**Emilee**

★★★★☆ **Amazing!**

Reviewed in the United States on November 28, 2025

Color: White Frame/Blue Lens | Verified Purchase

Brother loved these. Great for baseball, and durable. He gets so many compliments on them !

Helpful | Report

**Brandy**

★★★★★ **Look great and hold up to everyday use**

Reviewed in the United States on September 26, 2025

Color: Red Frame/Orange Lens | Verified Purchase

Bought these for my preteen son for camp since they're so cheap (in case they were lost). He loves wearing them for baseball and everyday use.

Helpful | Report

**Yesenia F**

★★★★★ **Smaller kid friendly**

Reviewed in the United States on May 30, 2025

Color: White Frame/Blue Lens | Verified Purchase

I will rate it a 5 even though I returned them, these would be great for kids 10 and under def not for older kids. I needed them for my daughter's friends which are 14 through 17 and they were way too small. I will say it's on me that I missed judged the dimensions

One person found this helpful

Helpful | Report

**KatieC**

★★★★★ **Fit on my big kids head well. Stays on during rugby games.**
Reviewed in the United States on October 6, 2025
Color: Red Frame/Orange Lens  |  **Verified Purchase**

My son's favorite glasses. They stay on well when he plays rugby in the bright sun. My son is 8, and in the 95% and they fit great. Might be big if the child is younger or more wispy but the arms are curved in so I think they would still hug tight enough so that they won't slip off.

Helpful  |  Report

**Liset**

★★★★★ **Recomendado**
Reviewed in the United States on December 11, 2025
Color: Red Frame/Orange Lens  |  **Verified Purchase**

Super lindos y muy buen material

Helpful  |  Report

Translate review to English

See more reviews ›

---

Back to top

**Get to Know Us**

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

**Make Money with Us**

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

**Amazon Payment Products**

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

**Let Us Help You**

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Recalls and Product Safety Alerts

Registry & Gift List

Help

See More Ways to Make Money



English | United States

| | | | | | | |
|---|---|---|---|---|---|---|
| Amazon Music<br>Stream millions<br>of songs | Amazon Ads<br>Reach customers<br>wherever they<br>spend their time | 6pm<br>Score deals<br>on fashion brands | AbeBooks<br>Books, art<br>& collectibles | ACX<br>Audiobook<br>Publishing<br>Made Easy | Sell on Amazon<br>Start a Selling<br>Account | Veeqo<br>Shipping Software<br>Inventory<br>Management |
| Amazon Business<br>Everything For<br>Your Business | Amazon Fresh<br>Groceries & More<br>Right To Your Door | AmazonGlobal<br>Ship Orders<br>Internationally | Home Services<br>Experienced Pros<br>Happiness<br>Guarantee | Amazon Web<br>Services<br>Scalable Cloud<br>Computing<br>Services | Audible<br>Listen to Books &<br>Original<br>Audio<br>Performances | Box Office Mojo<br>Find Movie<br>Box Office Data |
| Goodreads<br>Book reviews<br>&<br>recommendations | IMDb<br>Movies, TV<br>& Celebrities | IMDbPro<br>Get Info<br>Entertainment<br>Professionals Need | Kindle Direct<br>Publishing<br>Indie Digital &<br>Print Publishing<br>Made Easy | Amazon Photos<br>Unlimited Photo<br>Storage<br>Free With Prime | Prime Video Direct<br>Video Distribution<br>Made Easy | Shopbop<br>Designer<br>Fashion Brands |
| Amazon Resale<br>Great Deals on<br>Quality Used<br>Products | Whole Foods<br>Market<br>America's<br>Healthiest<br>Grocery Store | Woot!<br>Deals and<br>Shenanigans | Zappos<br>Shoes &<br>Clothing | Ring<br>Smart Home<br>Security Systems | eero WiFi<br>Stream 4K Video<br>in Every Room | Blink<br>Smart Security<br>for Every Home |
| | Neighbors App<br>Real-Time Crime<br>& Safety Alerts | Amazon<br>Subscription Boxes<br>Top subscription<br>boxes – right to<br>your door | PillPack<br>Pharmacy<br>Simplified | Amazon Renewed<br>Like-new products<br>you can trust | Amazon Luna<br>Video games from<br>the cloud,<br>no console<br>required | |

Conditions of Use   Privacy Notice   Consumer Health Data Privacy Disclosure   Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates

☰ All   Rufus   Join Prime   Holiday Gifts   Same-Day Delivery   Amazon Haul   Gift Cards ▾   Medical Care ▾   Amazon Basics   Customer Service   Buy Again

**Amazon Fashion**   Women   Men   Kids   Luggage   Sales & Deals   New Arrivals   Amazon Brands   Amazon Luxury

Sports & Outdoors › Sports › Cycling › Glasses & Goggles



**Visit the NSSIW Store**

## NSSIW Sports Sunglasses-Men Polarized Mens-Sunglasses: Running Sun Glasses Men Women Polarized UV Protection for Cycling

4.4 ★★★★☆ (32)   |   **Search this page**

**Currently unavailable.**
We don't know when or if this item will be back in stock.

### Product details

| | |
|---|---|
| Care instructions | Clean lenses with the provided microfiber cloth. Store in the case when not in use to prevent scratches. |
| Origin | Imported |

### About this item

- Polarized and UV400 Protection: Our sunglasses men feature high-quality polarized lenses that effectively filter out strong sunlight and glare. The UV400 protective layer blocks over 99% of harmful ultraviolet rays. These mens sunglasses are particularly suitable for activities such as driving, fishing, running, cycling, and various other outdoor pursuits. With these polarized sunglasses men, you will enjoy an exceptional visual experience and enhanced color contrast
- Durability and Comfort: The lenses of these mens sunglasses polarized

˅ See more

🖾 Report an issue with this product or seller

**Currently unavailable.**
We don't know when or if this item will be back in stock.
📍 Deliver to Aoyu - Miami 33133

[ Add to List ]

✴ **Ask Rufus**

( Are polarized lenses good for outdoor sports? )

( Do they come with a protective case? )

( Can these be worn over prescription glasses? )

( Ask something else )

## Related to items you've viewed   See more

Page 1 of 4








QALLY Polarized Sports Sunglasses for Men, UV400 Protection Mens Sunglasses Wrap Around Sun Glasses for Cycling Running
★★★★☆ 242
$24⁹⁹

TURBOPEP 3 Pack Kids Polarized Sunglasses - Youth Baseball Sunglasses for Boys Girls Age 3-12 Sports UV…
★★★★☆ 704
**Amazon's Choice**
$15⁹⁹-$29⁹⁹

Polarized Sport Sunglasses Men Cycling Driving Fishing UV Protection Sun Glasses Lightweight Big Frame Mountain Bike Goggles
★★★★☆ 80
$17⁹⁷-$25⁹⁹

gesruny Polarized Sport Sunglasses for Men and Women, Lightweight TR90 Sun Glasses with UV Protection for Cycling Running
★★★★☆ 843
$14³⁸-$29⁹⁹

HAAYOT Polarized Sports Sunglasses for Men Women Youth Baseball Cycling Running Softball Biking Glasses 5 Lenses
★★★★☆ 1,291
$25⁹⁹-$29⁹⁹

DioKiw 4PACK Kids Sunglasses Polarized Youth Baseball Sunglasses Boys Girls Softball Cycling UV400 Protection Goggles
★★★★☆ 72
$19⁹⁷

## Product description









**From the brand**



# NSSIW

Are you looking for a great pair of sunglasses in a range of colors and styles to complement your face shape? NSSIW sunglasses provide UV400 protection and lively styles that compliment your face features, while metal frames add nostalgic fun to your outfit.

NSSIW polarized sunglasses for men and women are ideal for a variety of outdoor activities, including runninng, hiking, and driving. Meet the sunshine and see the world in its genuine hues.



**More style**

## Looking for specific info?

Ask Rufus or search reviews and Q&A

- Are polarized lenses good for outdoor sports?
- Do they come with a protective case?
- Can these be worn over prescription glasses?
- Are they adjustable?

## Product details

**Package Dimensions :** 6.93 x 3.62 x 2.91 inches; 4.23 ounces

**Department :** unisex-adult

**Date First Available :** September 11, 2024

**ASIN :** B0DGQ772CH

**Best Sellers Rank:** #530,480 in Sports & Outdoors (See Top 100 in Sports & Outdoors) #733 in Cycling Glasses & Goggles

**Customer Reviews:** 4.4 ★★★★☆ (32)

## Videos

Help others learn more about this product by uploading a video!

Upload your video

## Similar brands on Amazon

Page 1 of 2

Sponsored ⓘ



ZENOTTIC Square Polarized Sunglasses for Men Ultralight Carbon Fiber Sun...
4.4 ★★★★☆ 2,481
$33.99



OMEKOL Two Sizes For Adults and Youth Polarized Sunglasses Men Women...
4.8 ★★★★★ 116
$23.89

## Customer reviews

★★★★☆ 4.4 out of 5

## Customers say

Customers find these sunglasses to be of good quality and consider them a great value for money.

 Generated from the text of customer reviews

32 global ratings

| | | |
|---|---|---|
| 5 star | | 73% |
| 4 star | | 11% |
| 3 star | | 7% |
| 2 star | | 5% |
| 1 star | | 4% |

How customer reviews and ratings work

## Review this product

Share your thoughts with other customers

**Write a customer review**

Select to learn more

✓ Quality  |  ✓ Value for money

## Reviews with images

See all photos ›

   

## Top reviews from the United States

**Tom**

★★★★★ **great value**

Reviewed in the United States on December 2, 2025

**Verified Purchase**

and the look is very stylish

Helpful | Report

**Maggie Knight**

★★★★★ **Perfect!**

Reviewed in the United States on August 27, 2025

**Verified Purchase**

I ordered these for my daughter! She loves them!

Helpful | Report

**Pop corn**

★★★★★ **Could not use. Had to return. Easy to scratch.**

Reviewed in the United States on November 8, 2025

**Verified Purchase**

Easy to scratch.

Helpful | Report

**Danny**

★★★★☆ **Perfect Sunglasses for Outdoor Activities!**

Reviewed in the United States on April 27, 2025

**Amazon Vine Customer Review of Free Product** ( What's this? )

These NSSIW Sports Sunglasses are ideal for anyone who loves outdoor sports and activities! Whether you're cycling, running, hiking, or just out on a sunny day, these glasses are the perfect accessory for protecting your eyes and enhancing your experience. Here's a breakdown of why I love them:

Pros:

Polarized Lenses with UV400 Protection: The polarized lenses work wonders to reduce glare and ensure clear vision, especially when driving or out in the sun. I love that they block out 99% of harmful UV rays, which makes them great for long hours outdoors. The contrast and clarity are impressive, so everything looks sharper and more vibrant.

Comfort and Fit: These sunglasses are super comfortable to wear for long periods. The ultra-lightweight frame ensures I don't feel any pressure on my face, and the soft nose pads are a nice touch. I can wear them while running or cycling without them slipping or feeling uncomfortable. The frame also feels sturdy

˅ Read more

Helpful | Report

**Theresa Bensch**

★★★★★ **Quality product for a great price**

Reviewed in the United States on April 26, 2025

**Verified Purchase**

These are a great deal. Comparable to other brands that sell one pair for the price of this 3 pack. Polarized and clear vision, perfect for fishing and sports. Sometimes I'm weary quality is sacrificed for value but these are well-made.

Helpful | Report

Charles L.

★★★★★ **Great**

Reviewed in the United States on August 27, 2025

**Verified Purchase**

Great sunglasses light weight and comfortable I use they for everything

Helpful     |     Report

Jermaine R.

★★★☆☆ **Okay...I Guess**

Reviewed in the United States on January 26, 2025

**Amazon Vine Customer Review of Free Product** ( What's this? )

Pros:
1) They look very cool.
2) They each come in a soft bag with a good cleaning cloth.
3) Excellent for reducing glare.
4) They give a clarity boost.

Cons:
1) The lens are loose on the right side for some reason.
2) Besides the white pair, the other two are tight and a little uncomfortable to wear.
3) Feels cheaply made. Everything is hard plastic.

⌄ Read more

2 people found this helpful

Helpful     |     Report

Stirgus4

★★★★★ **Good glasses at a great price**

Reviewed in the United States on May 10, 2025

**Verified Purchase**

Great item

Helpful     |     Report

See more reviews ›

Back to top

## Get to Know Us

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

## Make Money with Us

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

## Amazon Payment Products

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

## Let Us Help You

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Recalls and Product Safety Alerts

Registry & Gift List

Help



English



United States

Amazon Music
Stream millions
of songs

Amazon Ads
Reach customers
wherever they
spend their time

6pm
Score deals
on fashion brands

AbeBooks
Books, art
& collectibles

ACX
Audiobook
Publishing
Made Easy

Sell on Amazon
Start a Selling
Account

Veeqo
Shipping Software
Inventory
Management

Amazon Business
Everything For
Your Business

Amazon Fresh
Groceries & More
Right To Your Door

AmazonGlobal
Ship Orders
Internationally

Home Services
Experienced Pros
Happiness
Guarantee

Amazon Web
Services
Scalable Cloud
Computing
Services

Audible
Listen to Books &
Original
Audio
Performances

Box Office Mojo
Find Movie
Box Office Data

Goodreads
Book reviews
&
recommendations

IMDb
Movies, TV
& Celebrities

IMDbPro
Get Info
Entertainment
Professionals Need

Kindle Direct
Publishing
Indie Digital &
Print Publishing
Made Easy

Amazon Photos
Unlimited Photo
Storage
Free With Prime

Prime Video Direct
Video Distribution
Made Easy

Shopbop
Designer
Fashion Brands

Amazon Resale
Great Deals on
Quality Used
Products

Whole Foods
Market
America's
Healthiest
Grocery Store

Woot!
Deals and
Shenanigans

Zappos
Shoes &
Clothing

Ring
Smart Home
Security Systems

eero WiFi
Stream 4K Video
in Every Room

Blink
Smart Security
for Every Home

Neighbors App
Real-Time Crime
& Safety Alerts

Amazon
Subscription Boxes
Top subscription
boxes – right to
your door

PillPack
Pharmacy
Simplified

Amazon Renewed
Like-new products
you can trust

Amazon Luna
Video games from
the cloud,
no console
required

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates

amazon

Deliver to Aoyu
Miami 33133

Sports & Outdoors ▾    Search Amazon    🔍

EN ▾    Hello, Albert Account & Lists ▾    Returns & Orders    🛒 0

☰ All    Rufus    Join Prime    Holiday Gifts    Same-Day Delivery    Amazon Haul    Gift Cards ▾    Medical Care ▾    Amazon Basics    Customer Service    Buy Again

Sports & Outdoors    Outdoor Recreation    Hunting    Fishing & Boating    Cycling    Exercise & Fitness    Sports    Golf    Game Room & Outdoor Games    Fanshop    Sales & Deals

Save up to 20% on select gift cards    Shop now

Sports & Outdoors › Sports › Cycling › Glasses & Goggles



Click to see full view

✦ **Ask Rufus**

Are these shatterproof?

Do they have adjustable nose pads?

Can they be worn in the rain?    Ask something else

# Youth & Kids Baseball Sunglasses Men, Sports Polarized Mens Sunglasses Women UV400 Bike Driving Skiing

Brand: Wapreta

4.7 ★★★★½ (7)    |    Search this page

**Currently unavailable.**
We don't know when or if this item will be back in stock.

## Product details

See all product specifications

- 【UV400 Protection】Kids sunglasses UV400 protective coating, maximum blockage of harmful ultraviolet UVA and UVB, effectively reduce the burden on the eyes, improve visual comfort, restore true color and clarity.
- 【TAC HD Spotlight Lenses】The core of youth baseball sunglasses is made of German TAC lenses, which can effectively absorb glare, resist cutting, baking, bending and cutting, withstand the test of harsh environments, and provide all-around protection for your eyes.
- 【ULTRA LIGHT & PRESSURE RESISTANT FRAME】The cycling polarized sunglasses frame is made of high-tech PC material, made of flexible and sturdy frame, not easy to be deformed even in extrusion and collision, sunglasses men with anti-sweat, anti-corrosion properties, and not easy to fade for long time wearing.

⌄ Show more

▣ Report an issue with this product or seller

**Currently unavailable.**
We don't know when or if this item will be back in stock.
⦿ Deliver to Aoyu - Miami 33133

Add to List

# Based on your recent shopping trends

Page 1 of 43

      

**gesruny** Polarized Sport Sunglasses for Men and Women, Lightweight...
★★★★½ 843
Amazon's Choice
-24% **$18**⁹⁹
Ends in 16:58:39
List: $24.99
Get it as soon as **Tuesday, Dec 30**
FREE Shipping on orders over $35 shipped by Amazon

**HAAYOT** Polarized Sports Sunglasses for Men Women Youth Baseball Cycling Running Softball Biking Glasses 5 Lenses
★★★★½ 1,291
-13% **$25**⁹⁹
List: $29.99
Get it as soon as **Friday, Jan 2**
FREE Shipping on orders over $35 shipped by Amazon

Polarized Sport Sunglasses Men Cycling Driving Fishing UV Protection Sun Glasses Lightweight Big Frame...
★★★★½ 80
**$17**⁹⁷
Get it as soon as **Monday, Dec 29**
FREE Shipping on orders over $35 shipped by Amazon

**KALIYADI** Sports Sunglasses-Men Polarized-Mens-Sunglasses Women: Running Sun Glasses wi...
★★★★½ 91
**$21**⁹⁹
Get it as soon as **Monday, Dec 29**
FREE Shipping on orders over $35 shipped by Amazon
♻ 3 sustainability features ⌄

**OUKEMAX** Polarized Sports Sunglasses for Men Women, UV400 One-Piece Lens Sport Shades for Baseball,...
★★★★½ 193
**$19**⁹⁹
Get it as soon as **Tuesday, Dec 30**
FREE Shipping on orders over $35 shipped by Amazon

**STORYCOAST** Polarized Sports Sunglasses for Men Women,Driving Fishing Cycling Mounta Bike Sunglasses UV400
★★★★☆ 5,549
**$19**⁹⁵
Get it as soon as **Tuesday, Dec 30**
FREE Shipping on orders o $35 shipped by Amazon

# Related to items you've viewed    See more

Page 1 of 4





**MILEQEE Cloth Duct Window Seal Strip Tape for Winter, 1.89in x 33FT, Weather Stripping…**
★★★★☆ 194
Amazon's Choice
$9⁹⁹
Get it as soon as **Monday, Dec 29**
FREE Shipping on orders over $35 shipped by Amazon
Only 3 left in stock - order…

**Huck Nation "Dominator Ultimate Frisbee Gloves - Seamless Design for Handlers and Cutters (Extra Small)**
★★★☆☆ 24
$16⁹⁹
Get it as soon as **Monday, Dec 29**
FREE Shipping on orders over $35 shipped by Amazon
Only 5 left in stock - order…

**KEALEA Pickleball Paddle Durable Outdoor Sports Gifts Built in Fiberglass Surface Pickleball**
★★★☆☆ 18
$32⁹⁹-$79⁹⁹

**JaneBRTY 2024 Hydrogen Water Bottle Upgraded Generator Portable Electrolyzed Water 5 min 2000ppb…**
★★★☆☆ 15
$36⁹⁹
Get it as soon as **Monday, Dec 29**
FREE Shipping by Amazon

**10 Pcs Orbital Sander Foam Pad 5 Inch 8 Holes Soft Density Surfprep Sander for 5 in Orbital Hook and Loop Soft…**
★★★★★ 3
$15⁹⁹
Get it as soon as **Monday, Dec 29**
FREE Shipping on orders over $35 shipped by Amazon
Only 8 left in stock - order…

**UrbanLens Reader Sunglasses for Women Bifocal for Reading Un the Sun Vintage style glasses-UV PROTECTIC**
★★★★☆ 13
$23⁰⁰

## Product Description

Features of Wapreta Polarized Sunglasses

⊙Filters over 99% of UV rays from sunlight and meets international standards of light filtering performance

⊙Effective glare blocking

⊙Standard optical curvature of the lenses to create an optical axis for visualization

⊙Strong eye frames, excellent frame materials, and optically functional designs that provide comfort and security when worn

## Videos

Help others learn more about this product by uploading a video!

( Upload your video )

### ⦿ **Looking for specific info?**

| Ask Rufus or search reviews and Q&A | → |

( Are these shatterproof? )  ( Do they have adjustable nose pads? )  ( Can they be worn in the rain? )

( Are they good for cycling? )  ( Do they come with a case? )

## Similar brands on Amazon                                                  Page 1 of 2

Sponsored ⓘ



X-TIGER Polarized Youth Baseball Sunglasses UV400 Kids Sunglasses Bo…
4.6 ★★★★☆ 223
$21.98



SPARK CATCH Light Up Baseball, Glow in The Dark Baseball, Sports Gear…
4.3 ★★★★☆ 4,122
$32.49  List: $38.49

## Customer reviews

★★★★☆  4.7 out of 5

7 global ratings

5 star  ████████░░░  69%

### Top reviews from the United States

  Rebecca K.

| | |
|---|---|
| 4 star | 0% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 0% |

[How customer reviews and ratings work](#) ⌄

## Review this product

Share your thoughts with other customers

Write a customer review

★★★★★ **Good quality for the money**

Reviewed in the United States on March 26, 2024

**Verified Purchase**

If your kid wants Pit Vipers but also has a tendency to lose sunglasses ALL.THE.TIME. these are a great option. Bought for my son playing JV tennis. He's worn them for several matches and they stay on beautifully, and have even survived the dangers of his tennis bag. He liked the look. I liked the price (and the durability). Since he hasn't lost or broken them all season, I asked if he wanted Pit Vipers for his birthday. He said, "why? I already have wrap arounds." This is the ultimate teen review.

Helpful | Report

Jessica Johnston

★★★★☆ **Functional and durable**

Reviewed in the United States on July 9, 2024

**Verified Purchase**

These sunglasses have held up so well. They fit true to size and the color matched the description too. My kid is able to wear them under their mask on the field as well. The sunglasses are a fun way to keep their eyes protected during games!

Helpful | Report

Winyfer Cordero

★★★★★ **Good quality**

Reviewed in the United States on January 19, 2024

**Verified Purchase**

The shades came intact and they fit well and look nice

Helpful | Report

See more reviews ›

## Customers who bought this item also bought



HSTiSan Girls Boys Compression Set Base Layer Athletic Leggings Kids Sports Shirts and Pant 2 Pcs Underwear
★★★★☆ 33
$21⁹⁹



MILEQEE Cloth Duct Window Seal Strip Tape for Winter, 1.89in x 33FT, Weather Stripping…
★★★★½ 194
**Amazon's Choice**
$9⁹⁹
Get it as soon as **Monday, Dec 29**
FREE Shipping on orders over $35 shipped by Amazon
Only 3 left in stock - order…



suoso Sports Sunglasses for Youth: UV400 Protection Sun Glasses for men Womens Wrap Around Goggles for Baseball Cycling
★★★★☆ 27
$19⁹⁹

Back to top

### Get to Know Us

Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

### Make Money with Us

Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us

### Amazon Payment Products

Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

### Let Us Help You

Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product Safety Alerts
Registry & Gift List

Become an Amazon Hub Partner

› See More Ways to Make Money

Help



English ⇅          🇺🇸 United States

| Amazon Music | Amazon Ads | 6pm | AbeBooks | ACX | Sell on Amazon | Veeqo |
|---|---|---|---|---|---|---|
| Stream millions of songs | Reach customers wherever they spend their time | Score deals on fashion brands | Books, art & collectibles | Audiobook Publishing Made Easy | Start a Selling Account | Shipping Software Inventory Management |
| Amazon Business | Amazon Fresh | AmazonGlobal | Home Services | Amazon Web Services | Audible | Box Office Mojo |
| Everything For Your Business | Groceries & More Right To Your Door | Ship Orders Internationally | Experienced Pros Happiness Guarantee | Scalable Cloud Computing Services | Listen to Books & Original Audio Performances | Find Movie Box Office Data |
| Goodreads | IMDb | IMDbPro | Kindle Direct Publishing | Amazon Photos | Prime Video Direct | Shopbop |
| Book reviews & recommendations | Movies, TV & Celebrities | Get Info Entertainment Professionals Need | Indie Digital & Print Publishing Made Easy | Unlimited Photo Storage Free With Prime | Video Distribution Made Easy | Designer Fashion Brands |
| Amazon Resale | Whole Foods Market | Woot! | Zappos | Ring | eero WiFi | Blink |
| Great Deals on Quality Used Products | America's Healthiest Grocery Store | Deals and Shenanigans | Shoes & Clothing | Smart Home Security Systems | Stream 4K Video in Every Room | Smart Security for Every Home |
| | Neighbors App | Amazon Subscription Boxes | PillPack | Amazon Renewed | Amazon Luna | |
| | Real-Time Crime & Safety Alerts | Top subscription boxes – right to your door | Pharmacy Simplified | Like-new products you can trust | Video games from the cloud, no console required | |

Conditions of Use     Privacy Notice     Consumer Health Data Privacy Disclosure     Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates





Amazon | Deliver to Aoyu Miami 33133 | All | Search Amazon | 🔍 | 🇺🇸 EN | Hello, Albert Account & Lists | Returns & Orders | 🛒 0

☰ All | ⦿ Rufus | Join Prime | Holiday Gifts | Same-Day Delivery | Amazon Haul | Gift Cards ▾ | Medical Care ▾ | Amazon Basics

**Amazon Fashion** | Women | Men | Kids | Luggage | Sales & Deals | New Arrivals | Amazon Brands | Amazon Luxury

Sports & Outdoors › Sports › Cycling › Glasses & Goggles



**Brand: Wassupbo**

# Kids Sunglasses Polarized Youth Baseball Sunglasses for Boys Girls,Cycling Softball Lightweight UV400 Protection Sports Goggles

Search this page

**Currently unavailable.**
We don't know when or if this item will be back in stock.

## About this item

- UV400 LENSES: Wassupbo kids sunglasses equip your sunglasses with HD lenses and advanced UV400 coatings that provide 100% UV protection, protecting your child's eyes from harmful UVA and UVB, ensuring clear vision during outdoor activities
- LIGHTWEIGHT DESIGN: Our unbreakable frames are made of skin-friendly, soft, lightweight TR90 material and weigh only 26 grams. With its excellent strength and comfort, it's the perfect choice for your child's outdoor activities
- WRAP-AROUND PROTECTION DESIGN: The wrap-around design offers better eye protection, providing a wider field of vision while effectively protecting your eyes from dust, wind, and other elements, ensuring total eye protection
- VERSATILE STYLE AND GIFT OF CHOICE: Fashion meets function We provide a variety of colors for

⌄ See more

🗨 Report an issue with this product or seller

**Currently unavailable.**
We don't know when or if this item will be back in stock.
⦿ Deliver to Aoyu - Miami 33133

Add to List

✦ **Ask Rufus**

Are these sunglasses polarized?

Do they come with a case?

Can they be worn while cycling?

Ask something else

---

## Customers also viewed these products

Page 1 of 5  ⋮

‹                                                                      ›

    

FBHLZ Youth Sport Sunglasses Teen Running Child Cycling Sunglasses for Kids Aged 6-12

★★★★★ 1

$6³⁹

Get it as soon as **Monday, Dec 29**

FREE Shipping on orders over $35 shipped by Amazon

ATTCL Kids Sunglasses: Youth Baseball Sunglasses UV400 Lightweight TR90 Spor…

★★★★½ 86

**Amazon's Choice**

$15¹⁹

Get it as soon as **Monday, Dec 29**

FREE Shipping on orders over $35 shipped by Amazon

🌿 3 sustainability features ⌄

Yogo Vision Kids Sports Sunglasses Youth Lightweight Baseball Sun Glasses UV400 Protection Sport Frame Shades for…

★★★★½ 23

$4⁹⁹

Get it as soon as **Friday, Jan 2**

FREE Shipping on orders over $35 shipped by Amazon

Kids Sports Sunglasses Youth Baseball UV400 Sport Frame Shades Boys Girls

★★★★½ 133

$6⁹⁹

Get it as soon as **Monday, Dec 29**

FREE Shipping on orders over $35 shipped by Amazon

X-TIGER Polarized Kid Sunglasses Youth Baseball Sunglasses UV400 Boys Girls Spo Sun Glasses for Softb

★★★★½ 84

-12% $22⁹⁸

List: $25.99

Get it as soon as **Monday 29**

FREE Shipping on orders $35 shipped by Amazon

🌿 3 sustainability featur

# From the brand



## Wassupbo

**Wassupbo has a professional design team. Adhering to the leading design concept, we always focus on the field of sunglasses.**

**Each of our sports fashion sunglasses is a perfect combination of fashion and function, combining youthful vitality and confidence.**

**We never compromise in quality, avoid using inferior plastics, and impress you with exquisite craftsmanship. Explore our product, and you'll feel youthful and energetic.**



## 🔶 Looking for specific info?

| Ask Rufus or search reviews and Q&A |

Are these sunglasses polarized?   Do they come with a case?   Can they be worn while cycling?   Are they adjustable?

What material are the frames made of?

# Product details

**Package Dimensions** : 5.71 x 2.56 x 2.17 inches; 2.4 ounces

**Department** : Unisex Child

**Date First Available** : September 10, 2024

**ASIN** : B0DGLNCQDJ

# Videos

Help others learn more about this product by uploading a video!

Upload your video

---

# Customer reviews

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

No customer reviews

How customer reviews and ratings work

# Review this product

Share your thoughts with other customers

Write a customer review

---

# Similar items that may deliver to you quickly

Page 1 of 5











**KAPVOE Kids Polarized Sunglasses Youth Baseball Sunglasses for Boys Girls UV400 Sports Softball Running Cyclin...**
★☆☆☆☆ 1
$22⁹⁹
Get it as soon as **Tuesday, Dec 30**
FREE Shipping on orders over $35 shipped by Amazon

**X-TIGER Kids Sunglasses Polarized Youth Baseball Sunglasses for 8-14 boys girls UV400 Sports Softball Cycling Glasses**
★★★★½ 516
$23⁹⁸
Get it as soon as **Monday, Dec 29**
FREE Shipping on orders over $35 shipped by Amazon
 3 sustainability features

**Derowern Kids Baseball Polarized Sunglasses Sports TR90 Lightweight Frame Sun Glass for Boys Girls Age 6-14 Softball...**
★★★★½ 81
$9⁹⁹
Get it as soon as **Monday, Dec 29**
FREE Shipping on orders over $35 shipped by Amazon

**Derowern Kids Baseball Polarized Sunglasses Sports TR90 Lightweight Frame Sun Glass for Boys Girls Age 6-14 Softball...**
★★★★½ 81
$9⁹⁹
Get it as soon as **Monday, Dec 29**
FREE Shipping on orders over $35 shipped by Amazon

**Derowern Kids Baseball Polarized Sunglasses Sports TR90 Lightweight Frame Sun Glass for B...**
★★★★½ 81
Amazon's Choice
-7% $9⁹⁹
Typical: $10.79
Get it as soon as **Monday 29**
FREE Shipping on orders $35 shipped by Amazon

## Related to items you've viewed   See more



**MILEQEE Cloth Duct Window Seal Strip Tape for Winter, 1.89in x 33FT, Weather Stripping…**
★★★★½ 194
**Amazon's Choice**
$9⁹⁹
Get it as soon as **Monday, Dec 29**
FREE Shipping on orders over $35 shipped by Amazon
Only 3 left in stock - order…



**Huck Nation "Dominator Ultimate Frisbee Gloves - Seamless Design for Handlers and Cutters (Extra Small)**
★★★☆☆ 24
$16⁹⁹
Get it as soon as **Monday, Dec 29**
FREE Shipping on orders over $35 shipped by Amazon
Only 5 left in stock - order…



**KEALEA Pickleball Paddle Durable Outdoor Sports Gifts Built in Fiberglass Surface Pickleball**
★★★½☆ 18
$32⁹⁹-$79⁹⁹

**JaneBRTY 2024 Hydrogen Water Bottle Upgraded Generator Portable Electrolyzed Water 5 min 2000ppb…**
★★★½☆ 15
$36⁹⁹
Get it as soon as **Monday, Dec 29**
FREE Shipping by Amazon



**10 Pcs Orbital Sander Foam Pad 5 Inch 8 Hol Soft Density Surfprep Sander for 5 in Orbital Hook and Loop Soft…**
★★★★★ 3
$15⁹⁹
Get it as soon as **Monday, Dec 29**
FREE Shipping on orders o $35 shipped by Amazon
Only 8 left in stock - order

Back to top

### Get to Know Us
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

### Make Money with Us
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Become an Amazon Hub Partner
› See More Ways to Make Money

### Amazon Payment Products
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

### Let Us Help You
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product Safety Alerts
Registry & Gift List
Help



English      United States

| | | | | | | |
|---|---|---|---|---|---|---|
| **Amazon Music** Stream millions of songs | **Amazon Ads** Reach customers wherever they spend their time | **6pm** Score deals on fashion brands | **AbeBooks** Books, art & collectibles | **ACX** Audiobook Publishing Made Easy | **Sell on Amazon** Start a Selling Account | **Veeqo** Shipping Software Inventory Management |
| **Amazon Business** Everything For Your Business | **Amazon Fresh** Groceries & More Right To Your Door | **AmazonGlobal** Ship Orders Internationally | **Home Services** Experienced Pros Happiness Guarantee | **Amazon Web Services** Scalable Cloud Computing Services | **Audible** Listen to Books & Original Audio Performances | **Box Office Mojo** Find Movie Box Office Data |
| **Goodreads** | **IMDb** | **IMDbPro** | **Kindle Direct Publishing** | **Amazon Photos** | **Prime Video Direct** | **Shopbop** |

Book reviews & recommendations

Movies, TV & Celebrities

Get Info Entertainment Professionals Need

Indie Digital & Print Publishing Made Easy

Unlimited Photo Storage Free With Prime

Video Distribution Made Easy

Designer Fashion Brands

Amazon Resale
Great Deals on Quality Used Products

Whole Foods Market
America's Healthiest Grocery Store

Woot!
Deals and Shenanigans

Zappos
Shoes & Clothing

Ring
Smart Home Security Systems

eero WiFi
Stream 4K Video in Every Room

Blink
Smart Security for Every Home

Neighbors App
Real-Time Crime & Safety Alerts

Amazon Subscription Boxes
Top subscription boxes – right to your door

PillPack
Pharmacy Simplified

Amazon Renewed
Like-new products you can trust

Amazon Luna
Video games from the cloud, no console required

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates



amazon | Deliver to Aoyu Miami 33133 | All ▾ | Search Amazon | 🔍 | 🇺🇸 EN ▾ | Hello, Albert Account & Lists ▾ | Returns & Orders | 🛒 0

☰ All | 🔴 Rufus | Join Prime | Holiday Gifts | Same-Day Delivery | Amazon Haul | Gift Cards ▾ | Medical Care ▾ | Amazon Basics | Customer Service | Buy Again

**Amazon Fashion** | Women | Men | Kids | Luggage | Sales & Deals | New Arrivals | Amazon Brands | Amazon Luxury

Sports & Outdoors › Sports & Outdoor Recreation Accessories › Sports Sunglasses





Brand: CIFOYA

# Kids Sunglasses Youth Baseball Sunglasses for Boys Girls Age 6-14 Sports UV400 Protection SunGlasses 3 Pack

4.5 ★★★★☆ (142)  |  Search this page

**200+ bought** in past month

**-20%** $15.⁹⁹

List Price: $19.99 ⓘ  |  **Price history**

**FREE Returns** ⌄

Color: **A-non-polarized-ocean+electric Wave+tropical Flash**



| $15.99 ~~$19.99~~ | $19.99 | $19.99 | $19.9 |
| $19.99 | $19.99 | $19.99 | $19.9 |

‹ Previous | **1** | 2 | 3 | Next ›

Lens Color: **Multicolor**

## Product details

| Care instructions | Hand wash with mild soap and lukewarm water. Avoid using harsh chemicals or abrasive materials. Store in a cool, dry place away from direct sunlight. |
| Origin | Imported |

## About this item

- DESIGNED FOR SPORTS: These kids sunglasses are engineered for active children, ensuring a snug fit during sports like baseball, softball, hiking, cycling, fishing, and more. The secure wrap-around design keeps the sunglasses in place no matter how energetic the activity.
- HD LENSES: Equipped with high-definition polarized lenses that block 99.99% of harmful UVA/UVB rays, these sunglasses protect children's sensitive eyes while providing clearer and more vibrant vision outdoors.

⌄ See more

🖹 Report an issue with this product or seller

✨ **Ask Rufus**

Are these sunglasses polarized?

Do they come with a carrying case?

Can they be worn during sports?

Ask something else

**prime**

Enjoy fast, free delivery, exclusive deals, and award-winning movies & TV shows.

Join Prime

$15.⁹⁹

FREE delivery **Monday, December 29** on orders shipped by Amazon over $35

Or Prime members get FREE delivery **Tomorrow, December 23**. Order within 2 hrs 42 mins. Join Prime

**Arrives 2 days before Christmas**

Deliver to Aoyu - Miami 33133

**In Stock**

Quantity: 1 ▾

Add to Cart

Buy Now

Ships from | Amazon
Sold by | CIFOYA
Returns | FREE refund/replacement until Jan 31, 2026
Customer service | Amazon

⌄ See more

Add to List

---

## Similar items that may deliver to you quickly

Page 1 of 5 ⋮

‹ | ›

    

Derowern Youth Baseball Sunglasses, Kids Polarized Sports Sunglasses,UV400 Protection Glasses for…
★★★★½ 437
$9⁹⁹
Get it as soon as **Friday, Jan 2**
FREE Shipping on orders over $35 shipped by Amazon

QALLY 3Pack Kids Polarized Sunglasses, Youth Baseball Sun glasses for Boys Girls A…
★★★★½ 39
Amazon's Choice
-5% $9⁴⁹
Typical price: $9.99
Get it as soon as **Monday, Dec 29**
FREE Shipping on orders over $35 shipped by Amazon

QALLY 3Pack Kids Polarized Sunglasses, Youth Baseball Sun glasses for Boys Girls Age 3-12 Sports Softball U…
★★★★½ 39
$16⁹⁹
Get it as soon as **Friday, Jan 2**
FREE Shipping on orders over $35 shipped by Amazon

YuJian 3 pack Kids Sunglasses Youth Baseball Sunglasses for Boys Girls Softball Beach Running Sun Glasses U…
★★★★½ 56
$24⁹⁸
Get it as soon as **Monday, Dec 29**
FREE Shipping on orders over $35 shipped by Amazon

YuJian 3 pack Kids Sunglasses Youth Baseball Sunglasses for Boys Girls Softball Beach Running Sun Glasses U…
★★★★½ 56
$24⁹⁸
Get it as soon as **Monday, Dec 29**
FREE Shipping on orders over $35 shipped by Amazon

Kids Polarized Sports Sunglasses, Youth Baseball Sunglasses fo Boys Girls Age 6-15 UV400 Protection Glas
★★★★½ 35
$11⁹⁰
Get it as soon as **Monday, 29**
FREE Shipping on orders o $35 shipped by Amazon

# From the brand

# CIFOYA

**CIFOYA– For Little Explorers, Big Adventures.**

At **CIFOYA**, we create fun and colorful sunglasses designed to keep kids' eyes safe while they explore the world. With UV400 protection and lightweight frames, our sunglasses provide comfort and durability for all-day adventures. Whether biking, playing sports, or just having fun, we make sure your little ones are protected and stylish.

**Baseball Sunglasses**

# Product description





**Looking for specific info?**

Ask Rufus or search reviews and Q&A

Are these sunglasses polarized?    Do they come with a carrying case?    Can they be worn during sports?

Are the lenses scratch-resistant?    What is the frame material?

## Product Videos



**Videos for this product**


**My son loves these sunglasses - here's why!**
Reviews by Kelsey


**CIFOYA 3 Pack Kids Polarized Sunglasses Youth #ad**
Michael & Fate


**Super cool polarized sunglasses for kids! They love them!**
Michelle


**Fits a range of ages! #gifted**
Just Okie Moms

CIFOYA Kids Sunglasses Youth Baseball Sunglasses for Boys Girls Age 6-14…
★★★★½ 142
$16⁹⁹

## Product details

**Department :** boys

**Date First Available :** March 3, 2025

**ASIN :** B0DZ22WQJR

**Product Warranty:** For warranty information about this product, please click here

**Best Sellers Rank:** #10,215 in Sports & Outdoors (See Top 100 in Sports & Outdoors)
#43 in Sunglasses

**Customer Reviews:** 4.5 ★★★★½ (142)

## Similar brands on Amazon

Sponsored ⓘ

Page 1 of 3



OMEKOL Two Sizes For Adults and Youth Polarized Sunglasses Men Women…
4.8 ★★★★★ 116
$23.89



Smasrob Youth Baseball Bag for T Ball, Rec and Travel Ball, Softball Bag with…
4.7 ★★★★½ 71
$12.99 Typical: $14.99

## Customer reviews

★★★★½ 4.5 out of 5

142 global ratings

| 5 star | | 73% |
| 4 star | | 15% |

## Customers say

Customers find these sunglasses to be of good quality, fit well, and offer good value for money. They look awesome, with one customer describing them as colorful and stylish for kids. The size receives mixed feedback, with several customers noting they are slightly bigger than advertised. The color accuracy also gets mixed reviews, with some customers reporting terrible misrepresentation of colors.

ai Generated from the text of customer reviews

**Select to learn more**

| | | |
|---|---|---|
| 3 star | | 0% |
| 2 star | | 4% |
| 1 star | | 2% |

How customer reviews and ratings work ⌄

## Review this product

Share your thoughts with other customers

[ Write a customer review ]

## Reviews with images

See all photos ›



---

## Top reviews from the United States

**J.H**

★★★★★ **Must buy!**

Reviewed in the United States on November 1, 2025

Color: Polarized-grey + Dark Blue + Red | Lens Color: Multicolor | **Verified Purchase**

Our 9 year old loves these!! First time I bought him a 3-pack "cheaper" sunglasses because he is 9 and accidentally breaks them overtime, throughout the years lol. These are a great purchase, all the way around! They are pretty durable, nice sunglasses!

One person found this helpful

[ Helpful ] | Report

---

**Amazon Customer**

★★★★★ **Great**

Reviewed in the United States on November 9, 2025

Color: A-non-polarized-ocean+electric Wave+tropical Flash | Lens Color: Multicolor | **Verified Purchase**

Good value. Fits my 5 and 11 year olds well.

One person found this helpful

[ Helpful ] | Report

---

**Maranda**

★★★★☆ **Good Value**

Reviewed in the United States on October 5, 2025

Color: A-non-polarized-ocean+electric Wave+tropical Flash | Lens Color: Multicolor | **Verified Purchase**

These glasses are a good value for the money. I wish the colors were more vibrant. They fit my 7 year old perfectly and are perfect for baseball! Will buy again, just maybe in a different color.

[ Helpful ] | Report

---

**NATASHA BEJARANO**

★★★★★ **As pictured**

Reviewed in the United States on December 1, 2025

Color: A-non-polarized-ocean+electric Wave+tropical Flash | Lens Color: Multicolor | **Verified Purchase**

Super cute for my baseball boy he loved em.

One person found this helpful

[ Helpful ] | Report

---

**Yissel Lantigua**

★★★★★ **Protective and unbeatable price**

Reviewed in the United States on October 4, 2025

Color: Polarized-grey + Dark Blue + Red | Lens Color: Multicolor | **Verified Purchase**

I love this set of glasses, I got them for my 8, 12 and 13 years old and let me tell you, they all look amazing wearing them.
Protects from the sun and are the coolest sunglasses I ever bought.

One person found this helpful

[ Helpful ] | Report

---

**V RILEY**

★★★★★ **Fun, colorful stylish glasses for kids**

Reviewed in the United States on September 30, 2025

Color: A-non-polarized-ocean+electric Wave+tropical Flash | Lens Color: Multicolor | **Verified Purchase**

My child loved these. Worth the money for the set. Fun colors & look great on. Good quality, great fit for my 10yr old.

One person found this helpful

Helpful    |    Report

**Monica**

★★★★★ **Awesome kids sunglasses**

Reviewed in the United States on August 25, 2025

Color: D-non-polarized-ocean+tropical Flash+firestorm    |    Lens Color: Multicolor    |    **Verified Purchase**

Love that three came in a pack. I also loved the fact that they come in different colors. So my boy and my girl can have a pair.
My girl is excited to use them for softball.

One person found this helpful

Helpful    |    Report

**Elizabeth D**

★★★☆☆ **Run big**

Reviewed in the United States on May 28, 2025

Color: Polarized-grey + Dark Blue + Silver    |    Lens Color: Multicolor    |    **Verified Purchase**

Good quality, didn't seem youth size

Helpful    |    Report

See more reviews ›

## Top reviews from other countries

Translate all reviews to English

**francis nadeau**

★★★★★ **Bon produit**

Reviewed in Canada on September 9, 2025

Color: Polarized-grey + Dark Blue + Red    |    Lens Color: Multicolor    |    **Verified Purchase**

Bon produit, mon garçon de 12 ans est très content d'avoir de nouvelles lunettes pour le baseball

Report

Translate review to English

**Samantha**

★★★★★ **Fast glasses**

Reviewed in Canada on July 18, 2025

Color: Polarized-grey + Dark Blue + Red    |    Lens Color: Multicolor    |    **Verified Purchase**

Nice glasses - kid feels fast wearing them

Report

**Priya Minhas**

★★★★☆ **Great glasses**

Reviewed in Canada on August 25, 2025

Color: Polarized-grey + Dark Blue + Red    |    Lens Color: Multicolor    |    **Verified Purchase**

Nice glasses

Report

**Jc**

★★★★★ **Great !**

Reviewed in Canada on July 27, 2025

Color: Polarized-grey + Dark Blue + Red    |    Lens Color: Multicolor    |    **Verified Purchase**

Not just for kids. Works on adults too and they are very light and comfortable for jogging.

Report

**emma**

★★★★★ **Good quality**

Reviewed in Canada on June 24, 2025

Color: Polarized-grey + Dark Blue + Red    |    Lens Color: Multicolor    |    **Verified Purchase**

Good quality. Bought for my son and he loves them. Handy having 3 pairs as he always misplaces them.

Report

See more reviews ›

Back to top

**Get to Know Us**

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

**Make Money with Us**

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

**Amazon Payment Products**

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

**Let Us Help You**

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Recalls and Product Safety Alerts

Registry & Gift List

Help



English

 United States

Amazon Music
Stream millions of songs

Amazon Ads
Reach customers wherever they spend their time

6pm
Score deals on fashion brands

AbeBooks
Books, art & collectibles

ACX
Audiobook Publishing Made Easy

Sell on Amazon
Start a Selling Account

Veeqo
Shipping Software Inventory Management

Amazon Business
Everything For Your Business

Amazon Fresh
Groceries & More Right To Your Door

AmazonGlobal
Ship Orders Internationally

Home Services
Experienced Pros Happiness Guarantee

Amazon Web Services
Scalable Cloud Computing Services

Audible
Listen to Books & Original Audio Performances

Box Office Mojo
Find Movie Box Office Data

Goodreads
Book reviews
&
recommendations

IMDb
Movies, TV
& Celebrities

IMDbPro
Get Info
Entertainment
Professionals Need

Kindle Direct
Publishing
Indie Digital &
Print Publishing
Made Easy

Amazon Photos
Unlimited Photo
Storage
Free With Prime

Prime Video Direct
Video Distribution
Made Easy

Shopbop
Designer
Fashion Brands

Amazon Resale
Great Deals on
Quality Used
Products

Whole Foods
Market
America's
Healthiest
Grocery Store

Woot!
Deals and
Shenanigans

Zappos
Shoes &
Clothing

Ring
Smart Home
Security Systems

eero WiFi
Stream 4K Video
in Every Room

Blink
Smart Security
for Every Home

Neighbors App
Real-Time Crime
& Safety Alerts

Amazon
Subscription Boxes
Top subscription
boxes – right to
your door

PillPack
Pharmacy
Simplified

Amazon Renewed
Like-new products
you can trust

Amazon Luna
Video games from
the cloud,
no console
required

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates



Clothing, Shoes & Jewelry › Boys › Accessories › Sunglasses

**Visit the COOLSOME Store**

# COOLSOME Kids Flexible Polarized Sunglasses with Strap Youth Sport Cycling Baseball for Boys Girls Age 6-12

4.4 ★★★★½ (42)  |  Search this page

$9.98

Price history

FREE Returns ⌄

Color: **C|yellow/Pc Frame/Non-polarized**

$8.98 | $9.98 | See 11 options with no featured offers

‹ Previous  | 1 | 2 | Next ›

Size: **lens height/48mm**

lens height/48mm | lens height/52mm

Number of Items: **1**

1 | 2

## Product details

| | |
|---|---|
| Origin | Imported |

## About this item

- SIZE INFORMATIONS--Option A :128mm(5.12") Temple Length, INNER width 118mm(4.72"), ARM 114mm(4.5"), LENS HEIGHT 48mm(1.89")//............//Option B :129mm(5.12") Temple Length, INNER width 119mm(4.72"), ARM 114mm(4.5"), LENS HEIGHT 52mm(2.05")//............//Option C :128mm(5.12") Temple Length, INNER width 118mm(4.72"), ARM 114mm(4.5"), LENS HEIGHT 48mm(1.89")
- HD POLARIZED LENSES(FOR Option A & B Version,Option C made of high quality anti-impact PC lens) – UV400 protection coating, Keep your kid's eyes against from harmful UVA/B rays. Polarized lens effectively reduce glare and improve visual comfort. Quality lenses restored true color, eliminate reflected and scattered light.Fit for boys and girls 6 to 12 years old

⌄ See more

⚠ Report an issue with this product or seller

**Ask Rufus**

- Are these sunglasses impact resistant?
- Do they come with a carrying case?
- Can they be worn while swimming?
- Ask something else

---

**prime**

Enjoy fast, free delivery, exclusive deals, and award-winning movies & TV shows.

Join Prime

---

$9.98

FREE delivery **Monday, December 29** on orders shipped by Amazon over $35

Or **Prime members** get FREE delivery **Tomorrow, December 23**. Order within 5 hrs 14 mins. Join Prime

**Arrives 2 days before Christmas**

Deliver to Aoyu - Miami 33133

**Only 3 left in stock - order soon.**

Quantity: 1

Add to Cart

Buy Now

| | |
|---|---|
| Ships from | Amazon |
| Sold by | COOLSOME |
| Returns | FREE refund/replacement until Jan 31, 2026 |
| Gift options | Available at checkout |

⌄ See more

Add to List

---

## Related to items you've viewed  See more

Page 1 of 4



**MVPTGRS Youth Baseball Sunglasses for Boys Girls Age 8-14 TR90 Frame Kids Sport Sunglasses for Softball Cycling Baseball Golf**

★★★★☆ 662

$8⁹⁹-$19⁹⁹

**FEISEDY Kids Teens Baseball Polarized Sunglasses Sports TR90 Frame Boys Girls Cycling B2454**

★★★★☆ 4,339

$12⁹⁹-$22⁹⁸

**TURBOPEP 3 Pack Kids Polarized Sunglasses - Youth Baseball Sunglasses for Boys Girls Age 3-12 Sports UV Protection Goggles**

★★★★☆ 704

$15⁹⁹-$29⁹⁹

**Kegrimi Kids Baseball Polarized Sunglasses: Sports Sunglasses for Boys Girls 3-12 Youth S…**

★★★★☆ 378

#1 Best Seller

-58% $9⁹⁹

List Price: $23.99

Get it as soon as **Monday, Dec 29**

FREE Shipping on orders over $35 shipped by Amazon

**SEKKAF Youth Baseball Sunglasses for Boys Girls Age 6-12 Softball Cycling Sports Sunglasses for Kids Lightweight Frame**

★★★★☆ 177

#1 Best Seller

$8⁹⁹-$19⁹⁹

**CMBJJU Kids Sunglasses,Youth Baseball Glasses for Bo… Girls Age 6-14,Sports … Protection Goggles**

★★★★☆ 170

$8⁹⁹-$29⁹⁹

## ✦ Looking for specific info?

| Ask Rufus or search reviews and Q&A |

Are these sunglasses impact resistant?   Do they come with a carrying case?   Can they be worn while swimming?

Are they adjustable?   Do they have UV protection?

## Product description









### SIZE ADVICES

MEASURE METHOD: MEASURE FROM THE LEFT EAR ROOT TO THE RIGHT.

### SIZE DIMENSION

*Wrap arround style,

*Shield sunglasses design for sports.

*Ideal choice for outdoor sports such as baseball, cycling, fishing, softball, golf, hiking, running, and more.

*Weight only 26g.

### Flexible polarized style size

*Wrap over style,

*Shield sunglasses design for sports.

*Flexible and polarized anti-glare.

*Ideal choice for outdoor sports such as baseball, cycling, fishing, softball, golf, hiking, running, and more.

*Weight only 26g.





**Wrap arround lens design**
*Anti-impact shield face lens.

*Full UV400 protection.

*Mirrored coating.

*Keep your kid's eyes against from harmful UVA/B rays, enjoy every sporting time.

## Flexible polarized & PC style compare.

Style A:

*TPEE silicone frame,

*flexible & bendable, durable,

*HD polarized len, anti-glare,UVA/B blocked,

*Anti-impact.

Style B:

*PC frame,sturdy,durable

*PC len,Anti-impact

*UVA/B blocked


## Perfect fit for multiple sporting occasions



*Shield lens UV protection anti-impact.

*Ideal partner for baseball, cycling, fishing, softball, golf, hiking, running, ski and more.



**COOLSOME Kids Flexible Polarized Sunglasses with Strap**
Protect your child's eyes from harmful UV rays with these stylish and durable sunglasses. The lenses are made from high-quality polarized material that provides 100% UV protection, blocking out harmful rays that can cause eye damage and vision problems.

## Videos

Help others learn more about this product by uploading a video!

( Upload your video )

## Product details

**Department :** boys

**Date First Available :** September 2, 2024

**ASIN :** B0DFWJN1P1

**Product Warranty:** For warranty information about this product, please click here

**Best Sellers Rank:** #408,751 in Clothing, Shoes & Jewelry (See Top 100 in Clothing, Shoes & Jewelry) #142 in Boys' Sunglasses

**Customer Reviews:** 4.4 ★★★★☆ (42)

## Similar brands on Amazon

Page 1 of 2

Sponsored ⓘ



## Customer reviews

★★★★½   4.4 out of 5

42 global ratings

| | | |
|---|---|---|
| 5 star | | 64% |
| 4 star | | 18% |
| 3 star | | 13% |
| 2 star | | 5% |
| 1 star | | 0% |

How customer reviews and ratings work ⌄

## Review this product

Share your thoughts with other customers

<div style="border:1px solid">Write a customer review</div>

### Reviews with images

See all photos ›

   

### Top reviews from the United States

**Harrison Joling**

★★★★★ **Great deal on kid size sunglasses**

Reviewed in the United States on July 13, 2025

Size: lens height/52mm  |  Color: B|blue/Mirrored/Polarized  |  Number of Items: 1  |  **Verified Purchase**

My son's been wearing these all summer long and they are lightweight and provide great coverage!

Helpful  |  Report

---

**Kristen`**

★★★★★ **Glasses**

Reviewed in the United States on June 19, 2025

Size: lens height/48mm  |  Color: A|black Green/Mirrroed/Polarized  |  Number of Items: 1  |  **Verified Purchase**

They helped by fitting over his glasses

Helpful  |  Report

---

**Hunter**

★★★★☆ **Worth the money**

Reviewed in the United States on December 15, 2025

**Verified Purchase**

My little one is obsessed. I do however think they are pretty cheap material. But doesn't matter since the price reflects that 👏

Helpful  |  Report

---

**Patricia Tejada**

★★★☆☆ **Material not for kids**

Reviewed in the United States on December 19, 2025

**Verified Purchase**

They are not confutable for kids

Helpful  |  Report

---

**Rebecca abbott**

★★★★★ **Nice sunglasses**

Reviewed in the United States on April 22, 2025

Size: lens height/52mm  |  Color: B|light Blue+blue/Mirrored/Polarized  |  Number of Items: 2  |  **Amazon Vine Customer Review of Free Product** ( What's this? )

Cute kids sunglasses and good quality. Durable and comfortable. Good deal for two pairs

Helpful  |  Report

---

**Rodney G.**

★★★★★ **Flexible and very good eye coverage**

Reviewed in the United States on November 21, 2024

**Amazon Vine Customer Review of Free Product** ( What's this? )

I recently purchased the **COOLSOME Kids Flexible Polarized Sunglasses with Strap** for my child (ages 7) to use during outdoor activities, and I've been really impressed with their performance.

Pros:

1. Polarized Lenses: The polarization significantly reduces glare, especially during sunny days. It's been a game-changer for his baseball, where clear vision is essential.

2. Flexibility & Durability: The frames are incredibly flexible, which is perfect for kids who can sometimes be rough with their belongings. They've held up well despite frequent drops.

3. Adjustable Strap: The included strap is a great addition, ensuring the sunglasses stay secure during play.

4. Lightweight & Comfortable: My child finds them very comfortable to wear for extended periods. The lightweight design is a huge plus!

5. Style: They look great! The sporty design is trendy and appealing to kids.



⌄ Read more

Helpful  |  Report

AZ

★★★★★ **Great sunglasses**

Reviewed in the United States on January 10, 2025

Size: lens height/48mm  |  Color: A|spot Blue+yellow/Mirrored/Polarized  |  Number of Items: 2  |  **Amazon Vine Customer Review of Free Product** ( What's this? )

These glasses are perfect for any child. They're the in style ones that all the kids are wearing. I like that the frame goes all the way around the lenses that way they will not get ruined easily. Very durable! Perfect price for two of them.



Helpful  |  Report

Shelby Cox

★★★★☆ **Good price, good quality!**

Reviewed in the United States on March 20, 2025

**Verified Purchase**

Grabbed these on sale for $6 and they're much better than expected! They fit my 4.5 year old great. They came with a strap and cloth case, they also have rubbery parts on them to keep them from falling off their head/face. Excited to use these for tball this year!

Helpful  |  Report

**See more reviews** ›

Back to top

## Get to Know Us

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

## Make Money with Us

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

## Amazon Payment Products

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

## Let Us Help You

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Recalls and Product Safety Alerts

Registry & Gift List

Help



| English | United States |

| Amazon Music | Amazon Ads | 6pm | AbeBooks | ACX | Sell on Amazon | Veeqo |
| Stream millions of songs | Reach customers wherever they spend their time | Score deals on fashion brands | Books, art & collectibles | Audiobook Publishing Made Easy | Start a Selling Account | Shipping Software Inventory Management |
| Amazon Business | Amazon Fresh | AmazonGlobal | Home Services | Amazon Web Services | Audible | Box Office Mojo |
| Everything For Your Business | Groceries & More Right To Your Door | Ship Orders Internationally | Experienced Pros Happiness Guarantee | Scalable Cloud Computing Services | Listen to Books & Original Audio Performances | Find Movie Box Office Data |
| Goodreads | IMDb | IMDbPro | Kindle Direct Publishing | Amazon Photos | Prime Video Direct | Shopbop |
| Book reviews & recommendations | Movies, TV & Celebrities | Get Info Entertainment Professionals Need | Indie Digital & Print Publishing Made Easy | Unlimited Photo Storage Free With Prime | Video Distribution Made Easy | Designer Fashion Brands |
| Amazon Resale | Whole Foods Market | Woot! | Zappos | Ring | eero WiFi | Blink |
| Great Deals on Quality Used Products | America's Healthiest Grocery Store | Deals and Shenanigans | Shoes & Clothing | Smart Home Security Systems | Stream 4K Video in Every Room | Smart Security for Every Home |
|  | Neighbors App | Amazon Subscription Boxes | PillPack | Amazon Renewed | Amazon Luna |  |
|  | Real-Time Crime & Safety Alerts | Top subscription boxes – right to your door | Pharmacy Simplified | Like-new products you can trust | Video games from the cloud, no console required |  |

Conditions of Use   Privacy Notice   Consumer Health Data Privacy Disclosure   Your Ads Privacy Choices ☑✗

© 1996-2025, Amazon.com, Inc. or its affiliates

amazon
Deliver to Aoyu
Miami 33133
All
Search Amazon
EN
Hello, Albert
Account & Lists
Returns
& Orders
0

All | Rufus | Join Prime | Holiday Gifts | Same-Day Delivery | Amazon Haul | Gift Cards | Medical Care | Amazon Basics | Customer Service | Buy Again

**Amazon Fashion** | Women | Men | Kids | Luggage | Sales & Deals | New Arrivals | Amazon Brands | Amazon Luxury

Sports & Outdoors › Sports › Cycling › Glasses & Goggles


   
   

Brand: DYSAKER

# Youth Baseball Sunglasses for Boys Girls Age 4-12, Softball Cycling Sunglasses for Kids with Strap UV Sports Goggles

4.9 ★★★★★ (15)   |   Search this page

$9.99

Price history

FREE Returns ⌄

**Color: A1- 2pack- Red/Orange Red + Black/Blue**

$9.99 | $9.99 | $13.99 | $13.99
$13.99 | $13.99 | $13.99 | $13.99

Lens Width: **55 Millimeters**

## Product details

| | |
|---|---|
| Care instructions | Hand wash with mild soap and lukewarm water. Avoid harsh chemicals and high heat. Store in a cool, dry place when not in use. |
| Origin | Imported |

## About this item

- HIGH-QUALITY MATERIAL - Constructed with high-quality materials, lightweight, comfortable, and durable. The kids sport sunglasses are guaranteed to be long-lasting, even in the face of children's lively daily use,maintaining a good shape and accompanying them through every energetic day
- UV400 PROTECTION - The youth baseball sunglasses offer 100% UVA-UVB protection, guarding your child's eyes against harmful sun rays, reducing eye strain, and minimizing the risk of eye damage. Our youth

⌄ See more

**Customers usually keep this item**
This product has fewer returns than average compared to similar products.

🖽 Report an issue with this product or seller

☁ **Ask Rufus**

- Are these shatterproof?
- Do they come with a carrying case?
- Can they be worn over prescription glasses?
- Ask something else



prime

Enjoy fast, free delivery, exclusive deals, and award-winning movies & TV shows.

Join Prime

$9.99

FREE delivery **Wednesday, January 7** on orders shipped by Amazon over $35

Or fastest delivery **January 2 - 5**

**Arrives after Christmas. Need a gift sooner?** Send an Amazon Gift Card today by email or text message.

📍 Deliver to Aoyu - Miami 33133

**In Stock**

Quantity: 1

Add to Cart

Buy Now

Ships from   Amazon
Sold by   Dysaker
Returns   FREE refund/replacement until Jan 31, 2026
Gift options   Available at checkout

⌄ See more

Add to List

---

**Related to items you've viewed** See more

Page 1 of 4

‹   ›



TURBOPEP 3 Pack Kids Polarized Sunglasses - Youth Baseball Sunglasses for Boys Girls Age 3-12 Sports UV…
★★★★☆ 704
Amazon's Choice
$15⁹⁹-$29⁹⁹

DioKiw Polarized Kids Sunglasses Youth Softball Cycling Sports Sun Glasses Boys Girls UV400 Protection Goggles
★★★★☆ 303
$14⁹⁷-$29⁹⁸

SEKKAF Youth Baseball Sunglasses for Boys Girls Age 6-12 Softball Cycling Sports Sunglasses for Kids Lightweight Frame
★★★★☆ 177
#1 Best Seller
$8⁹⁹-$19⁹⁹

CMBJJU Kids Sunglasses,Youth Baseball Glasses for Boys Girls Age 6-14,Sports UV Protection Goggles
★★★★☆ 170
$8⁹⁹-$29⁹⁹

QALLY 3PACK Kids Sunglasses Youth Baseball Sunglasses for Boys Girls Age 4-14, Softball Cycling UV400 Protection Sports
★★★★☆ 139
$15⁹⁹-$22⁹⁹

IKTOD 2PACK Youth Baseball Kids Sunglass for 4-16 Boys Girls Softball Cycling Glasse UV400 Protection Spor Goggles
★★★★☆ 91
$13⁹⁹-$29⁹⁹

## Product description

# UV400

## Protective Lens

UV400 Protection Can Block 99.99% Harmful Ultraviolet Rays.

Equipped with a convenient rope to prevent children's sunglasses from getting lost.

 UV 400

 HD video

 True color

 
 
 
 
 



   

Kid's Sports Sunglasses

**From the brand**





**Define Your Style, and Keep Expressing Radiance**

DYSAKER is a sunglass brand that combines classic design with modern craftsmanship. The brand name "DYSAKER" symbolizes a pursuit of light and clarity.

DYSAKER is more than just glasses, it's a medium for dialogue with light and shadow. We hope every wearer can find their own unique expression in this classic design—whether it's the confidence of a modern city or the freedom of travel.

## Product details

**Date First Available** : March 4, 2025

**ASIN** : B0DZ6RZXN7

**Product Warranty:** For warranty information about this product, please click here

**Best Sellers Rank:** #125,236 in Sports & Outdoors (See Top 100 in Sports & Outdoors) #227 in Cycling Glasses & Goggles

**Customer Reviews:** 4.9 ★★★★☆ (15)

## Product Videos



**Dysaker**
kids baseball sunglasses for boys and girls

 DYSAKER Youth Baseball Sunglasses for Boys Girls Age 4-12, Softball… ★★★★★ 15 $9⁹⁹

 DYSAKER Youth Baseball Sunglasses for Boys Girls Age 4-12, Softball… ★★★★★ 15 $13⁹⁹

DYSAKER Youth Baseball Sunglasses for Boys Girls Age 4-12, Softball… ★★★★★ 15 $13⁹⁹

## ✦ Looking for specific info?

Ask Rufus or search reviews and Q&A →

Are these shatterproof?   Do they come with a carrying case?   Can they be worn over prescription glasses?

Are they adjustable?   Do they have polarized lenses?

## Similar brands on Amazon

Sponsored ⓘ

 **KSnap: Wrist Snap Training Equipment for Golf, Baseball, Softball & Basketbal…**
4.2 ★★★★⯪ 61
$44.99

 **SPARK CATCH Light Up Baseball, Glow in The Dark Baseball, Sports Gear…**
4.3 ★★★★⯪ 4,122
$32.49  List: $38.49

 **DUCO Kids Sunglasses Y Sun Glasses Lightweight**
4.7 ★★★★⯪ 2,119
$23.98

## Customer reviews

★★★★★  4.9 out of 5

15 global ratings

| | | |
|---|---|---|
| 5 star | | 91% |
| 4 star | | 9% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

How customer reviews and ratings work ⌄

### Reviews with images

See all photos ›

   

### Top reviews from the United States

**Raul Valenzuela**

★★★★★ **!Great product!**

Reviewed in the United States on October 23, 2025

Color: A6- 2pack- Red/Orange Red + Black/Grey  |  Lens Width: 55 Millimeters  |  **Verified Purchase**

Perfect fit for my 3 yr old he loves and looks like an mlb star !!!!

Helpful   |   Report

**AndreEscu**

★★★★★ **Excellent value for two**

Reviewed in the United States on July 17, 2025

Color: A4- 2pack- Black/Blue + Green/Green  |  Lens Width: 55 Millimeters  |  **Amazon Vine Customer Review of Free Product** ( What's this? )

Great glasses for the kids and a two pack is what we need because they often get lost. They fit perfectly fine on a small head and sits in place when running around and having fun. I don't think they look good on me but my kid thinks they look cool in them so that's a win!

Helpful   |   Report

**SB in 702**

★★★★★ **Fly drip**

Reviewed in the United States on June 23, 2025

Color: A6- 2pack- Red/Orange Red + Black/Grey  |  Lens Width: 55 Millimeters  |  **Amazon Vine Customer Review of Free Product** ( What's this? )

These are good kids sunglasses and what every baseball player is wearing nowadays. Set your kid up for success while looking good on the field good value decent quality durability is OK.

Helpful   |   Report

**Kelley W**

★★★★★ **Perfect for my toddlers.**

Reviewed in the United States on June 5, 2025

Color: A3- 2pack- Green/Green + Orange/Red  |  Lens Width: 55 Millimeters  |  **Amazon Vine Customer Review of Free Product** ( What's this? )

These glasses are cute looking and fit both of my toddlers. They fit them perfectly and are on the smaller side. They are light and durable. They've been dropped a lot and are still looking good. The colors are fun and they are a good value.

Helpful   |   Report

**ARHM**

★★★★☆ **Good for baseball**

Reviewed in the United States on June 26, 2025

Color: A1- 2pack- Red/Orange Red + Black/Blue | Lens Width: 55 Millimeters | **Amazon Vine Customer Review of Free Product** ( What's this? )

These sunglasses are a bit big for my elementary son but he likes them. They fit well under his baseball cap and helmet. They cover a lot of his face to protect him from the sun. He says they are comfortable and for the price, I can't complain.

Helpful | Report

**WME**

★★★★★ **Great Value Sunglasses for Young Kids**

Reviewed in the United States on May 6, 2025

Color: A1- 2pack- Red/Orange Red + Black/Blue | Lens Width: 55 Millimeters | **Amazon Vine Customer Review of Free Product** ( What's this? )

Ordered these for my 6-year old to wear for baseball. I knew they would be thrown around the dugout, so I did not want to spend a lot of money for something that likely would be scratched up before the end of the season. These fit his face perfectly. They fit well under a ball cap, and he likes the look of them. For less than $15 for two pairs, this is a deal.

Helpful | Report

**The Bizzle Fam**

★★★★★ **The kids love them, so they'll be better about wearing them!**

Reviewed in the United States on April 24, 2025

Color: A7- 2pack- Blue/Blue + Pink/Pink | Lens Width: 55 Millimeters | **Amazon Vine Customer Review of Free Product** ( What's this? )

These are lightweight and have a throwback nod to the '90s spatter paint vibe. There's also an attached sports band so if they take them off for a second, they're not immediately lost and stepped on.

They also come with a great protective bag that's super soft and tbh I'll probably use that to clean the sunglasses more often than the actual cleaning cloths inside - which will be reserved for the parents' glasses struggles.

Oh! They also came with eyeglass repair screwdrivers of both the Phillips and flat head types, double-ended, attached to a keychain, and protected - or protecting you from getting gouged. I'll be using it for more things than just the sunglasses.

Helpful | Report

**Simplyglamorous**

★★★★★ **Great pair of glasses!**

Reviewed in the United States on May 14, 2025

Color: A5- 2pack- Red/Orange Red + Black/Green | Lens Width: 55 Millimeters | **Amazon Vine Customer Review of Free Product** ( What's this? )

My boys (10 &12) love these sunglasses. The fit them really well although with my 12 year old he probably cant wear them much longer. But I'll definitely get him these in a different size. They are very trendy and comfortable to wear. The straps are a huge plus and have been perfect for baseball season. Highly recommend

Helpful | Report

**See more reviews ›**

Back to top

## Get to Know Us

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

## Make Money with Us

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

## Amazon Payment Products

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

## Let Us Help You

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Recalls and Product Safety Alerts

Registry & Gift List

Help

    English ⇅    United States

| | | | | | | |
|---|---|---|---|---|---|---|
| **Amazon Music** Stream millions of songs | **Amazon Ads** Reach customers wherever they spend their time | **6pm** Score deals on fashion brands | **AbeBooks** Books, art & collectibles | **ACX** Audiobook Publishing Made Easy | **Sell on Amazon** Start a Selling Account | **Veeqo** Shipping Software Inventory Management |
| **Amazon Business** Everything For Your Business | **Amazon Fresh** Groceries & More Right To Your Door | **AmazonGlobal** Ship Orders Internationally | **Home Services** Experienced Pros Happiness Guarantee | **Amazon Web Services** Scalable Cloud Computing Services | **Audible** Listen to Books & Original Audio Performances | **Box Office Mojo** Find Movie Box Office Data |
| **Goodreads** Book reviews & recommendations | **IMDb** Movies, TV & Celebrities | **IMDbPro** Get Info Entertainment Professionals Need | **Kindle Direct Publishing** Indie Digital & Print Publishing Made Easy | **Amazon Photos** Unlimited Photo Storage Free With Prime | **Prime Video Direct** Video Distribution Made Easy | **Shopbop** Designer Fashion Brands |
| **Amazon Resale** Great Deals on Quality Used Products | **Whole Foods Market** America's Healthiest Grocery Store | **Woot!** Deals and Shenanigans | **Zappos** Shoes & Clothing | **Ring** Smart Home Security Systems | **eero WiFi** Stream 4K Video in Every Room | **Blink** Smart Security for Every Home |
| | **Neighbors App** Real-Time Crime & Safety Alerts | **Amazon Subscription Boxes** Top subscription boxes – right to your door | **PillPack** Pharmacy Simplified | **Amazon Renewed** Like-new products you can trust | **Amazon Luna** Video games from the cloud, no console required | |

Conditions of Use   Privacy Notice   Consumer Health Data Privacy Disclosure   Your Ads Privacy Choices ☑✕

© 1996-2025, Amazon.com, Inc. or its affiliates



amazon

Deliver to Aoyu
Miami 33133

All ▾  Search Amazon  🔍

EN ▾   Hello, Albert
Account & Lists ▾

Returns
& Orders

🛒 0

☰ All  • Rufus  Join Prime   Holiday Gifts   Same-Day Delivery   Amazon Haul   Gift Cards ▾   Medical Care ▾   Amazon Basics   Customer Service   Buy Again

**Amazon Fashion**   Women   Men   Kids   Luggage   Sales & Deals   New Arrivals   Amazon Brands   Amazon Luxury

Sports & Outdoors › Sports › Cycling › Glasses & Goggles




Brand: BOWILL

# BOWILL Youth Polarized Sunglasses, UV 400 Protection Sports Kids Sun Glasses for Teens Boy's Girl's Cycling Baseball Softball

4.4 ★★★★☆ (96)  |  Search this page

$15.99

Price history

FREE Returns ▾

☐ Coupon price $15.19   Terms

Color: **Flag Lens**





$14.99    $15.99    $17.99    $15.99
          ~~$17.99~~




$17.99    $17.99

## Product details

| | |
|---|---|
| Care instructions | Clean lenses with a microfiber cloth, avoid contact with water, store in a protective case when not in use. |
| Origin | Made in the USA or Imported |

## About this item

- UV400 Polarized Lens : Our high-grade polarized lenses boast a 100% UV400 protective coating, safeguarding your eyes from harmful UVA and UVB rays. Bid farewell to bothersome glare and eye fatigue, and immerse yourself in a clearer, gentler world, not only are our polarized lenses impact-resistant and scratch-resistant, but they are also incredibly lightweight and durable, ensuring top-tier eye protection.
- Chic TR90 Frame: Our sports sunglasses are meticulously fashioned from lightweight and flexible TR90 material, featuring a distinctive design

⌄ See more

⚠ **Frequently returned** due to loose fit

  Report an issue with this product or seller

---

## Ask Rufus

( Are polarized lenses good for outdoor sports? )

( Do they come with a case? )

( Can they be worn while fishing? )

( Ask something else )

( View in 3D )

---

prime

Enjoy fast, free delivery, exclusive deals, and award-winning movies & TV shows.

Join Prime

---

$15.99

FREE delivery **Monday, December 29** on orders shipped by Amazon over $35

Or Prime members get FREE delivery **Tomorrow, December 23**. Order within 9 hrs 39 mins. Join Prime

**Arrives 2 days before Christmas**

⊙ Deliver to Aoyu - Miami 33133

**In Stock**

Quantity: 1 ▾

Add to Cart

Buy Now

Ships from   Amazon
Sold by   Brilliant Glasses
Returns   FREE refund/replacement until Jan 31, 2026
Gift options   Available at checkout

⌄ See more

Add to List

---

**Related to items you've viewed**  See more

Page 1 of 4   ⋮

‹                                                                    ›



**SEKKAF Kids Sunglasses Youth Baseball Sunglasses for Boys Girls Softball Sports Sun…**
⭐⭐⭐⭐½ 245
Amazon's Choice
$9⁹⁹
Get it as soon as **Monday, Dec 29**
FREE Shipping on orders over $35 shipped by Amazon

**QALLY Polarized Sports Sunglasses for Men, UV400 Protection Mens Sunglasses Wrap Around Sun Glasses for Cycling Running**
⭐⭐⭐⭐½ 242
$24⁹⁹

**Polarized Sport Sunglasses Men Cycling Driving Fishing UV Protection Sun Glasses Lightweight Big Frame Mountain Bike Goggles**
⭐⭐⭐⭐½ 80
$17⁹⁷-$25⁹⁹

**SEKKAF Youth Baseball Sunglasses Kids Sports Sunglasses for Boys Girls Softball Cycling Glasses UV400 Protection**
⭐⭐⭐⭐½ 329
$16⁹⁹-$19⁹⁹

**FEISEDY Sports Sunglasses for Men, Women and Teens - Baseball, Biking, Cycling UV400 Protection B2388**
⭐⭐⭐⭐½ 1,290
$18⁰⁴
🌿 1 sustainability feature ⌄

**Ukoly Cycling Sunglass for Men Women with 3 Interchangeable Lense Polarized Sports Sunglasses, Baseball Sunglasses**
⭐⭐⭐⭐½ 1,738
$19⁹⁵-$29⁹⁹

## Product description



## From the brand



## Product details

**Department ：** unisex-adult

**Date First Available ：** October 28, 2023

**ASIN ：** B0CLZDSZVG

**Product Warranty:** For warranty information about this product, please click here

**Best Sellers Rank:** #77,300 in Sports & Outdoors (See Top 100 in Sports & Outdoors)
#132 in Cycling Glasses & Goggles

**Customer Reviews:** 4.4 ★★★★☆ (96)

## ⊙✦ Looking for specific info?

| Ask Rufus or search reviews and Q&A | ➔ |
| --- | --- |

Are polarized lenses good for outdoor sports?    Do they come with a case?    Can they be worn while fishing?

Are they shatterproof?    Do they have adjustable nose pads?

## Videos

Help others learn more about this product by uploading a video!

( Upload your video )

## Similar brands on Amazon

Page 1 of 2

Sponsored ⓘ



Polarized Sports Sunglasses for Men Women, TR90 Wrap Around Sun Glass…
4.3 ★★★★☆ 135
$22.99



SOJOS Retro Aviator Sunglasses for Women Men,Trendy Rectangle Women…
4.4 ★★★★☆ 6,427
$14.99  List: $19.99

## Customer reviews

  4.4 out of 5

96 global ratings

| | | |
| --- | --- | --- |
| 5 star | ▮▮▮▮▮▮▮▮ | 75% |
| 4 star | ▮ | 9% |
| 3 star | ▮ | 8% |
| 2 star | | 3% |
| 1 star | ▮ | 5% |

How customer reviews and ratings work ⌄

---

## Review this product

Share your thoughts with other customers

## Customers say

Customers find these sunglasses have a good fit for grown adults and appreciate their style, with one mentioning the American flag design. They receive positive feedback for their quality, with one customer noting they're great for baseball. The durability receives mixed reviews, with some finding them durable while others report issues.

 Generated from the text of customer reviews

**Select to learn more**

✓ Fit ｜ ✓ Quality ｜ ✓ Style ｜ — Durability

## Reviews with images

See all photos ›



Write a customer review



## Top reviews from the United States

**catclarkrhodes**

★★★★★ **Great for the price**

Reviewed in the United States on June 6, 2024

**Verified Purchase**

This is our 3rd pair for my son (12) who plays golf and baseball and uses them for both. First pair broke when the dog got ahold of them, but they're durable and fit his kid-sized head. He loves all the colors and has the American flag design as well. He says they're comfortable which I assume is try and they don't fall off during sports unless he dives for a baseball.

Helpful | Report

**Icee85**

★★★★★ **Cool shades**

Reviewed in the United States on September 9, 2025

**Verified Purchase**

Love that they are very light, my son loves them and wears them all the time for his baseball games!

Helpful | Report

**Brittney Dirks**

★★★★★ **Nice coloring**

Reviewed in the United States on July 21, 2025

**Verified Purchase**

Good fit

Helpful | Report

**Patricia Terrell**

★★★★★ **Cool shades**

Reviewed in the United States on May 7, 2025

**Verified Purchase**

Our grandson loves them. Pretty snazzy looking.

Helpful | Report

**Lisa**

★★★☆☆ **Broken after less than three months of use.**

Reviewed in the United States on September 26, 2025

Color: Flag Lens | **Verified Purchase**

Flexible rubber nose guard broke after 3 months of use. No replacements or repair options. Reached out to seller. No warranty or help. My child loves these but they don't fit right without this piece. Disappointing



Helpful | Report

**Daubers**

★★★★★ **Good quality. Great for baseball**

Reviewed in the United States on June 18, 2024

Color: Flag Lens | **Verified Purchase**

Got these for my son, they work great and have withstood a season of abuse in the dugout and in his bag. Great quality for the price. Will buy again.

Helpful | Report

**Beronica Pariente**



Reviewed in the United States on September 8, 2025

**Verified Purchase**

Fit perfectly

Helpful  |  Report

 Melanie Bickford

★★★☆☆  **Not youth sized**

Reviewed in the United States on May 4, 2025

Color: Flag Lens  |  **Verified Purchase**

Not youth sized, they fit a grown adult

Helpful  |  Report

See more reviews ›

## Top reviews from other countries

Laura Hecimovic

★☆☆☆☆  **Not a kids size. Too big for my adult head.**

Reviewed in Canada on July 19, 2024

**Verified Purchase**

These are way too wide to fit my 11 year old. They're also too large for my adult female head. The arms are way too stretchy and loose. Will be returning.

Report

See more reviews ›

## Based on your recent shopping trends



gesruny Polarized Sport Sunglasses for Men and Women, Lightweight…

★★★★☆ 843

**Amazon's Choice**

-24% **$18**⁹⁹

**Ends in 16:26:52**

List: $24.99

Get it as soon as **Tuesday, Dec 30**

FREE Shipping on orders over $35 shipped by Amazon



HAAYOT Polarized Sports Sunglasses for Men Women Youth Baseball Cycling Running Softball Biking Glasses 5 Lenses

★★★★☆ 1,291

-13% **$25**⁹⁹

List: $29.99

Get it as soon as **Friday, Jan 2**

FREE Shipping on orders over $35 shipped by Amazon



Polarized Sport Sunglasses Men Cycling Driving Fishing UV Protection Sun Glasses Lightweight Big Frame…

★★★★☆ 80

**$17**⁹⁷

Get it as soon as **Monday, Dec 29**

FREE Shipping on orders over $35 shipped by Amazon



KALIYADI Sports Sunglasses-Men Polarized-Mens-Sunglasses Women: Running Sun Glasses wi…

★★★★☆ 91

**$21**⁹⁹

Get it as soon as **Monday, Dec 29**

FREE Shipping on orders over $35 shipped by Amazon

🌿 3 sustainability features ⌄

OUKEMAX Polarized Sports Sunglasses for Men Women, UV400 One-Piece Lens Sport Shades for Baseball,…

★★★★☆ 193

**$19**⁹⁹

Get it as soon as **Tuesday, Dec 30**

FREE Shipping on orders over $35 shipped by Amazon



STORYCOAST Polarized Sports Sunglasses for Men Women,Driving Fishing Cycling Mountain Bike Sunglasses UV400.

★★★★☆ 5,549

**$19**⁹⁵

Get it as soon as **Tuesday, D**

FREE Shipping on orders ov $35 shipped by Amazon

## Customers who bought this item also bought



**BOWILL Youth Polarized Sunglasses, UV 400 Protection Sports Kids Sun Glasses for Teens Boy's Girl's Cycling…**

★★★★½ 49

$13⁹⁹

Get it as soon as **Monday, Dec 29**

FREE Shipping on orders over $35 shipped by Amazon

**AGGKKY Polarized Kids Sunglasses, Youth Baseball Sunglasses for Boys Girls, Cycling Sun Glasses UV400 for Kids…**

★★★★½ 236

$7⁹⁵

Get it as soon as **Monday, Dec 29**

FREE Shipping on orders over $35 shipped by Amazon

**Willtok Premium 18inch Baseball Necklace w/Nylon Tri-Braided Rope Tornado Design**

★★★★★ 652

$9⁹⁹

Get it as soon as **Monday, Dec 29**

FREE Shipping on orders over $35 shipped by Amazon

**Rawlings | EYE BLACK STICK | Retractable Tube / Glare Reduction | Adult & Youth Baseball /…**

★★★★½ 1,849

Amazon's Choice

-40% $3⁰¹

List: $4.99

Get it as soon as **Monday, Dec 29**

FREE Shipping on orders over $35 shipped by Amazon

**Franklin Sports Youth Baseball + Softball Pants - Knee High + Relaxed Fit Kids Baseball Pants -…**

★★★★½ 5,302

#1 Best Seller

$12⁰⁹

Get it as soon as **Monday, Dec 29**

FREE Shipping on orders over $35 shipped by Amazon

**HDMENC Mens and Womens Miami Cuban Link Chain Necklace 12mm Diamond Prong Cuban Chain…**

★★★★☆ 1,652

$9⁹⁹

Get it as soon as **Friday, Jan**

FREE Shipping on orders over $35 shipped by Amazon

Back to top

## Get to Know Us

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

## Make Money with Us

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

## Amazon Payment Products

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

## Let Us Help You

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Recalls and Product Safety Alerts

Registry & Gift List

Help

 

🌐 English ⇕        🇺🇸 United States

| | | | | | | |
|---|---|---|---|---|---|---|
| **Amazon Music** Stream millions of songs | **Amazon Ads** Reach customers wherever they spend their time | **6pm** Score deals on fashion brands | **AbeBooks** Books, art & collectibles | **ACX** Audiobook Publishing Made Easy | **Sell on Amazon** Start a Selling Account | **Veeqo** Shipping Software Inventory Management |
| **Amazon Business** Everything For Your Business | **Amazon Fresh** Groceries & More Right To Your Door | **AmazonGlobal** Ship Orders Internationally | **Home Services** Experienced Pros Happiness Guarantee | **Amazon Web Services** Scalable Cloud Computing Services | **Audible** Listen to Books & Original Audio Performances | **Box Office Mojo** Find Movie Box Office Data |
| **Goodreads** Book reviews & recommendations | **IMDb** Movies, TV & Celebrities | **IMDbPro** Get Info Entertainment Professionals Need | **Kindle Direct Publishing** Indie Digital & Print Publishing Made Easy | **Amazon Photos** Unlimited Photo Storage Free With Prime | **Prime Video Direct** Video Distribution Made Easy | **Shopbop** Designer Fashion Brands |
| **Amazon Resale** Great Deals on Quality Used Products | **Whole Foods Market** America's Healthiest Grocery Store | **Woot!** Deals and Shenanigans | **Zappos** Shoes & Clothing | **Ring** Smart Home Security Systems | **eero WiFi** Stream 4K Video in Every Room | **Blink** Smart Security for Every Home |
| | **Neighbors App** Real-Time Crime & Safety Alerts | **Amazon Subscription Boxes** Top subscription boxes – right to your door | **PillPack** Pharmacy Simplified | **Amazon Renewed** Like-new products you can trust | **Amazon Luna** Video games from the cloud, no console required | |

Conditions of Use     Privacy Notice     Consumer Health Data Privacy Disclosure     Your Ads Privacy Choices ☑️✖️

© 1996-2025, Amazon.com, Inc. or its affiliates

Case 1:26-cv-20013-BB   Document 1-6   Entered on FLSD Docket 01/13/2026   Page 179 of 256

© 1996-2025, Amazon.com, Inc. or its affiliates

Amazon

Deliver to Aoyu
Miami 33133

All ▼   Search Amazon   🔍

EN ▼   Hello, Albert
Account & Lists ▼   Returns & Orders   🛒 0

☰ All   Rufus   Join Prime   Holiday Gifts   Same-Day Delivery   Amazon Haul   Gift Cards ▼   Medical Care ▼   Amazon Basics   Customer Service   Buy Again

Amazon Fashion   Women   Men   Kids   Luggage   Sales & Deals   New Arrivals   Amazon Brands   Amazon Luxury

Clothing, Shoes & Jewelry › Boys › Accessories › Sunglasses



## Ask Rufus

- Are these sunglasses polarized?
- Do they offer UV protection?
- Can they be worn while swimming?
- Ask something else

**Brand: mifengda**

# Kids Sunglasses for Boy Girls Youth Baseball Sunglasses Kids Sport Softball Sun Glasses Youth Kid Baseball Glasses

Search this page

$5.99

Price history

FREE Returns ⌄

Color: **Black**

## Product details

| Care instructions | Store in the provided bag when not in use. |
|---|---|
| Origin | Imported |

## About this item

- KIDS SUNGLASSES WITH ELASTIC LIGHTWEIGHT FRAME:These kids sunglasses have an Elastic Lightweight Frame. Ideal for boys, girls and youth. Made of good material, great for baseball, softball. Whether kids or youth baseball sunglasses, the frame is comfortable. Comes with rope and bag. Good for cycling too, fitting various sports well.
- HIGH QUALITY KIDS BASEBALL SUNGLASSES:Kids baseball sunglasses are of High Quality material. For sports like baseball, softball. With rope and bag for convenience. Suited for boys and girls, a reliable choice for young sports fans.
- YOUTH BASEBALL SUNGLASSES FOR WIDE APPLICATION:Our Youth

⌄ See more

▢ Report an issue with this product or seller

**prime**

Enjoy fast, free delivery, exclusive deals, and award-winning movies & TV shows.

Join Prime

$5.99

FREE delivery **Tuesday, December 30** on orders shipped by Amazon over $35

**Arrives after Christmas. Need a gift sooner?** Send an Amazon Gift Card today by email or text message.

📍 Deliver to Aoyu - Miami 33133

## In Stock

Quantity: 1 ⌄

Add to Cart

Buy Now

| Ships from | Amazon |
|---|---|
| Sold by | mifengda |
| Returns | FREE refund/replacement until Jan 31, 2026 |
| Customer service | Amazon |

⌄ See more

Add to List

## Related to items you've viewed   See more

Page 1 of 4

     

**TURBOPEP 3 Pack Kids Polarized Sunglasses - Youth Baseball Sunglasses for Boys Girls Age 3-12 Sports UV...**
★★★★☆ 704
Amazon's Choice
$15.99-$29.99

**SEKKAF Youth Baseball Sunglasses for Boys Girls Age 6-12 Softball Cycling Sports Sunglasses for Kids Lightweight Frame**
★★★★☆ 177
#1 Best Seller
$8.99-$19.99

**CMBJJU Kids Sunglasses,Youth Baseball Glasses for Boys Girls Age 6-14,Sports UV Protection Goggles**
★★★★☆ 170
$8.99-$29.99

**IKTOD 2PACK Youth Baseball Kids Sunglasses for 4-16 Boys Girls Softball Cycling Glasses UV400 Protection Sports Goggles**
★★★★☆ 91
$13.99-$29.99

**kunchu 3pack Kids Sunglasses Polarized - UV400 Protection Boys Youth Cycling Goggles Baseball Sunglasses with Glasses Strap**
★★★★☆ 95
$19.99

**TTOAOKE 3PACK Kids Sunglasses Youth Baseball Glasses for Boys Girls Age 6-14, Sports UV400 Goggles for Softball Cycling**
★★★★☆ 109
$13.99-$29.99

## ✦ Looking for specific info?

Ask Rufus or search reviews and Q&A   →

Are these sunglasses polarized?  Do they offer UV protection?  Can they be worn while swimming?

Are they adjustable?

## Product details

**Department :** youth

**Date First Available :** April 2, 2025

**ASIN :** B0F3CWGGMS

**Product Warranty:** For warranty information about this product, please click here

**Best Sellers Rank:** #2,183,460 in Clothing, Shoes & Jewelry (See Top 100 in Clothing, Shoes & Jewelry) #491 in Boys' Sunglasses

## Videos

Help others learn more about this product by uploading a video!

Upload your video

## Similar brands on Amazon

Sponsored

Page 1 of 3





BLUE CUT Sports Safety Goggles Interchangeable Sun Lens Anti Fog UV…

4.1 ★★★★☆ 107

$34.97



SPARK CATCH Light Up Baseball, Glow in The Dark Baseball, Sports Gear…

4.3 ★★★★☆ 4,122

$32.49  List: $38.49

## Customer reviews

No customer reviews

5 star [          ] 0%

4 star [          ] 0%

3 star [          ] 0%

2 star [          ] 0%

1 star [          ] 0%

How customer reviews and ratings work ⌄

## Review this product

Share your thoughts with other customers

Write a customer review

## Based on your recent shopping trends

Page 1 of 43







gesruny Polarized Sport Sunglasses for Men and Women, Lightweight…
★★★★½ 843
Amazon's Choice
-24% $18⁹⁹
Ends in 16:24:54
List: $24.99
Get it as soon as **Tuesday, Dec 30**
FREE Shipping on orders over $35 shipped by Amazon

HAAYOT Polarized Sports Sunglasses for Men Women Youth Baseball Cycling Running Softball Biking Glasses 5 Lenses
★★★★½ 1,291
-13% $25⁹⁹
List: $29.99
Get it as soon as **Friday, Jan 2**
FREE Shipping on orders over $35 shipped by Amazon

Polarized Sport Sunglasses Men Cycling Driving Fishing UV Protection Sun Glasses Lightweight Big Frame…
★★★★½ 80
$17⁹⁷
Get it as soon as **Monday, Dec 29**
FREE Shipping on orders over $35 shipped by Amazon

KALIYADI Sports Sunglasses-Men Polarized-Mens-Sunglasses Women: Running Sun Glasses wi…
★★★★½ 91
$21⁹⁹
Get it as soon as **Monday, Dec 29**
FREE Shipping on orders over $35 shipped by Amazon
🌿 3 sustainability features ⌄

OUKEMAX Polarized Sports Sunglasses for Men Women, UV400 One-Piece Lens Sport Shades for Baseball,…
★★★★½ 193
$19⁹⁹
Get it as soon as **Tuesday, Dec 30**
FREE Shipping on orders over $35 shipped by Amazon

STORYCOAST Polarized Sports Sunglasses for Men Women,Driving Fishing Cycling Mountain Bike Sunglasses UV400
★★★★ 5,549
$19⁹⁵
Get it as soon as **Tuesday, Dec 30**
FREE Shipping on orders o…

## Customers who viewed this item also viewed

Page 1 of 7 ⋮













Vcarsian Kids Sunglasses Polarized Baseball Sports Sun Glasses,Lightweight UV400 TR90 Cycling Shades Frame Boys Girls
★★★★½ 485
$9⁹⁹-$13⁹⁹

TURBOPEP 3 Pack Kids Polarized Sunglasses - Youth Baseball Sunglasses for Boys Girls Age 3-12 Sports UV Protection Goggles
★★★★½ 704
$15⁹⁹-$29⁹⁹

SEKKAF Youth Baseball Sunglasses for Boys Girls Age 6-12 Softball Cycling Sports Sunglasses for Kids Lightweight Frame
★★★★½ 177
#1 Best Seller
$8⁹⁹-$19⁹⁹

CMBJJU Kids Sunglasses,Youth Baseball Glasses for Boys Girls Age 6-14,Sports UV Protection Goggles
★★★★½ 170
$8⁹⁹-$29⁹⁹

TTOAOKE 3PACK Kids Sunglasses Youth Baseball Glasses for Boys Girls Age 6-14, Sports UV400 Goggles for Softball Cycling
★★★★½ 109
$13⁹⁹-$29⁹⁹

Kegrimi Kids Baseball Polarized Sunglasses: Sports Sunglasses for Boys Girls 3-12 Youth Glasses for Cycling…
★★★★½ 378
#1 Best Seller
$19⁹⁹-$29⁹⁹

## Best Sellers in Sports & Outdoor Recreation Accessories













Owala FreeSip Insulated Stainless Steel Water Bottle with Straw, BPA-Free Sports Water Bottl…
★★★★½ 100,691
#1 Best Seller
$34⁹⁹
Get it as soon as **Monday, Dec 29**
FREE Shipping on orders over $35 shipped by Amazon

Owala FreeSip Sway Insulated Stainless Steel Water Bottle with Two-Way Spout, Built-In Straw and Bucket Handle, Ma…
★★★★★ 3,085
$34⁹⁹
Get it as soon as **Monday, Dec 29**
FREE Shipping on orders over $35 shipped by Amazon

STANLEY IceFlow 2.0 Flip Straw Tumbler with Handle 30 oz | Twist On Lid and Flip Up Straw | Leakproof Water Bottle…
★★★★½ 66,295
$35⁰⁰
Get it as soon as **Monday, Dec 29**
FREE Shipping by Amazon
🌿 1 sustainability feature ⌄

adidas Alliance Sackpack – Drawstring Backpack for Sports, Small Gym Bag
★★★★★ 31,106
#1 Best Seller
-40% $11⁹⁷
List: $20.00
Get it as soon as **Monday, Dec 29**
FREE Shipping on orders over $35 shipped by Amazon

Zak Designs Marvel SpiderMan Kids Spout Cover and Built-in Carrying Loop Made of Plastic, Leak-Proof Wat…
★★★★½ 20,133
-7% $9³⁴
Typical: $9.99
Get it as soon as **Monday, Dec 29**
FREE Shipping on orders over $35 shipped by Amazon

Owala Disney Prince FreeSip Insulated Stainless Steel Wate Bottle with Straw fo…
★★★★½ 11,182
Amazon's Choice
$34⁹⁹
Get it as soon as **Mond 29**
FREE Shipping on orde $35 shipped by Amazo

## Customers who viewed items in your browsing history also viewed

 

QALLY Polarized Sports Sunglasses for Men, UV400 Protection Mens Sunglasses Wrap Around Sun Glasses for Cycling Running
★★★★½ 242
$24⁹⁹

MVPTGRS Youth Baseball Sunglasses for Boys Girls Age 8-14 TR90 Frame Kids Sport Sunglasses for Softball Cycling Baseball Golf
★★★★½ 662
$8⁹⁹-$19⁹⁹

IKTOD 2PACK Youth Baseball Kids Sunglasses for 4-16 Boys Girls Softball Cycling Glasses UV400 Protection Sports Goggles
★★★★½ 91
$13⁹⁹-$29⁹⁹

DioKiw 4PACK Kids Sunglasses Polarized Youth Baseball Sunglasses Boys Girls Softball Cycling UV400 Protection Goggles
★★★★½ 72
$19⁹⁷

FEISEDY Kids Teens Baseball Polarized Sunglasses Sports TR90 Frame Boys Girls Cycling B2454
★★★★½ 4,339
$12⁹⁹-$22⁹⁸

Kegrimi 3 Pack Kids Sunglasses Youth Baseball Polarized Glasses Sports Cycling Running for 3-12 Bo
★★★★★ 44
**Amazon's Choice**
$15⁹⁹-$19⁹⁹

---

## Your Browsing History   View or edit your browsing history

     

---

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
| --- | --- | --- | --- |
| Careers | Sell on Amazon | Amazon Visa | Your Account |
| Amazon Newsletter | Sell apps on Amazon | Amazon Store Card | Your Orders |
| About Amazon | Supply to Amazon | Amazon Secured Card | Shipping Rates & Policies |
| Accessibility | Protect & Build Your Brand | Amazon Business Card | Amazon Prime |
| Sustainability | Become an Affiliate | Shop with Points | Returns & Replacements |
| Press Center | Become a Delivery Driver | Credit Card Marketplace | Manage Your Content and Devices |
| Investor Relations | Start a Package Delivery Business | Reload Your Balance | Recalls and Product Safety Alerts |
| Amazon Devices | Advertise Your Products | Gift Cards | Registry & Gift List |
| Amazon Science | Self-Publish with Us | Amazon Currency Converter | Help |
| | Become an Amazon Hub Partner | | |
| | › See More Ways to Make Money | | |

amazon

🌐 English ⇅    🇺🇸 United States

| Amazon Music Stream millions of songs | Amazon Ads Reach customers wherever they spend their time | 6pm Score deals on fashion brands | AbeBooks Books, art & collectibles | ACX Audiobook Publishing Made Easy | Sell on Amazon Start a Selling Account | Veeqo Shipping Software Inventory Management |
| --- | --- | --- | --- | --- | --- | --- |
| Amazon Business Everything For Your Business | Amazon Fresh Groceries & More Right To Your Door | AmazonGlobal Ship Orders Internationally | Home Services Experienced Pros Happiness Guarantee | Amazon Web Services Scalable Cloud Computing Services | Audible Listen to Books & Original Audio Performances | Box Office Mojo Find Movie Box Office Data |
| Goodreads Book reviews & recommendations | IMDb Movies, TV & Celebrities | IMDbPro Get Info Entertainment Professionals Need | Kindle Direct Publishing Indie Digital & Print Publishing Made Easy | Amazon Photos Unlimited Photo Storage Free With Prime | Prime Video Direct Video Distribution Made Easy | Shopbop Designer Fashion Brands |
| Amazon Resale Great Deals on Quality Used Products | Whole Foods Market America's Healthiest Grocery Store | Woot! Deals and Shenanigans | Zappos Shoes & Clothing | Ring Smart Home Security Systems | eero WiFi Stream 4K Video in Every Room | Blink Smart Security for Every Home |

**Neighbors App**
Real-Time Crime
& Safety Alerts

**Amazon**
**Subscription Boxes**
Top subscription
boxes – right to
your door

**PillPack**
Pharmacy
Simplified

**Amazon Renewed**
Like-new products
you can trust

**Amazon Luna**
Video games from
the cloud,
no console
required

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates



Sponsored

Clothing, Shoes & Jewelry › Men › Accessories › Sunglasses & Eyewear Accessories › Sunglasses

**Brand: Coyote Eyewear**

## Coyote Cobra Pit Viper Designer Polarized Sunglasses | Men's | Shield Style | 4 Color Options | 132mm | Oversized Retro

Search this page

$35.05

Price history

Color: **Matte Black Grey/Purple Mirror Lens**

$38.88     $35.05

## Product details

| | |
|---|---|
| Care instructions | Clean with a soft cloth, store in the provided bag when not in use. |
| Origin | Imported |

## About this item

- POLARIZED DESIGN | Incorporating polarized Acetate colored lenses into the design makes these sunglasses the optimal pair to use while enjoying any outdoor activity! Every lens provides 99.99% protection from harmful UVA/UVB sun rays.
- COMFORTABLE NOSE PADS | With comfortability in mind, each pair incorporates rubber nose pads allowing them to sit sturdily on the nose while wearing! For when the glasses come off, the rubber material protects the skin & prevents those annoying red lines from appearing on the nose!

˅ See more

⬚ Report an issue with this product or seller

### Ask Rufus

Are these sunglasses polarized?

Do they offer UV protection?

Can they be worn during sports?

Ask something else

$35.05

FREE delivery **December 29 – January 2**. Details

Or fastest delivery **Monday, December 29**. Order within 2 hrs 23 mins. Details

**Arrives after Christmas. Need a gift sooner?** Send an Amazon Gift Card today by email or text message.

Deliver to Aoyu - Miami 33133

**Only 5 left in stock - order soon.**

Quantity: 1

Add to Cart

Buy Now

| | |
|---|---|
| Shipper / Seller | Speert International |
| Returns | Returnable until Jan 31, 2026 |
| Customer service | Speert International |

˅ See more

**Add a Protection Plan:**

☐ 2-Year Protection Plan for $4.99

☐ 3-Year Protection Plan for $6.99

☐ Complete Protect: One plan covers all eligible past and future purchases for $16.99/month

Add to List

### Other sellers on Amazon

New (2) from $35.05  & **FREE Shipping**.

## Styling ideas



## Similar items that may deliver to you quickly

Page 1 of 3

     





| Coyote Python Pit Viper Men's Sports Shield Polarized Sunglasses Lightweight Retro UV Protection w/Microfibe… | Knockaround Campeones Sport Sunglasses for Men & Women - Shield Sunglasses - UV400 Protection - Baseball,… | SOL PRO Polarized Riding Sunglasses Foam Padded Wraparound Fit Men Women Motorcycle Driving Running Cyclin… | AlterImage Venture Wraparound Sports & Motorcycle Retro Sunglasses for Men or Women Semi-Rimless… | Oakley OO9403 Sphaera Shield Sunglasses For Men For Women + BUNDLE With Designer iWear Complimentary… | B.N.U.S Polarized Cycli Sunglasses for Men Women - Nano-Coated TR90 Frame, UV400 Protection, Unibody Le… |
|---|---|---|---|---|---|
| ★☆☆☆☆ 1 | ★★★★☆ 72 | ★★★★☆ 36 | ★★★★★ 1 | ★★★★☆ 4 | ★★★★☆ 69 |
| $39⁹⁹ | $55⁰⁰ | $24⁴⁹ | $12⁹⁹ | -20% $237⁶⁰ List: $297.00 | $29⁹⁹ |
| Get it Jan 2 - 6 FREE Shipping | Get it as soon as **Monday, Dec 29** FREE Shipping by Amazon | Get it as soon as **Friday, Jan 2** FREE Shipping on orders over $35 shipped by Amazon | Get it **Dec 30 – Jan 2** FREE Shipping | Get it as soon as **Tuesday, Dec 30** FREE Shipping by Amazon | Get it as soon as **Friday, Ja** FREE Shipping on orders o $35 shipped by Amazon |

## ✦ Looking for specific info?

Ask Rufus or search reviews and Q&A

Are these sunglasses polarized?     Do they offer UV protection?     Can they be worn during sports?     Is this style unisex?

Are they scratch resistant?

## Videos

Help others learn more about this product by uploading a video!

Upload your video

## Product details

**Date First Available** : November 28, 2022

**ASIN** : B0BNJVXF21

**Product Warranty:** For warranty information about this product, please click here

**Best Sellers Rank:** #978,216 in Clothing, Shoes & Jewelry (See Top 100 in Clothing, Shoes & Jewelry)
   #4,212 in Men's Sunglasses

## Product Description

Coyote Cobra Semi-Rimless Oversized Men's Designer Sunglasses… Incorporating polarized Acetate colored lenses into the design makes these sunglasses the optimal pair to use while enjoying any outdoor activity! Every lens provides 99.99% protection from harmful UVA/UVB sun rays. With comfortability in mind, each pair incorporates rubber nose pads allowing them to sit sturdily on the nose while wearing! For when the glasses come off, the rubber material protects the skin & prevents those annoying red lines from appearing on the nose! Perfect for any face shape, the oversized retro style offers extra coverage to the sides of the eyes & is a trendy sunglass shape that you cannot go wrong with! Designed for long-term daily wear, every frame is crafted from durable high-quality plastic! Almost forget these stylish shield sunglasses are being worn by how lightweight they feel while resting on your face! The complimentary dual-purpose cleaning & storage microfiber cloth bag makes for the perfect place to store your new Cobra sunglasses! Utilize the soft bag to wipe off any fingerprints or smudges before use! (Frame Width: 5.315 Inches / 135 mm; Lens Height: 2.205 Inches / 56 mm; Lens Width: 5.197 Inches / 132 mm; Bridge Width: 0.591 Inches / 15 mm; Temple Length: 4.961 Inches / 126 mm)

**Products related to this item** Sponsored ⓘ















| Youth Baseball Sunglasses for Boys Girls Age 6-12 Softball Cycling Sports… | Two Sizes Baseball Sunglasses For Adults and Youth Boys Girls Kids UV400 Men… | Kids Baseball Sunglasses - Youth Baseball Sunglasses for Boys Girls - Sports Softba… | Polarized Running Sunglasses for Women Men, Cycling Sports Sun Glasses for Hiking F… | Wrap around Sunglasses for for Big Heads Men and Women Windproof Outdoor Sports Cyc… | HUK Sunglasses, Polarized Lens Eyewear with Performance Frames, Fishing,… |
|---|---|---|---|---|---|
| ★★★★½ 177 | ★★★★½ 393 | ★★★★☆ 30 | ★★★★½ 24 | ★★★★½ 26 | ★★★★½ 4,322 |
| #1 Best Seller | $27⁹⁹ | $9⁹⁹ | $29⁹⁹ | $19⁹⁹ | -17% $49⁹⁹ |
| $8⁹⁹ | ✓prime | ✓prime | ✓prime | ✓prime | List: $59.99 |
| ✓prime | | | You pay $21.89 with coupon (some sizes/colors) | | ✓prime |

## Similar brands on Amazon

Sponsored ⓘ



J+S Premium Military Style Classic Aviator Sunglasses, Polarized, 100% U…
4.3 ★★★★☆ 22,774
$18.99



BLUE CUT Sports Safety Goggles Interchangeable Sun Lens Anti Fog UV…
4.1 ★★★★☆ 107
$34.97

## Customer reviews

No customer reviews

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

How customer reviews and ratings work ⌄

## Review this product

Share your thoughts with other customers

[ Write a customer review ]



Sponsored ⓘ

**Products related to this item** Sponsored ⓘ

     

HUK Sunglasses, Polarized Lens Eyewear with Performance Frames, Fishing,…
★★★★½ 4,322
-17% $49⁹⁹
List: $59.99
✓prime

Wrap around Polarized Outdoor Sports Sunglasses for Man Cycling Running…
★★★★½ 20
$19⁹⁹
✓prime

Wrap around Sunglasses for for Big Heads Men and Women Windproof Outdoor Sports Cyc…
★★★★½ 26
$19⁹⁹
✓prime

KALIYADI Polarized Sunglasses for Men, Lightweight Sun Glasses with UV Protection f…
★★★★½ 11,622
#1 Best Seller
Limited time deal
-30% $15⁹⁸
List: $22.99
✓prime
🌿 Climate Pledge Friendly

Karsaer Visison Polarized Cycling Riding Glasses Sports Sunglasses Men Women for Mo…
★★★★☆ 369
$9⁹⁹
✓prime

ShadyVEU Semi Rimless Neon Rainbow Sunglasses Mirrored Lens UV Protection…
★★★★½ 976
Amazon's Choice
$9⁹⁹

## Related to items you've viewed See more

    

ACEXPNM Two Sizes Baseball Sunglasses For Adults and Youth Boys Girls Kids UV400 Men Women Outdoor Sports Sun Glasses
★★★★½ 393
$27⁹⁹

Ukoly Cycling Sunglasses for Men Women with 3 Interchangeable Lenses, Polarized Sports Sunglasses, Baseball Sunglasses
★★★★½ 1,738
$19⁹⁵-$29⁹⁹

Lamicall 24g Polarized Sports Sunglasses for Men Women - UV400 Protection Sun Glasses for Running Cycling…
★★★★½ 429
#1 Best Seller
$29⁹⁹

STORYCOAST Polarized Sports Sunglasses for Men Women,Driving Fishing Cycling Mountain Bike Sunglasses UV400 Protection
★★★★½ 5,549
$18⁹⁵-$32⁹⁵

OULAIQI Cycling Sunglasses Polarized Sunglasses for Cycling Men Women with 1 Lens or 3 Interchangeable Lens Baseball Glasses
★★★★½ 1,316
$19⁹⁵-$29⁹⁹

DUCO Sports Polarized Sunglasses for Men Women Running Sunglasses Fishing Cycling Baseball Glasses UV400 Protection…
★★★★½ 303
$23⁹⁸

Back to top

### Get to Know Us
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

### Make Money with Us
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Become an Amazon Hub Partner
› See More Ways to Make Money

### Amazon Payment Products
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

### Let Us Help You
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product Safety Alerts
Registry & Gift List
Help

  English  United States

Amazon Music
Stream millions
of songs

Amazon Ads
Reach customers
wherever they
spend their time

6pm
Score deals
on fashion brands

AbeBooks
Books, art
& collectibles

ACX
Audiobook
Publishing
Made Easy

Sell on Amazon
Start a Selling
Account

Veeqo
Shipping Software
Inventory
Management

Amazon Business
Everything For
Your Business

Amazon Fresh
Groceries & More
Right To Your Door

AmazonGlobal
Ship Orders
Internationally

Home Services
Experienced Pros
Happiness
Guarantee

Amazon Web
Services
Scalable Cloud
Computing
Services

Audible
Listen to Books &
Original
Audio
Performances

Box Office Mojo
Find Movie
Box Office Data

Goodreads
Book reviews
&
recommendations

IMDb
Movies, TV
& Celebrities

IMDbPro
Get Info
Entertainment
Professionals Need

Kindle Direct
Publishing
Indie Digital &
Print Publishing
Made Easy

Amazon Photos
Unlimited Photo
Storage
Free With Prime

Prime Video Direct
Video Distribution
Made Easy

Shopbop
Designer
Fashion Brands

Amazon Resale
Great Deals on
Quality Used
Products

Whole Foods
Market
America's
Healthiest
Grocery Store

Woot!
Deals and
Shenanigans

Zappos
Shoes &
Clothing

Ring
Smart Home
Security Systems

eero WiFi
Stream 4K Video
in Every Room

Blink
Smart Security
for Every Home

Neighbors App
Real-Time Crime
& Safety Alerts

Amazon
Subscription Boxes
Top subscription
boxes – right to
your door

PillPack
Pharmacy
Simplified

Amazon Renewed
Like-new products
you can trust

Amazon Luna
Video games from
the cloud,
no console
required

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates

amazon

Deliver to Aoyu
Miami 33133

All | Search Amazon

EN   Hello, Albert
Account & Lists

Returns
& Orders

☰ All   Rufus   Join Prime   Holiday Gifts   Same-Day Delivery   Amazon Haul   Gift Cards   Medical Care   Amazon Basics   Customer Service

**Amazon Fashion**   Women   Men   Kids   Luggage   Sales & Deals   New Arrivals   Amazon Brands   Amazon Luxury

Sports & Outdoors › Sports › Cycling › Glasses & Goggles

**Brand: ALTALIST**

## Cycling Glasses, UV400 Protection Sports Sunglasses Eyewear Baseball Running Fishing for Men Women Youth

4.7 ★★★★★ (26)   |   Search this page

Amazon's Choice

$24.99
Price history

FREE Returns ⌄

Color: **Peacock Green**

$24.99   $24.99   $26.99

$26.99

## Product details

| | |
|---|---|
| Care instructions | Clean gently with a soft cloth. Store in the provided case when not in use. Keep away from extreme heat or cold. |
| Origin | Imported |

## About this item

- 【Wonderful Design】ALTALIST sports sunglasses. Concealed full frame with polarized lens. Cool looking frameless design with full frame protection. Suitable for most sports and activities. UV400 protection.
- 【Polarized Lens】ALTALIST polarized lens can show the most reality and colorful world to you. Effectively block and filter reflected light, glare and scattered light from car windows, road, water and snow surfaces. It reduce the light intensity,

⌄ See more

🔲 Report an issue with this product or seller

### Ask Rufus

- Can these glasses be worn over prescription lenses?
- Are they good for outdoor sports?
- Do they come with a protective case?
- Ask something else

prime

Enjoy fast, free delivery, exclusive deals, and award-winning movies & TV shows.

Join Prime

$24.99

FREE delivery **Monday, December 29** on orders shipped by Amazon over $35

**Arrives after Christmas. Need a gift sooner?** Send an Amazon Gift Card today by email or text message.

📍 Deliver to Aoyu - Miami 33133

**In Stock**

Quantity: 1 ⌄

Add to Cart

Buy Now

| | |
|---|---|
| Ships from | Amazon |
| Sold by | Altalist |
| Returns | FREE refund/replacement until Jan 31, 2026 |
| Gift options | Available at checkout |

⌄ See more

Add to List

## Similar items that may deliver to you quickly

Page 1 of 5

‹   ›

Subtotal
$35.05

Go to Cart

$35.05
Only 5 left in stock - order soon.

🗑  1 +






LAMEDA Polarized Sports Sunglasses for Men Women, High Definition UV Protection Cycling Glasses for Biking Fishi...
★★★★★ 4
$29⁹⁹
Get it as soon as **Friday, Jan 2**
FREE Shipping on orders over $35 shipped by Amazon

LAMEDA Polarized Sports Sunglasses for Men Women, High Definition UV Protection Cycling Glasses for Biking Fishi...
★★★★★ 4
$29⁹⁹
Get it as soon as **Friday, Jan 2**
FREE Shipping on orders over $35 shipped by Amazon
Only 5 left in stock - order...

SQUALO Polarized Sports Sunglasses for Cycling, UV400 Protection Windproof Glasses for Men Women TR90 Ultr...
★★★★☆ 10
$27⁹⁹
Get it as soon as **Monday, Dec 29**
FREE Shipping on orders over $35 shipped by Amazon
Only 4 left in stock - order...

SPOSUNE Polarized Cycling Glasses for Men Women, UV400...
★★★★☆ 90
Save 27%
-27% $15⁹⁹
Typical: $21.98
Lowest price in 30 days
Get it as soon as **Tuesday, Dec 30**
FREE Shipping on orders over $35 shipped by Amazon

KAPVOE Polarized Cycling Glasses Sports Sunglasses, UV400...
★★★★☆ 441
Save 8%
-8% $19⁹⁹
Typical: $21.83
Lowest price in 30 days
Get it as soon as **Monday, Dec 29**
FREE Shipping on orders over $35 shipped by Amazon

Subtotal
**$35.05**

Go to Cart



**$35.05**
Only 5 left in stock - order soon.

1

## Product description



# PRODUCT INTRODUCTION



White Frame
Blue Lens

Dark Blue Frame
Pink Lens

Black Frame
Purple Lens

| | |
|---|---|
| Lens Type | Polarized Sunglasses |
| Frame Material | TR-90 |
| Lens Material | TAC |
| Weight | 26g |



## UV400 PROTECTION

All Lenses are UV400 Protective Coatingthat Blocks Harmful UVA and UVB Light

Block harmful light

Block strong light glare

Through beneficial light

Subtotal
**$35.05**

Go to Cart

**$35.05**
Only 5 left in stock - order soon.

1

# HIGH-DEFINITION POLARIZED LENSES



# PRODUCT DETAILS



Subtotal
**$35.05**

Go to Cart

**$35.05**
Only 5 left in stock - order soon.

1



Subtotal
**$35.05**

Go to Cart

**$35.05**
Only 5 left in stock - order soon.

1

## Product details

**Date First Available** ： July 11, 2023

**ASIN** ： B0FDLD7KF8

**Product Warranty:** For warranty information about this product, please click here

**Best Sellers Rank:** #383,991 in Sports & Outdoors (See Top 100 in Sports & Outdoors)
 #588 in Cycling Glasses & Goggles

**Customer Reviews:** 4.7 ★★★★⯪ (26)

## ✦ Looking for specific info?

Ask Rufus or search reviews and Q&A →

Can these glasses be worn over prescription lenses?     Are they good for outdoor sports?

Do they come with a protective case?     Are the lenses scratch resistant?     Do they have adjustable nose pads?

## Product Videos



ALTALIST Cycling Glasses, UV400 Protection Sports Sunglasses Eyewea...

ALTALIST Cycling Glasses, UV400 Protection Sports Sunglasses Eyewea...

Videos for this product

Subtotal
**$35.05**

Go to Cart



$35.05
Only 5 left in stock - order soon.

1

## Similar brands on Amazon

Sponsored ⓘ

Page 1 of 2

‹



BLUE CUT Sports Safety Goggles Interchangeable Sun Lens Anti Fog UV...
4.1 ★★★★☆ 107
$34.97



Fishoholic Polarized Bi-Focal Fishing Sunglasses with Reader Magnification...
4.5 ★★★★☆ 898
$49.99

›

## Customer reviews

★★★★★ 4.7 out of 5

26 global ratings

| | | |
|---|---|---|
| 5 star | | 76% |
| 4 star | | 18% |
| 3 star | | 6% |
| 2 star | | 0% |
| 1 star | | 0% |

How customer reviews and ratings work ⌄

## Review this product

Share your thoughts with other customers

Write a customer review

## Reviews with images

See all photos ›

‹

   

›

## Top reviews from the United States

Translate all reviews to English

 Amazon Customer

★★★★★ **Great in all types of conditions.**

Reviewed in the United States on April 25, 2025

Color: Pure Black | **Verified Purchase**

I was looking for glasses that are clear during shady or cloudy conditions and sunglasses when it's sunny out. These are just what the doctor ordered. And the price is right. I saw biking glasses much more expensive than these but I'm a bit of a cheapskate. They also provide great protection in windy conditions. These are a great value.

One person found this helpful

Helpful | Report

 Angelica

★★★★★ **Excelente para ejercicio**

Reviewed in the United States on December 20, 2025

Color: Peacock Green

Para el costo está excelente. Las compré para correr y tengo que decir que me encantaron . Protegen del sol ya que no molesta la vista , a pesar de su color de lente se ve perfecta y lo mejor que mientras voy corriendo ella no se bajan como me pasaba con otras gafas de sol que debido al sudor tendían a bajarse y yo tenía que estar subiéndola con el dedo mientras corría . Para mí son un 10/10

Helpful | Report

Translate review to English

 All The Books

★★★★☆ **Great Cycling Glasses!**

Reviewed in the United States on November 18, 2025

**Verified Purchase**

These ALTALIST cycling glasses exceeded my expectations — super lightweight, crystal-clear lenses, and very comfortable even on long rides. The fit is secure, they don't fog up, and the UV protection is excellent. Great quality for the price. The only drawback we've seen, is they tend to scratch a little too easily.

Helpful    Report

Kty

★★★★★ **Nice**

Reviewed in the United States on July 15, 2025

Color: Bright Blue

Like in the picture. Very comfortable

Helpful    |    Report

JOSSIE DAVILA

★★★★★ **Me encantan**

Reviewed in the United States on March 29, 2025

Color: Peacock Green

Me encantan
Muy cómodas

Helpful    |    Report

**Translate review to English**

facw

★★★★★ **Nice sunglass set**

Reviewed in the United States on November 28, 2023

**Amazon Vine Customer Review of Free Product**  ( What's this? )

I use these for cycling. The mirrored lens is polarized and seems to work well in a variety of conditions (I'd prefer something darker for extremely bright days, but it's generally a good fit). I don't notice the photochromatic effect on the other lens much (but I don't on my photochromatic ski goggles either), but that lens has been fine for twilight and evening riding to keep wind and dust out). A frame for prescription lenses that snaps in behind the main lens was included but I don't wear glasses, so I can't comment on how it works or how much trouble it is to get lenses made for it.

The frame is comfortable, soft and flexible, and changing lenses is easy enough. They look decent though I'd prefer if the "ALTALIST" logo on the temples was less in your face.

Riding this fall, keeping the cold air out of my eyes has definitely been welcome.

The set also includes a hard sided case which stores everything included, and looks like it would do a good job protecting them while travelling, and provides a good spot to keep the spare lens.

One person found this helpful

Helpful    |    Report

dkpbone

★★★★★ **Love Them**

Reviewed in the United States on March 20, 2024

**Amazon Vine Customer Review of Free Product**  ( What's this? )

Love these sunglasses. I have only used the photocromic lens because I like having clear glasses for late in the day when the sun has set. Even though the sun is down, you still want to protect your eyes. These are lightweight and comfortable to wear all day while riding.

One person found this helpful

Helpful    |    Report

PXB

★★★★☆ **Good sports glasses for my small frame face and flexiable nose piece for your best fit.**

Reviewed in the United States on November 5, 2023

**Amazon Vine Customer Review of Free Product**  ( What's this? )

Great pair of sports glasses with two lenses, one dark and the other is very light, which is perfect for mountain biking. I love the nose piece that is adjustable so that you can adjust the best fit for your face.



2 people found this helpful

Helpful    |    Report

**See more reviews ›**

Subtotal
**$35.05**

Go to Cart

**$35.05**
Only 5 left in stock - order soon.

1

Subtotal
**$35.05**

Go to Cart



**$35.05**
Only 5 left in stock - order soon.

1

Back to top

## Get to Know Us
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

## Make Money with Us
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Become an Amazon Hub Partner
› See More Ways to Make Money

## Amazon Payment Products
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

## Let Us Help You
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product Safety Alerts
Registry & Gift List
Help



 English

🇺🇸 United States

**Amazon Music**
Stream millions of songs

**Amazon Ads**
Reach customers wherever they spend their time

**6pm**
Score deals on fashion brands

**AbeBooks**
Books, art & collectibles

**ACX**
Audiobook Publishing Made Easy

**Sell on Amazon**
Start a Selling Account

**Veeqo**
Shipping Software Inventory Management

**Amazon Business**
Everything For Your Business

**Amazon Fresh**
Groceries & More Right To Your Door

**AmazonGlobal**
Ship Orders Internationally

**Home Services**
Experienced Pros Happiness Guarantee

**Amazon Web Services**
Scalable Cloud Computing Services

**Audible**
Listen to Books & Original Audio Performances

**Box Office Mojo**
Find Movie Box Office Data

**Goodreads**
Book reviews & recommendations

**IMDb**
Movies, TV & Celebrities

**IMDbPro**
Get Info Entertainment Professionals Need

**Kindle Direct Publishing**
Indie Digital & Print Publishing Made Easy

**Amazon Photos**
Unlimited Photo Storage Free With Prime

**Prime Video Direct**
Video Distribution Made Easy

**Shopbop**
Designer Fashion Brands

**Amazon Resale**

**Whole Foods Market**

**Woot!**

**Zappos**

**Ring**

**eero WiFi**

**Blink**

Great Deals on Quality Used Products

America's Healthiest Grocery Store

Deals and Shenanigans

Shoes & Clothing

Smart Home Security Systems

Stream 4K Video in Every Room

Smart Security for Every Home

Neighbors App
Real-Time Crime & Safety Alerts

Amazon Subscription Boxes
Top subscription boxes – right to your door

PillPack
Pharmacy Simplified

Amazon Renewed
Like-new products you can trust

Amazon Luna
Video games from the cloud,
no console required

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates

Subtotal
$35.05

Go to Cart

$35.05
Only 5 left in stock - order soon.

1

Case 1:26-cv-90013-BBL Document 1-8 Entered on SD Docket 4/23/2025 Page 198 of 256

Great Deals on Quality Used Products

America's Healthiest Grocery Store

Deals and Shenanigans

Shoes & Clothing

Smart Home Security Systems

Stream 4K Video in Every Room

Smart Security for Every Home

Neighbors App
Real-Time Crime & Safety Alerts

Amazon Subscription Boxes
Top subscription boxes – right to your door

PillPack
Pharmacy Simplified

Amazon Renewed
Like-new products you can trust

Amazon Luna
Video games from the cloud,
no console required

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates

Amazon.com: OUKEMAX Polarized Sports Sunglasses for Women men, ...nses for Running, Cycling, Baseball, Hiking : Sports & Outdoors          2025/9/11 09:15

All    **Rufus**    Free Shipping Zone    Today's Deals    Buy Again    Albert's Amazon.com    Customer Service    Browsing History ▾

Sports & Outdoors › Sports & Outdoor Recreation Accessories › Sports Sunglasses



Brand: OUKEMAX

# Polarized Sports Sunglasses for Women men, UV400 Protection, TAC Lenses for Running, Cycling, Baseball, Hiking

4.6          (29)  |  Search or ask

$26⁹⁹

No Import Charges & $7.19 Shipping to Hong Kong
Details

**Color: N91-dark Blue/Gold New/Brown**



| | | | |
|---|---|---|---|
| $26.99 | $24.99 ~~$26.99~~ | $24.99 ~~$26.99~~ | $24.99 ~~$26.99~~ |
| $22.99 ~~$26.99~~ | $19.99 ~~$26.99~~ | $24.99 ~~$26.99~~ | $24.99 ~~$26.99~~ |
| $24.99 ~~$26.99~~ | $24.99 ~~$26.99~~ | | |

**Lens Color: Multicolor**

$26⁹⁹

No Import Charges & $7.19 Shipping to Hong Kong
Details

FREE delivery **Friday, September 19** to Hong Kong on eligible orders over $49

Or fastest delivery **Wednesday, September 17**. Order within 17 hrs 15 mins

Deliver to Hong Kong

## In Stock

Quantity: 1

Add to Cart

Buy Now

Ships from    Amazon
Sold by    OUKEMAX
Returns    30-day refund / replacement
Customer service    Amazon

∨ See more

Add to List

## Product details

**Origin**          Imported

## About this item

- Polarized Protection for Clarity: Equipped with high-performance TAC polarized lenses, these sunglasses block 100% of harmful UVA and UVB rays, ensuring clear, glare-free vision during outdoor activities like running, cycling, and baseball.
- Lightweight & Comfortable Fit: Designed with ultra-lightweight materials, weighing only 27g, these sunglasses offer all-day comfort. The ergonomic frame fits comfortably, and the soft silicone nose pads prevent pressure points, even during long exercise sessions.

∨ See more

Report an issue with this product or seller

◆ **Ask Rufus**

Are polarized lenses good for cycling?

Can they be worn over prescription glasses?

Do they come with a protective case?

Ask something else

**Based on your recent views** Sponsored ⓘ







Prev                                                                                                                                                        Next

Polarized Sunglasses for Men and Women, Windproof UV400 Protection Sunglasses...
80

-32% **$16**⁹⁹
List: ~~$24.99~~

FREE delivery **Fri, Sep 19** on $49 of eligible items

Outdoor Sunglasses Cycling Sun Glasses for Men Woman Baseball Glasses Men's Sunglas...
2

**$16**⁹⁹

FREE delivery **Fri, Sep 19** on $49 of eligible items

YAMAS Sport Sunglasses for Mens Womens, Lightweight Frame, Non-Slip Nose Pads for H...
3

**$27**⁹⁹

FREE delivery **Fri, Sep 19** on $49 of eligible items

You pay $26.59 with coupon (some sizes/colors)

3 Pack Polarized Kids Sunglasses, Youth Baseball Sunglasses for Boys Girls Age 3-12...
8

**$13**⁹⁹

FREE delivery **Fri, Sep 19** on $49 of eligible items

Kids Sunglasses Youth Baseball Sunglasses for Boys Girls Age 4-14, Cycling Softball...
33
Amazon's Choice

-24% **$12**⁹⁹
List: ~~$16.99~~

FREE delivery **Fri, Sep 19** o $49 of eligible items

## ⚡ Looking for specific info?

Ask Rufus or search reviews and Q&A

Are polarized lenses good for cycling?          Can they be worn over prescription glasses?          Do they come with a protective case?

Are they adjustable?

## Product details

**Package Dimensions :** 6.73 x 2.99 x 2.36 inches; 1.06 ounces

**Department :** Unisex Adult

**Date First Available :** April 29, 2025

**Manufacturer :** OUKEMAX

**ASIN :** B0F6T23VW9

**Best Sellers Rank:** #42,151 in Sports & Outdoors (See Top 100 in Sports & Outdoors)
 #990 in Sunglasses

**Customer Reviews:** 4.6          (29)

## Videos

Help others learn more about this product by uploading a video!

Upload your video

## Product Description

OUKEMAX baseball sunglasses are specifically designed to reduce glare. They adopt 99% UV400 protective coated lenses. These lenses thoroughly block UVA and UVB rays, protecting your eyes from ultraviolet harm and safeguarding your outdoor sports throughout the whole process. Additionally, the integrated lenses have no obstructions, providing a clear and undisturbed field of vision.OUKEMAX mens polarized sunglasses are of excellent quality, being both comfortable and durable. Polarized sunglasses women have scratch - proof and shatter - proof lenses, and the frames are made of lightweight materials. They are light to wear with a high degree of fit. They are designed in line with ergonomics and are suitable for various face shapes, giving you the best wearing experience.The sports sunglasses have a wrap-around design. Womens polarized can effectively block dust and wind, The silicone nose pads and

Amazon.com : OUKEMAX Polarized Sports Sunglasses for Women men, ...nses for Running, Cycling, Baseball, Hiking : Sports & Outdoors          2025/9/11 09:15

elastic anti - slip temples ensure stable wearing, and you will feel comfortable without pressure even during long - term wearing. The lenses can improve color and contrast with high clarity, and will not cause visual fatigue even when worn for a long time. The lightweight design of shady rays sunglasses men is suitable for outdoor running, fishing, driving, climbing, hiking or other outdoor activities, making them the best choice for outdoor sports. At the same time, they come with an exquisite gift package, also being an ideal choice for giving to relatives and friends. The package contains 3 womens sunglasses polarized, 3 microfiber bags, 3 microfiber lens cleaning cloths, and 1 gift box. All OUKEMAX customers can enjoy our brand service of cycling sunglasses for men. All products have undergone strict quality inspections and enjoy lifetime support services.

## Products related to this item   Sponsored ⓘ

    

| 5PACK Polarized Kids Sunglasses UV Protection Youth Baseball Sunglasses… | Kids Sunglasses Youth Baseball Sunglasses for Boys Girls Age 4-14, Cycling Softball… | Polarized Sports Sunglasses for Men, UV400 Protection Mens Sunglasses Wrap… | Polarized Sport Sunglasses Men Cycling Driving Fishing UV Protection Sun Glasses… | 3 Pack Polarized Kids Sunglasses, Youth Baseball Sunglasses for Boys Girls Age 3-12… |
| --- | --- | --- | --- | --- |
| 21 | 33 | 138 | 42 | 8 |
| $25⁹⁷ | Amazon's Choice | -10% $17⁹⁹ | -7% $25⁹⁹ | $14⁹⁹ |
| | -18% $13⁹⁹ | List: $19.99 | Typical: $27.97 | |
| | List: $16.99 | | | |

FREE delivery **Fri, Sep 19** on $49 of eligible items (col 1)

FREE delivery **Fri, Sep 19** on $49 of eligible items (col 2)

FREE delivery **Fri, Sep 19** on $49 of eligible items (col 3)

FREE delivery **Fri, Sep 19** on $49 of eligible items (col 4)

FREE delivery **Fri, Sep 19** on $49 of eligible items (col 5)

You pay $13.49 with coupon (some sizes/colors)

## Similar brands on Amazon

Sponsored



CraftyDream 12 Pcs Cooling Towel Baseball Football Basketball Breathable
4.6      160
$17.99   List: $26.99



ROCKBROS Photochromic Sunglasses for Men Women,UV400 Protection Cycling
3.8      9
$21.84   List: $22.99

## Customer reviews

4.6 out of 5

29 global ratings

| | | |
| --- | --- | --- |
| 5 star | | 71% |
| 4 star | | 21% |
| 3 star | | 8% |
| 2 star | | 0% |
| 1 star | | 0% |

## Reviews with images

See all photos ›

Amazon.com: OUKEMAX Polarized Sports Sunglasses for Women men, ...nses for Running, Cycling, Baseball, Hiking : Sports & Outdoors     2025/9/11 09:15

How customer reviews and ratings work

## Top reviews from the United States

Translate all reviews to English

Kindle Customer

**Good product**
Reviewed in the United States on August 3, 2025
Color: N7-black/7purple New/Green Pink     Lens Color: Multicolor     **Verified Purchase**

The glasses where fantastic, light weight, an comfortable. Well worth the price. Would definitely purchase again!

One person found this helpful

Helpful          Report

Silvia Dolores Barreto Cardona

**Consintiendo a mis hijos**
Reviewed in the United States on August 1, 2025
Color: N7-black/7purple New/Green Pink     Lens Color: Multicolor     **Verified Purchase**

Mis hijos felices con sus lentes yo contenta con mí compra don deportivos pero tambien Lis usan para trabajar

One person found this helpful

Helpful          Report

Translate review to English

XyVector Media Services

**Nice large fit, good coverage, and light transmission.**
Reviewed in the United States on July 19, 2025
**Amazon Vine Customer Review of Free Product** ( What's this? )

Large, front-side capacity, but they work well in daylight, and cover over glasses as well if need be. They look just fine, and offer great color. A bit on the flimsy side as far as the stems around the ears, but hope those last longer than they look. Fine UV protection and light transmission.

Helpful          Report

EmersonL

**Solid sunglasses.**
Reviewed in the United States on August 11, 2025
**Amazon Vine Customer Review of Free Product** ( What's this? )

I ordered the two-pack of sunglasses. The overall quality of sunglasses is what you would expect for the value you pay. However, I liked the appearance of them for a sporting sunglass. They performed well in the sun and they looked good when I wore them. I think they're perfect as a sunglass to wear which you don't need to care too much about when performing activities or if you may damage or lose them. I would recommend them.



One person found this helpful

Helpful          Report

Randall S.

**Colorblind? Give these a try! You're a cyclist? GIVE THESE A TRY!!!!**
Reviewed in the United States on June 29, 2025

**Amazon Vine Customer Review of Free Product** ( What's this? )
Why did you pick this product vs others?:
I really enjoy having polarized shades especially being colorblind and when you have high quality polarized shades, they help me see colors.

Eye protection:
Overall protection is quite nice! Used them straight out of the box to go cycling and they took a direct hit from a bug that hit me in the face, not a scratch on them!

Polarization:
The polarization is very nice! So much so that I can see colors clearly unlike regular shades that I have used. They don't cost what actual prescription color vision shades are but they do the same exact task!

⌄ Read more



Helpful    Report

Harold Helm

**Good for sporting**
Reviewed in the United States on June 30, 2025
**Amazon Vine Customer Review of Free Product** ( What's this? )

I really needed a new pair of sunglasses especially for driving so I figured I would try these out and you get two for one. I really like the one with black lenses and white frames. These do come with polarized lenses and improve your vison dramatically. They each come with a soft case which is ok and will help protect from scratches. They fit well and do work for sunglasses as advertised. What I don't like about them is they are really large on my face and more for snowboarding, sports and other type outdoor activities. They also feel very light and a bit flimsy and that's why I gave it 3 stars.

Helpful    Report

Steve

**Everyone should have a pair.**
Reviewed in the United States on June 25, 2025
**Amazon Vine Customer Review of Free Product** ( What's this? )

I fish inshore in Rhode Island Sound. A good pair of polarized sunglasses is a must for a day on the water. The sunglasses must stay on when I lean over to land a fish. Oukemax meets both these requirements. They fit snugly without being too tight. The nose piece keeps the sunglasses up on my nose on a hot humid day without pinching my nose. They are light weight and comfortable to wear. I wore the sunglasses for a day bottom fishing for sea bass off Westport Massachusetts on a hot and sunny day. Oukemax sunglasses reduced the glare from the water to a comfortable level. I did not experience any eye fatigue from staring at the water watching my line. Every fisherman should have a pair of these sunglasses. Not only are they good for fishing, these are my go to sunglasses for everyday use. Just as they reduce eye strain on the water, they reduce eye strain when I am driving. Oukemax Polarized Sport Sunglasses are well worth the money.

Helpful    Report

MattC

**Nice low-cost pair of sunglasses, great for any outdoor activity! Like the 2 different sets too!**
Reviewed in the United States on June 22, 2025
**Amazon Vine Customer Review of Free Product** ( What's this? )

I actually really like this set (especially for the price!) They fit me nice, and they DON'T squeeze my head like a lot of sunglasses do. They fit fairly light but secure, and the larger lens is great for my outdoor activities! I'm a cyclist and I seem to go thru sunglasses fairly often, and it's nice to find a set I like that doesn't break the bank. They give pretty good coverage of my eyes in dusty environments (such as following another rider on a dusty road/trail). I can't speak for the long-term durability yet, but I'm optimistic they will give me a decent wear-life before I break them (how all my sunglasses finally end up). Once I add stick-on bifocal lenses they are ideal for my cycling and hiking! The polarization of these lenses is easy to verify (just put them on and look at a computer screen, then twist your head sideways, the screen goes from clear to dark...or in my case, dark to clear when my head is sideways). Thankfully they don't seem to bother the view of my Garmin GPS cycling computer, or I wouldn't be able to wear them.

Helpful        Report

**See more reviews** ›

Back to top

**Get to Know Us**

Careers

**Make Money with Us**

Sell products on Amazon

**Amazon Payment Products**

Amazon Business Card

**Let Us Help You**

Amazon and COVID-

| Deliver to Hong Kong | All ▾ | Search Amazon | | EN ▾ | Hello, Albert Account & Lists | Returns & Orders | 0 Cart |

All · Rufus · Free Shipping Zone · Today's Deals · Buy Again · Albert's Amazon.com · Customer Service · Browsing History ▾

Sports & Outdoors › Sports › Cycling › Glasses & Goggles



Visit the KUGUAOK Store

# KUGUAOK Polarized Youth Baseball Sunglasses Kids Softball Cycling UV400 Protection Sun Glasses Boys Girls Goggles

4.7          (320)  |  Search or ask

$27⁹⁷

No Import Charges & $7.47 Shipping to Hong Kong
Details

Color: **5pcs-pink+blue+red+white Frame**

| $27.97 | $27.97 |

Lens Color: **polychrome**

## Product details

| **Origin** | Imported |

## About this item

- KUGUAOK Brand Design：Enhance your child's outdoor experience with these Youth Baseball Kids Polarized Sunglasses specifically designed for boys and girls engaging in sports like softball and cycling. The lightweight frame of these youth baseball sunglasses provides a comfortable and secure fit, allowing your child to focus on their game without any discomfort.
- Protect Your Child's Eyes: These Kids Polarized Sunglasses are designed to provide maximum protection against harmful UV rays, making them ideal

⌄ See more

Report an issue with this product or seller

$27⁹⁷

No Import Charges & $7.47 Shipping to Hong Kong
Details

FREE delivery **Friday, September 19** to Hong Kong on eligible orders over $49

Or fastest delivery **Wednesday, September 17**. Order within **13 hrs 35 mins**

Deliver to Hong Kong

**Only 1 left in stock - order soon.**

Add to Cart

Buy Now

| Ships from | Amazon |
| Sold by | KUGUAOK |
| Returns | 30-day refund / replacement |
| Gift options | Available at checkout |

⌄ See more

Add to List

✦ Ask Rufus

Are polarized lenses good for outdoor sports?

Do they come with a protective case?

Can these be worn over prescription glasses?

Ask something else

## Buy it with

Amazon.com: KUGUAOK Polarized Youth Baseball Sunglasses Kids So...0 Protection Sun Glasses Boys Girls Goggles : Sports & Outdoors          2025/9/11 09:09




+

Total price: $42.98

( Add both to Cart )

One of these items ships sooner than the other.
Show details

**This item:** KUGUAOK Polarized Youth Baseball Sunglasses Kids Softball Cycling UV400

$27⁹⁷

Easton Boy's PRO+ Baseball Pants | Youth Sizes | Full Length | Elastic Bottom | Multiple Colors

$15⁰¹

## Deals on related products   Sponsored ⓘ

Page 1 of 3






DioKiw Kids Sunglasses Polarized Youth Baseball Sunglasses Boys Girls Softball Cycl...

836

Limited time deal

-40% $17⁹⁹
Typical: $29.98

FREE delivery **Fri, Sep 19** on $49 of eligible items

FIXEROS Polarized Youth Baseball Sunglasses for Age 8-16 Boys Girls UV400 Kids Cycl...

82

Amazon's Choice

Ends in 45:11

-15% $22⁰⁹
List Price $25.99

FREE delivery **Fri, Sep 19** on $49 of eligible items

FEISEDY Polarized Kids Baseball Sunglasses Youth Sports Cycling Shades Lightweight ...

12

Limited time deal

-30% $14⁶⁸
List: $20.98

FREE delivery **Fri, Sep 19** on $49 of eligible items

NICBOOY 3Packs Sports Sunglasses for Men Youth Women Baseball Sunglasses for Youth ...

15

Limited time deal

-57% $6⁴⁹
List: $14.99

FREE delivery **Fri, Sep 19** on $49 of eligible items

FEISEDY Sports Sunglasses for Men, Women and Teens - Baseball, Biking,...

1,104

Limited time deal

-30% $15³⁹
List: $21.99

FREE delivery **Fri, Sep 19** o $49 of eligible items
🌿 Climate Pledge Friendly

## Product details

**Department** : Unisex Child

**Date First Available** : August 19, 2024

**ASIN** : B0DDKCW7QV

**Best Sellers Rank:** #73,414 in Sports & Outdoors (See Top 100 in Sports & Outdoors) #167 in Cycling Glasses & Goggles

**Customer Reviews:** 4.7          (320)

## 🔸 Looking for specific info?

| Ask Rufus or search reviews and Q&A |

Are polarized lenses good for outdoor sports?        Do they come with a protective case?

Can these be worn over prescription glasses?        What age range are these for?        Are they adjustable?

## Product Videos


Agnes  Earns commissions
Polarized Sunglasses - Review



-1:04

### Videos for this product



**Polarized Sunglasses - Review**
Agnes

Now playing        1:03



**Youth sports glasses**
Marla Mellin

0:20


KUGUAOK Polarized Youth Baseball Sunglasses Kids Softball Cycling UV4...
320

Sponsored ⓘ

NICBOOY Sports F...
Oversized Sports S...
257
$9⁹⁷

---

## Products related to this item  Sponsored ⓘ

Page 1 of 67

        

| 5PACK Polarized Kids Sunglasses UV Protection Youth Baseball Sunglasses... | 3pack Kids Sunglasses Polarized - UV400 Protection Boys Youth Cycling Goggles Baseb... | Kids Sunglasses Youth Baseball Sunglasses for Boys Girls Age 4-14, Cycling Softball... | Kids Sunglasses Polarized Youth Baseball Sunglasses Boys Girls Softball Cycling UV4... | Polarized Sports Sunglasses for Women men, UV400 Protection TAC Lenses for Running |
| 21 | 36 | 33 | 836 | 29 |
| $25⁹⁷ | Amazon's Choice | Amazon's Choice | Amazon's Choice | -26% $19⁹⁹ |
|  | -5% $13²⁹ | -24% $12⁹⁹ | Limited time deal | Typical: $26.99 |
|  | Typical price: $13.99 | List: $16.99 | -40% $17⁹⁹ |  |
| FREE delivery **Fri, Sep 19** on $49 of eligible items | | | Typical: $29.98 | FREE delivery **Fri, Sep 19** o $49 of eligible items |
|  | FREE delivery **Fri, Sep 19** on $49 of eligible items | FREE delivery **Fri, Sep 19** on $49 of eligible items | FREE delivery **Fri, Sep 19** on $49 of eligible items | |

## Similar brands on Amazon

Sponsored

Amazon.com: KUGUAOK Polarized Youth Baseball Sunglasses Kids So...0 Protection Sun Glasses Boys Girls Goggles : Sports & Outdoors          2025/6/11 09:09



DUCO Polarized Kids Sunglasses Youth Sports Cycling Shades Lightweight
4.7          224
$24.98



FIXEROS Polarized Youth Baseball Sunglasses for Age 8-16 Boys Girls
4.6          39
15% off   **Ends in**
$22.09  List Price $25.99



# Customer reviews

## 4.7 out of 5

320 global ratings

| | | |
|---|---|---|
| 5 star | | 82% |
| 4 star | | 12% |
| 3 star | | 3% |
| 2 star | | 2% |
| 1 star | | 1% |

How customer reviews and ratings work

# Customers say

Customers find these sunglasses impressive in quality and appreciate that they fit ages 4-11 well. Moreover, they offer good value for money and are particularly suitable for young players, with one customer noting they're ideal for daily use. Customers praise the sunglasses' durability, with one mentioning they're shatterproof and provide excellent UV protection, while another notes they're large enough to block sun from all angles. Additionally, the sunglasses stay securely in place during sports activities.

 Generated from the text of customer reviews

**Select to learn more**

✓ Quality │ ✓ Value for money │ ✓ Fit │ ✓ Kids friendly │ ✓ Style │
✓ Durability │ ✓ Size │ ✓ Sturdiness

## Reviews with images

See all photos ›

---

## Top reviews from the United States

Anthony S

**Solid Buy**
Reviewed in the United States on July 12, 2025
**Verified Purchase**

These are the glasses my son was looking for. He wanted the Pit Vipers, but these were a better option for us because he tends to break sunglasses easily. These are stylish and light weight with a great look. My son plays baseball and theses will help protect his eyes from the San Diego sun.

These fit him perfectly and do not slide off. He wears them with a hat to finish off the look. They are comfortable and the lenses are large to keep sun from entering at all angles. The three color options are nice to change up the look whenever he feels like it.

Overall would buy these for the price and quality.

Amazon.com: KUGUAOK Polarized Youth Baseball Sunglasses Kids So...0 Protection Sun Glasses Boys Girls Goggles : Sports & Outdoors 2025/9/11 09:09

Helpful    Report

**Alexandra Tejada-Strop**

### Stylish sunglasses my ten year old son wears all the time

Reviewed in the United States on July 25, 2025

**Verified Purchase**

My son absolutely loves these sunglasses. He wears them almost every day from school to playdates to our family outings. The fit is just right for his face and the lenses protect his eyes while giving a cool look he feels confident in.

What made these a winner
The frames are lightweight and comfortable for everyday wear. Even after hours in the sun during soccer practice or beach trips the glasses stay put and never leave annoying marks behind. The lenses are clear and offer excellent UV protection without distorting vision.

Why my son prefers them
He said they feel durable yet flexible. He tried other pairs that felt stiff or slipped off when he was active. These stayed firmly in place when running, biking, or climbing. He often tells me they feel cool which says a lot coming from a kid who usually does not care about style.

⌄ Read more



Helpful    Report

**Ashley**

### Cool Sporty Shades

Reviewed in the United States on March 29, 2025

**Verified Purchase**

I recently purchased this 3-pack of boys' sport sunglasses for my son, and they have been a huge hit! He absolutely loves them and thinks they're really cool. The designs are stylish, sporty, and perfect for active kids who want to look good while playing outside.

The quality of these sunglasses is impressive—they are well-made, sturdy, and can handle the rough and tumble of everyday play. Whether he's biking, playing sports, or just out in the sun, these sunglasses provide great protection and stay in place comfortably.

I also appreciate that they come in a three-pack, giving us options to switch things up or have backups in case one gets misplaced. Overall, this is a fantastic set of kids' sport sunglasses that deliver on style, durability, and value. Highly recommend!



2 people found this helpful

Helpful    Report

**Shadow Cost**

### Great Value for Active Kids

Reviewed in the United States on July 23, 2025

**Verified Purchase**

These sunglasses are a great deal for the price! They fit my kid well, stay on during sports, and provide good sun protection with the UV400 lenses. The polarized lenses are a nice

Amazon.com: KUGUAOK Polarized Youth Baseball Sunglasses Kids So...0 Protection Sun Glasses Boys Girls Goggles : Sports & Outdoors 2025/9/11 09:09

Case 1:26-cv-20013-BB  Document 11-6  Entered on FLSD Docket 01/13/2026  Page 211 of 256

touch too. They're not the most durable out there, but for the price, they're definitely worth it—especially if your kid is rough on sunglasses like mine!

Helpful        Report

Jessi G

**Baseball bags**

Reviewed in the United States on August 22, 2025

Color: 5pcs-pink+blue+red+white Frame Blue+blue Frame Red     Lens Color: polychrome

**Verified Purchase**

Busy/stressed mom here. These were a quick & easy addition to All-Star baseball bags. They are just as pictured. Color combos are vibrant and they fit all of the 9u boys. Great quality and way cheaper than the more expensive brands we all get suckered into buying. The boys loved them & wore them during the game.

Helpful        Report

Kayla Andersen

**Fit well and durable**

Reviewed in the United States on July 15, 2025

**Verified Purchase**

Got for 4 and 6 year old, they loved. Good price

Helpful        Report

Jared

**Great, hardy sunglasses for kids.**

Reviewed in the United States on May 30, 2025

**Verified Purchase**

My kids love these sunglasses. We bought them for summer camps again after using them last year. They help up to elementary age kids daily use on the lake, pool and camp. They surprisingly didn't scratch easily or break. They fit ages 4-11.

One person found this helpful

Helpful        Report

Courtney L.

**Great product**

Reviewed in the United States on July 27, 2025

**Verified Purchase**

Good fit and my kids love them

Helpful        Report

**See more reviews ›**

Back to top

## Get to Know Us

Careers

Blog

About Amazon

Investor Relations

Amazon Devices

Amazon Science

## Make Money with Us

Sell products on Amazon

Sell on Amazon Business

Sell apps on Amazon

Become an Affiliate

Advertise Your Products

Self-Publish with Us

Host an Amazon Hub

› See More Make Money with Us

## Amazon Payment Products

Amazon Business Card

Shop with Points

Reload Your Balance

Amazon Currency Converter

## Let Us Help You

Amazon and COVID-19

Your Account

Your Orders

Shipping Rates & Policies

Returns & Replacements

Manage Your Content and Devices

Help

---

English

$ USD - U.S. Dollar

United States

---

Amazon Music
Stream millions
of songs

Amazon Ads
Reach customers
wherever they
spend their time

6pm
Score deals
on fashion brands

AbeBooks
Books, art
& collectibles

ACX
Audiobook
Publishing
Made Easy

Sell on Amazon
Start a Selling
Account

Veeqo
Shipping Software
Inventory
Management

Amazon Business
Everything For
Your Business

AmazonGlobal
Ship Orders
Internationally

Amazon Web
Services
Scalable Cloud
Computing
Services

Audible
Listen to Books &
Original
Audio
Performances

Box Office Mojo
Find Movie
Box Office Data

Goodreads
Book reviews
&
recommendations

IMDb
Movies, TV
& Celebrities

IMDbPro
Get Info
Entertainment
Professionals Need

Kindle Direct
Publishing
Indie Digital &
Print Publishing
Made Easy

Prime Video Direct
Video Distribution
Made Easy

Shopbop
Designer
Fashion Brands

Woot!
Deals and
Shenanigans

Zappos
Shoes &
Clothing

Ring
Smart Home
Security Systems

Amazon.com: KUGUAOK Polarized Youth Baseball Sunglasses Kids So...0 Protection Sun Glasses Boys Girls Goggles : Sports & Outdoors 2025/6/11 09:09

| eero WiFi | Blink | Neighbors App | Amazon Subscription Boxes | PillPack | Amazon Luna |
|---|---|---|---|---|---|
| Stream 4K Video in Every Room | Smart Security for Every Home | Real-Time Crime & Safety Alerts | Top subscription boxes – right to your door | Pharmacy Simplified | Video games from the cloud, no console required |

Conditions of Use   Privacy Notice   Consumer Health Data Privacy Disclosure   Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates

Amazon.com: AWGSEE 3 Pack Kids Baseball Sunglasses Youth Sports ... Sunglasses for Girls Boys UV400 Protection : Sports & Outdoors 2025/9/11 09:08

Deliver to
Hong Kong

All ▾

Search Amazon

EN ▾

Hello, Albert
Account & Lists ▾

Returns
& Orders

0
Cart

All    **Rufus**    Free Shipping Zone    Today's Deals    Buy Again    Albert's Amazon.com    Customer Service    Browsing History ▾

Sports & Outdoors › Sports › Cycling › Glasses & Goggles



**Visit the AWGSEE Store**

# 3 Pack Kids Baseball Sunglasses Youth Sports Football Softball Sunglasses for Girls Boys UV400 Protection

4.4          (172)  |  Search or ask

Color: **3pack-black+black/Blue+black/Red**

| 1 option from $9.95 | 1 option from $9.95 | 1 option from $9.95 | 1 option from $9.95 |
| 1 option from $9.95 | 1 option from $9.95 | 1 option from $9.95 | |

This item cannot be shipped to your selected delivery location. Please choose a different delivery location.

## Product details

**Origin**          Imported

## About this item

- 【UV400 PROTECTION LENS】 Our 3pack kids baseball sunglasses are designed with UV400 lenses that provide 100% protection against harmful UVA and UVB rays. Keep your child's eyes safe while they enjoy outdoor activities.
- 【LIGHTWEIGHT DESIGN】 Constructed with a durable and lightweight frame, these kids sports sunglasses are perfect for active kids. The design ensures comfort during long wear, making them ideal for sports like baseball, softball, football, cycling, and hiking.
- 【KIDS WRAP AROUND SUNGLASSES】 Featuring a

˅ See more

Report an issue with this product or seller

**Deals on related products** Sponsored ⓘ                                                                    Page 1 of 2

No featured offers available
Learn more

**This item cannot be shipped to your selected delivery location. Please choose a different delivery location.**

See Similar Items

Deliver to Hong Kong

Add to List


◉ **Ask Rufus**

Are these shatterproof?

Do they come with a case?

Can they be worn over prescription glasses?

Ask something else

     

Prev

Next

**FIXEROS Polarized Youth Baseball Sunglasses for Age 8-16 Boys Girls UV400 Kids Cycl...**

82

Amazon's Choice

Ends in 46:08

-15% $22⁰⁹

List Price $25.99

FREE delivery **Fri, Sep 19** on $49 of eligible items

**Foliful 3 Pack Polarized Sports Sunglasses for Men, Mens Sunglasses Wrap Around UV4...**

2,990

#1 Best Seller

Limited time deal

-10% $14³⁹

Typical: $16.04

FREE delivery **Fri, Sep 19** on $49 of eligible items

**FEISEDY Sports Sunglasses for Men, Women and Teens - Baseball, Biking,...**

1,104

Limited time deal

-30% $15³⁹

List: $21.99

FREE delivery **Fri, Sep 19** on $49 of eligible items

🌿 Climate Pledge Friendly

**FEISEDY Sports Sunglasses for Men and Women, Large Rectangular Lens,...**

10

Limited time deal

-50% $11⁹⁹

Typical: $23.99

FREE delivery **Fri, Sep 19** on $49 of eligible items

🌿 Climate Pledge Friendly

**AEANU Day & Night Sunglasses 2-Pack for Women & Teens – UV400 Mirrored and...**

44

Limited time deal

-30% $16⁶¹

List: $23.73

FREE delivery **Fri, Sep 19** o $49 of eligible items

## Product description







## Looking for specific info?

Ask Rufus or search reviews and Q&A

Are these shatterproof?     Do they come with a case?     Can they be worn over prescription glasses?     Are they polarized?

What sports are they good for?

## Videos

Help others learn more about this product by uploading a video!

Upload your video

## Product details

**Package Dimensions**  :  6.42 x 2.95 x 2.2 inches; 3.6 ounces

Amazon.com: AWGSEE 3 Pack Kids Baseball Sunglasses Youth Sports ... Sunglasses for Girls Boys UV400 Protection : Sports & Outdoors    2025/9/11 09:08

**Department :** Unisex Child

**Date First Available :** March 18, 2025

**ASIN :** B0F1T6LQGL

**Customer Reviews:** 4.4      (172)

---

## Products related to this item  Sponsored ⓘ

Page 1 of 67

    

*Prev*

| 5PACK Polarized Kids Sunglasses UV Protection Youth Baseball Sunglasses… | 3Packs Sports Sunglasses for Men Youth Women Baseball Sunglasses for Youth… | 3 Pack Kids Sunglasses Youth Baseball Softball Sunglasses for Girls Boys Age 4-14 U… | Polarized Sports Sunglasses for Women men, UV400 Protection, TAC Lenses for Running… | 3 Pack Kids Polarized Sunglasses - Youth Baseball Sunglasses for Boys Girls Age 3-1… |
|---|---|---|---|---|
| 21 | 15 | 36 | 29 | 555 |
| $25⁹⁷ | $17⁹⁹ | **#1 New Release** | -7% $24⁹⁹ | Amazon's Choice |
| | | -20% $15⁹⁹ | Typical: $26.99 | Limited time deal |
| | | List: $19.99 | | -52% $14³⁹ |
| | | | | List: $29.99 |
| FREE delivery **Fri, Sep 19** on $49 of eligible items | FREE delivery **Fri, Sep 19** on $49 of eligible items | FREE delivery **Fri, Sep 19** on $49 of eligible items | FREE delivery **Fri, Sep 19** on $49 of eligible items | FREE delivery **Fri, Sep 19** o $49 of eligible items |

*Nex*

---

## Similar brands on Amazon

Page 1 of 3

Sponsored

*Prev*




DUCO Polarized Kids Sunglasses Youth Sports Cycling Shades Lightweight
4.7     224
$24.98



PowerNet Baseball Softball 7x7 with Baseball Accessor
4.7     13,899
$119.99

*Nex*

---

## Customer reviews

### 4.4 out of 5

172 global ratings

| 5 star | | 70% |
|---|---|---|
| 4 star | | 16% |
| 3 star | | 6% |
| 2 star | | 1% |
| 1 star | | 7% |

## Reviews with images

See all photos ›

*Pre*     *Nex*

Amazon.com: AWGSEE 3 Pack Kids Baseball Sunglasses Youth Sports... Sunglasses for Girls Boys UV400 Protection : Sports & Outdoors 2025/9/11 09:08

How customer reviews and ratings work

## Review this product

Share your thoughts with other customers

Write a customer review

## Top reviews from the United States

Translate all reviews to English

 Erica

### Just buy them they are worth it

Reviewed in the United States on May 7, 2025

Color: 3pack-black/Red+black/Blue+black/Green    **Verified Purchase**

Loved them and so did my son he's 8 and they fit him perfectly and they look really good on him too, love the variety of colors also. He has been wanting a pair for a few weeks and less than 20$ for three pairs is a great deal

Helpful        Report

 BLD

### Great glasses and decently priced

Reviewed in the United States on August 20, 2025

Color: 3pack-black/Red+black/Blue+black/Green    **Verified Purchase**

Great alternative to expensive brands!

Helpful        Report

 Kindle Customer

### Perfect for young kids

Reviewed in the United States on July 28, 2025

**Verified Purchase**

My kids loved these! They were the perfect size for their little faces. A great quality for the price. They were light weight and the kids think they look cool 😎

Helpful        Report

 Giannet Lopez Moreno

### Divinas mi hijo está satisfecho

Reviewed in the United States on August 28, 2025

Color: 3pack-black/Red+black/Blue+blue/Red    **Verified Purchase**

Lo compré para mi niño tiene muy buena calidad buen precio a mi niño le encantó lo recomiendo 100 %

Helpful        Report

Translate review to English

 Laura L.

### Great fit and coverage for eyes

Reviewed in the United States on August 22, 2025

Color: 3pack-black/Blue+white/Blue+white/Pink    **Verified Purchase**

My grandkids 4 and 6 love these glasses. These glasses cover around the eyes soo no squinting!! They stay on their face fine!!

Helpful        Report

 Kerby gallo

### TENGA EN CUENTA QUE NOBESTE SUCIA NO ROTA LA BOLSA

Reviewed in the United States on July 31, 2025

**Verified Purchase**

TENER MAS CUIDADO CON LAS COSAS ME LLEGO SUCIA LA BOLSA Y ALGUNAS COSAS ABIERTAS YA

Helpful          Report

Translate review to English

  Amazon Customer

**Good value**

Reviewed in the United States on August 25, 2025

**Verified Purchase**

Perfect fit for my 7 year old.

Helpful          Report

  FeBe

**Fits well**

Reviewed in the United States on June 23, 2025

Color: 3pack-black/Red+black/Blue+black/Green          **Verified Purchase**

Birthday gift

Helpful          Report

See more reviews ›

## 4 stars and above  Sponsored ⓘ                                Page 1 of 40

  

| X-TIGER Kids Sunglasses Polarized Youth Baseball Sunglasses for 8-14 boys girls UV4... | MVPTGRS Youth Baseball Sunglasses for Boys Girls Age 8-14 TR90 Frame Kids Sport... | Polarized Youth Baseball Sunglasses for Age 8-16 Boys Girls UV400 Kids Cycling Eyew... | EAZYRUN Small Cycling Sports Sunglasses Women Youth Men, Pickleball Running... | 3 Pack Kids Polarized Sunglasses - Youth Baseball Sunglasses for Boys Girls Age 3-1... |
|---|---|---|---|---|
| 465 | 607 | 82 | 50 | 555 |
| Amazon's Choice | Amazon's Choice | Amazon's Choice | Amazon's Choice | Amazon's Choice |
| $18⁹⁹ | $17⁰⁹ | Ends in 46:08 | $17⁹⁹ | Limited time deal |
| FREE delivery **Fri, Sep 19** on $49 of eligible items | FREE delivery **Fri, Sep 19** on $49 of eligible items | -15% $22⁰⁹ List Price $25.99 | FREE delivery **Fri, Sep 19** on $49 of eligible items | -52% $14³⁹ List: $29.99 |
|  | You pay $16.23 with coupon (some sizes/colors) | FREE delivery **Fri, Sep 19** on $49 of eligible items |  | FREE delivery **Fri, Sep 19** o $49 of eligible items |

## Customers who bought this item also bought                      Page 1 of 15

Prev          Next

Amazon.com: AWGSEE 3 Pack Kids Baseball Sunglasses Youth Sports... Sunglasses for Girls Boys UV400 Protection : Sports & Outdoors          2025/9/11 09:08







Paulburry Sport Cycling Sunglasses for Men - Women 3 Pack Baseball Shades Sports Glasses for Running MTB Bike...
24
Amazon's Choice
$18⁹⁹

Sponsored
Bunnycool 6 Pairs Baseball Arm Sleeve Youth Sports Elbow...
112
-25% $14⁹⁹
List: $19.99
Get it as soon as **Friday, Sep 19**
FREE Shipping on orders over $49 shipped by Amazon

G2RISE CG01 Baseball Sunglasses for Youth Men Women - UV400 Protection Sun Glasses for Running & Cycling Softball Sports
515
$5⁹⁹

Sponsored
SLEEFS Football Mouth Guard - Lip/Mouthguard with Helmet Strap -...
940
$15⁹⁹
Get it as soon as **Friday, Sep 19**
FREE Shipping on orders over $49 shipped by Amazon

DioKiw Polarized Kids Sunglasses Youth Softb Cycling Sports Sun...
198
Amazon's Choice
-32% $18⁹⁹
($3.80/count)
Limited time deal
Typical: $27.98
Get it as soon as **Friday, Sep 19**
FREE Shipping on orders ov $49 shipped by Amazon

Back to top

**Get to Know Us**

Careers

Blog

About Amazon

Investor Relations

Amazon Devices

Amazon Science

**Make Money with Us**

Sell products on Amazon

Sell on Amazon Business

Sell apps on Amazon

Become an Affiliate

Advertise Your Products

Self-Publish with Us

Host an Amazon Hub

› See More Make Money with Us

**Amazon Payment Products**

Amazon Business Card

Shop with Points

Reload Your Balance

Amazon Currency Converter

**Let Us Help You**

Amazon and COVID-19

Your Account

Your Orders

Shipping Rates & Policies

Returns & Replacements

Manage Your Content and Devices

Help

English          $ USD - U.S. Dollar          United States

Amazon Music
Stream millions of songs

Amazon Ads
Reach customers wherever they spend their time

6pm
Score deals on fashion brands

AbeBooks
Books, art & collectibles

ACX
Audiobook Publishing Made Easy

Sell on Amazon
Start a Selling Account

Veeqo
Shipping Software Inventory Management

Amazon Business
Everything For Your Business

AmazonGlobal
Ship Orders Internationally

Amazon Web Services
Scalable Cloud Computing Services

Audible
Listen to Books & Original Audio Performances

Box Office Mojo
Find Movie Box Office Data

Goodreads
Book reviews & recommendations

IMDb
Movies, TV & Celebrities

Amazon.com: AWGSEE 3 Pack Kids Baseball Sunglasses Youth Sports ... Sunglasses for Girls Boys UV400 Protection : Sports & Outdoors                    2025/6/11 09:08

| IMDbPro | Kindle Direct | Prime Video Direct | Shopbop | Woot! | Zappos | Ring |
|---|---|---|---|---|---|---|
| Get Info Entertainment Professionals Need | Publishing Indie Digital & Print Publishing Made Easy | Video Distribution Made Easy | Designer Fashion Brands | Deals and Shenanigans | Shoes & Clothing | Smart Home Security Systems |

| eero WiFi | Blink | Neighbors App | Amazon Subscription Boxes | PillPack | Amazon Luna |
|---|---|---|---|---|---|
| Stream 4K Video in Every Room | Smart Security for Every Home | Real-Time Crime & Safety Alerts | Top subscription boxes – right to your door | Pharmacy Simplified | Video games from the cloud, no console required |

Conditions of Use     Privacy Notice     Consumer Health Data Privacy Disclosure     Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates



Coyote Cobra Pit Viper Designer Polarized Sunglass... was removed from Shopping Cart.




**DEAFRAIN Kids Polarized Sunglasses for Boys Girls TPEE Unbreakable Frame Sport Baseball Cycling Running Glasses for Ag…**
⭐⭐⭐⭐ 1,572
**$15**00
Get it as soon as **Tuesday, Dec 30**
FREE Shipping on orders over $35 shipped by Amazon

**AZorb Kids Polarized Sunglasses TPEE Rubber Flexible Frame for Boys Girls Age 3-8, 100% UV Protection**
⭐⭐⭐⭐ 5,962
**$9**99
Get it as soon as **Monday, Dec 29**
FREE Shipping on orders over $35 shipped by Amazon

**DYLB Kids Polarized Sunglasses for girls boys 3 Pack, Flexible TPEE Rubber Frame for Children Age 3-8.**
⭐⭐⭐⭐ 1,994
**$12**99
Get it as soon as **Monday, Dec 29**
FREE Shipping on orders over $35 shipped by Amazon

**AODUOKE Kids Sunglasses Boys Girls Sports Polarized Sunglasses for kids Child Youth Baseball Beach S…**
⭐⭐⭐⭐ 2,735
**$11**99
Get it as soon as **Monday, Dec 29**
FREE Shipping on orders over $35 shipped by Amazon

**LEICO FASHION Kids Polarized Retro Sunglasses for Boys Girls Age 3-12 Shatterproof UV Protection Toddler…**
⭐⭐⭐⭐ 880
-20% **$12**79
Typical: ~~$15.99~~
Get it as soon as **Monday, Dec 29**
FREE Shipping on orders over $35 shipped by Amazon

Subtotal
**$0.00**

Go to Cart

Coyote Cobra Pit Viper Designer Polarized Sunglass…
was removed from Shopping Cart.

# From the brand



# ✦ Looking for specific info?



Ask Rufus or search reviews and Q&A →

Are polarized lenses good for sports?    Do they come with a case?    Can they be worn while cycling?

Are they adjustable?    Do they have rubber nose pads?

# Product description



Subtotal
**$0.00**

Go to Cart

Coyote Cobra Pit Viper Designer Polarized Sunglass... was removed from Shopping Cart.



Subtotal
**$0.00**

Go to Cart

Coyote Cobra Pit Viper Designer Polarized Sunglass... was removed from Shopping Cart.

**Product Videos**



🌟 **Michelle Hoover**🌟 **Honest Reviews + Smart Solutions** Earns commissions
My honest review of QALLY 3 Pack Sunglasses

**Videos for this product**


My honest review of QALLY 3 Pack Sunglasses
🌟 Michelle Hoover🌟 …
Now playing ▶ 0:40


Check them out before you buy!!
Blakely Wurr
▶ 0:43


These sunglasses fit and look amazing!
Kristen M Sheehan
▶ 1:08


what a steal!! 3 pairs!!
stacy
▶ 0:49


Honest Review of Qally Sunglasses!
✅ Ruth Earls Amazon …
▶ 1:04

Kids Sunglasses Review
Kody Carr

QALLY Kids Sunglasses Youth Baseball Softball Sunglasses for Girls Boys Ag…
★★★★☆ 107
$**15**⁹⁹

---

## Product details

**Department** : girls

**Date First Available** : May 23, 2025

**ASIN** : B0F9XVK55B

**Product Warranty:** For warranty information about this product, please click here

**Best Sellers Rank:** #41,819 in Clothing, Shoes & Jewelry (See Top 100 in Clothing, Shoes & Jewelry)
#18 in Girls' Sunglasses

**Customer Reviews:** 4.5 ★★★★☆ (107)

## More from frequently bought brands  Sponsored ⓘ

Page 1 of 57









3PACK Kids Sunglasses for 6-14 Boys Girls, Youth Baseball and Cycling UV400 Protect…
★★★★☆ 469
Amazon's Choice
-40% $**17**⁹⁹
List: $29.99
✓prime

3PACK Kids Sunglasses Youth Baseball Sunglasses for Boys Girls Age 4-14, Softball C…
★★★★☆ 139
-32% $**16**⁹⁹
List: $24.99
✓prime

3PACK Kids Baseball Sunglasses for Boys Girls Polarized Youth Softball Cycling Spor…
★★★★☆ 40
-17% $**19**⁹⁵
List: $23.95
✓prime

Kids Youth Polarized Sports Sunglasses for 3-12 Girls Boys UV400 for Baseball and B…
★★★★☆ 7
$**9**⁹⁹
✓prime

Youth Baseball Sunglasses for Boys Girls Age 6-12 Softball Cycling Sports…
★★★★☆ 177
#1 Best Seller
$**8**⁹⁹

## Similar brands on Amazon

Page 1 of 3

Sponsored ⓘ



KSnap: Wrist Snap Training Equipment for Golf, Baseball, Softball & Basketbal…
4.2 ★★★★☆ 61
$44.99



VIROSGROS 3 Pairs Age 5-16 Youth Boys Girls Sunglasses Kids Baseball Shades…
4.7 ★★★★★ 19
$29.99

Subtotal
$**0.00**

Go to Cart

Coyote Cobra Pit Viper Designer Polarized Sunglass…
was removed from Shopping Cart.

# Customer reviews

★★★★½  4.5 out of 5

107 global ratings

| | | |
|---|---|---|
| 5 star | | 77% |
| 4 star | | 14% |
| 3 star | | 2% |
| 2 star | | 3% |
| 1 star | | 4% |

How customer reviews and ratings work ⌄

## Review this product

Share your thoughts with other customers

**Write a customer review**

## Customers say

Customers find these sunglasses fit well, particularly for 10 and 7-year-olds, and appreciate their durability and good quality. They like the style, with one customer noting the cool colors, and find them suitable for various sports activities, with one mentioning their daughter uses them for flag football practice and games. The sunglasses offer great value for money, though opinions on size are mixed.

ai· Generated from the text of customer reviews

**Select to learn more**

✓ Fit   | ✓ Style   | ✓ Durability   | ✓ Quality   | ✓ Sports use   | ✓ Value for money   | — Size

## Reviews with images

See all photos ›

‹     ›

## Top reviews from the United States

 Anna

★★★★★ **Wanted some like Mama**

Reviewed in the United States on October 13, 2025

Color: A02-blue+white/Pink+white/Pink+blue   |   Lens Color: Multicolor   |   **Verified Purchase**

My girls wanted sunglasses like I had so I searched and found these. It comes in a pack of three and the girls love them. They fit my 10 and 7 year old and look so cute on their little heads. They enjoy using them in the car especially when it is sunny. They seem to be holding up well and for 3 sunglasses you can't beat the price.

One person found this helpful

Helpful   |   Report

 Jessie

★★★★★ **Absolutely Love These Sunglasses!**

Reviewed in the United States on October 17, 2025

Color: Blue+white/Pink+white/Purple+black   |   Lens Color: Multicolor   |   **Verified Purchase**

Absolutely love these sunglasses! I've always wanted to get sunglasses in this style, and they look great. For adults with smaller heads, these fit great. We wore them to a music festival, and I've been wearing them in the weeks since then, and they're quite durable so far. Comfortable too! The nose bridge support is soft and hardly leaves a mark, and it comes with glasses wipes and a cloth pouch each. I highly recommend these!



One person found this helpful

Helpful   |   Report

 tasha

★★★★★ **Fits kids great.**

Reviewed in the United States on November 11, 2025

Color: A02-blue+white/Pink+white/Pink+blue   |   Lens Color: Multicolor   |   **Verified Purchase**

The kids love these for baseball and wearing outside when we go to outdoor sports games.

One person found this helpful

Helpful   |   Report

Katie Kwarta

★★★★☆ **Kinda small fitting**

Reviewed in the United States on October 4, 2025

Color: A04-orange+orange/Pink+green/Orange+red   |   Lens Color: Multicolor   |   **Verified Purchase**

They look super cool but they are kinda small. They don't seem to fit like they were advertised. But they did come super fast which was great and the colors are super cool.

Helpful   |   Report

---

Subtotal
**$0.00**

Go to Cart

Coyote Cobra Pit Viper Designer Polarized Sunglass...
was removed from Shopping Cart.

Subtotal
**$0.00**

Go to Cart

Coyote Cobra Pit Viper Designer Polarized Sunglass...
was removed from Shopping Cart.

Waste of money!

★★★★★ **Reveiw**
Reviewed in the United States on December 15, 2025
Color: A01-blue+white/Pink+pink/Pink+blue | Lens Color: Multicolor | **Verified Purchase**

My 9 year old daughter loves them!

Helpful | Report

Tonisha Peel

★★★★★ **Love them!**
Reviewed in the United States on October 6, 2025
Color: A01-blue+white/Pink+pink/Pink+blue | Lens Color: Multicolor | **Verified Purchase**

I bought these for my girls softball games, and I love them. Would definitely purchase again, and they actually can fit my face as an adult. Great price point. Looks stylish, and easy to storage and put away.

One person found this helpful

Helpful | Report

Jenna Conter

★★★★★ **Good quality**
Reviewed in the United States on November 7, 2025
Color: A02-blue+white/Pink+white/Pink+blue | Lens Color: Multicolor | **Verified Purchase**

Good quality

One person found this helpful

Helpful | Report

Ty

★★★★★ **Stylish and effective!**
Reviewed in the United States on October 16, 2025
Color: Blue+white/Pink+pink/Orange+red | Lens Color: Multicolor | **Verified Purchase**

I bought these for my 3 kids for a cruise vacation. They wore them everyday! They loved the full coverage of the visor lens, and they felt very stylish. They all said they were going to keep wearing them at home as well!

One person found this helpful

Helpful | Report

**See more reviews** ›

## Top reviews from other countries

Shining Scrutiny

★★★★★ **These Sunglasses are Built for the Chaos of Childhood**
Reviewed in Canada on October 8, 2025
Color: A01-blue+white/Pink+pink/Pink+blue | Lens Color: Multicolor | **Amazon Vine Customer Review of Free Product** ( What's this? )

My kids' relationship with sunglasses has, until now, been a brief and tragic affair. I've bought countless pairs, each one destined for a dramatic end. They've been lost at the park, used as a digging tool in the sandbox, and once, a pair was ceremoniously "buried at sea" in the dog's water bowl. Buying sunglasses for my children felt less like a purchase and more like a short-term rental that always ended in heartbreak.

In a moment of parental desperation, I ordered this QALLY 3-pack of youth baseball sunglasses. I figured that with three pairs, we might have a fighting chance of making it through a single week with at least one pair intact. When the box arrived, I was immediately impressed. These aren't the flimsy, disposable plastic shades you find in a party favour bag. They have a solid, durable feel to them, like they were actually designed by someone who has met a real child before. The sporty design is legitimately cool, and the bright colour combinations were an instant hit.

My kids, who normally have to be bribed into wearing sun protection, actually fought over who got

⌄ Read more

Subtotal
**$0.00**

Go to Cart

Coyote Cobra Pit Viper Designer Polarized Sunglass...
was removed from Shopping Cart.

Report

Hammy

⭐⭐⭐⭐⭐ **3 pack cycling sunglasses for kids**

Reviewed in Canada on November 3, 2025

Color: Blue+white/Pink+white/Purple+black  |  Lens Color: Multicolor  |  **Amazon Vine Customer Review of Free Product** ( What's this? )

Here we have the Qally 3 pack of kids sport sunglasses up for review. These are great quality sunglasses and for the price I think it's a great deal. I have 3 kids so this 3 pack was perfect so that each one got to choose their own pair. The glasses are made with good quality materials. I like the adjustable nose supports that really make it easy to adjust and adapt to any person. Kids are aged between 7-12 and these fit them well. Slightly big in the 7y/o but she'll grow into them. We are a family of cyclists and use these glasses for cycling. The UV protection is great when the sun is glaring down at you or when the sun is setting. The frames are made of plastic and are very lightweight. They each have their own carrying bag which is perfect for when they are not being used. Overall, I really like these sports sunglasses and can confidently recommend them to anyone.



Report

SleepingBeautysMom

⭐⭐⭐⭐☆ **Comfortable**

Reviewed in Canada on November 12, 2025

Color: Blue+white/Pink+white/Purple+black  |  Lens Color: Multicolor  |  **Amazon Vine Customer Review of Free Product** ( What's this? )

The quality of these sunglasses is decent. They likely wouldn't hold to up being treated roughly though. The plastic feels cheap. Each of the lenses makes surroundings appear different colours. They're lightweight and pretty comfortable to wear.

Report

Miss_604

⭐⭐⭐⭐☆ **Nice set of polarized sport sunglasses**

Reviewed in Canada on October 7, 2025

Color: Blue+white/Pink+white/Purple+black  |  Lens Color: Multicolor  |  **Amazon Vine Customer Review of Free Product** ( What's this? )

My son was really excited for this 3 pack of 'pit viper' glasses. He said they're traditionally used for baseball and chose some fun colors. The picture made the lenses seem more mirrored than they are. They are mirrored, but its a transparent polarized lense and only mirrored looking at it straight on. They are nice medium density plastic with a slight bendability to prevent shattering which is perfect for sports. I was able to wear them as an adult (with an oval shaped face) and would say that their range would be 5+ my other son has a round face and was also able to wear them, but my husband has a square face and they were starting to get tight.



Report

Lauren Goode

⭐⭐⭐⭐☆ **Good knockoffs**

Reviewed in Canada on October 10, 2025

Color: Blue+white/Pink+white/Purple+black  |  Lens Color: Multicolor  |  **Amazon Vine Customer Review of Free Product** ( What's this? )

Quality seems decent. They look like other popular sunglasses but at a fraction of the price. They came packaged in a box, each pair wrapped in plastic, and the bags and cloths packaged separately. I wish they were packed into the bags because my box was dented in and I was worried the glasses would be scratched. My kids were happy, and it fit them (7-9 years old)

Report

**See more reviews ›**

**4 stars and above** Sponsored ⓘ

    

Polarized Kids Sunglasses Youth Softball Cycling Sports Sun Glasses Boys Girls…

★★★★☆ 303

Amazon's Choice

$24⁹⁷

✓prime

Kids Sunglasses Youth Baseball Sunglasses for Boys Girls Age 6-14 Sports UV400 Prot...

★★★★☆ 142

-20% $15⁹⁹

List: $19.99

✓prime

Youth Baseball Sunglasses Kids Sports Sunglasses for Boys Girls Softball Cycling Gl…

★★★★☆ 329

$16⁹⁹

✓prime

Kids Sunglasses Youth Baseball Sun Glasses Polarized Sports TR90 Lightweight Cyclin...

★★★★☆ 511

-50% $14⁹⁹

List: $29.99

✓prime

Kids Sunglasses,Youth Baseball Glasses for Boys Girls Age 6-14,Sports UV Protection…

★★★★☆ 170

$8⁹⁹

✓prime

Youth Baseb Sunglasses Age 6-12 So Cycling Spo

★★★★☆

#1 Best Selle

$8⁹⁹

✓prime

Subtotal
**$0.00**

Go to Cart

Coyote Cobra Pit Viper Designer Polarized Sunglass...
was removed from Shopping Cart.

---

Back to top

**Get to Know Us**

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

**Make Money with Us**

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

**Amazon Payment Products**

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

**Let Us Help You**

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Recalls and Product Safety Alerts

Registry & Gift List

Help

 English ⇕     United States

Amazon Music
Stream millions of songs

Amazon Ads
Reach customers wherever they spend their time

6pm
Score deals on fashion brands

AbeBooks
Books, art & collectibles

ACX
Audiobook Publishing Made Easy

Sell on Amazon
Start a Selling Account

Veeqo
Shipping Software Inventory Management

Amazon Business
Everything For Your Business

Amazon Fresh
Groceries & More Right To Your Door

AmazonGlobal
Ship Orders Internationally

Home Services
Experienced Pros Happiness Guarantee

Amazon Web Services
Scalable Cloud Computing Services

Audible
Listen to Books & Original Audio Performances

Box Office Mojo
Find Movie Box Office Data

Goodreads

IMDb
Movies, TV & Celebrities

IMDbPro

Kindle Direct Publishing

Amazon Photos

Prime Video Direct
Video Distribution Made Easy

Shopbop
Designer Fashion Brands

Book reviews & recommendations

Amazon Resale
Great Deals on Quality Used Products

Whole Foods Market
America's Healthiest Grocery Store

Get Info Entertainment Professionals Need

Woot!
Deals and Shenanigans

Indie Digital & Print Publishing Made Easy

Zappos
Shoes & Clothing

Ring
Smart Home Security Systems

Unlimited Photo Storage Free With Prime

eero WiFi
Stream 4K Video in Every Room

Blink
Smart Security for Every Home

Neighbors App
Real-Time Crime & Safety Alerts

Amazon Subscription Boxes
Top subscription boxes – right to your door

PillPack
Pharmacy Simplified

Amazon Renewed
Like-new products you can trust

Amazon Luna
Video games from the cloud, no console required

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates

Subtotal
**$0.00**

Go to Cart

Coyote Cobra Pit Viper Designer Polarized Sunglass... was removed from Shopping Cart.

Book reviews & recommendations

Amazon Resale
Great Deals on Quality Used Products

Whole Foods Market
America's Healthiest Grocery Store

Get Info Entertainment Professionals Need

Woot!
Deals and Shenanigans

Indie Digital & Print Publishing Made Easy

Zappos
Shoes & Clothing

Ring
Smart Home Security Systems

Unlimited Photo Storage Free With Prime

eero WiFi
Stream 4K Video in Every Room

Blink
Smart Security for Every Home

Neighbors App
Real-Time Crime & Safety Alerts

Amazon Subscription Boxes
Top subscription boxes – right to your door

PillPack
Pharmacy Simplified

Amazon Renewed
Like-new products you can trust

Amazon Luna
Video games from the cloud, no console required

Coyote Cobra Pit Viper Designer Polarized Sunglass...



amazon
Deliver to Aoyu
Miami 33133

All ▼ | Search Amazon | 🔍

EN | Hello, Albert Account & Lists ▼ | Returns & Orders | 🛒 0

☰ All | Rufus | Join Prime | Holiday Gifts | Same-Day Delivery | Amazon Haul | Gift Cards ▼ | Medical Care ▼ | Amazon Basics | Customer Service | Buy Again

**Amazon Fashion** | Women | Men | Kids | Luggage | Sales & Deals | New Arrivals | Amazon Brands | Amazon Luxury

Clothing, Shoes & Jewelry › Boys › Accessories › Sunglasses





Visit the QALLY Store

## 3PACK Kids Sunglasses Youth Baseball Sunglasses for Boys Girls Age 4-14, Softball Cycling UV400 Protection Sports

4.6 ★★★★⯪ (139)  |  Search this page

**Amazon's Choice**

**600+ bought** in past month

**-6%** $15.99

List Price: $16.99 ⓘ  |  Price history

**FREE Returns** ⌄

Color: **A01-dark Blue/Blue/Pink**

| | | | |
|---|---|---|---|
| $15.99 ~~$16.99~~ | $16.99 ~~$24.99~~ | $16.99 ~~$19.99~~ | $18.9 ~~$29.9~~ |
| $16.99 ~~$19.99~~ With Prime | $16.99 ~~$23.99~~ With Prime | $18.99 ~~$24.99~~ | $19.9 ~~$24.9~~ |

‹ Previous | **1** | 2 | Next ›

Lens Color: **Multicolor**

## Product details

| | |
|---|---|
| **Origin** | Imported |

## About this item

- Designed For Kids: Our kids' sunglasses come in vibrant, cool, and versatile colors, perfect for boys and girls ages 4–14. Let your child express their unique style while staying protected during sports or playtime.
- UV Protection: Featuring high-definition lenses, our youth baseball sunglasses provide UV protection for a sharper, more vibrant view of the outdoors.
- Lightweight Frame Design: These sunglasses feature ultra-lightweight frames for all-day comfort, weighing just 23 grams. The flexible, unbreakable design ensures a secure fit, while the soft frame allows your child to wear them comfortably for extended periods.
- Best Gift for Active Kids: These glasses are perfect for baseball, softball

⌄ See more

🚩 Report an issue with this product or seller

### 💡 Ask Rufus

Are these sunglasses polarized?

Do they come with a carrying case?

Can they be worn while swimming?

Ask something else



prime

Enjoy fast, free delivery, exclusive deals, and award-winning movies & TV shows.

Join Prime

$15.99

FREE delivery **Monday, December 29** on orders shipped by Amazon over $35

Or Prime members get FREE delivery **Tomorrow, December 23**. Order within 10 hrs 50 mins. Join Prime

**Arrives 2 days before Christmas**

Deliver to Aoyu - Miami 33133

**In Stock**

Quantity: 1 ▼

Add to Cart

Buy Now

| | |
|---|---|
| Ships from | Amazon |
| Sold by | QALLY |
| Returns | FREE refund/replacement until Jan 31, 2026 |
| Gift options | Available at checkout |

⌄ See more

Add to List

## Similar items that may deliver to you quickly

Page 1 of 5

‹   ›

Derowern Kids Baseball Polarized Sunglasses Sports TR90 Lightweight Frame Sun Glass for Boys Girls Age 6-14 Softball…
★★★★☆ 81
$13⁹⁹ ($7.00/count)
Get it as soon as **Monday, Dec 29**
FREE Shipping on orders over $35 shipped by Amazon

Derowern Kids Baseball Polarized Sunglasses Sports TR90 Lightweight Frame Sun Glass for Boys Girls Age 6-14 Softball…
★★★★☆ 81
$15⁹⁹
Get it as soon as **Friday, Jan 2**
FREE Shipping on orders over $35 shipped by Amazon

KAPVOE Kids Baseball Sunglasses Youth Polarised or Photochromatic Cycling Sunglasses for Boys Gir…
★★★★☆ 60
$7⁹⁹
Get it as soon as **Monday, Dec 29**
FREE Shipping on orders over $35 shipped by Amazon

SCVCN Baseball Glasses Youth Polarized Sports Sunglasses Boys Girls Kids Cycling Shades Running Softball Age 3…
★★★★☆ 12
$14⁹⁹
Get it as soon as **Friday, Jan 2**
FREE Shipping on orders over $35 shipped by Amazon

Derowern Kids Baseball Polarized Sunglasses Sports TR90 Lightweight Frame Sun Glass for Boys Girls Age 6-14 Softball…
★★★★☆ 81
$13⁹⁹ ($7.00/count)
Get it as soon as **Monday, Dec 29**
FREE Shipping on orders over $35 shipped by Amazon

Derowern Kids Baseball Polarized Sunglasses Sports TR90 Lightweig Frame Sun Glass for Bo…
★★★★☆ 81
Amazon's Choice
-7% $9⁹⁹
Typical: $10.79
Get it as soon as **Monday, 29**
FREE Shipping on orders o $35 shipped by Amazon

# From the brand



KIDS SPORT SUNGLASSES

## ✴ Looking for specific info?

Ask Rufus or search reviews and Q&A →

- Are these sunglasses polarized?
- Do they come with a carrying case?
- Can they be worn while swimming?
- What activities are they good for?
- Are they adjustable?

# Product description





**Product Videos**



**Emily Fogle** Earns commissions
Finally found sunglasses my 4 year old keeps on #ad

#sponsored

Videos for this product


Now playing ▶ 0:53
**Finally found sunglasses my 4 year old keeps on #ad**
Emily Fogle


▶ 0:57
**Honest review of Qally Youth Sunglasses**
✅ Ruth Earls Amazon …


▶ 0:30
**Kids Sport Sunglasses for Boys Girls**
QALLY


▶ 0:29
**Kids Sunglasses for Boys Girls Age 4-14**
QALLY


▶ 1:02
**Review of QALLY Kids Sunglasses**
RikkiB

QALLY 3PACK Kids Sunglasses Youth Baseball Sunglasses for Boys Girls Ag…
★★★★½ 139
$16⁹⁹

# Product details

**Package Dimensions** : 6.89 x 3.27 x 2.17 inches; 12.98 ounces

**Department** : boys

**Date First Available** : May 23, 2025

**ASIN** : B0F9X88F7V

**Product Warranty:** For warranty information about this product, please click here

**Best Sellers Rank:** #38,598 in Clothing, Shoes & Jewelry (See Top 100 in Clothing, Shoes & Jewelry)
#9 in Boys' Sunglasses

**Customer Reviews:** 4.6 ★★★★½ ⌄ (139)

## Similar brands on Amazon

Page 1 of 3

Sponsored ⓘ



KUGUAOK Polarized Kids Sunglasses Youth Baseball Sun Glasses Boys Girls…
4.7 ★★★★½ 14
$9.97 Typical: $14.97



KSnap: Wrist Snap Training Equipment for Golf, Baseball, Softball & Basketbal…
4.2 ★★★★☆ 61
$44.99



# Customer reviews

★★★★½ 4.6 out of 5

139 global ratings

| | | |
|---|---|---|
| 5 star | ████████░░ | 72% |
| 4 star | ███░░░░░░░ | 21% |
| 3 star | █░░░░░░░░░ | 4% |
| 2 star | ░░░░░░░░░░ | 1% |
| 1 star | ░░░░░░░░░░ | 2% |

How customer reviews and ratings work ⌄

## Customers say

Customers find these sunglasses to be of good quality, with one mentioning they're particularly suitable for young boys playing sports. They receive positive feedback for their perfect fit and good value for money.

ⓐⓘ Generated from the text of customer reviews

**Select to learn more**

✓ Quality | ✓ Fit | ✓ Value for money

## Reviews with images

See all photos ›



**Review this product**

Share your thoughts with other customers

Write a customer review






## Top reviews from the United States

Translate all reviews to English

Alana Henderson

★★★★★ **Great QUALITY!**

Reviewed in the United States on November 1, 2025

Color: A09-blue/Green/Pink | Lens Color: Multicolor | **Verified Purchase**

Excellent product!

Helpful | Report

mari

★★★★★ **Great so far.**

Reviewed in the United States on December 13, 2025

Color: A01-dark Blue/Blue/Pink | Lens Color: Multicolor | **Verified Purchase**

My daughter will love them when she opens them up on Christmas Day!!

Helpful | Report

Uri Halevi

★★★★☆ **Great sport sunnies for the price**

Reviewed in the United States on November 4, 2025

Color: A01-dark Blue/Blue/Pink | Lens Color: Multicolor | **Verified Purchase**

They're not premium glasses and the optics aren't Oakley or Smith level, and they do run quite large…but for this price I absolutely can't complain.

They work well for my 7yo's cycling and he's taken to wearing them as his regular sunnies too since he likes how they look.

When wearing the blue ones with the rainbow mirror lens there's a perceptible transition between the different colors through the lens but he says he likes it, it's like the Rainbow Road in Mario Kart.

They have sustained a few scratches but kids are also notoriously hard on glasses, and the construction quality is surprisingly good, plus I appreciate the included bags and cleaning cloths.



Good sport glasses that give you the modern look and most of the performance as long as your head's big enough that they don't fall off.

Helpful | Report

Arnolds Electronics

★★★★★ 👍

Reviewed in the United States on October 23, 2025

Color: A03-black/Red/Blue | Lens Color: Multicolor | **Verified Purchase**

My boys (10,11) love them! They fit well.

Helpful | Report

Will

★★★★★ **Good glasses**

Reviewed in the United States on October 17, 2025

Color: A11-pink/Green/Orange | Lens Color: Multicolor | **Verified Purchase**

Great glasses my kids love them and perfect fit for them

Helpful | Report

Elisa ortiz

★★★★★ **Good quality**

Reviewed in the United States on October 23, 2025

Color: A01-dark Blue/Blue/Pink | Lens Color: Multicolor | **Verified Purchase**

Good quality

Helpful    |   Report

Linda Garcia

★★★★☆ **Nice quality for price point**

Reviewed in the United States on October 27, 2025

Color: A08-blue/Orange/Pink   |   Lens Color: Multicolor    **Verified Purchase**

Pretty decent quality! My son loves them!

Helpful    |   Report

Leypzing

★★★★★ **Buena calidad**

Reviewed in the United States on October 28, 2025

Color: A07-dark Blue/Blue/Orange   |   Lens Color: Multicolor    **Verified Purchase**

Hermosas y buena calidad

Helpful    |   Report

Translate review to English

---

See more reviews ›

## Top reviews from other countries

Translate all reviews to English

Client d'Amazon

★★★★★ **Elle tienne très bien**

Reviewed in Canada on December 14, 2025

Color: A02-red/Blue/Dark Blue   |   Lens Color: Multicolor   |   **Verified Purchase**

Super de belles lunette j'ai acheter pour mes petits fils. Elle font super bien

Report

Translate review to English

HUMAN NOT AI

★★★★☆ **A Grandparent's Secret Weapon for Sunny Days.**

Reviewed in Canada on October 9, 2025

Color: A06-blue/Orange/Purple   |   Lens Color: Multicolor   |   **Amazon Vine Customer Review of Free Product** ( What's this? )

I purchased this three-pack of sunglasses to keep at my house for when the grandkids visit. I wanted a simple, affordable solution so their parents wouldn't have to pack an extra item and we'd always be ready for a sunny walk, a drive in the car, or just playing in the backyard here.

The best thing about this set is the sheer convenience. Having three pairs on hand means no more squabbles, as each child can pick a colour. They are lightweight and the kids don't complain about wearing them. For the price, the quality is perfectly acceptable for this purpose. They feel sturdy enough to survive being dropped and handled by little hands. Now, when the autumn sun is low and bright, I can just hand a pair to each of them without a second thought.

The fit isn't universal. They were perfect for my 8-year-old but were a little loose and tended to slide down the nose of my 5-year-old. I also wish they had come with simple cloth bags for storage. Since they're just kept in a drawer between visits, I worry the lenses will get scratched up over time.

⌄ Read more

Report

Elizabeth

★★★★★ **Trendy Sunglasses for Kids - Good Value for Price**

Reviewed in Canada on November 15, 2025

Color: A11-pink/Green/Orange   |   Lens Color: Multicolor   |   **Amazon Vine Customer Review of Free Product** ( What's this? )

These sunglasses were a hit with my kids and are exactly as pictured. For the price, you get 3 80's style sunglasses that are very popular right now and on trend for kids.

So far, they have held up well, including when they wear them biking at the pump track.

Report

John and Allison D

★★★★☆ **Fun kids sunglasses**

Reviewed in the U.S. on October 16, 2025
Color: A06-blue/Orange/Purple | Lens Color: Multicolor | **Amazon Vine Customer Review of Free Product** ( What's this? )

These are not expensive designer glasses, but I think the target buyer knows that. These are fun (but effective sun blocking) sunglasses for kids and I am reviewing them with that in mind.

They look really cool. The lens colors as well of the frame really stand out. I like that in the set of 3, each one looks totally unique color-wise. It should be noted that that each one's tint colors are different, so not all colors may be desirable for all, but that will be subjective. I'm guessing most kids don't really care as long as they block the sun and they like the way they look. I would be slightly cautious though that some colors are better for their eyes than others, but I don't know that for a fact.

They come with soft cases as well as soft cleaning clothes too. Sure, most kids will likely lose these, but I like that they are included in case they are not.

The build quality is quite good for kids glasses…I'd say it's comparable to most non-name brand adult sunglasses.

⌄ Read more

Report

---

M&M's Real Reviews

★★★★★  **Quality made, vibrant colors and super comfortable sunglasses. My boys love them!**
Reviewed in Canada on October 18, 2025
Color: A07-dark Blue/Blue/Orange | Lens Color: Multicolor | **Amazon Vine Customer Review of Free Product** ( What's this? )

I am always on a look out for kids sunglasses, since my boys love them so much and it's great to have to protect their eyes. These looked very vibrant and their design seemed cool, so it was worth to try.

Upon first impression, I was pleased with the quality of these sunglasses and upon trying them on myself, felt they were comfortable too. Some glasses look great, but feel super uncomfortable, so these did not dissapoint. My boys were immediately attracted to them and grabbed their choice of color as soon as I put them on the table…poof they were gone. And they were super happy with these sunglasses. They also voiced the sunglasses felt very comfortable and look awesome. So happy kids and a happy mama.

Overall, these are quality made glasses. Light and comfortable to wear and look great too. Their colors are beautiful and vibrant and no concerns with them. Worth it and recommend them. Great sunglasses for kids to have. My boys absolutely love these. 🥽✨✨✨✨✨💕

Report

---

**See more reviews ›**

Back to top

## Get to Know Us

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

## Make Money with Us

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

## Amazon Payment Products

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

## Let Us Help You

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Recalls and Product Safety Alerts

Registry & Gift List

Help

 

**Amazon Music**
Stream millions of songs

**Amazon Ads**
Reach customers wherever they spend their time

**6pm**
Score deals on fashion brands

**AbeBooks**
Books, art & collectibles

**ACX**
Audiobook Publishing Made Easy

**Sell on Amazon**
Start a Selling Account

**Veeqo**
Shipping Software Inventory Management

**Amazon Business**
Everything For Your Business

**Amazon Fresh**
Groceries & More Right To Your Door

**AmazonGlobal**
Ship Orders Internationally

**Home Services**
Experienced Pros Happiness Guarantee

**Amazon Web Services**
Scalable Cloud Computing Services

**Audible**
Listen to Books & Original Audio Performances

**Box Office Mojo**
Find Movie Box Office Data

**Goodreads**
Book reviews & recommendations

**IMDb**
Movies, TV & Celebrities

**IMDbPro**
Get Info Entertainment Professionals Need

**Kindle Direct Publishing**
Indie Digital & Print Publishing Made Easy

**Amazon Photos**
Unlimited Photo Storage Free With Prime

**Prime Video Direct**
Video Distribution Made Easy

**Shopbop**
Designer Fashion Brands

**Amazon Resale**
Great Deals on Quality Used Products

**Whole Foods Market**
America's Healthiest Grocery Store

**Woot!**
Deals and Shenanigans

**Zappos**
Shoes & Clothing

**Ring**
Smart Home Security Systems

**eero WiFi**
Stream 4K Video in Every Room

**Blink**
Smart Security for Every Home

**Neighbors App**
Real-Time Crime & Safety Alerts

**Amazon Subscription Boxes**
Top subscription boxes – right to your door

**PillPack**
Pharmacy Simplified

**Amazon Renewed**
Like-new products you can trust

**Amazon Luna**
Video games from the cloud, no console required

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates

amazon

Deliver to Aoyu
Miami 33133

Sports & Outdoors ▾     Search Amazon

EN

Hello, Albert
Account & Lists ▾

Returns
& Orders

0

All     Rufus     Join Prime     Holiday Gifts     Same-Day Delivery     Amazon Haul     Gift Cards ▾     Medical Care ▾     Amazon Basics     Customer Service     Buy Again

Sports & Outdoors     Outdoor Recreation     Hunting     Fishing & Boating     Cycling     Exercise & Fitness     Sports     Golf     Game Room & Outdoor Games     Fanshop     Sales & Deals

Save up to 20% on select gift cards     Shop now

Sports & Outdoors › Sports › Cycling › Glasses & Goggles



Click to see full view

**Ask Rufus**

Are polarized lenses good for sports?

Can they be worn with a helmet?

Do they come with a case?     Ask something else

# Kids Baseball Polarized Sunglasses Sports TR90 Lightweight Frame Sun Glass for Boys Girls Age 6-14 Softball Cycling

Brand: Derowern

4.7 ★★★★☆ (81)   |   Search this page

**Amazon's Choice**

**50+ bought** in past month

**-7%** **$9**⁹⁹

Typical price: $10.79 ⓘ   |   Price history

FREE Returns ⌄

☐ Coupon price $9⁴⁹   Terms

Get $60 off instantly: Pay $0.00 upon approval for Amazon Visa.

Color: **Pink**



| | | | | |
|---|---|---|---|---|
| $15.99 | $13.99 ($7.00 / count) | $13.99 ($7.00 / count) | $13.99 ($7.00 / count) | $15.99 ($5.33 / count) $22.99 |



| | | | | |
|---|---|---|---|---|
| $15.99 $22.99 | $15.99 ($5.33 / count) | $13.99 ($7.00 / count) | $9.99 | $9.99 |

| | | |
|---|---|---|
| $9.99 | $9.99 $10.79 | $9.99 |

## Product details

| | |
|---|---|
| **Brand** | Derowern |
| **Polarization Type** | Polarized |
| **Color** | Pink |
| **Material** | Polycarbonate |
| **Frame Type** | Full Rim |

See all product specifications

## About this item

- STYLISH & PROTECTIVE: Our kids baseball sunglasses feature fashionable polycarbonate frames that enhance the youthful look of teenagers. The wrap-around design offers better eye protection, shielding eyes from dust, wind, and other elements, making it perfect for kids aged 6-12.
- DURABLE DESIGN: Our sunglasses are designed to be lightweight and comfortable with high-quality materials that can withstand your child's active lifestyle. Each pair comes with a carrying pouch ideal for on-the-go use.
- UV400 PROTECTION: Our youth baseball sunglasses provide your child's eyes with complete UVA-UVB protection against harmful sun rays, minimizing eye strain and protecting them from eye damage.



prime

Enjoy fast, free delivery, exclusive deals, and award-winning movies & TV shows.

Join Prime

$9⁹⁹

FREE delivery **Monday, December 29** on orders shipped by Amazon over $35

Or Prime members get FREE delivery **Tomorrow, December 23**. Order within **11 hrs 3 mins**. Join Prime

**Arrives 2 days before Christmas**

Deliver to Aoyu - Miami 33133

**In Stock**

Quantity: 1

Add to Cart

Buy Now

| | |
|---|---|
| Ships from | Amazon |
| Sold by | Derowern-US |
| Returns | FREE refund/replacement until Jan 31, 2026 |
| Gift options | Available at checkout |

⌄ See more

Add to List

⌄ Show more

☐ Report an issue with this product or seller

## Similar items that may deliver to you quickly

Page 1 of 4 ⋮





KAPVOE Kids Baseball Sunglasses Youth Polarised or Photochromatic Cycling Sunglasses for Boys Gir…

★★★★½ 60

$7⁹⁹

Get it as soon as **Monday, Dec 29**

FREE Shipping on orders over $35 shipped by Amazon



SCVCN Kids Baseball Glasses Boys Girls Sports Sunglasses Youth Cycling Shades Running Softball Age 3-12 S9032

★★★★½ 35

$9⁹⁹

Get it as soon as **Tuesday, Dec 30**

FREE Shipping on orders over $35 shipped by Amazon



suoso Kids Sports Polarized Sunglasses: Youth Baseball Sun Glasses Cycling Glasses…

★★★★½ 141

Amazon's Choice

$23⁹⁹

Get it as soon as **Tuesday, Dec 30**

FREE Shipping on orders over $35 shipped by Amazon



suoso Kids Sports Polarized Sunglasses: Youth Baseball Sun Glasses Cycling Glasses for Boys Girls Age 6-12…

★★★★½ 141

$23⁹⁹

Get it as soon as **Tuesday, Dec 30**

FREE Shipping on orders over $35 shipped by Amazon



X-TIGER Kids Sunglasses Polarized Youth Baseball Sunglasses for 8-14 boys girls UV400 Sports Softball Cycling Glasses

★★★★½ 516

$23⁹⁸

Get it as soon as **Monday, Dec 29**

FREE Shipping on orders over $35 shipped by Amazon

♻ 3 sustainability features ⌄



ROCKBROS Photochro… Sports Kids Sunglasses For Boys Girls Children Youth MTB Biking Sunglasses for Kids Ag…

★★★★½ 117

$23⁹⁹

Get it as soon as **Monday, 29**

FREE Shipping on orders o… $35 shipped by Amazon

Only 19 left in stock - orde…

## Similar items in new arrivals for you

⋮



Childrens Cycling Sun Glasses Sports Sun Running Baseball Childs For Boys Girls Kids Outdoor Activity Eyeglasses

$12⁵⁴

Get it Jan 8 - 22

$2.00 shipping



Personalized Kids Glasses, Christmas Party Favor Gift, Custom Name/Message Children's Sunglasses with UV400 Protection, Stocking…

$12⁹⁹

Get it Jan 13 - 14

FREE Shipping



Personalized Baseball Initial Christmas Ornament 2025, Custom Name Letter Acrylic Decoration with Santa Hat, Unique for Baseball…

$12⁹⁵

FREE Shipping



Famitrendz Personalized Baseball Christmas Ornament, Base Ball Player End of Season Gift, Baseball Team Gift,…

★★½☆☆ 2

$13⁹⁵

Get it **Dec 30 - Jan 5**

FREE Shipping

## Product description









**kids sunglasses**



| | kids sunglasses | kids sunglasses | kids sunglasses | kids sunglasses |
|---|---|---|---|---|
| | Add to Cart | Buying Options | Buying Options | Add to Cart |
| Customer Reviews | ★★★★½ 81 | ★★★★½ 81 | ★★★★½ 81 | ★★★★½ 81 |
| Price | $9⁹⁹ | — | — | $9⁹⁹ |
| POLARIZED LENS | ✔ | ✔ | ✔ | ✔ |
| ANTI-UVA/UVB | ✔ | ✔ | ✔ | ✔ |
| TR90 FRAME | ✔ | ✔ | ✔ | ✔ |
| ADJUSTABLE PAD | ✔ | ✔ | ✔ | ✔ |
| SPORTS FASHION | ✔ | ✔ | ✔ | ✔ |

## Product Videos



**Momma Make it Easy** Earns commissions
My Review of Derowern Youth Polarized Sunglasses

Derowern Kids Baseball Polarized Sunglasses Sports TR90 Lightweight…
★★★★½ 81
$13⁹⁹

### Videos for this product

Now playing ▶ 1:17 — **My Review of Derowern Youth Polarized Sunglasses** — Momma Make it Easy

▶ 1:54 — **Reasons to Love These Sunglasses!** — Heidi Seawell

▶ 1:40 — **Athletic Polarized Sunglasses for Kids** — Natalya Stepanchuk

▶ 0:46 — **Love the shade to keep kids lookin cool and protected!** — stacy

▶ 0:57 — **Details on these kids sunglasses** — Rikki Jo Davis

**Kids Polarized Sunglasses** — Nicole Kenngott

## ✦ Looking for specific info?

Ask Rufus or search reviews and Q&A ➔

Are polarized lenses good for sports?   Can they be worn with a helmet?   Do they come with a case?

Are they adjustable?   What activities are they good for?

## Similar brands on Amazon

Page 1 of 2

Sponsored ⓘ





SPARK CATCH Light Up Baseball, Glow in The Dark Baseball, Sports Gear…



Inflatable Baseball Pitching Target for Kids, Double-Sided Outdoor & Indoor…

## Customer reviews

★★★★½ 4.7 out of 5

81 global ratings

| | | |
|---|---|---|
| 5 star | | 83% |
| 4 star | | 11% |
| 3 star | | 2% |
| 2 star | | 2% |
| 1 star | | 2% |

How customer reviews and ratings work ⌄

### Review this product

Share your thoughts with other customers

Write a customer review

## Customers say

Customers find these baseball sunglasses to be of good quality, with one mentioning their child loves wearing them for both golf and baseball. The sunglasses provide a perfect fit and offer good value for money.

ai⁚ Generated from the text of customer reviews

**Select to learn more**

✓ Quality │ ✓ Fit │ ✓ Value for money

### Reviews with images

See all photos ›

 

## Top reviews from the United States

Translate all reviews to English

**Whitney**

★★★★★ **Perfect for baseball**

Reviewed in the United States on October 27, 2025

Color: Colorful&pink │ **Verified Purchase**

Great fit on my 9 year old

Helpful │ Report

**Erin**

★★★★★ **Great Sunglasses!**

Reviewed in the United States on July 19, 2025

Color: Black&blue&flag │ **Verified Purchase**

My son loves these sunglasses, fit my 6 year old son perfectly!

Helpful │ Report

**jennifer**

★★★★★ **Kiddo approved**

Reviewed in the United States on August 11, 2025

Color: Purple │ **Verified Purchase**

Son loves to wear these for golf and baseball.

Helpful │ Report

**Zwood**

★★★★★ **Drip for the kid**

Reviewed in the United States on September 11, 2025

**Verified Purchase**

Great fit, right color and polarized! Can't go wrong with this purchase

Helpful │ Report

**Edgar**

**Good bang for your buck**

Reviewed in the United States on November 29, 2025

Color: Pink  |  **Verified Purchase**

Great baseball glasses, the kids loved them. Perfect size and of course the look is vibrant and stylish. Good bang for your buck

Helpful  |  Report

Yanet Pardo

★★★★☆ **A mi me gustaron**

Reviewed in the United States on April 5, 2025

Color: Pink  |  **Verified Purchase**



Las gafas están bellas, es un plástico poco frágil pero si se cuidan deben durar un buen tiempo, se ve súper claro y bonito por ellas

One person found this helpful

Helpful  |  Report

Translate review to English

Brandon

★★★★★ **Great glasses for the price**

Reviewed in the United States on May 30, 2025

**Verified Purchase**

Durable and great for baseball loving kid. Fits my 10 yr old great! He loves the style and fit

Helpful  |  Report

Sydni H

★★★★★ **Perfect fit!**

Reviewed in the United States on June 13, 2025

Color: Light Blue  |  **Verified Purchase**

Bought these for my daughters softball games, and they are PERFECT!

Helpful  |  Report

**See more reviews** ›

## Customers who bought this item also bought



Kursan Kids Polarized Baseball Sunglasses for Youth Sports Goggles UV400 Protection Age

★★★★☆ 30

$14⁹⁹ - $15⁹⁹



KACAPAO Baseball Beaded Cross Necklace for Boys Girls Kids Men,Rhinestone Discoball Bling Necklace -Baseball...

★★★★☆ 96

$9⁹⁹

Get it as soon as **Monday, Dec 29**

FREE Shipping on orders over $35 shipped by Amazon



AKAIXI Baseball Ball 9in Themed Gifts Lifestyle Standard Size Cute Design for Practice Training Hitting School League Game...

★★★★☆ 33

$9⁴⁰ - $19⁶⁹



Franklin Sports Youth Baseball + Softball Pan...

★★★★☆ 5,302

**#1 Best Seller**

**Save 49%**

-49% $12⁶⁷

List: $24.99

Lowest price in 30 days

Get it as soon as **Monday, Dec 29**

FREE Shipping on orders over $35 shipped by Amazon



Champro Girls Tournament Traditional Low-Rise Softball Pants

★★★★☆ 4,749

**#1 Best Seller**

-17% $21¹¹

List: $25.49

Get it **Dec 30 - Jan 5**

FREE Shipping



Wismee Purple Eye Blac Anti-Glare Under Eye Sports Grease Stick for Baseball Football Softb

★★★★☆ 22

**Amazon's Choice**

$5⁹⁹

Get it as soon as **Monday, D 29**

FREE Shipping on orders ov $35 shipped by Amazon

Back to top

## Get to Know Us

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

## Make Money with Us

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

## Amazon Payment Products

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

## Let Us Help You

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Recalls and Product Safety Alerts

Registry & Gift List

Help

 

English     United States

Amazon Music
Stream millions
of songs

Amazon Ads
Reach customers
wherever they
spend their time

6pm
Score deals
on fashion brands

AbeBooks
Books, art
& collectibles

ACX
Audiobook
Publishing
Made Easy

Sell on Amazon
Start a Selling
Account

Veeqo
Shipping Software
Inventory
Management

Amazon Business
Everything For
Your Business

Amazon Fresh
Groceries & More
Right To Your Door

AmazonGlobal
Ship Orders
Internationally

Home Services
Experienced Pros
Happiness
Guarantee

Amazon Web
Services
Scalable Cloud
Computing
Services

Audible
Listen to Books &
Original
Audio
Performances

Box Office Mojo
Find Movie
Box Office Data

Goodreads
Book reviews
&
recommendations

IMDb
Movies, TV
& Celebrities

IMDbPro
Get Info
Entertainment
Professionals Need

Kindle Direct
Publishing
Indie Digital &
Print Publishing
Made Easy

Amazon Photos
Unlimited Photo
Storage
Free With Prime

Prime Video Direct
Video Distribution
Made Easy

Shopbop
Designer
Fashion Brands

Amazon Resale
Great Deals on
Quality Used
Products

Whole Foods
Market
America's
Healthiest
Grocery Store

Woot!
Deals and
Shenanigans

Zappos
Shoes &
Clothing

Ring
Smart Home
Security Systems

eero WiFi
Stream 4K Video
in Every Room

Blink
Smart Security
for Every Home

Neighbors App
Real-Time Crime
& Safety Alerts

Amazon
Subscription Boxes
Top subscription
boxes – right to
your door

PillPack
Pharmacy
Simplified

Amazon Renewed
Like-new products
you can trust

Amazon Luna
Video games from
the cloud,
no console
required

Conditions of Use     Privacy Notice     Consumer Health Data Privacy Disclosure     Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates



amazon | Deliver to Aoyu ⦿ Miami 33133 | All ▾ | Search Amazon | 🔍 | 🇺🇸 EN ▾ | Hello, Albert Account & Lists ▾ | Returns & Orders | 🛒 0

☰ All | 🔴 Rufus | Join Prime | Holiday Gifts | Same-Day Delivery | Amazon Haul | Gift Cards ▾ | Medical Care ▾ | Amazon Basics | Customer Service | Buy Again

**Amazon Fashion** | Women | Men | Kids | Luggage | Sales & Deals | New Arrivals | Amazon Brands

Clothing, Shoes & Jewelry › Girls › Accessories › Sunglasses





### Ask Rufus

[ Are these shatterproof? ] [ Do they come with a case? ]
[ Can they be worn while swimming? ] [ **Ask something else** ]

Visit the CMBJJU Store

## Kids Sunglasses,Youth Baseball Glasses for Boys Girls Age 6-14,Sports UV Protection Goggles

4.7 ★★★★⯨ ▾ (170)   |   Search this page

**400+ bought** in past month

$**8**⁹⁹
Price history

FREE Returns ▾

**Color: Pink**

   

| | | | |
|---|---|---|---|
| $19.99 | $9.99 | $9.99 | $9.99 |

  

| | | |
|---|---|---|
| $9.99 | $9.99 | $9.99 |

  

| | | |
|---|---|---|
| $9.99 | $8.99 | $9.99 |

< Previous | 1 | 2 | Next >

## Product details

| Origin | Imported |
|---|---|

## About this item

- 【Designed for Kids】: The kids sunglasses with fashion polycarbonate frames, enhancing the youthful style of teenagers. The wrap-around design offers better eye protection, providing a broader field of vision while effectively shielding the eyes from dust, wind, and other elements, ensuring comprehensive eye protection. Suitable for kids aged 6-14.
- 【Designed for Sports】: These youth sunglasses weigh only 26 grams, making them the ideal choice for outdoor sports such as baseball, cycling, fishing, softball, golf, hiking, running, and more.
- 【UV400 Protection】: The youth baseball sunglasses

˅ See more

💬 Report an issue with this product or seller

 prime

Enjoy fast, free delivery, exclusive deals, and award-winning movies & TV shows.

Join Prime

---

$**8**⁹⁹

FREE delivery **Monday, December 29** on orders shipped by Amazon over $35

Or Prime members get FREE delivery **Tomorrow, December 23**. Order within 9 hrs 14 mins. Join Prime

**Arrives 2 days before Christmas**

Deliver to Aoyu - Miami 33133

### In Stock

Quantity: 1 ▾

[ Add to Cart ]

[ Buy Now ]

| Ships from | Amazon |
|---|---|
| Sold by | HUAYIY |
| Returns | FREE refund/replacement until Jan 31, 2026 |
| Customer service | Amazon |

˅ See more

[ Add to List ]

---

### Other sellers on Amazon

New (3) from $**8**⁹⁹ & **FREE Shipping** on orders over $35.00 shipped by Amazon. >



---

**Related to items you've viewed** See more    Page 1 of 3 ⋮

‹    ›



**SEKKAF Youth Baseball Sunglasses for Boys Girls Age 6-12 Softball Cycling Sports Sunglasses for…**

⭐⭐⭐⭐½ 177

**#1 Best Seller**

$8⁹⁹

Get it as soon as **Monday, Dec 29**

FREE Shipping on orders over $35 shipped by Amazon

**MVPTGRS Youth Baseball Sunglasses for Boys Girls Age 8-14 TR90 Frame Kids Sport Sunglasses for Softball Cycling Baseball Golf**

⭐⭐⭐⭐½ 662

$8⁹⁹-$19⁹⁹

**FEISEDY Kids Teens Baseball Polarized Sunglasses Sports TR90 Frame Boys Girls Cycling B2454**

⭐⭐⭐⭐½ 4,339

$12⁹⁹-$22⁹⁸

**Kegrimi Kids Baseball Polarized Sunglasses: Sports Sunglasses for Boys Girls 3-12 Youth S…**

⭐⭐⭐⭐½ 378

**#1 Best Seller**

-58% $9⁹⁹

List Price: $23.99

Get it as soon as **Monday, Dec 29**

FREE Shipping on orders over $35 shipped by Amazon

**Derowern Youth Baseball Sunglasses, Kids Polarized Sports Sunglasses,UV400 Protection Glasses for Boys Girls Softball…**

⭐⭐⭐⭐½ 437

$9⁹⁹-$19⁹⁹



**Derowern Kids Baseball Polarized Sunglasses Sports TR90 Lightweight Frame Sun Glass for Boys Girls Age 6-14 Softball Cycling**

⭐⭐⭐⭐½ 81

$9⁹⁹-$15⁹⁹

## From the brand



**CMBJJU Kids Sunglasses**

**CMBJJU** is a children's sunglasses brand dedicated to providing safe, comfortable, and stylish eye protection for kids around the world.

The name stands for **"Care More, Be Joyful, Just Unique,"** reflecting our mission to protect every child's vision while celebrating their individuality.

Guided by our core values—safety, creativity, and care—we use high-quality, advanced UV protection technology.

SUNGLASSES DESIGNED SPECIFICAL

## ✦ Looking for specific info?

Ask Rufus or search reviews and Q&A →

Are these shatterproof?   Do they come with a case?   Can they be worn while swimming?   Are they adjustable?

Do they have polarized lenses?

## Product description



  



## Videos

Help others learn more about this product by uploading a video!

( Upload your video )

## Product details

**Item model number** : CMB-C

**Department** : Girls

**Date First Available** : April 22, 2025

**Manufacturer** : CMBJJU

**ASIN** : B0F8NJG9Q4

**Product Warranty:** For warranty information about this product, please [click here](#)

**Best Sellers Rank:** #35,583 in Clothing, Shoes & Jewelry ([See Top 100 in Clothing, Shoes & Jewelry](#))
#13 in [Girls' Sunglasses](#)

**Customer Reviews:** 4.7 ★★★★☆ [(170)](#)

## Similar brands on Amazon

Page 1 of 3

Sponsored ⓘ





QALLY 3PACK Kids Sunglasses Youth Baseball Sunglasses for Boys Girls Age …
4.6 ★★★★☆ 139
**$15.99** List: ~~$16.99~~



KSnap: Wrist Snap Training Equipment for Golf, Baseball, Softball & Basketbal…
4.2 ★★★★☆ 61
**$44.99**

## Customer reviews

★★★★☆ 4.7 out of 5

170 global ratings

| | | |
|---|---|---|
| 5 star | ▇▇▇▇▇ | 83% |
| 4 star | ▇ | 9% |
| 3 star | ▇ | 6% |
| 2 star | | 1% |
| 1 star | | 1% |

[How customer reviews and ratings work ⌄](#)

## Review this product

Share your thoughts with other customers

[ Write a customer review ]

## Customers say

Customers find these sunglasses fit well, particularly noting they work for 3-year-olds, and appreciate their appearance and quality, with one mentioning they're perfect for softball. Customers give positive feedback about the value for money, durability, and eye protection, with one noting they block sunlight well. The color accuracy receives mixed reviews, with some customers liking the colors while others find them too dark. Customers like the convenience of the strap, with one mentioning it's handy for baseball games.

ai Generated from the text of customer reviews

**Select to learn more**

✓ Fit | ✓ Look | ✓ Quality | ✓ Value for money | ✓ Eye protection | ✓ Durability |
✓ Strap convenience | — Color accuracy

### Reviews with images

[See all photos ›](#)






## Top reviews from the United States


Logan Richard

★★★★★ **We love them!**

Reviewed in the United States on August 19, 2025

Color: Pink | **Verified Purchase**

Purchased these glasses for my 8 year old who is a softball player. They are absolutely perfect and fit like a charm! She loved the way they felt and of course how cute they are. Definitely worth the price.

[ Helpful ] | Report


KH

★★★★★ **Good**

Reviewed in the United States on September 29, 2025

Color: Pink | **Verified Purchase**

The sunglasses fit well and provide good UV protection. They feel sturdy and comfortable for sports or outdoor activities. The design is appealing to kids and seems durable.

Helpful | Report

**Jill M**

★★★★★ **Great looking**

Reviewed in the United States on October 11, 2025

Color: Pink | Verified Purchase

Cool looking for preteens. Granddaughter loved these sun glasses. Lenses are tinted, but too dark.

Helpful | Report

**Amanda S.**

★★★★★ **Great quality for price!**

Reviewed in the United States on October 16, 2025

Color: Pink | Verified Purchase

My 8 year old loves these for softball! Can comfortably wear under catchers helmet and they are strong enough not to break. She can see well and the size and color are spot on for her taste.

Helpful | Report

**Robert Robinson**

★★★★☆ **Stylish**

Reviewed in the United States on December 11, 2025

Color: Pink | Verified Purchase

My daughter loved these for her softball. They did the job with keeping her eyes shaded and they look good.

Helpful | Report

**AACurrier**

★★★★★ **My son loves these!**

Reviewed in the United States on September 12, 2025

Color: Pink | Verified Purchase

The strap is very handy for my son's baseball games and practice. They fit his face well. He is 8 almost 9 but more on the petite side. He definitely feels like a cool dude in these sunglasses! The sturdy zipper case and cleaning cloth are an added bonus!

Helpful | Report

**Natalie Duran**

★★★★★ **8U Softball Approved**

Reviewed in the United States on September 5, 2025

Color: Grey | Verified Purchase

My 7 year old plays softball and kept complaining about the sun being in her eyes so I rushed to purchase and these came up! They arrived quickly, were packaged nicely and when she tried them on she loved them. They fit her head even over her braids and under her helmet. They're not too boyish so she loved them!

One person found this helpful

Helpful | Report

**Regina J.**

★★★★★ **Great product**

Reviewed in the United States on November 27, 2025

Color: Yellow | Verified Purchase

Little one loves these glasses. He keeps them on. And the quality it Great.

Helpful | Report

**See more reviews ›**

Back to top

**Get to Know Us**

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

**Make Money with Us**

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

**Amazon Payment Products**

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

**Let Us Help You**

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Recalls and Product Safety Alerts

Registry & Gift List

Help



English

United States

Amazon Music
Stream millions of songs

Amazon Ads
Reach customers wherever they spend their time

6pm
Score deals on fashion brands

AbeBooks
Books, art & collectibles

ACX
Audiobook Publishing Made Easy

Sell on Amazon
Start a Selling Account

Veeqo
Shipping Software Inventory Management

Amazon Business
Everything For Your Business

Amazon Fresh
Groceries & More Right To Your Door

AmazonGlobal
Ship Orders Internationally

Home Services
Experienced Pros Happiness Guarantee

Amazon Web Services
Scalable Cloud Computing Services

Audible
Listen to Books & Original Audio Performances

Box Office Mojo
Find Movie Box Office Data

Goodreads
Book reviews & recommendations

IMDb
Movies, TV & Celebrities

IMDbPro
Get Info Entertainment Professionals Need

Kindle Direct Publishing
Indie Digital & Print Publishing Made Easy

Amazon Photos
Unlimited Photo Storage Free With Prime

Prime Video Direct
Video Distribution Made Easy

Shopbop
Designer Fashion Brands

Amazon Resale
Great Deals on Quality Used Products

Whole Foods Market
America's Healthiest Grocery Store

Woot!
Deals and Shenanigans

Zappos
Shoes & Clothing

Ring
Smart Home Security Systems

eero WiFi
Stream 4K Video in Every Room

Blink
Smart Security for Every Home

**Neighbors App**
Real-Time Crime
& Safety Alerts

**Amazon
Subscription Boxes**
Top subscription
boxes – right to
your door

**PillPack**
Pharmacy
Simplified

**Amazon Renewed**
Like-new products
you can trust

**Amazon Luna**
Video games from
the cloud,
no console
required

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates

Neighbors App
Real-Time Crime
& Safety Alerts

Amazon
Subscription Boxes
Top subscription
boxes – right to
your door

PillPack
Pharmacy
Simplified

Amazon Renewed
Like-new products
you can trust

Amazon Luna
Video games from
the cloud,
no console
required

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates