UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

SHUANGXI ZHANG,

Plaintiff,

v.

THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,

Defendants.

**DECLARATION OF QIANWU YANG IN SUPPORT OF FIRST AMENDED COMPLAINT**

DECLARATION OF QIANWU YANG
IN SUPPORT OF FIRST AMENDED
COMPLAINT

**SHM LAW FIRM**
3000 El Camino Real, Building 4, Suite 200
Palo Alto, CA 94306
(650) 613-9737

I, Qianwu Yang, declare as follows:

1.     I am over the age of 18 and am fully competent to make this Declaration. I am a member of SHM Law Firm. I am an attorney licensed to practice in the state of California and a member in good standing of the state bar of California. I make this declaration upon personal knowledge and, if called to testify, could and would testify competently to the facts set forth herein.

2.     Plaintiff previously filed suit in the Northern District of Illinois against seven out of the forty-one Defendants in this litigation (Defendants Nos. 6, 14, 15, 17, 27, 28, and 29 listed on Schedule A), alleging infringement of U.S. Patent No. D901,581, Case No. 1:25-cv-10942. I was the counsel of record in that case. Because that action was not timely sealed, the defendants in that case became aware of the litigation. Upon learning of the litigation, four defendants (Defendant Nos. 6, 14, 17, and 27 listed on Schedule A) voluntarily removed the accused ASINs in that case.

3.     In the Illinois case, Plaintiff's first motion for a temporary restraining order ("TRO") was denied without prejudice to refiling because the motion and proposed order contemplated service via email with a link to a website where the pertinent documents may be found, which the Court found insufficient (Dkt. 10). Unfortunately, Plaintiff did not receive notice—by ECF or mail—of the Order sealing the case and denying Plaintiff's first TRO motion, or the Order unsealing the

DECLARATION OF QIANWU YANG
IN SUPPORT OF FIRST AMENDED
COMPLAINT

**SHM LAW FIRM**
3000 El Camino Real, Building 4, Suite 200
Palo Alto, CA 94306
(650) 613-9737

1

case (Dkts. 10, 13), causing a delay in Plaintiff's filing of the second motion for TRO. Plaintiff's second TRO motion was denied without prejudice to filing a motion for a preliminary injunction.

4.      Amazon did not cooperate in providing the defendants' contact information, sales data, or financial information after Plaintiff served a subpoena pursuant to the Court's order. In addition, Plaintiff believed it was highly likely that the defendants had already transferred financial assets to overseas accounts before any asset restraint could be entered. Given the attendant difficulty of collecting monetary damages from the foreign defendants (who, on information and belief, are shell companies or individuals in remote rural areas who have no genuine relationship with the stores' actual controller), Plaintiff believed that further proceedings in that action would be futile. Plaintiff therefore did not move for a preliminary injunction and voluntarily dismissed the Illinois action without prejudice.

5.      During and after the Illinois action, Plaintiff identified additional infringing sellers and additional infringing products sold by certain defendants in the Illinois action. Compared with Illinois, I have personal connections with the Southern District of Florida and, as a matter of personal preference, favor litigating in the southern climate during the winter months. Accordingly, for good cause and in good faith, Plaintiff initiated this action in this District against thirty-two

DECLARATION OF QIANWU YANG
IN SUPPORT OF FIRST AMENDED
COMPLAINT

2

**SHM LAW FIRM**
3000 El Camino Real, Building 4, Suite 200
Palo Alto, CA 94306
(650) 613-9737

Defendants in the initial Complaint and, in the First Amended Complaint, added nine additional Defendants and additional infringing products offered by certain existing Defendants.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed on January 26, 2026.

*/s/Qianwu Yang*

Qianwu Yang

DECLARATION OF QIANWU YANG
IN SUPPORT OF FIRST AMENDED
COMPLAINT

3

**SHM LAW FIRM**
3000 El Camino Real, Building 4, Suite 200
Palo Alto, CA 94306
(650) 613-9737