**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 26-cv-20013-BLOOM/Elfenbein**

SHUANGXI ZHANG,

     Plaintiff,

v.

THE INDIVIDUALS, CORPORATIONS,
LIMITED LIABILITY COMPANIES,
PARTNERSHIPS, and UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON
SCHEDULE A,

     Defendants.

_____/

## ORDER ON NOTICE

**THIS CAUSE** is before the Court upon Plaintiff Shuangxi Zhang's Notice of Pending, Refiled, Related, or Similar Actions ("Notice"). ECF No. [25]. Pursuant to Local Rule 3.8, Plaintiff provided notice that "the parties in this action are the same, similar, or related parties" involved in a "related or similar" civil action in the Northern District Court of Illinois (25-cv-10942, *Zhang v. Kaliyadi, et al.*). *Id*. On December 17, 2025, the Illinois case was dismissed without prejudice. To that end, Plaintiff is ordered to show cause as to why this matter should not be transferred or dismissed based upon the Notice of a dismissed related or similar action involving the same or similar parties in the Northern District of Illinois.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. On or before **February 4, 2026**, Plaintiff shall show cause as to why this case should not be dismissed or transferred based upon the Notice. Failure to comply will result in sanctions, including, but not limited to, dismissal without prejudice without further

Case No. 26-cv-20013-BLOOM/Elfenbein

notice.

**DONE AND ORDERED** in Chambers at Miami, Florida, on January 28, 2026.

_____

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

cc:

counsel of record

2