# EXHIBIT 5

# SEKKAF

Visit the SEKKAF storefront

★★★★★ | **100% positive** in the last 12 months (80 ratings)



**SEKKAF Kids Sunglasses Youth B...**
$8^{49}

[ Add to Cart ]

---

## About Seller

SEKKAF is committed to providing each customer with the highest standard of customer service.

**Have a question for SEKKAF?**

[ Ask a question ]

---

## Reviews



★★★★★  4.9 out of 5
80 ratings

[ 12 months ˅ ]

| | |
|---|---|
| 5 star | 85% |
| 4 star | 15% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 0% |

Learn more about how seller reviews work on Amazon ˅

**Share your thoughts with other customers**

[ Leave seller feedback ]

**FILTER BY**

[ All stars ˅ ]

80 total ratings, 80 with feedback for 12 months ⓘ

★★★★☆  "Buen material!"

By Amazon Customer on November 25, 2025.

★☆☆☆☆  ~~"No ha llegado nada"~~

By MARTIN on November 13, 2025.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

★★★★★  "Comfortable"

By Pedro paredes on November 4, 2025.

★★★★★  "Bought these for my 4 year old for tee ball. She's obsessed and thinks she's the coolest person ever!"

By Mikey on November 3, 2025.

★☆☆☆☆  ~~"I ordered these glasses with two day delivery for Halloween. The package was marked delivered but it was not delivered, and I had no time to go out and buy the..."~~

Read more

By Tracey A. McAllister on November 1, 2025.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

Previous Next

---

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

---

## Detailed Seller Information

**Business Name:** yiwushiquanlidianzishangwuyouxiangongsi

**Business Address:**

浙江省义乌市北苑街道柳青六区

8幢1单元306室

义乌市

浙江

322000

CN

---

**Shipping Policies** ⌄

---

**Other Policies** ⌄

---

**Help** ⌄

---

## Products

See all products currently offered by the seller.

Leave seller feedback

---

## Customers who viewed items in your browsing history also viewed

Page 1 of 10

‹

   

›

**QALLY Polarized Sports Sunglasses for Men, UV400 Protection Mens Sunglasses Wrap Around Sun Glasses for Cycling…**
★★★★½ 221
3K+ viewed in past month
$21⁹⁹-$24⁹⁹

**HAAYOT Polarized Sports Sunglasses for Men Women Youth Baseball Cycling Running Softball Biking Glasses 5 Lenses**
★★★★½ 1,282
2K+ viewed in past month
$21⁹⁹-$29⁹⁹

**Derowern Youth Baseball Sunglasses, Kids Polarized Sports Sunglasses,UV400 Protection Glasses for…**
★★★★½ 428
2K+ viewed in past month
$9⁹⁹-$19⁹⁹

**OMEKOL Two Sizes For Adults and Youth Polarized Sunglasses Men Women Outdoor Sport Baseball Glasses UV400…**
★★★★½ 1,392
6K+ viewed in past month
$19⁰⁹

---

## Customers who viewed items in your browsing history also viewed

Page 1 of 4

‹

›



**Intake Breathing Refill Tabs (30 Count) – Magnetic Nasal Strips f…**

⭐⭐⭐⭐½ 1,214

40K+ viewed in past month

**Amazon's Choice**

$32⁹⁹ ($1.10/count)

Get it as soon as **Friday, Dec 5**

FREE Shipping on orders over $35 shipped by Amazon

**Intake Breathing Travel Case and Magnetic Refill Applicator - Small Travel Case for Intake Nasal…**

⭐⭐⭐⭐½ 276

4K+ viewed in past month

$19⁹⁹ ($19.99/count)

Get it as soon as **Friday, Dec 5**

FREE Shipping on orders over $35 shipped by Amazon

**Air Max Nasal Dilators Trial Pack - Anti Snoring Devices - 76% More Airflow for Better…**

⭐⭐⭐½ 12,759

20K+ viewed in past month

$16⁰⁰ ($16.00/count)

Get it as soon as **Friday, Dec 5**

FREE Shipping on orders over $35 shipped by Amazon

**Intake Breathing Extra Intake Bands (Pack of 2), Medium-Large (M2), Matte Black. (Tabs NOT…**

⭐⭐⭐⭐ 323

4K+ viewed in past month

$19⁹⁹ ($10.00/count)

Get it as soon as **Friday, Dec 5**

FREE Shipping on orders over $35 shipped by Amazon

---

## Your Browsing History   View or edit your browsing history

Page 1 of 4

‹         ›

---

Back to top

**Get to Know Us**

Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**

Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Become an Amazon Hub Partner
› See More Ways to Make Money

**Amazon Payment Products**

Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

**Let Us Help You**

Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product Safety Alerts
Registry & Gift List
Help



English

 United States

Amazon Music
Stream millions
of songs

Amazon Ads
Reach customers
wherever they
spend their time

6pm
Score deals
on fashion brands

AbeBooks
Books, art
& collectibles

ACX
Audiobook
Publishing
Made Easy

Sell on Amazon
Start a Selling
Account

Veeqo
Shipping Software
Inventory
Management

Amazon Business
Everything For
Your Business

Amazon Fresh
Groceries & More
Right To Your Door

AmazonGlobal
Ship Orders
Internationally

Home Services
Experienced Pros
Happiness
Guarantee

Amazon Web
Services
Scalable Cloud
Computing
Services

Audible
Listen to Books &
Original
Audio
Performances

Box Office Mojo
Find Movie
Box Office Data

Goodreads
Book reviews
&
recommendations

IMDb
Movies, TV
& Celebrities

IMDbPro
Get Info
Entertainment
Professionals Need

Kindle Direct
Publishing
Indie Digital &
Print Publishing
Made Easy

Amazon Photos
Unlimited Photo
Storage
Free With Prime

Prime Video Direct
Video Distribution
Made Easy

Shopbop
Designer
Fashion Brands

Amazon Resale
Great Deals on
Quality Used
Products

Whole Foods
Market
America's
Healthiest
Grocery Store

Woot!
Deals and
Shenanigans

Zappos
Shoes &
Clothing

Ring
Smart Home
Security Systems

eero WiFi
Stream 4K Video
in Every Room

Blink
Smart Security
for Every Home

Neighbors App
Real-Time Crime
& Safety Alerts

Amazon
Subscription Boxes
Top subscription
boxes – right to
your door

PillPack
Pharmacy
Simplified

Amazon Renewed
Like-new products
you can trust

Amazon Luna
Video games from
the cloud,
no console
required

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices

© 1996–2025, Amazon.com, Inc. or its affiliates

# KAIYIXING

Visit the KAIYIXING storefront

★★★★★  |  **100% positive** lifetime (7 total ratings)



**CMBJJU 3PACK Kids Sunglasses f...**

$17⁹⁹

[ Add to Cart ]

---

## About Seller

KAIYIXING is committed to providing each customer with the highest standard of customer service.

**Have a question for KAIYIXING?**

[ Ask a question ]

---

## Reviews



★★★★★  4.9 out of 5

7 ratings

[ Lifetime ⌄ ]

| | | |
|---|---|---|
| 5 star | ████████████ | 86% |
| 4 star | ██ | 14% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

Learn more about how seller reviews work on Amazon ⌄

**Share your thoughts with other customers**

[ Leave seller feedback ]

**FILTER BY**

[ All stars ⌄ ]

7 total ratings, 7 with feedback for Lifetime ⓘ

★★★★★  "Arrived quickly and was great product."

By Elaine Peavy on November 12, 2025.

★★★★★  "Is as described."

By Burlemom on June 23, 2025.

★★★★★  "Good"

By MNowak on June 15, 2025.

★☆☆☆☆  "~~Still waiting on the merchandise to be delivered!!! It's a gift for my granddaughters very disappointed!!~~"

By Grateful on April 11, 2025.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

★★★★★  "great"

By Joey on February 11, 2025.

Previous Next

---

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

---

## Detailed Seller Information

**Business Name:** yunchengkaiyixingdianshangyouxiangongsi

**Business Address:**

郓城县侯咽集镇郭垓村

郭垓小学西20米路南

菏泽市

山东

274700

**Shipping Policies** ⌄

**Other Policies** ⌄

**Help** ⌄

## Products

See all products currently offered by the seller.

Leave seller feedback

---

### Customers who viewed items in your browsing history also viewed

Page 1 of 10

   

**QALLY Polarized Sports Sunglasses for Men, UV400 Protection Mens Sunglasses Wrap Around Sun Glasses for Cycling Running**
★★★★½ 240
$24.99

**DioKiw 4PACK Kids Sunglasses Polarized Youth Baseball Sunglasses Boys Girls Softball Cycling UV400 Protection Goggles**
★★★★½ 71
$19.97

**IKTOD 2PACK Youth Baseball Kids Sunglasses for 4-16 Boys Girls Softball Cycling Glasses UV400 Protection Sports Goggles**
★★★★★ 91
$13.99 - $29.99

**Polarized Sport Sunglasses Men Cycling Driving Fishing UV Protection Sun Glasses Lightweight Big Frame Mountain Bike Goggles**
★★★★½ 80
$17.97 - $25.99

### Customers who viewed items in your browsing history also viewed

Page 1 of 5

   

**Intake Breathing Refill Tabs (30 Count) – Magnetic Nasal Strips for Sleeping – Snoring…**
★★★★½ 1,355
Amazon's Choice
$32.99 ($1.10/count)
Get it as soon as **Monday, Dec 29**
FREE Shipping on orders over $35 shipped by Amazon

**Intake Breathing Travel Case and Magnetic Refill Applicator - Small Travel Case for Intake Nasal Strips, Holds Up to 5 Ta…**
★★★★½ 291
$19.99 ($19.99/count)
Get it as soon as **Monday, Dec 29**
FREE Shipping on orders over $35 shipped by Amazon

**Nasal Strips for Snoring | Extra Strength Snoring Solution Nose Strips | Improve Breathing and…**
★★★★½ 367
#1 Best Seller
-25% $29.99
($1.00/count)
List: $39.98
Get it as soon as **Monday, Dec 29**
FREE Shipping on orders over $35 shipped by Amazon

**Intake Breathing Extra Intake Bands (Pack of 2), Medium-Large (M2), Matte Black. (Tabs NOT Included)**
★★★★☆ 357
$19.99 ($10.00/count)
Get it as soon as **Monday, Dec 29**
FREE Shipping on orders over $35 shipped by Amazon


## Your Browsing History  View or edit your browsing history

     

Back to top

**Get to Know Us**

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

**Make Money with Us**

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

**Amazon Payment Products**

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

**Let Us Help You**

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Recalls and Product Safety Alerts

Registry & Gift List

Help



English

 United States

Amazon Music
Stream millions of songs

Amazon Ads
Reach customers wherever they spend their time

6pm
Score deals on fashion brands

AbeBooks
Books, art & collectibles

ACX
Audiobook Publishing Made Easy

Sell on Amazon
Start a Selling Account

Veeqo
Shipping Software Inventory Management

Amazon Business
Everything For Your Business

Amazon Fresh
Groceries & More Right To Your Door

AmazonGlobal
Ship Orders Internationally

Home Services
Experienced Pros Happiness Guarantee

Amazon Web Services
Scalable Cloud Computing Services

Audible
Listen to Books & Original Audio Performances

Box Office Mojo
Find Movie Box Office Data

Goodreads
Book reviews & recommendations

IMDb
Movies, TV & Celebrities

IMDbPro
Get Info Entertainment Professionals Need

Kindle Direct Publishing
Indie Digital & Print Publishing Made Easy

Amazon Photos
Unlimited Photo Storage Free With Prime

Prime Video Direct
Video Distribution Made Easy

Shopbop
Designer Fashion Brands

Amazon Resale
Great Deals on Quality Used Products

Whole Foods Market
America's Healthiest Grocery Store

Woot!
Deals and Shenanigans

Zappos
Shoes & Clothing

Ring
Smart Home Security Systems

eero WiFi
Stream 4K Video in Every Room

Blink
Smart Security for Every Home

Neighbors App
Real-Time Crime & Safety Alerts

Amazon Subscription Boxes
Top subscription boxes – right to your door

PillPack
Pharmacy Simplified

Amazon Renewed
Like-new products you can trust

Amazon Luna
Video games from the cloud, no console required

Conditions of Use     Privacy Notice     Consumer Health Data Privacy Disclosure     Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates

# SnowRangers

Visit the SnowRangers storefront

★★★★★ | **98% positive** lifetime (115 total ratings)

## About Seller

SnowRangers is committed to providing each customer with the highest standard of customer service.

**Have a question for SnowRangers?**

[ Ask a question ]

## Reviews

★★★★★  4.9 out of  5

115 ratings

[ Lifetime ⌄ ]

| | | |
|---|---|---|
| 5 star | ██████████ | 91% |
| 4 star | █ | 7% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 2% |

Learn more about how seller reviews work on Amazon ⌄

**Share your thoughts with other customers**

[ Leave seller feedback ]

**FILTER BY**

[ All stars ⌄ ]

115 total ratings, 115 with feedback for Lifetime ⓘ

★★★★★   " Cute "

By RB on August 22, 2025.

★★★★★   " As wanted "

By Nancy Weikle on June 30, 2025.

★☆☆☆☆   "~~Received empty box. Only shipping paper~~"

By Chad D Tompers on June 12, 2025.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

★☆☆☆☆   "~~The arm of the glasses were broken/snapped and the broken piece was placed in a baggie. Very weird.~~"

By Christine Mahoney on May 1, 2025.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

★★★★★   "Got these for my baseball loving kid, and they were a hit! "

By Liz on April 27, 2025.

Previous Next

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** Shenzhen Yingchuangda E-commerce Co., Ltd
**Business Address:**
　龙华区大浪街道新石社区
　浪荣路1号1206

深圳市
广东
518000
CN

## Shipping Policies ⌄

## Other Policies ⌄

## Help ⌄

## Products

See all products currently offered by the seller.

Leave seller feedback

---

## Customers who viewed items in your browsing history also viewed









QALLY Polarized Sports Sunglasses for Men, UV400 Protection Mens Sunglasses Wrap Around Sun Glasses for Cycling Running
★★★★½ 221
$21⁹⁹-$24⁹⁹

OMEKOL Two Sizes For Adults and Youth Polarized Sunglasses Men Women Outdoor Sport Baseball Glasses UV400 Cycling Eyewear
★★★★½ 1,392
$19⁰⁹

CMBJJU Kids Sunglasses,Youth Baseball Glasses for Boys Girls Age 6-14,Sports UV Protection Goggles
★★★★½ 160
$9⁹⁹-$29⁹⁹

TURBOPEP 3 Pack Kids Polarized Sunglasses - Youth Baseball Sunglasses for Boys Girls Age 3-12 Sports UV…
★★★★½ 681
Amazon's Choice
$14⁹⁹-$29⁹⁹

HAAYOT Pol… Sunglasses f… Women You… Cycling Runn… Biking Glass…
★★★★½
$21⁹⁹-$29⁹…

## Customers who viewed items in your browsing history also viewed






Intake Breathing Refill Tabs (30 Count) – Magnetic Nasal Strips for Sleeping – Snoring…

★★★★½ 1,214

**Amazon's Choice**

$32.99 ($1.10/count)

Get it as soon as **Monday, Dec 8**

FREE Shipping on orders over $35 shipped by Amazon

Intake Breathing Travel Case and Magnetic Refill Applicator - Small Travel Case for Intake Nasal Strips, Holds Up to 5 Ta…

★★★★½ 276

$19.99 ($19.99/count)

Get it as soon as **Monday, Dec 8**

FREE Shipping on orders over $35 shipped by Amazon

Air Max Nasal Dilators Trial Pack - Anti Snoring Devices - 76% More Airflow for Better Breathing & Against…

★★★½ 12,760

$16.00 ($16.00/count)

Get it as soon as **Monday, Dec 8**

FREE Shipping on orders over $35 shipped by Amazon

Intake Breathing Extra Intake Bands (Pack of 2), Medium-Large (M2), Matte Black. (Tabs NOT Included)

★★★★ 323

$19.99 ($10.00/count)

Get it as soon as **Monday, Dec 8**

FREE Shipping on orders over $35 shipped by Amazon

Breathe Right Strength Nas Menthol Sce Free, Less Sr

★★★★½

-15% $10 ($0.39/count)

**Cyber Monday**

List: $11.99

Get it as soon a 8

FREE Shipping $35 shipped b

## Your Browsing History   View or edit your browsing history








Back to top

**Get to Know Us**

Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**

Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Become an Amazon Hub Partner
› See More Ways to Make Money

**Amazon Payment Products**

Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

**Let Us Help You**

Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product Safety Alerts
Registry & Gift List
Help



English



United States

Amazon Music
Stream millions
of songs

Amazon Ads
Reach customers
wherever they
spend their time

6pm
Score deals
on fashion brands

AbeBooks
Books, art
& collectibles

ACX
Audiobook
Publishing
Made Easy

Sell on Amazon
Start a Selling
Account

Veeqo
Shipping Software
Inventory
Management

Amazon Business
Everything For
Your Business

Amazon Fresh
Groceries & More
Right To Your Door

AmazonGlobal
Ship Orders
Internationally

Home Services
Experienced Pros
Happiness
Guarantee

Amazon Web
Services
Scalable Cloud
Computing
Services

Audible
Listen to Books &
Original
Audio
Performances

Box Office Mojo
Find Movie
Box Office Data

Goodreads
Book reviews
&
recommendations

IMDb
Movies, TV
& Celebrities

IMDbPro
Get Info
Entertainment
Professionals Need

Kindle Direct
Publishing
Indie Digital &
Print Publishing
Made Easy

Amazon Photos
Unlimited Photo
Storage
Free With Prime

Prime Video Direct
Video Distribution
Made Easy

Shopbop
Designer
Fashion Brands

Amazon Resale
Great Deals on
Quality Used
Products

Whole Foods
Market
America's
Healthiest
Grocery Store

Woot!
Deals and
Shenanigans

Zappos
Shoes &
Clothing

Ring
Smart Home
Security Systems

eero WiFi
Stream 4K Video
in Every Room

Blink
Smart Security
for Every Home

Neighbors App
Real-Time Crime
& Safety Alerts

Amazon
Subscription Boxes
Top subscription
boxes – right to
your door

PillPack
Pharmacy
Simplified

Amazon Renewed
Like-new products
you can trust

Amazon Luna
Video games from
the cloud,
no console
required

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates

# TopG SHOP

Visit the TopG SHOP storefront

★★★★★ | **100% positive** in the last 12 months (20 ratings)

## About Seller

TopG SHOP is committed to providing each customer with the highest standard of customer service.

**Have a question for TopG SHOP?**

[ Ask a question ]

## Reviews

★★★★★  5 out of  5

20 ratings

[ 12 months ⌄ ]

| | |
|---|---|
| 5 star | 95% |
| 4 star | 5% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 0% |

Learn more about how seller reviews work on Amazon ⌄

### Share your thoughts with other customers

[ Leave seller feedback ]

**FILTER BY**

[ All stars ▾ ]

20 total ratings, 20 with feedback for 12 months ⓘ

★★★★★ "Already did this. They are beautiful. "

By Harold g. Sears on November 30, 2025.

★★☆☆☆ "~~I paid extra to have my package delivered today 7am-11am then it said it would be delivered by 3pm today and now it's saying 6pm tomorrow. Stealing money. I nee...~~ "

Read more

By Danielle Lewis on October 13, 2025.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

★★★★★ "No problems. Nice transaction. Good price. Quality item. "

By Stanley L. Dec on October 1, 2025.

★★★★★ "Beautiful! "

By Robyn B. on August 10, 2025.

★★★★★ "Great product and packaging. Item arrived with no issues and was just as advertised! "

By Main Street Mood (Denise Rast) on August 6, 2025.

Previous Next

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** anhuisanpengjinxinxikejiyouxiangongsi
**Business Address:**
　香樟大道
　太平洋森公馆7-3002室

安徽
231200
CN

**Shipping Policies** ⌄

**Other Policies** ⌄

**Help** ⌄

## Products

See all products currently offered by the seller.

Leave seller feedback

---

## Customers who viewed items in your browsing history also viewed

Page 1 of 10



**QALLY Polarized Sports Sunglasses for Men, UV400 Protection Mens Sunglasses Wrap Around Sun Glasses for Cycling Running**
★★★★☆ 221
$21⁹⁹-$24⁹⁹

**OMEKOL Two Sizes For Adults and Youth Polarized Sunglasses Men Women Outdoor Sport Baseball Glasses UV400 Cycling Eyewear**
★★★★☆ 1,392
$19⁰⁹



**CMBJJU Kids Sunglasses,Youth Baseball Glasses for Boys Girls Age 6-14,Sports UV Protection Goggles**
★★★★☆ 160
$9⁹⁹-$29⁹⁹



**TURBOPEP 3 Pack Kids Polarized Sunglasses - Youth Baseball Sunglasses for Boys Girls Age 3-12 Sports UV...**
★★★★☆ 681

$14⁹⁹-$29⁹⁹

## Customers who viewed items in your browsing history also viewed

Page 1 of 4






**Intake Breathing Refill Tabs (30 Count) – Magnetic Nasal Strips for Sleeping – Snoring…**
★★★★½ 1,214
Amazon's Choice
$32.99 ($1.10/count)
Get it as soon as **Monday, Dec 8**
FREE Shipping on orders over $35 shipped by Amazon

**Intake Breathing Travel Case and Magnetic Refill Applicator - Small Travel Case for Intake Nasal Strips, Holds Up to 5 Ta…**
★★★★½ 276
$19.99 ($19.99/count)
Get it as soon as **Monday, Dec 8**
FREE Shipping on orders over $35 shipped by Amazon

**Air Max Nasal Dilators Trial Pack - Anti Snoring Devices - 76% More Airflow for Better Breathing & Against…**
★★★½ 12,760
$16.00 ($16.00/count)
Get it as soon as **Monday, Dec 8**
FREE Shipping on orders over $35 shipped by Amazon

**Intake Breathing Extra Intake Bands (Pack of 2), Medium-Large (M2), Matte Black. (Tabs NOT Included)**
★★★★ 323
$19.99 ($10.00/count)
Get it as soon as **Monday, Dec 8**
FREE Shipping on orders over $35 shipped by Amazon

## Your Browsing History  View or edit your browsing history

Page 1 of 5










Back to top

### Get to Know Us
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

### Make Money with Us
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Become an Amazon Hub Partner
› See More Ways to Make Money

### Amazon Payment Products
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

### Let Us Help You
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product Safety Alerts
Registry & Gift List
Help



English    United States

Amazon Music
Stream millions
of songs

Amazon Ads
Reach customers
wherever they
spend their time

6pm
Score deals
on fashion brands

AbeBooks
Books, art
& collectibles

ACX
Audiobook
Publishing
Made Easy

Sell on Amazon
Start a Selling
Account

Veeqo
Shipping Software
Inventory
Management

Amazon Business
Everything For
Your Business

Amazon Fresh
Groceries & More
Right To Your Door

AmazonGlobal
Ship Orders
Internationally

Home Services
Experienced Pros
Happiness
Guarantee

Amazon Web
Services
Scalable Cloud
Computing
Services

Audible
Listen to Books &
Original
Audio
Performances

Box Office Mojo
Find Movie
Box Office Data

Goodreads
Book reviews
&
recommendations

IMDb
Movies, TV
& Celebrities

IMDbPro
Get Info
Entertainment
Professionals Need

Kindle Direct
Publishing
Indie Digital &
Print Publishing
Made Easy

Amazon Photos
Unlimited Photo
Storage
Free With Prime

Prime Video Direct
Video Distribution
Made Easy

Shopbop
Designer
Fashion Brands

Amazon Resale
Great Deals on
Quality Used
Products

Whole Foods
Market
America's
Healthiest
Grocery Store

Woot!
Deals and
Shenanigans

Zappos
Shoes &
Clothing

Ring
Smart Home
Security Systems

eero WiFi
Stream 4K Video
in Every Room

Blink
Smart Security
for Every Home

Neighbors App
Real-Time Crime
& Safety Alerts

Amazon
Subscription Boxes
Top subscription
boxes – right to
your door

PillPack
Pharmacy
Simplified

Amazon Renewed
Like-new products
you can trust

Amazon Luna
Video games from
the cloud,
no console
required

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates

# InFang

Visit the InFang storefront

★★★★★ | **98% positive** lifetime (45 total ratings)



**VIROSGROS 3 Pairs Age 5-16 You...**
$29^{99}$  ($ 10.00 / count)

[ Add to Cart ]

---

## About Seller

InFang is committed to providing each customer with the highest standard of customer service.

**Have a question for InFang?**

[ Ask a question ]

---

## Reviews

★★★★★  4.8 out of  5
45 ratings

[ Lifetime ⌄ ]

**FILTER BY**

[ All stars ⌄ ]

| | |
|---|---|
| 5 star | 87% |
| 4 star | 11% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 2% |

**45 total ratings, 45 with feedback for Lifetime** ⓘ

★★★★★  " works well "
By Matt Schafer on December 8, 2023.

Learn more about how seller reviews work on Amazon ⌄

**Share your thoughts with other customers**

[ Leave seller feedback ]

★★★★★  " satisfied "
By Amazon Customer on September 17, 2023.

★★★★☆  " I like it, and I'm sure the landlord did to. "
By Ronald V. Beltran on July 24, 2023.

★★★☆☆  " ~~I requested a return of this item over a week ago and requested pick up at my residence, UPS has been there multiple times dropping off packages and they still...~~ "
Read more
By Jonathan on July 12, 2023.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

★★★★★  " Great product for the price. "
By JESUS VILLEGAS on May 7, 2023.

Previous Next

---

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

---

## Detailed Seller Information

**Business Name:** Shenzhen YangyangShuoshuo Technology Co., Ltd
**Business Address:**
　大浪街道
　大浪社区下岭排村十五巷3号1002
　深圳市
　龙华区

广东省
518000
CN

## Shipping Policies ⌄

## Other Policies ⌄

## Help ⌄

## Products

See all products currently offered by the seller.

Leave seller feedback

## Customers who viewed items in your browsing history also viewed

Page 1 of 10

   

**QALLY Polarized Sports Sunglasses for Men, UV400 Protection Mens Sunglasses Wrap Around Sun Glasses for Cycling Running**
★★★★½ 223
$21⁹⁹-$24⁹⁹

**OMEKOL Two Sizes For Adults and Youth Polarized Sunglasses Men Women Outdoor Sport Baseball Glasses UV400 Cycling Eyewear**
★★★★½ 1,393
$19⁰⁹

**CMBJJU Kids Sunglasses,Youth Baseball Glasses for Boys Girls Age 6-14,Sports UV Protection Goggles**
★★★★½ 161
$9⁹⁹-$29⁹⁹

**TURBOPEP 3 Pack Kids Polarized Sunglasses - Youth Baseball Sunglasses for Boys Girls Age 3-12 Sports UV…**
★★★★½ 683
Amazon's Choice
$14⁹⁹-$29⁹⁹

## Customers who viewed items in your browsing history also viewed

Page 1 of 4

 






**Intake Breathing Refill Tabs (30 Count) – Magnetic Nasal Strips for Sleeping – Snoring…**
★★★★½ 1,217
Amazon's Choice
$32⁹⁹ ($1.10/count)
Get it as soon as **Monday, Dec 8**
FREE Shipping on orders over $35 shipped by Amazon

**Intake Breathing Travel Case and Magnetic Refill Applicator - Small Travel Case for Intake Nasal Strips, Holds Up to 5 Ta…**
★★★★½ 276
$19⁹⁹ ($19.99/count)
Get it as soon as **Monday, Dec 8**
FREE Shipping on orders over $35 shipped by Amazon

**Air Max Nasal Dilators Trial Pack - Anti Snoring Devices - 76% More Airflow for Better Breathing & Against…**
★★★☆☆ 12,766
$16⁰⁰ ($16.00/count)
Get it as soon as **Monday, Dec 8**
FREE Shipping on orders over $35 shipped by Amazon

**Intake Breathing Extra Intake Bands (Pack of 2), Medium-Large (M2), Matte Black. (Tabs NOT Included)**
★★★★☆ 323
$19⁹⁹ ($10.00/count)
Get it as soon as **Monday, Dec 8**
FREE Shipping on orders over $35 shipped by Amazon

---

## Your Browsing History   View or edit your browsing history

Page 1 of 5



‹           ›

---

Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Become an Amazon Hub Partner
› See More Ways to Make Money

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product Safety Alerts
Registry & Gift List
Help



 English

 United States

Amazon Music
Stream millions
of songs

Amazon Ads
Reach customers
wherever they
spend their time

6pm
Score deals
on fashion brands

AbeBooks
Books, art
& collectibles

ACX
Audiobook
Publishing
Made Easy

Sell on Amazon
Start a Selling
Account

Veeqo
Shipping Software
Inventory
Management

Amazon Business
Everything For
Your Business

Amazon Fresh
Groceries & More
Right To Your Door

AmazonGlobal
Ship Orders
Internationally

Home Services
Experienced Pros
Happiness
Guarantee

Amazon Web
Services
Scalable Cloud
Computing
Services

Audible
Listen to Books &
Original
Audio
Performances

Box Office Mojo
Find Movie
Box Office Data

Goodreads
Book reviews
&
recommendations

IMDb
Movies, TV
& Celebrities

IMDbPro
Get Info
Entertainment
Professionals Need

Kindle Direct
Publishing
Indie Digital &
Print Publishing
Made Easy

Amazon Photos
Unlimited Photo
Storage
Free With Prime

Prime Video Direct
Video Distribution
Made Easy

Shopbop
Designer
Fashion Brands

Amazon Resale
Great Deals on
Quality Used
Products

Whole Foods
Market
America's
Healthiest
Grocery Store

Woot!
Deals and
Shenanigans

Zappos
Shoes &
Clothing

Ring
Smart Home
Security Systems

eero WiFi
Stream 4K Video
in Every Room

Blink
Smart Security
for Every Home

Neighbors App
Real-Time Crime
& Safety Alerts

Amazon
Subscription Boxes
Top subscription
boxes – right to
your door

PillPack
Pharmacy
Simplified

Amazon Renewed
Like-new products
you can trust

Amazon Luna
Video games from
the cloud,
no console
required

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices

© 1996–2025, Amazon.com, Inc. or its affiliates

## About Seller

OUTDOORKING is committed to providing each customer with the highest standard of customer service.

**Have a question for OUTDOORKING?**

Ask a question

## Reviews

 4.9 out of 5
13 ratings

12 months ⌄



| | |
|---|---|
| 5 star | 92% |
| 4 star | 8% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 0% |

Learn more about how seller reviews work on Amazon ⌄

**Share your thoughts with other customers**

Leave seller feedback

**FILTER BY**

All stars ⌄

13 total ratings, 13 with feedback for 12 months ⓘ

"Coll "

By Sesselja Ingvadóttir on November 18, 2025.

"I am very disappointed that I did not receive the product "

By Amazon Customer on November 6, 2025.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

"Great product fir price. With case and cloth. Cute and stylish. "

By Lynn Singh on November 5, 2025.

"Order came in timely manner. Items were as described. I am satisfied with the purchase. "

By KTB on September 16, 2025.

"Just as described Thank You ! "

By Russell D. on September 9, 2025.

Previous Next

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** nanjingchengqingfengdianzishangwuyouxiangongsi

**Business Address:**
  玄武区童卫路5号
  南理工科技创新园区6号楼217-19室
  南京市
  江苏省
  211000

| Shipping Policies | ⌄ |
| Other Policies | ⌄ |
| Help | ⌄ |

## Products

See all products currently offered by the seller.

# OUTDOORKING

Visit the OUTDOORKING storefront

★★★★★ | **100% positive** in the last 12 months (13 ratings)











**QALLY Polarized Sports Sunglasses for Men, UV400 Protection Mens Sunglasses Wrap Around Sun Glasses for Cycling Running**
★★★★☆ 223
$21⁹⁹-$24⁹⁹

**OMEKOL Two Sizes For Adults and Youth Polarized Sunglasses Men Women Outdoor Sport Baseball Glasses UV400 Cycling Eyewear**
★★★★☆ 1,393
$19⁰⁹

**APEXUP Sports Polarized Sunglasses for Men Women, UV400 Protection Men's Sunglasses for Cycling, Fishing**
★★★★☆ 136
$12⁹⁹-$14⁹⁹

**gesruny Polarized Sport Sunglasses for Men and Women, Lightweight TR90 Sun Glasses with UV Protection for Cycli...**
★★★★☆ 815
Amazon's Choice
$17⁹⁸-$29⁹⁹

**HAAYOT Pol Sunglasses f Women You Cycling Runn Biking Glass**
★★★★☆
$21⁹⁹-$29

## Inspired by your browsing history











**AJBAY Polarized Sports Sunglasses for Men Women,Wrap Around Sun Glasses for Running Cycling Baseball Fishing Golf Hiking**
★★★★☆ 66
$29⁹⁹-$32⁹⁹

**Zelvot Running Vest for Women Men, USA Original Patent, Adjustable Chest Straps Running Hydration Vest...**
★★★★☆ 922
Amazon's Choice
$29⁶³-$32⁷⁸

**ZYFOFFICE Cycling Glasses Mens Women Mirrored Sports Goggles for MTB Road Bike Hiking Baseball UV400 Protection**
★★★★☆ 78
$16⁹⁸

**ROCKBROS Polarized Sunglasses UV Protection for Women Men Cycling Sunglasses**
★★★★☆ 7,103
$25⁹⁹-$27⁴⁹

**KALIYADI Po Sunglasses f Women You Lightweight with UV Prot Driving Fishi**
★★★★☆
#1 Best Seller
$16⁹⁹-$29

🌱 3 sustainab

## Your Browsing History
View or edit your browsing history

     

Back to top

### Get to Know Us
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

### Make Money with Us
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Become an Amazon Hub Partner
› See More Ways to Make Money

### Amazon Payment Products
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

### Let Us Help You
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product Safety Alerts
Registry & Gift List
Help



English    United States

| | | | | | | |
|---|---|---|---|---|---|---|
| Amazon Music<br>Stream millions of songs | Amazon Ads<br>Reach customers wherever they spend their time | 6pm<br>Score deals on fashion brands | AbeBooks<br>Books, art & collectibles | ACX<br>Audiobook Publishing Made Easy | Sell on Amazon<br>Start a Selling Account | Veeqo<br>Shipping Software Inventory Management |
| Amazon Business<br>Everything For Your Business | Amazon Fresh<br>Groceries & More Right To Your Door | AmazonGlobal<br>Ship Orders Internationally | Home Services<br>Experienced Pros Happiness Guarantee | Amazon Web Services<br>Scalable Cloud Computing Services | Audible<br>Listen to Books & Original Audio Performances | Box Office Mojo<br>Find Movie Box Office Data |
| Goodreads<br>Book reviews & recommendations | IMDb<br>Movies, TV & Celebrities | IMDbPro<br>Get Info Entertainment Professionals Need | Kindle Direct Publishing<br>Indie Digital & Print Publishing Made Easy | Amazon Photos<br>Unlimited Photo Storage Free With Prime | Prime Video Direct<br>Video Distribution Made Easy | Shopbop<br>Designer Fashion Brands |
| Amazon Resale<br>Great Deals on Quality Used Products | Whole Foods Market<br>America's Healthiest Grocery Store | Woot!<br>Deals and Shenanigans | Zappos<br>Shoes & Clothing | Ring<br>Smart Home Security Systems | eero WiFi<br>Stream 4K Video in Every Room | Blink<br>Smart Security for Every Home |
| | Neighbors App<br>Real-Time Crime & Safety Alerts | Amazon Subscription Boxes<br>Top subscription boxes – right to your door | PillPack<br>Pharmacy Simplified | Amazon Renewed<br>Like-new products you can trust | Amazon Luna<br>Video games from the cloud, no console required | |

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices

# HXRStore

Visit the HXRStore storefront

★★★★☆ | **80% positive** lifetime (5 total ratings)



**Rycrosdy 1/2/3 pcs Youth Baseba…**

$15⁹⁰

[Add to Cart]

---

## About Seller

HXRStore is committed to providing each customer with the highest standard of customer service.

**Have a question for HXRStore?**

[Ask a question]

---

## Reviews

★★★★☆  4.2 out of 5
5 ratings

[Lifetime ▾]

| | |
|---|---|
| 5 star | 80% |
| 4 star | 0% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 20% |

Learn more about how seller reviews work on Amazon ⌄

**Share your thoughts with other customers**

[Leave seller feedback]

**FILTER BY**

[All stars ▾]

5 total ratings, 5 with feedback for Lifetime ⓘ

★★★★★  "Amazing"
By Greyvin Burgos montoya on November 30, 2025.

★★★★★  "Great product quick delivery just what I wanted thank you"
By Amazon Customer on July 19, 2025.

★★★★★  "Product was fast and seem to be as described"
By Kenneth Abernathy on July 7, 2025.

★☆☆☆☆  "~~I ordered these on Wednesday to be delivered Friday for my Grandsons birthday and his party was on Saturday didn't receive them until almost 6:00pm on Saturday~~"
By Christina smith on May 25, 2025.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

★★★★★  "I know it's not the sellers fault but the day the 2 pairs of glasses I order where supposed to be delivered I got a email saying they they delivery service canc…"
Read more
By Dave peryea on June 2, 2024.

Previous  Next

---

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

---

## Detailed Seller Information

**Business Name:** Chengdu Ruikeda Trading Co., Ltd

**Business Address**
天府新区华阳街道益州大道南段588号
1栋3单元24层2406号
成都市
四川省
610213
CN

---

**Shipping Policies** ⌄

**Other Policies** ⌄

**Help** ⌄

---

## Products

See all products currently offered by the seller.

Leave seller feedback

---

## Customers who viewed items in your browsing history also viewed

Page 1 of 10







QALLY Polarized Sports Sunglasses for Men, UV400 Protection Mens Sunglasses Wrap Around Sun Glasses for Cycling Running
★★★★½ 223
$21⁹⁹-$24⁹⁹

OMEKOL Two Sizes For Adults and Youth Polarized Sunglasses Men Women Outdoor Sport Baseball Glasses UV400 Cycling Eyewear
★★★★½ 1,393
$19⁰⁹

CMBJJU Kids Sunglasses,Youth Baseball Glasses for Boys Girls Age 6-14,Sports UV Protection Goggles
★★★★½ 161
$9⁹⁹-$29⁹⁹

TURBOPEP 3 Pack Kids Polarized Sunglasses - Youth Baseball Sunglasses for Boys Girls Age 3-12 Sports UV…
★★★★½ 683
**Amazon's Choice**
$14⁹⁹-$29⁹⁹

## Customers who viewed items in your browsing history also viewed

Page 1 of 4



   

**Intake Breathing Refill Tabs (30 Count) – Magnetic Nasal Strips for Sleeping – Snoring…**
★★★★½ 1,217
Amazon's Choice
$32.99 ($1.10/count)
Get it as soon as **Monday, Dec 8**
FREE Shipping on orders over $35 shipped by Amazon

**Intake Breathing Travel Case and Magnetic Refill Applicator - Small Travel Case for Intake Nasal Strips, Holds Up to 5 Ta…**
★★★★½ 276
$19.99 ($19.99/count)
Get it as soon as **Monday, Dec 8**
FREE Shipping on orders over $35 shipped by Amazon

**Air Max Nasal Dilators Trial Pack - Anti Snoring Devices - 76% More Airflow for Better Breathing & Against…**
★★★½ 12,766
$16.00 ($16.00/count)
Get it as soon as **Monday, Dec 8**
FREE Shipping on orders over $35 shipped by Amazon

**Intake Breathing Extra Intake Bands (Pack of 2), Medium-Large (M2), Matte Black. (Tabs NOT Included)**
★★★★☆ 323
$19.99 ($10.00/count)
Get it as soon as **Monday, Dec 8**
FREE Shipping on orders over $35 shipped by Amazon

## Your Browsing History    View or edit your browsing history

Page 1 of 5

        

Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Become an Amazon Hub Partner
› See More Ways to Make Money

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product Safety Alerts
Registry & Gift List
Help



 English          United States

Amazon Music
Stream millions
of songs

Amazon Ads
Reach customers
wherever they
spend their time

6pm
Score deals
on fashion brands

AbeBooks
Books, art
& collectibles

ACX
Audiobook
Publishing
Made Easy

Sell on Amazon
Start a Selling
Account

Veeqo
Shipping Software
Inventory
Management

Amazon Business
Everything For
Your Business

Amazon Fresh
Groceries & More
Right To Your Door

AmazonGlobal
Ship Orders
Internationally

Home Services
Experienced Pros
Happiness
Guarantee

Amazon Web
Services
Scalable Cloud
Computing
Services

Audible
Listen to Books &
Original
Audio
Performances

Box Office Mojo
Find Movie
Box Office Data

Goodreads
Book reviews
&
recommendations

IMDb
Movies, TV
& Celebrities

IMDbPro
Get Info
Entertainment
Professionals Need

Kindle Direct
Publishing
Indie Digital &
Print Publishing
Made Easy

Amazon Photos
Unlimited Photo
Storage
Free With Prime

Prime Video Direct
Video Distribution
Made Easy

Shopbop
Designer
Fashion Brands

Amazon Resale
Great Deals on
Quality Used
Products

Whole Foods
Market
America's
Healthiest
Grocery Store

Woot!
Deals and
Shenanigans

Zappos
Shoes &
Clothing

Ring
Smart Home
Security Systems

eero WiFi
Stream 4K Video
in Every Room

Blink
Smart Security
for Every Home

Neighbors App
Real-Time Crime
& Safety Alerts

Amazon
Subscription Boxes
Top subscription
boxes – right to
your door

PillPack
Pharmacy
Simplified

Amazon Renewed
Like-new products
you can trust

Amazon Luna
Video games from
the cloud,
no console
required

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices

© 1996–2025, Amazon.com, Inc. or its affiliates

## About Seller

**RIVBOS** is a professional eyewear supplier, integrating the design, manufacture, processing and sales.

Our optical goggles series include sports eyewear, kids sunglasses,ski goggles, cycling glasses, basketball goggles, motocross goggles, driving glasses, golf glasses, industrial safety glasses, labor glasses, etc. Our fashion sunglasses series include polaroid sunglasses, metallic glasses and plain glass spectacles. Besides, we offer various eyewear attachments like glasses cases, glasses bags...

See more ⌄

**Have a question for RIVBOS?**

Ask a question

## Reviews



★★★★★  5 out of  5
207 ratings

5 star ▓▓▓▓▓▓▓ 95%
4 star ▏ 5%
3 star ▏ 0%
2 star ▏ 0%
1 star ▏ 0%

12 months ⌄

Learn more about how seller reviews work on Amazon ⌄

**Share your thoughts with other customers**

Leave seller feedback



**FILTER BY**

All stars ⌄

207 total ratings, 207 with feedback for 12 months ⓘ

★★★★★  "Fast shipping "
By Casey black on November 29, 2025.

★★★★★  "Good one's "
By Gagandeep Kaur on November 24, 2025.

★★★★★  "Fast delivery and super nice product. "
By Miguel B. on November 16, 2025.

★★★★★  "Favorite pair! "
By Colleen Rand on November 14, 2025.

★★★★★  "No a hit with the baseball team "
By Brandy white on November 13, 2025.

Previous Next

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** guangzhoushilaizijieguojimaoyiyouxiangongsi
**Business Address:**
东郊工业园路建工路8号3楼D081房
广州市
天河区
广东省

510000
CN

**Shipping Policies**  ⌄

**Other Policies**  ⌄

**Help**  ⌄



# RIVBOS

Visit the RIVBOS storefront

★★★★★  |  **100% positive** in the last 12 months (207 ratings)

Leave seller feedback



## Customers who viewed items in your browsing history also viewed

Page 1 of 10




QALLY Polarized Sports Sunglasses for Men, UV400 Protection Mens Sunglasses Wrap Around Sun Glasses for Cycling Running

★★★★⯪ 223

$21⁹⁹-$24⁹⁹



OMEKOL Two Sizes For Adults and Youth Polarized Sunglasses Men Women Outdoor Sport Baseball Glasses UV400 Cycling Eyewear

★★★★⯪ 1,393

$19⁰⁹



CMBJJU Kids Sunglasses,Youth Baseball Glasses for Boys Girls Age 6-14,Sports UV Protection Goggles

★★★★⯪ 161

$9⁹⁹-$29⁹⁹



TURBOPEP 3 Pack Kids Polarized Sunglasses - Youth Baseball Sunglasses for Boys Girls Age 3-12 Sports UV…

★★★★⯪ 683

Amazon's Choice

$14⁹⁹-$29⁹⁹

## Customers who viewed items in your browsing history also viewed

Page 1 of 4









**Intake Breathing Refill Tabs (30 Count) – Magnetic Nasal Strips for Sleeping – Snoring…**
★★★★½ 1,217
**Amazon's Choice**
$32⁹⁹ ($1.10/count)
Get it as soon as **Monday, Dec 8**
FREE Shipping on orders over $35 shipped by Amazon

**Intake Breathing Travel Case and Magnetic Refill Applicator - Small Travel Case for Intake Nasal Strips, Holds Up to 5 Ta…**
★★★★½ 276
$19⁹⁹ ($19.99/count)
Get it as soon as **Monday, Dec 8**
FREE Shipping on orders over $35 shipped by Amazon

**Air Max Nasal Dilators Trial Pack - Anti Snoring Devices - 76% More Airflow for Better Breathing & Against…**
★★★½ 12,766
$16⁰⁰ ($16.00/count)
Get it as soon as **Monday, Dec 8**
FREE Shipping on orders over $35 shipped by Amazon

**Intake Breathing Extra Intake Bands (Pack of 2), Medium-Large (M2), Matte Black. (Tabs NOT Included)**
★★★★☆ 323
$19⁹⁹ ($10.00/count)
Get it as soon as **Monday, Dec 8**
FREE Shipping on orders over $35 shipped by Amazon

## Your Browsing History   View or edit your browsing history

Page 1 of 5











Back to top

### Get to Know Us
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

### Make Money with Us
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Become an Amazon Hub Partner
› See More Ways to Make Money

### Amazon Payment Products
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

### Let Us Help You
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product Safety Alerts
Registry & Gift List
Help




English   United States

Amazon Music
Stream millions
of songs

Amazon Ads
Reach customers
wherever they
spend their time

6pm
Score deals
on fashion brands

AbeBooks
Books, art
& collectibles

ACX
Audiobook
Publishing
Made Easy

Sell on Amazon
Start a Selling
Account

Veeqo
Shipping Software
Inventory
Management

Amazon Business
Everything For
Your Business

Amazon Fresh
Groceries & More
Right To Your Door

AmazonGlobal
Ship Orders
Internationally

Home Services
Experienced Pros
Happiness
Guarantee

Amazon Web
Services
Scalable Cloud
Computing
Services

Audible
Listen to Books &
Original
Audio
Performances

Box Office Mojo
Find Movie
Box Office Data

Goodreads
Book reviews
&
recommendations

IMDb
Movies, TV
& Celebrities

IMDbPro
Get Info
Entertainment
Professionals Need

Kindle Direct
Publishing
Indie Digital &
Print Publishing
Made Easy

Amazon Photos
Unlimited Photo
Storage
Free With Prime

Prime Video Direct
Video Distribution
Made Easy

Shopbop
Designer
Fashion Brands

Amazon Resale
Great Deals on
Quality Used
Products

Whole Foods
Market
America's
Healthiest
Grocery Store

Woot!
Deals and
Shenanigans

Zappos
Shoes &
Clothing

Ring
Smart Home
Security Systems

eero WiFi
Stream 4K Video
in Every Room

Blink
Smart Security
for Every Home

Neighbors App
Real-Time Crime
& Safety Alerts

Amazon
Subscription Boxes
Top subscription
boxes – right to
your door

PillPack
Pharmacy
Simplified

Amazon Renewed
Like-new products
you can trust

Amazon Luna
Video games from
the cloud,
no console
required

Conditions of Use     Privacy Notice     Consumer Health Data Privacy Disclosure     Your Ads Privacy Choices

© 1996–2025, Amazon.com, Inc. or its affiliates

## About Seller

DIMENSIP-US is committed to providing each customer with the highest standard of customer service.

**Have a question for DIMENSIP-US?**

Ask a question

## Reviews

★★★★★  5 out of  5

62 ratings

| | | |
|---|---|---|
| 5 star | | 95% |
| 4 star | | 5% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

**Learn more about how seller reviews work on Amazon** ⌄

**Share your thoughts with other customers**

Leave seller feedback

**FILTER BY**

All stars

62 total ratings, 62 with feedback for 12 months ⓘ

★★★★★  "I love them an excellent purchase"

By SugaCube on November 24, 2025.

★☆☆☆☆  "~~Nunca recibí el producto~~"

By Yuledsy❤️ on November 19, 2025.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

★★★★★  "As described."

By Ramona Stephens on November 3, 2025.

★☆☆☆☆  "~~I opened the box and it was empty~~"

By Jas on October 23, 2025.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

★★★★★  "Good"

By Wagner on October 12, 2025.

Previous Next

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** Yiwu Kuanying E-commerce Co.,Ltd.
**Business Address:**
小三里塘
二区2栋1单元305
义乌
北苑街道
浙江

322000
CN

## Shipping Policies ⌄

## Other Policies ⌄

## Help ⌄

### Products

See all products currently offered by the seller.

# DIMENSIP-US

Visit the DIMENSIP-US storefront

★★★★★ | **100% positive** in the last 12 months (62 ratings)

**Customers who viewed items in your browsing history also viewed**                    Page 1 of 10






QALLY Polarized Sports Sunglasses for Men, UV400 Protection Mens Sunglasses Wrap Around Sun Glasses for Cycling Running
★★★★☆ 223
$21⁹⁹–$24⁹⁹

OMEKOL Two Sizes For Adults and Youth Polarized Sunglasses Men Women Outdoor Sport Baseball Glasses UV400 Cycling Eyewear
★★★★☆ 1,393
$19⁰⁹

CMBJJU Kids Sunglasses,Youth Baseball Glasses for Boys Girls Age 6-14,Sports UV Protection Goggles
★★★★☆ 161
$9⁹⁹–$29⁹⁹

TURBOPEP 3 Pack Kids Polarized Sunglasses - Youth Baseball Sunglasses for Boys Girls Age 3-12 Sports UV…
★★★★☆ 683
Amazon's Choice
$14⁹⁹–$29⁹⁹

**Customers who viewed items in your browsing history also viewed**                    Page 1 of 4











**Intake Breathing Refill Tabs (30 Count) – Magnetic Nasal Strips for Sleeping – Snoring…**
⭐⭐⭐⭐½ 1,217
Amazon's Choice
$32⁹⁹ ($1.10/count)
Get it as soon as **Monday, Dec 8**
FREE Shipping on orders over $35 shipped by Amazon

**Intake Breathing Travel Case and Magnetic Refill Applicator - Small Travel Case for Intake Nasal Strips, Holds Up to 5 Ta…**
⭐⭐⭐⭐½ 276
$19⁹⁹ ($19.99/count)
Get it as soon as **Monday, Dec 8**
FREE Shipping on orders over $35 shipped by Amazon

**Air Max Nasal Dilators Trial Pack - Anti Snoring Devices - 76% More Airflow for Better Breathing & Against…**
⭐⭐⭐½ 12,766
$16⁰⁰ ($16.00/count)
Get it as soon as **Monday, Dec 8**
FREE Shipping on orders over $35 shipped by Amazon

**Intake Breathing Extra Intake Bands (Pack of 2), Medium-Large (M2), Matte Black. (Tabs NOT Included)**
⭐⭐⭐⭐ 323
$19⁹⁹ ($10.00/count)
Get it as soon as **Monday, Dec 8**
FREE Shipping on orders over $35 shipped by Amazon

## Your Browsing History  View or edit your browsing history

Page 1 of 5











Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Become an Amazon Hub Partner
› See More Ways to Make Money

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product Safety Alerts
Registry & Gift List
Help



 English

🇺🇸 United States

Amazon Music
Stream millions
of songs

Amazon Ads
Reach customers
wherever they
spend their time

6pm
Score deals
on fashion brands

AbeBooks
Books, art
& collectibles

ACX
Audiobook
Publishing
Made Easy

Sell on Amazon
Start a Selling
Account

Veeqo
Shipping Software
Inventory
Management

Amazon Business
Everything For
Your Business

Amazon Fresh
Groceries & More
Right To Your Door

AmazonGlobal
Ship Orders
Internationally

Home Services
Experienced Pros
Happiness
Guarantee

Amazon Web
Services
Scalable Cloud
Computing
Services

Audible
Listen to Books &
Original
Audio
Performances

Box Office Mojo
Find Movie
Box Office Data

Goodreads
Book reviews
&
recommendations

IMDb
Movies, TV
& Celebrities

IMDbPro
Get Info
Entertainment
Professionals Need

Kindle Direct
Publishing
Indie Digital &
Print Publishing
Made Easy

Amazon Photos
Unlimited Photo
Storage
Free With Prime

Prime Video Direct
Video Distribution
Made Easy

Shopbop
Designer
Fashion Brands

Amazon Resale
Great Deals on
Quality Used
Products

Whole Foods
Market
America's
Healthiest
Grocery Store

Woot!
Deals and
Shenanigans

Zappos
Shoes &
Clothing

Ring
Smart Home
Security Systems

eero WiFi
Stream 4K Video
in Every Room

Blink
Smart Security
for Every Home

Neighbors App
Real-Time Crime
& Safety Alerts

Amazon
Subscription Boxes
Top subscription
boxes – right to
your door

PillPack
Pharmacy
Simplified

Amazon Renewed
Like-new products
you can trust

Amazon Luna
Video games from
the cloud,
no console
required

Conditions of Use      Privacy Notice      Consumer Health Data Privacy Disclosure      Your Ads Privacy Choices

© 1996–2025, Amazon.com, Inc. or its affiliates

## About Seller

SABSAN is committed to providing each customer with the highest standard of customer service.

**Have a question for SABSAN?**

[ Ask a question ]

## Reviews

 4.3 out of 5
40 ratings

[ Lifetime ⌄ ]

5 star ██████████ 65%
4 star ████ 23%
3 star ▏ 3%
2 star 0%
1 star ██ 10%

Learn more about how seller reviews work on Amazon ⌄

**Share your thoughts with other customers**

[ Leave seller feedback ]

**FILTER BY**

[ All stars ⌄ ]

40 total ratings, 39 with feedback for Lifetime ⓘ

★★★★★  " Awesome "

By mitch keane on August 15, 2025.

★★★★★  " Excellent seller "

By HH on June 2, 2025.

★★★★☆  " Fast shipping item as described "

By Broken Fence on March 14, 2025.

★★★★★  " Just as advertised "

By Amazon Customer on February 26, 2025.

★★★★★  " Grandson loves them! "

By Eileen on September 16, 2024.

Previous Next

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## SABSAN

Visit the SABSAN storefront

★★★★☆ | **88% positive** lifetime (40 total ratings)





**Polarized Sports Sunglasses for ...**

$9⁹⁹

[ Add to Cart ]

龙华区
广东省
518110
CN

## Shipping Policies ⌄

Other Policies    

Help

## Products

See all products currently offered by the seller.

Leave seller feedback

## Customers who viewed items in your browsing history also viewed

     

QALLY Polarized Sports Sunglasses for Men, UV400 Protection Mens Sunglasses Wrap Around Sun Glasses for Cycling Running
★★★★½ 223
$21.99 - $24.99

OMEKOL Two Sizes For Adults and Youth Polarized Sunglasses Men Women Outdoor Sport Baseball Glasses UV400 Cycling Eyewear
★★★★½ 1,393
$19.09

QALLY 3PACK Kids Sunglasses Youth Baseball Sunglasses for Boys Girls Age 4-14, Softball Cycling UV400 Protection Sports
★★★★½ 90
$14.99 - $23.99

APEXUP Sports Polarized Sunglasses for Men Women, UV400 Protection Men's Sunglasses for Cycling, Fishing
★★★★½ 136
$12.99 - $14.99

Bziia 3PACK Sunglasses Y... Baseball Su... Boys Girls Ag... 12,Softball S...
★★★★½
Amazon's Cho...
$8.99 - $18.99

## Customers who viewed items in your browsing history also viewed

    

Intake Breathing Refill Tabs (30 Count) – Magnetic Nasal Strips for Sleeping – Snoring…
★★★★½ 1,217
Amazon's Choice
$32.99 ($1.10/count)
Get it as soon as Monday, Dec 8
FREE Shipping on orders over $35 shipped by Amazon

Intake Breathing Travel Case and Magnetic Refill Applicator - Small Travel Case for Intake Nasal Strips, Holds Up to 5 Ta…
★★★★½ 276
$19.99 ($19.99/count)
Get it as soon as Monday, Dec 8
FREE Shipping on orders over $35 shipped by Amazon

Air Max Nasal Dilators Trial Pack - Anti Snoring Devices - 76% More Airflow for Better Breathing & Against…
★★★☆½ 12,766
$16.00 ($16.00/count)
Get it as soon as Monday, Dec 8
FREE Shipping on orders over $35 shipped by Amazon

Intake Breathing Extra Intake Bands (Pack of 2), Medium-Large (M2), Matte Black. (Tabs NOT Included)
★★★★☆ 323
$19.99 ($10.00/count)
Get it as soon as Monday, Dec 8
FREE Shipping on orders over $35 shipped by Amazon

Breathe Right Strength Na... Menthol Sce... Free, Less Sn...
★★★★½
-15% $10
($0.39/count)
Ends in 06:04
List: $11.99
Get it as soon ...
8
FREE Shipping
$35 shipped b...

## Your Browsing History   View or edit your browsing history

    

Back to top

## Get to Know Us

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

## Make Money with Us

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

## Amazon Payment Products

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

## Let Us Help You

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Recalls and Product Safety Alerts

Registry & Gift List

Help



English

 United States

Amazon Music
Stream millions
of songs

Amazon Ads
Reach customers
wherever they
spend their time

6pm
Score deals
on fashion brands

AbeBooks
Books, art
& collectibles

ACX
Audiobook
Publishing
Made Easy

Sell on Amazon
Start a Selling
Account

Veeqo
Shipping Software
Inventory
Management

Amazon Business
Everything For
Your Business

Amazon Fresh
Groceries & More
Right To Your Door

AmazonGlobal
Ship Orders
Internationally

Home Services
Experienced Pros
Happiness
Guarantee

Amazon Web
Services
Scalable Cloud
Computing
Services

Audible
Listen to Books &
Original
Audio
Performances

Box Office Mojo
Find Movie
Box Office Data

Goodreads
Book reviews
&
recommendations

IMDb
Movies, TV
& Celebrities

IMDbPro
Get Info
Entertainment
Professionals Need

Kindle Direct
Publishing
Indie Digital &
Print Publishing
Made Easy

Amazon Photos
Unlimited Photo
Storage
Free With Prime

Prime Video Direct
Video Distribution
Made Easy

Shopbop
Designer
Fashion Brands

Amazon Resale
Great Deals on
Quality Used
Products

Whole Foods
Market
America's
Healthiest
Grocery Store

Woot!
Deals and
Shenanigans

Zappos
Shoes &
Clothing

Ring
Smart Home
Security Systems

eero WiFi
Stream 4K Video
in Every Room

Blink
Smart Security
for Every Home

Neighbors App
Real-Time Crime
& Safety Alerts

Amazon
Subscription Boxes
Top subscription
boxes – right to
your door

PillPack
Pharmacy
Simplified

Amazon Renewed
Like-new products
you can trust

Amazon Luna
Video games from
the cloud,
no console
required

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates

## About Seller

sollbetter is committed to providing each customer with the highest standard of customer service.

### Have a question for sollbetter?

[ Ask a question ]

## Reviews

 4.3 out of 5
7 ratings

[ Lifetime ∨ ]

| | | |
|---|---|---|
| 5 star | ████████ | 71% |
| 4 star | ██ | 14% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | ██ | 14% |

Learn more about how seller reviews work on Amazon ∨

**Share your thoughts with other customers**

[ Leave seller feedback ]

### FILTER BY

[ All stars ∨ ]

7 total ratings, 7 feedback for Lifetime ⓘ

★★★★★  "No problems and arrival was exactly as stated!"
By Daniel Shook on November 22, 2025.

★★★★★  "Quick ship. Nice quality."
By ALo86 on November 14, 2025.

★★★★★  "Bn"
By Buen producto 👌 on October 18, 2025.

★★★★★  "product matched description"
By CM Joe on April 28, 2025.

★★★★★  "AAAA+++++ seller"
By Fernando Baez on April 4, 2024.

Previous Next

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** yiwushixiyedianzishangwuyouxiangongsi
**Business Address:**
秋实路
拥军5区25栋2单元402
义乌市
北苑街道
浙江省金华市
322000
CN

## Shipping Policies

**Other Policies**    ⌄

**Help**    ⌄


## sollbetter

Visit the sollbetter storefront

⭐⭐⭐⭐⯨  |  **86% positive** lifetime (7 total ratings)

**Tsctswk Polarized Sports Sunglas…**

$11.99

**Add to Cart**

---

### Customers who viewed items in your browsing history also viewed
Page 1 of 10









**QALLY Polarized Sports Sunglasses for Men, UV400 Protection Mens Sunglasses Wrap Around Sun Glasses for Cycling Running**
⭐⭐⭐⭐⯨ 223
$21.99 - $24.99

**OMEKOL Two Sizes For Adults and Youth Polarized Sunglasses Men Women Outdoor Sport Baseball Glasses UV400 Cycling Eyewear**
⭐⭐⭐⭐⯨ 1,393
$19.09

**QALLY 3PACK Kids Sunglasses Youth Baseball Sunglasses for Boys Girls Age 4-14, Softball Cycling UV400 Protection Sports**
⭐⭐⭐⭐⯨ 90
$14.99 - $23.99

**APEXUP Sports Polarized Sunglasses for Men Women, UV400 Protection Men's Sunglasses for Cycling, Fishing**
⭐⭐⭐⭐⯨ 136
$12.99 - $14.99



### Customers who viewed items in your browsing history also viewed
Page 1 of 4










**Intake Breathing Refill Tabs (30 Count) – Magnetic Nasal Strips for Sleeping – Snoring…**
⭐⭐⭐⭐⯨ 1,217
Amazon's Choice
$32.99 ($1.10/count)
Get it as soon as **Monday, Dec 8**
FREE Shipping on orders over $35 shipped by Amazon

**Intake Breathing Travel Case and Magnetic Refill Applicator - Small Travel Case for Intake Nasal Strips, Holds Up to 5 Ta…**
⭐⭐⭐⭐⯨ 276
$19.99 ($19.99/count)
Get it as soon as **Monday, Dec 8**
FREE Shipping on orders over $35 shipped by Amazon

**Air Max Nasal Dilators Trial Pack - Anti Snoring Devices - 76% More Airflow for Better Breathing & Against…**
⭐⭐⭐⯨☆ 12,766
$16.00 ($16.00/count)
Get it as soon as **Monday, Dec 8**
FREE Shipping on orders over $35 shipped by Amazon

**Intake Breathing Extra Intake Bands (Pack of 2), Medium-Large (M2), Matte Black. (Tabs NOT Included)**
⭐⭐⭐⭐☆ 323
$19.99 ($10.00/count)
Get it as soon as **Monday, Dec 8**
FREE Shipping on orders over $35 shipped by Amazon



---

**Your Browsing History**  View or edit your browsing history
Page 1 of 5



‹ ›

Back to top

## Get to Know Us

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

## Make Money with Us

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

## Amazon Payment Products

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

## Let Us Help You

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Recalls and Product Safety Alerts

Registry & Gift List

Help



English

🇺🇸 United States

Amazon Music
Stream millions
of songs

Amazon Ads
Reach customers
wherever they
spend their time

6pm
Score deals
on fashion brands

AbeBooks
Books, art
& collectibles

ACX
Audiobook
Publishing
Made Easy

Sell on Amazon
Start a Selling
Account

Veeqo
Shipping Software
Inventory
Management

Amazon Business
Everything For
Your Business

Amazon Fresh
Groceries & More
Right To Your Door

AmazonGlobal
Ship Orders
Internationally

Home Services
Experienced Pros
Happiness
Guarantee

Amazon Web
Services
Scalable Cloud
Computing
Services

Audible
Listen to Books &
Original
Audio
Performances

Box Office Mojo
Find Movie
Box Office Data

Goodreads
Book reviews
&
recommendations

IMDb
Movies, TV
& Celebrities

IMDbPro
Get Info
Entertainment
Professionals Need

Kindle Direct
Publishing
Indie Digital &
Print Publishing
Made Easy

Amazon Photos
Unlimited Photo
Storage
Free With Prime

Prime Video Direct
Video Distribution
Made Easy

Shopbop
Designer
Fashion Brands

Amazon Resale
Great Deals on
Quality Used
Products

Whole Foods
Market
America's
Healthiest
Grocery Store

Woot!
Deals and
Shenanigans

Zappos
Shoes &
Clothing

Ring
Smart Home
Security Systems

eero WiFi
Stream 4K Video
in Every Room

Blink
Smart Security
for Every Home

Neighbors App
Real-Time Crime
& Safety Alerts

Amazon
Subscription Boxes
Top subscription
boxes – right to
your door

PillPack
Pharmacy
Simplified

Amazon Renewed
Like-new products
you can trust

Amazon Luna
Video games from
the cloud,
no console
required

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices 

© 1996-2025, Amazon.com, Inc. or its affiliates

## About Seller

MVPTGRS is committed to providing each customer with the highest standard of customer service.

**Have a question for MVPTGRS?**

Ask a question

## Reviews

★★★★★ 5 out of 5

13 ratings

12 months ▾



5 star ▇▇▇▇▇▇▇▇▇▇ 100%

4 star 0%

3 star 0%

2 star 0%

1 star 0%

Learn more about how seller reviews work on Amazon ⌄

**Share your thoughts with other customers**

Leave seller feedback

**FILTER BY**

All stars ▾

13 total ratings, 13 with feedback for 12 months ⓘ

★★★★★ "It was perfect and exactly as described!"

By Shell on November 25, 2025.

★★★★★ "Satisfactory transaction"

By Christopher B on August 30, 2025.

★★★★★ "amazing"

By kathleen on July 24, 2025.

★☆☆☆☆ "~~Listed double the price they are worth *~~"

By Jsanquist7 on June 18, 2025.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

★☆☆☆☆ "~~They said it would be Dillard Friday but changed it to Sunday. It's an amazon lie.~~"

By Mike Kumpula on June 6, 2025.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

Previous Next

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** shenzhenshichengjingguojigongyinglianyouxiangongsi

**Business Address:**

龙岗区坂田街道办五和社区

碧桂园荣汇府一栋A座公寓1703

深圳市

广东省

5/13/25
CN

## Shipping Policies ⌄

## Other Policies ⌄

## Help ⌄

## Products

See all products currently offered by the seller.

Leave seller feedback

# MVPTGRS

Visit the MVPTGRS storefront

★★★★★  |  **100% positive** in the last 12 months (13 ratings)

     

QALLY Polarized Sports Sunglasses for Men, UV400 Protection Mens Sunglasses Wrap Around Sun Glasses for Cycling Running
★★★★⯪ 223
$21⁹⁹-$24⁹⁹

OMEKOL Two Sizes For Adults and Youth Polarized Sunglasses Men Women Outdoor Sport Baseball Glasses UV400 Cycling Eyewear
★★★★⯪ 1,393
$19⁰⁹

QALLY 3PACK Kids Sunglasses Youth Baseball Sunglasses for Boys Girls Age 4-14, Softball Cycling UV400 Protection Sports
★★★★⯪ 90
$14⁹⁹-$23⁹⁹

APEXUP Sports Polarized Sunglasses for Men Women, UV400 Protection Men's Sunglasses for Cycling, Fishing
★★★★⯪ 136
$12⁹⁹-$14⁹⁹

## Customers who viewed items in your browsing history also viewed

Page 1 of 4






**Intake Breathing Refill Tabs (30 Count) – Magnetic Nasal Strips for Sleeping – Snoring…**
★★★★½ 1,217
Amazon's Choice
$32⁹⁹ ($1.10/count)
Get it as soon as **Monday, Dec 8**
FREE Shipping on orders over $35 shipped by Amazon

**Intake Breathing Travel Case and Magnetic Refill Applicator - Small Travel Case for Intake Nasal Strips, Holds Up to 5 Ta…**
★★★★½ 276
$19⁹⁹ ($19.99/count)
Get it as soon as **Monday, Dec 8**
FREE Shipping on orders over $35 shipped by Amazon

**Air Max Nasal Dilators Trial Pack - Anti Snoring Devices - 76% More Airflow for Better Breathing & Against…**
★★★½ 12,766
$16⁰⁰ ($16.00/count)
Get it as soon as **Monday, Dec 8**
FREE Shipping on orders over $35 shipped by Amazon

**Intake Breathing Extra Intake Bands (Pack of 2), Medium-Large (M2), Matte Black. (Tabs NOT Included)**
★★★★ 323
$19⁹⁹ ($10.00/count)
Get it as soon as **Monday, Dec 8**
FREE Shipping on orders over $35 shipped by Amazon

---

## Your Browsing History   View or edit your browsing history

Page 1 of 5











---

Back to top

### Get to Know Us
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

### Make Money with Us
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Become an Amazon Hub Partner
› See More Ways to Make Money

### Amazon Payment Products
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

### Let Us Help You
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product Safety Alerts
Registry & Gift List
Help



English

 United States

Amazon Music
Stream millions
of songs

Amazon Ads
Reach customers
wherever they
spend their time

6pm
Score deals
on fashion brands

AbeBooks
Books, art
& collectibles

ACX
Audiobook
Publishing
Made Easy

Sell on Amazon
Start a Selling
Account

Veeqo
Shipping Software
Inventory
Management

Amazon Business
Everything For
Your Business

Amazon Fresh
Groceries & More
Right To Your Door

AmazonGlobal
Ship Orders
Internationally

Home Services
Experienced Pros
Happiness
Guarantee

Amazon Web
Services
Scalable Cloud
Computing
Services

Audible
Listen to Books &
Original
Audio
Performances

Box Office Mojo
Find Movie
Box Office Data

Goodreads
Book reviews
&
recommendations

IMDb
Movies, TV
& Celebrities

IMDbPro
Get Info
Entertainment
Professionals Need

Kindle Direct
Publishing
Indie Digital &
Print Publishing
Made Easy

Amazon Photos
Unlimited Photo
Storage
Free With Prime

Prime Video Direct
Video Distribution
Made Easy

Shopbop
Designer
Fashion Brands

Amazon Resale
Great Deals on
Quality Used
Products

Whole Foods
Market
America's
Healthiest
Grocery Store

Woot!
Deals and
Shenanigans

Zappos
Shoes &
Clothing

Ring
Smart Home
Security Systems

eero WiFi
Stream 4K Video
in Every Room

Blink
Smart Security
for Every Home

Neighbors App
Real-Time Crime
& Safety Alerts

Amazon
Subscription Boxes
Top subscription
boxes – right to
your door

PillPack
Pharmacy
Simplified

Amazon Renewed
Like-new products
you can trust

Amazon Luna
Video games from
the cloud,
no console
required

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices

© 1996–2025, Amazon.com, Inc. or its affiliates

## About Seller

XINRONG US is committed to providing each customer with the highest standard of customer service.

### Have a question for XINRONG US?

Ask a question

## Reviews



★★★★★  5 out of  5
4 ratings

| | | |
|---|---|---|
| 5 star | ████████████ | 100% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

Lifetime ⌄

Learn more about how seller reviews work on Amazon ⌄

### Share your thoughts with other customers

Leave seller feedback

**FILTER BY**

All stars ⌄

4 total ratings, 4 with feedback for Lifetime ⓘ

★★★★★ "prompt shipment with accurate description. "
By Anthony Carter on October 25, 2025.

★★★★★ "very good service as decried "
By Jeff B Girard on October 16, 2025.

★★★★★ "Goog "
By Amazon Customer on September 23, 2025.

★★★★★ "Amazing just as described "
By Patty Teegarden on August 7, 2025.

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** dongguanshiqishengdianzishangwuyouxiangongsi
**Business Address:**
东城街道庵元路
118号203房
东莞市
广东
523000
CN

## Shipping Policies  ⌄

## Other Policies  ⌄

## Help  ⌄

## Products

See all products currently offered by the seller.

### XINRONG US

Visit the XINRONG US storefront

⭐⭐⭐⭐⭐ | **100% positive** lifetime (4 total ratings)



**10 Pcs Upgrade Luggage Wheel C...**
$7⁹⁹

Add to Cart



**QALLY Polarized Sports Sunglasses for Men, UV400 Protection Mens Sunglasses Wrap Around Sun Glasses for Cycling Running**
⭐⭐⭐⭐½ 223
$21⁹⁹ - $24⁹⁹



**OMEKOL Two Sizes For Adults and Youth Polarized Sunglasses Men Women Outdoor Sport Baseball Glasses UV400 Cycling Eyewear**
⭐⭐⭐⭐½ 1,393
$19⁰⁹



**QALLY 3PACK Kids Sunglasses Youth Baseball Sunglasses for Boys Girls Age 4-14, Softball Cycling UV400 Protection Sports**
⭐⭐⭐⭐½ 90
$14⁹⁹ - $23⁹⁹



**APEXUP Sports Polarized Sunglasses for Men Women, UV400 Protection Men's Sunglasses for Cycling, Fishing**
⭐⭐⭐⭐½ 136
$12⁹⁹ - $14⁹⁹

## Amazon Devices for you



**Amazon Fire TV Stick 4K Max streaming device, with AI-powered Fire T...**
⭐⭐⭐⭐½ 67,634
Amazon's Choice
-42% $34⁹⁹
Ends in 05:22:54
List: $59.99
Get it as soon as **Monday, Dec 8**
FREE Shipping on orders over $35 shipped by Amazon
🌿 1 sustainability feature ⌄

**Amazon Fire TV Stick 4K Plus (newest model) with AI-powered Fire TV...**
⭐⭐⭐⭐½ 94,549
#1 Best Seller
-50% $24⁹⁹
Ends in 05:22:54
List: $49.99
Get it as soon as **Monday, Dec 8**
FREE Shipping on orders over $35 shipped by Amazon
🌿 1 sustainability feature ⌄

**Amazon Fire TV 32" 2-Series (newest model), HD smart TV with Alexa Remote, fast streaming...**
⭐⭐⭐⭐½ 27
-16% $134⁹⁹
Ends in 05:22:54
List: $159.99
Get it as soon as **Monday, Dec 8**
FREE Shipping by Amazon
🌿 1 sustainability feature ⌄

**Hubbell, Hisense 40-Inch Class A4 Series FHD 1080p Smart Fire TV (40A4NF, 2025 Model) -...**
⭐⭐⭐⭐½ 1,336
-21% $118⁹⁹
Cyber Monday Deal
List: $149.99
Get it as soon as **Monday, Dec 8**
FREE Shipping by Amazon

**Amazon Fire... Mini-LED Ser... UHD smart T... Vision IQ, 14... mode, Ambi...**
⭐⭐⭐⭐☆
-15% $69...
List: $819.99
Get it **Thursda...**
FREE Shipping
🌿 1 sustainab...

## Your Browsing History  View or edit your browsing history

     

Back to top

## Get to Know Us

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

## Make Money with Us

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

## Amazon Payment Products

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

## Let Us Help You

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Recalls and Product Safety Alerts

Registry & Gift List

Help



English

United States

| | | | | | | |
|---|---|---|---|---|---|---|
| Amazon Music<br>Stream millions<br>of songs | Amazon Ads<br>Reach customers<br>wherever they<br>spend their time | 6pm<br>Score deals<br>on fashion brands | AbeBooks<br>Books, art<br>& collectibles | ACX<br>Audiobook<br>Publishing<br>Made Easy | Sell on Amazon<br>Start a Selling<br>Account | Veeqo<br>Shipping Software<br>Inventory<br>Management |
| Amazon Business<br>Everything For<br>Your Business | Amazon Fresh<br>Groceries & More<br>Right To Your Door | AmazonGlobal<br>Ship Orders<br>Internationally | Home Services<br>Experienced Pros<br>Happiness<br>Guarantee | Amazon Web<br>Services<br>Scalable Cloud<br>Computing<br>Services | Audible<br>Listen to Books &<br>Original<br>Audio<br>Performances | Box Office Mojo<br>Find Movie<br>Box Office Data |
| Goodreads<br>Book reviews<br>&<br>recommendations | IMDb<br>Movies, TV<br>& Celebrities | IMDbPro<br>Get Info<br>Entertainment<br>Professionals Need | Kindle Direct<br>Publishing<br>Indie Digital &<br>Print Publishing<br>Made Easy | Amazon Photos<br>Unlimited Photo<br>Storage<br>Free With Prime | Prime Video Direct<br>Video Distribution<br>Made Easy | Shopbop<br>Designer<br>Fashion Brands |
| Amazon Resale<br>Great Deals on<br>Quality Used<br>Products | Whole Foods<br>Market<br>America's<br>Healthiest<br>Grocery Store | Woot!<br>Deals and<br>Shenanigans | Zappos<br>Shoes &<br>Clothing | Ring<br>Smart Home<br>Security Systems | eero WiFi<br>Stream 4K Video<br>in Every Room | Blink<br>Smart Security<br>for Every Home |
| Neighbors App<br>Real-Time Crime<br>& Safety Alerts | | Amazon<br>Subscription Boxes<br>Top subscription<br>boxes – right to<br>your door | PillPack<br>Pharmacy<br>Simplified | Amazon Renewed<br>Like-new products<br>you can trust | Amazon Luna<br>Video games from<br>the cloud,<br>no console<br>required | |

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices 

© 1996-2025, Amazon.com, Inc. or its affiliates

## About Seller

**Quality Multiplied, More Pairs, More Moments! - By KALIYADI Sunglasses**

At KALIYADI, we go beyond providing sunglasses; we offer an invitation to embrace the sunshine effortlessly. Our brand is built on the belief that quality sunglasses should be an everyday essential, accessible to everyone.

**Our philosophy**
Our philosophy revolves around sharing the sunshine, and this is reflected in our unique approach to sales. Typically, our sunglasses are sold in sets of 2 or 3 pairs. Whether you're at home,...

See more ⌄

**Have a question for KALIYADI?**

[ Ask a question ]

## Reviews



★★★★★  4.9 out of 5
1,638 ratings

[ 12 months ⌄ ]

5 star  91%
4 star  9%
3 star  0%
2 star  0%
1 star  0%

Learn more about how seller reviews work on Amazon  ⌄

**Share your thoughts with other customers**

[ Leave seller feedback ]

**FILTER BY**

[ All stars ⌄ ]

1638 total ratings, 1638 with feedback for 12 months ⓘ



★★★★★  "Very retro "

By Carebear on December 1, 2025.

★☆☆☆☆  "~~Has been "on hold" for over a week. Want a refund.~~ "

By Aaliyah Gaines on December 1, 2025.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

★★★★★  "As described "

By Amazon Customer on December 1, 2025.

★★★★★  "Good "

By Brandon on December 1, 2025.

★☆☆☆☆  "~~I did not receive the package~~ "

By Amazon Customer on December 1, 2025.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

Previous Next

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** Yiwu Juhui Import and Export Co., Ltd
**Business Address:**

山口新村18栋2单元301室
义乌市
江东街道
浙江省
322000
CN

Shipping Policies

Other Policies

Help

## Products

See all products currently offered by the seller.

Leave seller feedback

Customers who viewed items in your browsing history also viewed



### KALIYADI

Visit the KALIYADI storefront

★★★★★ | **100% positive** in the last 12 months (1638 ratings)



**KALIYADI Polarized Sunglasses f...**
$13²²

Add to Cart

QALLY Polarized Sports Sunglasses for Men, UV400 Protection Mens Sunglasses Wrap Around Sun Glasses for Cycling Running
★★★★½ 223
$21⁹⁹-$24⁹⁹

OMEKOL Two Sizes For Adults and Youth Polarized Sunglasses Men Women Outdoor Sport Baseball Glasses UV400 Cycling Eyewear
★★★★½ 1,393
$19⁰⁹

QALLY 3PACK Kids Sunglasses Youth Baseball Sunglasses for Boys Girls Age 4-14, Softball Cycling UV400 Protection Sports
★★★★½ 90
$14⁹⁹-$23⁹⁹

APEXUP Sports Polarized Sunglasses for Men Women, UV400 Protection Men's Sunglasses for Cycling, Fishing
★★★★½ 136
$12⁹⁹-$14⁹⁹

Bziia 3PACK Sunglasses Y Baseball Sur Boys Girls Ag 12,Softball S
★★★★½

$8⁹⁹-$18⁹⁹

### Customers who viewed items in your browsing history also viewed





**Intake Breathing Refill Tabs (30 Count) – Magnetic Nasal Strips for Sleeping – Snoring...**

★★★★☆ 1,217

**Amazon's Choice**

$32.99 ($1.10/count)

Get it as soon as **Monday, Dec 8**

FREE Shipping on orders over $35 shipped by Amazon

**Intake Breathing Travel Case and Magnetic Refill Applicator - Small Travel Case for Intake Nasal Strips, Holds Up to 5 Ta...**

★★★★☆ 276

$19.99 ($19.99/count)

Get it as soon as **Monday, Dec 8**

FREE Shipping on orders over $35 shipped by Amazon

**Air Max Nasal Dilators Trial Pack - Anti Snoring Devices - 76% More Airflow for Better Breathing & Against...**

★★★☆☆ 12,766

$16.00 ($16.00/count)

Get it as soon as **Monday, Dec 8**

FREE Shipping on orders over $35 shipped by Amazon

**Intake Breathing Extra Intake Bands (Pack of 2), Medium-Large (M2), Matte Black. (Tabs NOT Included)**

★★★★☆ 323

$19.99 ($10.00/count)

Get it as soon as **Monday, Dec 8**

FREE Shipping on orders over $35 shipped by Amazon

**Breathe Right Extra Strength Nasal Menthol Sce... Free, Less Sm...**

★★★★☆

-15% $10...

List: $11.99

Ends in 05:18

Get it as soon a...

FREE Shipping...$35 shipped b...

---

## Your Browsing History   View or edit your browsing history








---

Back to top

**Get to Know Us**

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

**Make Money with Us**

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

**Amazon Payment Products**

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

**Let Us Help You**

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Recalls and Product Safety Alerts

Registry & Gift List

Help



 English

 United States

Amazon Music
Stream millions
of songs

Amazon Ads
Reach customers
wherever they
spend their time

6pm
Score deals
on fashion brands

AbeBooks
Books, art
& collectibles

ACX
Audiobook
Publishing
Made Easy

Sell on Amazon
Start a Selling
Account

Veeqo
Shipping Software
Inventory
Management

Amazon Business
Everything For
Your Business

Amazon Fresh
Groceries & More
Right To Your Door

AmazonGlobal
Ship Orders
Internationally

Home Services
Experienced Pros
Happiness
Guarantee

Amazon Web
Services
Scalable Cloud
Computing
Services

Audible
Listen to Books &
Original
Audio
Performances

Box Office Mojo
Find Movie
Box Office Data

Goodreads
Book reviews
&
recommendations

IMDb
Movies, TV
& Celebrities

IMDbPro
Get Info
Entertainment
Professionals Need

Kindle Direct
Publishing
Indie Digital &
Print Publishing
Made Easy

Amazon Photos
Unlimited Photo
Storage
Free With Prime

Prime Video Direct
Video Distribution
Made Easy

Shopbop
Designer
Fashion Brands

Amazon Resale
Great Deals on
Quality Used
Products

Whole Foods
Market
America's
Healthiest
Grocery Store

Woot!
Deals and
Shenanigans

Zappos
Shoes &
Clothing

Ring
Smart Home
Security Systems

eero WiFi
Stream 4K Video
in Every Room

Blink
Smart Security
for Every Home

Neighbors App
Real-Time Crime
& Safety Alerts

Amazon
Subscription Boxes
Top subscription
boxes – right to
your door

PillPack
Pharmacy
Simplified

Amazon Renewed
Like-new products
you can trust

Amazon Luna
Video games from
the cloud,
no console
required

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices

© 1996–2025, Amazon.com, Inc. or its affiliates

## About Seller

XINGYANGXIXIANG is committed to providing each customer with the highest standard of customer service.

Have a question for **XINGYANGXIXIANG?**

[ Ask a question ]

## Reviews

 **4.8 out of 5**
154 ratings

| | | |
|---|---|---|
| 5 star | ████████ | 82% |
| 4 star | █ | 14% |
| 3 star | | 2% |
| 2 star | | 1% |
| 1 star | | 1% |

Learn more about how seller reviews work on Amazon ⌄

**Share your thoughts with other customers**

[ Leave seller feedback ]

**FILTER BY**

[ All stars ⌄ ]

154 total ratings, 154 with feedback for 12 months ⓘ

★★★★☆ "Good experience"
By James T. on November 30, 2025.

★★★★★ "love them"
By lawrence lindquist on November 29, 2025.

★★★★★ "10 de 10"
By Amazon Customer on November 27, 2025.

★★★★★ "Las mejoras"
By Yeison ariza on November 24, 2025.

★★★★★ "Muy buenos"
By Pablo tarazona on November 24, 2025.

Previous Next

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** Yiwu Honghua Trading Co., Ltd.
**Business Address:**
  江东街道
  下王3区40幢2单元403室
  金华市
  义乌市
  浙江省
  322000
  CN


**Other Policies** ⌄

**Help** ⌄

## Products

**See all products** currently offered by the seller.

Leave seller feedback

### Customers who viewed items in your browsing history also viewed

# XINGYANGXIXIANG

Visit the XINGYANGXIXIANG storefront

⭐⭐⭐⭐⭐ | **96% positive** in the last 12 months (154 ratings)



**DioKiw Polarized Kids Sunglasses...**

$18⁹⁷

[ Add to Cart ]



QALLY Polarized Sports Sunglasses for Men, UV400 Protection Mens Sunglasses Wrap Around Sun Glasses for Cycling Running

⭐⭐⭐⭐½ 223

$21⁹⁹-$24⁹⁹

OMEKOL Two Sizes For Adults and Youth Polarized Sunglasses Men Women Outdoor Sport Baseball Glasses UV400 Cycling Eyewear

⭐⭐⭐⭐½ 1,393

$19⁰⁹



QALLY 3PACK Kids Sunglasses Youth Baseball Sunglasses for Boys Girls Age 4-14, Softball Cycling UV400 Protection Sports

⭐⭐⭐⭐½ 90

$14⁹⁹-$23⁹⁹

APEXUP Sports Polarized Sunglasses for Men Women, UV400 Protection Men's Sunglasses for Cycling, Fishing

⭐⭐⭐⭐½ 136

$12⁹⁹-$14⁹⁹



Bziia 3PACK Sunglasses Y Baseball Sur Free, Less Sr 12,Softball S

⭐⭐⭐⭐½

Amazon's Choi

$8⁹⁹-$18⁹⁹

### Customers who viewed items in your browsing history also viewed



Intake Breathing Refill Tabs (30 Count) – Magnetic Nasal Strips for Sleeping – Snoring…

⭐⭐⭐⭐½ 1,217

Amazon's Choice

$32⁹⁹ ($1.10/count)

Get it as soon as **Monday, Dec 8**

FREE Shipping on orders over $35 shipped by Amazon



Intake Breathing Travel Case and Magnetic Refill Applicator - Small Travel Case for Intake Nasal Strips, Holds Up to 5 Ta…

⭐⭐⭐⭐½ 276

$19⁹⁹ ($19.99/count)

Get it as soon as **Monday, Dec 8**

FREE Shipping on orders over $35 shipped by Amazon



Air Max Nasal Dilators Trial Pack - Anti Snoring Devices - 76% More Airflow for Better Breathing & Against…

⭐⭐⭐½ 12,766

$16⁰⁰ ($16.00/count)

Get it as soon as **Monday, Dec 8**

FREE Shipping on orders over $35 shipped by Amazon



Intake Breathing Extra Intake Bands (Pack of 2), Medium-Large (M2), Matte Black. (Tabs NOT Included)

⭐⭐⭐⭐ 323

$19⁹⁹ ($10.00/count)

Get it as soon as **Monday, Dec 8**

FREE Shipping on orders over $35 shipped by Amazon



Breathe Rig Strength Na Menthol Sce Free, Less Sr

⭐⭐⭐⭐½

-15% $10

Ends in 05:16

List: $11.99

Get it as soon a 8

FREE Shipping $35 shipped b

## Your Browsing History   View or edit your browsing history

     

Back to top

### Get to Know Us

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

### Make Money with Us

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

### Amazon Payment Products

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

### Let Us Help You

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Recalls and Product Safety Alerts

Registry & Gift List

Help



English

 United States

---

Amazon Music
Stream millions
of songs

Amazon Ads
Reach customers
wherever they
spend their time

6pm
Score deals
on fashion brands

AbeBooks
Books, art
& collectibles

ACX
Audiobook
Publishing
Made Easy

Sell on Amazon
Start a Selling
Account

Veeqo
Shipping Software
Inventory
Management

Amazon Business
Everything For
Your Business

Amazon Fresh
Groceries & More
Right To Your Door

AmazonGlobal
Ship Orders
Internationally

Home Services
Experienced Pros
Happiness
Guarantee

Amazon Web
Services
Scalable Cloud
Computing
Services

Audible
Listen to Books &
Original
Audio
Performances

Box Office Mojo
Find Movie
Box Office Data

Goodreads
Book reviews
&
recommendations

IMDb
Movies, TV
& Celebrities

IMDbPro
Get Info
Entertainment
Professionals Need

Kindle Direct
Publishing
Indie Digital &
Print Publishing
Made Easy

Amazon Photos
Unlimited Photo
Storage
Free With Prime

Prime Video Direct
Video Distribution
Made Easy

Shopbop
Designer
Fashion Brands

Amazon Resale
Great Deals on
Quality Used
Products

Whole Foods
Market
America's
Healthiest
Grocery Store

Woot!
Deals and
Shenanigans

Zappos
Shoes &
Clothing

Ring
Smart Home
Security Systems

eero WiFi
Stream 4K Video
in Every Room

Blink
Smart Security
for Every Home

Neighbors App
Real-Time Crime
& Safety Alerts

Amazon
Subscription Boxes
Top subscription
boxes – right to
your door

PillPack
Pharmacy
Simplified

Amazon Renewed
Like-new products
you can trust

Amazon Luna
Video games from
the cloud,
no console
required

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices

## About Seller

OlikerSports is committed to providing each customer with the highest standard of customer service.

**Have a question for OlikerSports?**

[ Ask a question ]

## Reviews



4.7 out of 5
73 ratings

[ 12 months ⌄ ]

5 star    86%
4 star    7%
3 star    0%
2 star    1%
1 star    5%

Learn more about how seller reviews work on Amazon ⌄

**Share your thoughts with other customers**

[ Leave seller feedback ]

**FILTER BY**

[ All stars ⌄ ]

73 total ratings, 73 with feedback for 12 months ⓘ

★★★★★ "Perfect for my niece"

By kimberly scott on November 23, 2025.

★★★★☆ "Excelente servicio artículo muy bonito tal cómo ilustrado 100%satisfecho"

By genaro feliciano roman on November 13, 2025.

★★★★★ "As described"

By Sparklefarts on November 11, 2025.

★★★★★ "Great, as expected."

By Gabriel Garza on November 11, 2025.

★★☆☆☆ "Three of the powders were completely broken out of their slot, and the product was a complete mess despite packaging and shipping box in perfect condition. I wo..."
Read more

By Kindle owner on November 8, 2025.

Previous Next

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** huliangxiao
**Business Address:**
南京市浦口区桥林街道石碛路8-430号
南京
浦口
江苏
210002
CN

Shipping Policies ⌄

Other Policies ⌄

Help ⌄

# OlikerSports

Visit the OlikerSports storefront

★★★★½ | **93% positive** in the last 12 months (73 ratings)

## Customers who viewed items in your browsing history also viewed












**QALLY Polarized Sports Sunglasses for Men, UV400 Protection Mens Sunglasses Wrap Around Sun Glasses for Cycling Running**
★★★★½ 223
$21.99 - $24.99

**OMEKOL Two Sizes For Adults and Youth Polarized Sunglasses Men Women Outdoor Sport Baseball Glasses UV400 Cycling Eyewear**
★★★★½ 1,393
$19.09

**QALLY 3PACK Kids Sunglasses Youth Baseball Sunglasses for Boys Girls Age 4-14, Softball Cycling UV400 Protection Sports**
★★★★½ 90
$14.99 - $23.99

**APEXUP Sports Polarized Sunglasses for Men Women, UV400 Protection Men's Sunglasses for Cycling, Fishing**
★★★★½ 136
$12.99 - $14.99

**Bziia 3PACK Sunglasses Y... Baseball Sur... Boys Girls Ag... 12,Softball S...**
★★★★½
Amazon's Choice
$8.99 - $18.99

## Customers who viewed items in your browsing history also viewed











**Intake Breathing Refill Tabs (30 Count) – Magnetic Nasal Strips for Sleeping – Snoring…**
★★★★½ 1,217
Amazon's Choice
$32.99 ($1.10/count)
Get it as soon as **Monday, Dec 8**
FREE Shipping on orders over $35 shipped by Amazon

**Intake Breathing Travel Case and Magnetic Refill Applicator - Small Travel Case for Intake Nasal Strips, Holds Up to 5 Ta…**
★★★★½ 276
$19.99 ($19.99/count)
Get it as soon as **Monday, Dec 8**
FREE Shipping on orders over $35 shipped by Amazon

**Air Max Nasal Dilators Trial Pack - Anti Snoring Devices - 76% More Airflow for Better Breathing & Against…**
★★★½ 12,766
$16.00 ($16.00/count)
Get it as soon as **Monday, Dec 8**
FREE Shipping on orders over $35 shipped by Amazon

**Intake Breathing Extra Intake Bands (Pack of 2), Medium-Large (M2), Matte Black. (Tabs NOT Included)**
★★★★ 323
$19.99 ($10.00/count)
Get it as soon as **Monday, Dec 8**
FREE Shipping on orders over $35 shipped by Amazon

**Breathe Righ... Strength Nas... Menthol Sce... Free, Less Sr...**
★★★★½
-15% $10...
List: $11.99
($0.39/count)
Ends in 05:07
Get it as soon...
8
FREE Shipping...
$35 shipped b...

## Your Browsing History
View or edit your browsing history

     

Back to top

### Get to Know Us
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

### Make Money with Us
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Become an Amazon Hub Partner
› See More Ways to Make Money

### Amazon Payment Products
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

### Let Us Help You
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product Safety Alerts
Registry & Gift List
Help



English      United States

| Amazon Music | Amazon Ads | 6pm | AbeBooks | ACX | Sell on Amazon | Veeqo |
| Stream millions of songs | Reach customers wherever they spend their time | Score deals on fashion brands | Books, art & collectibles | Audiobook Publishing Made Easy | Start a Selling Account | Shipping Software Inventory Management |
| Amazon Business | Amazon Fresh | AmazonGlobal | Home Services | Amazon Web Services | Audible | Box Office Mojo |
| Everything For Your Business | Groceries & More Right To Your Door | Ship Orders Internationally | Experienced Pros Happiness Guarantee | Scalable Cloud Computing Services | Listen to Books & Original Audio Performances | Find Movie Box Office Data |
| Goodreads | IMDb | IMDbPro | Kindle Direct Publishing | Amazon Photos | Prime Video Direct | Shopbop |
| Book reviews & recommendations | Movies, TV & Celebrities | Get Info Entertainment Professionals Need | Indie Digital & Print Publishing Made Easy | Unlimited Photo Storage Free With Prime | Video Distribution Made Easy | Designer Fashion Brands |
| Amazon Resale | Whole Foods Market | Woot! | Zappos | Ring | eero WiFi | Blink |
| Great Deals on Quality Used Products | America's Healthiest Grocery Store | Deals and Shenanigans | Shoes & Clothing | Smart Home Security Systems | Stream 4K Video in Every Room | Smart Security for Every Home |
| | Neighbors App | Amazon Subscription Boxes | PillPack | Amazon Renewed | Amazon Luna | |
| | Real-Time Crime & Safety Alerts | Top subscription boxes – right to your door | Pharmacy Simplified | Like-new products you can trust | Video games from the cloud, no console required | |

Conditions of Use   Privacy Notice   Consumer Health Data Privacy Disclosure   Your Ads Privacy Choices

## About Seller

nssiw is committed to providing each customer with the highest standard of customer service.

**Have a question for nssiw?**

[ Ask a question ]

## Reviews

★★★★★ 4.9 out of 5
54 ratings

[ 12 months ▾ ]

| | | |
|---|---|---|
| 5 star | ████████████████ | 94% |
| 4 star | █ | 6% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

Learn more about how seller reviews work on Amazon ▾

**Share your thoughts with other customers**

[ Leave seller feedback ]

**FILTER BY**

[ All stars ▾ ]

54 total ratings, 54 with feedback for 12 months ⓘ

★★★★★ "Tal como lo describe el vendedor "

By Quedo perfecto 👌 on November 28, 2025.

★★★★★ "Thanks. Appreciate. "

By Amazon Customer on November 27, 2025.

★★★★★ "LONG LASTING, EFFECTIVE, & WELL WORTH THE MONEY !!! "

By DAVID A. SHEVETZ on November 18, 2025.

★★★★★ "Haven't used yet but they seem to be really good quality. "

By kirsten on November 13, 2025.

★★★★★ "all good. "

By Honesty Blaze on November 9, 2025.

Previous Next

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** tai zhou jiao jiang wo jin mao yi you xian gong si
**Business Address:**
椒江区白云街道
东海大道446号390室
台州市
浙江省
318000
CN

## Shipping Policies ▾

**Other Policies** ⌄

**Help** ⌄

## Products

See all products currently offered by the seller.

# nssiw

Visit the nssiw storefront

★★★★★ | **100% positive** in the last 12 months (54 ratings)

**Customers who viewed items in your browsing history also viewed**　　　Page 1 of 10

   

**QALLY Polarized Sports Sunglasses for Men, UV400 Protection Mens Sunglasses Wrap Around Sun Glasses for Cycling Running**
★★★★½ 223
$21⁹⁹-$24⁹⁹

**OMEKOL Two Sizes For Adults and Youth Polarized Sunglasses Men Women Outdoor Sport Baseball Glasses UV400 Cycling Eyewear**
★★★★½ 1,393
$19⁰⁹

**APEXUP Sports Polarized Sunglasses for Men Women, UV400 Protection Men's Sunglasses for Cycling, Fishing**
★★★★½ 136
$12⁹⁹-$14⁹⁹

**gesruny Polarized Sport Sunglasses for Men and Women, Lightweight TR90 Sun Glasses with UV Protection for Cycli...**
★★★★½ 815
Amazon's Choice
$17⁹⁸-$29⁹⁹

**Customers who viewed items in your browsing history also viewed**

    

**Intake Breathing Refill Tabs (30 Count) – Magnetic Nasal Strips for Sleeping – Snoring…**
Amazon's Choice
★★★★½ 1,217
$32⁹⁹ ($1.10/count)
Get it as soon as **Monday, Dec 8**
FREE Shipping on orders over $35 shipped by Amazon

**Intake Breathing Travel Case and Magnetic Refill Applicator - Small Travel Case for Intake Nasal Strips, Holds Up to 5 Ta...**
★★★★½ 276
$19⁹⁹ ($19.99/count)
Get it as soon as **Monday, Dec 8**
FREE Shipping on orders over $35 shipped by Amazon

**Air Max Nasal Dilators Trial Pack - Anti Snoring Devices - 76% More Airflow for Better Breathing & Against…**
★★★½ 12,766
$16⁰⁰ ($16.00/count)
Get it as soon as **Monday, Dec 8**
FREE Shipping on orders over $35 shipped by Amazon

**Intake Breathing Extra Intake Bands (Pack of 2), Medium-Large (M2), Matte Black. (Tabs NOT Included)**
★★★★ 323
$19⁹⁹ ($10.00/count)
Get it as soon as **Monday, Dec 8**
FREE Shipping on orders over $35 shipped by Amazon

**Breathe Right Strength Na Menthol Sce Free, Less Sn**
★★★★½
-15% $10
($0.39/count)
Ends in 04:56
Get it as soon
8
FREE Shipping
$35 shipped b
List: $11.99

## Your Browsing History
**View or edit your browsing history**

     

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon Visa | Your Account |
| Amazon Newsletter | Sell apps on Amazon | Amazon Store Card | Your Orders |
| About Amazon | Supply to Amazon | Amazon Secured Card | Shipping Rates & Policies |
| Accessibility | Protect & Build Your Brand | Amazon Business Card | Amazon Prime |
| Sustainability | Become an Affiliate | Shop with Points | Returns & Replacements |
| Press Center | Become a Delivery Driver | Credit Card Marketplace | Manage Your Content and Devices |
| Investor Relations | Start a Package Delivery Business | Reload Your Balance | Recalls and Product Safety Alerts |
| Amazon Devices | Advertise Your Products | Gift Cards | Registry & Gift List |
| Amazon Science | Self-Publish with Us | Amazon Currency Converter | Help |
| | Become an Amazon Hub Partner | | |
| | › See More Ways to Make Money | | |



English   United States

| Amazon Music Stream millions of songs | Amazon Ads Reach customers wherever they spend their time | 6pm Score deals on fashion brands | AbeBooks Books, art & collectibles | ACX Audiobook Publishing Made Easy | Sell on Amazon Start a Selling Account | Veeqo Shipping Software Inventory Management |
|---|---|---|---|---|---|---|
| Amazon Business Everything For Your Business | Amazon Fresh Groceries & More Right To Your Door | AmazonGlobal Ship Orders Internationally | Home Services Experienced Pros Happiness Guarantee | Amazon Web Services Scalable Cloud Computing Services | Audible Listen to Books & Original Audio Performances | Box Office Mojo Find Movie Box Office Data |
| Goodreads Book reviews & recommendations | IMDb Movies, TV & Celebrities | IMDbPro Get Info Entertainment Professionals Need | Kindle Direct Publishing Indie Digital & Print Publishing Made Easy | Amazon Photos Unlimited Photo Storage Free With Prime | Prime Video Direct Video Distribution Made Easy | Shopbop Designer Fashion Brands |
| Amazon Resale Great Deals on Quality Used Products | Whole Foods Market America's Healthiest Grocery Store | Woot! Deals and Shenanigans | Zappos Shoes & Clothing | Ring Smart Home Security Systems | eero WiFi Stream 4K Video in Every Room | Blink Smart Security for Every Home |
| | Neighbors App Real-Time Crime & Safety Alerts | Amazon Subscription Boxes Top subscription boxes – right to your door | PillPack Pharmacy Simplified | Amazon Renewed Like-new products you can trust | Amazon Luna Video games from the cloud, no console required | |

Conditions of Use   Privacy Notice   Consumer Health Data Privacy Disclosure   Your Ads Privacy Choices

## About Seller

**Wapreta** is a sports and outdoor equipment brand, the brand adhering to the "pursuit of excellence," "to achieve the best never-ending" business philosophy, and strive to continue to innovate, to meet the needs of consumers, and provide them with attentive service brand!

We have a professional design team, in order to ensure the originality while trying to break through the innovation, the perfect combination of fashionable design and comfortable function, to provide consumers with high quality...

See more ⌄

### Have a question for Wapreta US?

Ask a question

## Reviews



4.7 out of 5

13 ratings

Lifetime ⌄

| | | |
|---|---|---|
| 5 star | | 69% |
| 4 star | | 31% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

Learn more about how seller reviews work on Amazon ⌄

**Share your thoughts with other customers**

Leave seller feedback

### FILTER BY

All stars ⌄

13 total ratings, 13 with feedback for Lifetime ⓘ

★★★★★  "Items shipped quickly and great buy for kids"

By Denise Fundis on October 4, 2025.

★★★★★  "Bought them for my 3 kids they all loved them. They used them to play baseball and softball."

By Amanda on June 20, 2025.

★★★★☆  "I purchased 5 sets of these glasses but I only received 4"

By maria vickers on May 31, 2025.

★★★★☆  "Seem okay!"

By jamie on May 26, 2025.

★☆☆☆☆  "~~Only received 2 sunglasses not 3 in the pack~~"

By Joker251622 on May 10, 2025.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

Previous Next

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** yuncchengxiwenegnbanzananganuyouxiangongsi
**Business Address:**

郓城县唐塔街道
西门街南段200米路东
菏泽市
山东
274700
CN

| Shipping Policies |  |
| --- | --- |

| Other Policies |  |
| --- | --- |

Help



# Wapreta US

**Visit the Wapreta US storefront**

★★★★½ | **100% positive** lifetime (13 total ratings)

Leave seller feedback

## Customers who viewed items in your browsing history also viewed

Page 1 of 10





**QALLY Polarized Sports Sunglasses for Men, UV400 Protection Mens Sunglasses Wrap Around Sun Glasses for Cycling Running**
★★★★½ 223
$21⁹⁹-$24⁹⁹

**OMEKOL Two Sizes For Adults and Youth Polarized Sunglasses Men Women Outdoor Sport Baseball Glasses UV400 Cycling Eyewear**
★★★★½ 1,393
$19⁰⁹

**QALLY 3PACK Kids Sunglasses Youth Baseball Sunglasses for Boys Girls Age 4-14, Softball Cycling UV400 Protection Sports**
★★★★½ 90
$14⁹⁹-$23⁹⁹

**APEXUP Sports Polarized Sunglasses for Men Women, UV400 Protection Men's Sunglasses for Cycling, Fishing**
★★★★½ 136
$12⁹⁹-$14⁹⁹

## Inspired by your browsing history







AJBAY Polarized Sports Sunglasses for Men Women,Wrap Around Sun Glasses for Running Cycling Baseball Fishing Golf Hiking
★★★★☆ 66
$29⁹⁹-$32⁹⁹

Zelvot Running Vest for Women Men, USA Original Patent, Adjustable Chest Straps Running Hydration Vest...
★★★★☆ 922
Amazon's Choice
$29⁶³-$32⁷⁸

ZYFOFFICE Cycling Glasses Mens Women Mirrored Sports Goggles for MTB Road Bike Hiking Baseball UV400 Protection
★★★★☆ 78
$16⁹⁸

ROCKBROS Polarized Sunglasses UV Protection for Women Men Cycling Sunglasses
★★★★☆ 7,103
$25⁹⁹-$27⁴⁹

KALIYADI Po Sunglasses f Lightweight with UV Prot Driving Fishi
★★★★☆
#1 Best Seller
$16⁹⁹-$29⁹
🌿 3 sustainab

## Your Browsing History  View or edit your browsing history








Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Become an Amazon Hub Partner
› See More Ways to Make Money

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product Safety Alerts
Registry & Gift List
Help

amazon

English

United States

Amazon Music
Stream millions of songs

Amazon Ads
Reach customers wherever they spend their time

6pm
Score deals on fashion brands

AbeBooks
Books, art & collectibles

ACX
Audiobook Publishing Made Easy

Sell on Amazon
Start a Selling Account

Veeqo
Shipping Software Inventory Management

Amazon Business
Everything For
Your Business

Amazon Fresh
Groceries & More
Right To Your Door

Amazon Global
Ship Orders
Internationally

Home Services
Experienced Pros
Happiness
Guarantee

Amazon Web
Services
Scalable Cloud
Computing
Services

Audible
Listen to Books &
Original
Audio
Performances

Box Office Mojo
Find Movie
Box Office Data

Goodreads
Book reviews
&
recommendations

IMDb
Movies, TV
& Celebrities

IMDbPro
Get Info
Entertainment
Professionals Need

Kindle Direct
Publishing
Indie Digital &
Print Publishing
Made Easy

Amazon Photos
Unlimited Photo
Storage
Free With Prime

Prime Video Direct
Video Distribution
Made Easy

Shopbop
Designer
Fashion Brands

Amazon Resale
Great Deals on
Quality Used
Products

Whole Foods
Market
America's
Healthiest
Grocery Store

Woot!
Deals and
Shenanigans

Zappos
Shoes &
Clothing

Ring
Smart Home
Security Systems

eero WiFi
Stream 4K Video
in Every Room

Blink
Smart Security
for Every Home

Neighbors App
Real-Time Crime
& Safety Alerts

Amazon
Subscription Boxes
Top subscription
boxes – right to
your door

PillPack
Pharmacy
Simplified

Amazon Renewed
Like-new products
you can trust

Amazon Luna
Video games from
the cloud,
no console
required

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates

## About Seller

Wassupbo is committed to providing each customer with the highest standard of customer service.

**Have a question for Wassupbo?**

Ask a question

## Reviews

★★★★★  5 out of 5
1 ratings

Lifetime ⌄



| | |
|---|---|
| 5 star | 100% |
| 4 star | 0% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 0% |

Learn more about how seller reviews work on Amazon ⌄

**Share your thoughts with other customers**

Leave seller feedback

**FILTER BY**

All stars ⌄

1 total ratings, 1 with feedback for Lifetime ⓘ

★★★★★  " I loved it "

By Carol Lyons on March 9, 2025.

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** shenzhenchuanshengzhihuikejiyouxiangongsi
**Business Address:**
  龙岗区坂田街道
  象角塘社区雪岗路1067号城市山海云汇B栋二层203
  深圳市
  广东省
  518000
  CN

## Shipping Policies ⌄

## Other Policies ⌄

## Help ⌄

# Wassupbo

Visit the Wassupbo storefront

★★★★★  |  **100% positive** lifetime (1 total ratings)



**Wassupbo 3PACK Kids Polarized ...**
$23.98

**Add to Cart**

---

## Customers who viewed items in your browsing history also viewed

    

**QALLY Polarized Sports Sunglasses for Men, UV400 Protection Mens Sunglasses Wrap Around Sun Glasses for Cycling Running**
★★★★☆ 223
$21.99 - $24.99

**OMEKOL Two Sizes For Adults and Youth Polarized Sunglasses Men Women Outdoor Sport Baseball Glasses UV400 Cycling Eyewear**
★★★★☆ 1,393
$19.09

**QALLY 3PACK Kids Sunglasses Youth Baseball Sunglasses for Boys Girls Age 4-14, Softball Cycling UV400 Protection Sports**
★★★★☆ 90
$14.99 - $23.99

**APEXUP Sports Polarized Sunglasses for Men Women, UV400 Protection Men's Sunglasses for Cycling, Fishing**
★★★★☆ 136
$12.99 - $14.99

**gesruny Pola Sunglasses f Women, Ligh TR90 Sun Gl UV Protectio**
★★★★☆
Amazon's Cho
$17.98 - $29

---

## Customers who viewed items in your browsing history also viewed

    

**Intake Breathing Refill Tabs (30 Count) – Magnetic Nasal Strips for Sleeping – Snoring…**
★★★★☆ 1,217
Amazon's Choice
$32.99 ($1.10/count)
Get it as soon as **Monday, Dec 8**
FREE Shipping on orders over $35 shipped by Amazon

**Intake Breathing Travel Case and Magnetic Refill Applicator - Small Travel Case for Intake Nasal Strips, Holds Up to 5 Ta…**
★★★★☆ 276
$19.99 ($19.99/count)
Get it as soon as **Monday, Dec 8**
FREE Shipping on orders over $35 shipped by Amazon

**Air Max Nasal Dilators Trial Pack - Anti Snoring Devices - 76% More Airflow for Better Breathing & Against…**
★★★☆☆ 12,766
$16.00 ($16.00/count)
Get it as soon as **Monday, Dec 8**
FREE Shipping on orders over $35 shipped by Amazon

**Intake Breathing Extra Intake Bands (Pack of 2), Medium-Large (M2), Matte Black. (Tabs NOT Included)**
★★★★☆ 323
$19.99 ($10.00/count)
Get it as soon as **Monday, Dec 8**
FREE Shipping on orders over $35 shipped by Amazon

**Breathe Righ Strength Nas Menthol Scen Free, Less Sn**
★★★★☆
-15% $10
($0.39/count)
Ends in 04:37
List: $11.99
Get it as soon a 8
FREE Shipping $35 shipped b

---

## Your Browsing History  View or edit your browsing history

     

Back to top

## Get to Know Us

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

## Make Money with Us

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

## Amazon Payment Products

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

## Let Us Help You

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Recalls and Product Safety Alerts

Registry & Gift List

Help



English

United States

| | | | | | | |
|---|---|---|---|---|---|---|
| Amazon Music Stream millions of songs | Amazon Ads Reach customers wherever they spend their time | 6pm Score deals on fashion brands | AbeBooks Books, art & collectibles | ACX Audiobook Publishing Made Easy | Sell on Amazon Start a Selling Account | Veeqo Shipping Software Inventory Management |
| Amazon Business Everything For Your Business | Amazon Fresh Groceries & More Right To Your Door | AmazonGlobal Ship Orders Internationally | Home Services Experienced Pros Happiness Guarantee | Amazon Web Services Scalable Cloud Computing Services | Audible Listen to Books & Original Audio Performances | Box Office Mojo Find Movie Box Office Data |
| Goodreads Book reviews & recommendations | IMDb Movies, TV & Celebrities | IMDbPro Get Info Entertainment Professionals Need | Kindle Direct Publishing Indie Digital & Print Publishing Made Easy | Amazon Photos Unlimited Photo Storage Free With Prime | Prime Video Direct Video Distribution Made Easy | Shopbop Designer Fashion Brands |
| Amazon Resale Great Deals on Quality Used Products | Whole Foods Market America's Healthiest Grocery Store | Woot! Deals and Shenanigans | Zappos Shoes & Clothing | Ring Smart Home Security Systems | eero WiFi Stream 4K Video in Every Room | Blink Smart Security for Every Home |
| Neighbors App Real-Time Crime & Safety Alerts | | Amazon Subscription Boxes Top subscription boxes – right to your door | PillPack Pharmacy Simplified | Amazon Renewed Like-new products you can trust | Amazon Luna Video games from the cloud, no console required | |

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices 

© 1996-2025, Amazon.com, Inc. or its affiliates

# CIFOYA

Visit the CIFOYA storefront

★★★★★  |  **98% positive** in the last 12 months (61 ratings)

## About Seller

CIFOYA is committed to providing each customer with the highest standard of customer service.

**Have a question for CIFOYA?**

[ Ask a question ]

## Reviews

★★★★★  4.9 out of  5
61 ratings

[ 12 months ⌄ ]

5 star ▇▇▇▇▇▇▇▇▇▇ 93%
4 star ▏ 5%
3 star ▏ 2%
2 star ▏ 0%
1 star ▏ 0%

Learn more about how seller reviews work on Amazon ⌄

**Share your thoughts with other customers**

[ Leave seller feedback ]

**FILTER BY**

[ All stars ⌄ ]

61 total ratings, 61 with feedback for 12 months ⓘ

★★★★★  "Really nice."
By Ann on December 1, 2025.

★★★☆☆  "Low price = low quality"
By SJ466 on December 1, 2025.

★★★★★  "Bien"
By Amazon Customer on November 27, 2025.

★★★★★  "wife loves it."
By Tai Le on November 20, 2025.

★★★★★  "Everything went perfectly"
By Pat H. on November 5, 2025.

Previous **Next**

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** guang zhou you qia wang luo ke ji you xian gong si
**Business Address:**
  天河区天源路804号
  12栋301-H13
  广州市
  广东
  510630
  CN

## Shipping Policies  ⌄

## Other Policies  ⌄



**Help** ⌄

## Products

**See all products** currently offered by the seller.

**Leave seller feedback**

## Customers who viewed items in your browsing history also viewed

Page 1 of 10

‹     ›

QALLY Polarized Sports Sunglasses for Men, UV400 Protection Mens Sunglasses Wrap Around Sun Glasses for Cycling Running
★★★★½ 223
$21⁹⁹–$24⁹⁹

OMEKOL Two Sizes For Adults and Youth Polarized Sunglasses Men Women Outdoor Sport Baseball Glasses UV400 Cycling Eyewear
★★★★½ 1,393
$19⁰⁹

QALLY 3PACK Kids Sunglasses Youth Baseball Sunglasses for Boys Girls Age 4-14, Softball Cycling UV400 Protection Sports
★★★★½ 90
$14⁹⁹–$23⁹⁹

APEXUP Sports Polarized Sunglasses for Men Women, UV400 Protection Men's Sunglasses for Cycling, Fishing
★★★★½ 136
$12⁹⁹–$14⁹⁹

## Inspired by your browsing history

Page 1 of 7

‹    ›

AJBAY Polarized Sports Sunglasses for Men Women,Wrap Around Sun Glasses for Running Cycling Baseball Fishing Golf Hiking
★★★★½ 66
$29⁹⁹–$32⁹⁹

Zelvot Running Vest for Women Men, USA Original Patent, Adjustable Chest Straps Running Hydration Vest...
★★★★½ 922
**Amazon's Choice**
$29⁶³–$32⁷⁸

ZYFOFFICE Cycling Glasses Mens Women Mirrored Sports Goggles for MTB Road Bike Hiking Baseball UV400 Protection
★★★★½ 78
$16⁹⁸

ROCKBROS Polarized Sunglasses UV Protection for Women Men Cycling Sunglasses
★★★★ 7,103
$25⁹⁹–$27⁴⁹

## Your Browsing History   View or edit your browsing history

Page 1 of 5

‹          ›

Back to top

## Get to Know Us

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

## Make Money with Us

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

## Amazon Payment Products

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

## Let Us Help You

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Recalls and Product Safety Alerts

Registry & Gift List

Help



English

United States

| | | | | | | |
|---|---|---|---|---|---|---|
| Amazon Music<br>Stream millions of songs | Amazon Ads<br>Reach customers wherever they spend their time | 6pm<br>Score deals on fashion brands | AbeBooks<br>Books, art & collectibles | ACX<br>Audiobook Publishing Made Easy | Sell on Amazon<br>Start a Selling Account | Veeqo<br>Shipping Software Inventory Management |
| Amazon Business<br>Everything For Your Business | Amazon Fresh<br>Groceries & More Right To Your Door | AmazonGlobal<br>Ship Orders Internationally | Home Services<br>Experienced Pros Happiness Guarantee | Amazon Web Services<br>Scalable Cloud Computing Services | Audible<br>Listen to Books & Original Audio Performances | Box Office Mojo<br>Find Movie Box Office Data |
| Goodreads<br>Book reviews & recommendations | IMDb<br>Movies, TV & Celebrities | IMDbPro<br>Get Info Entertainment Professionals Need | Kindle Direct Publishing<br>Indie Digital & Print Publishing Made Easy | Amazon Photos<br>Unlimited Photo Storage Free With Prime | Prime Video Direct<br>Video Distribution Made Easy | Shopbop<br>Designer Fashion Brands |
| Amazon Resale<br>Great Deals on Quality Used Products | Whole Foods Market<br>America's Healthiest Grocery Store | Woot!<br>Deals and Shenanigans | Zappos<br>Shoes & Clothing | Ring<br>Smart Home Security Systems | eero WiFi<br>Stream 4K Video in Every Room | Blink<br>Smart Security for Every Home |
| Neighbors App<br>Real-Time Crime & Safety Alerts | | Amazon Subscription Boxes<br>Top subscription boxes – right to your door | PillPack<br>Pharmacy Simplified | Amazon Renewed<br>Like-new products you can trust | Amazon Luna<br>Video games from the cloud, no console required | |

Conditions of Use   Privacy Notice   Consumer Health Data Privacy Disclosure   Your Ads Privacy Choices 

© 1996-2025, Amazon.com, Inc. or its affiliates

## About Seller

Have a question for COOLSOME?

[ Ask a question ]

Customer Service Phone:
+8613612520414

## Reviews

⭐⭐⭐⭐⭐ 4.9 out of 5
10 ratings

[ 12 months ⌄ ]

| | | |
|---|---|---|
| 5 star | ████████████ | 90% |
| 4 star | █ | 10% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

Learn more about how seller reviews work on Amazon ⌄

**Share your thoughts with other customers**

[ Leave seller feedback ]

**FILTER BY**

[ All stars ⌄ ]

10 total ratings, 10 with feedback for 12 months ⓘ

⭐☆☆☆☆  " ~~Never Recieved~~ "
By Amazon Customer on November 8, 2025.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

⭐⭐⭐⭐☆  " arrived in good time and in good order! "
By vasilios on October 11, 2025.

⭐⭐⭐⭐⭐  " Excelente "
By Jose Planas on October 9, 2025.

⭐⭐⭐⭐⭐  " Got them quick. Holding up nicely. "
By Amazon Customer on July 16, 2025.

⭐⭐⭐⭐⭐  " Fits well as described "
By Eddie Ballard on July 8, 2025.

Previous Next



# COOLSOME

Visit the COOLSOME storefront

⭐⭐⭐⭐⭐ | **100% positive** in the last 12 months (10 ratings)



**COOLSOME Kids Flexible Polariz...**
$9⁹⁸

[ Add to Cart ]

## Detailed Seller Information

**Business Name:** Deqing Ku Le Si Mao Yi Shang Hang
**Business Address:**
德庆县德城街道侨苑新村030号首层（住改商）
肇庆市
广东
526600
CN

| Shipping Policies | ⌄ |
|---|---|
| Other Policies | ⌄ |
| Help | ⌄ |

## Products

See all products currently offered by the seller.

Leave seller feedback

## Customers who viewed items in your browsing history also viewed

Page 1 of 10









**QALLY Polarized Sports Sunglasses for Men, UV400 Protection Mens Sunglasses Wrap Around Sun Glasses for Cycling Running**
★★★★½ 223
$21⁹⁹-$24⁹⁹

**OMEKOL Two Sizes For Adults and Youth Polarized Sunglasses Men Women Outdoor Sport Baseball Glasses UV400 Cycling Eyewear**
★★★★½ 1,393
$19⁰⁹

**QALLY 3PACK Kids Sunglasses Youth Baseball Sunglasses for Boys Girls Age 4-14, Softball Cycling UV400 Protection Sports**
★★★★½ 90
$14⁹⁹-$23⁹⁹

**APEXUP Sports Polarized Sunglasses for Men Women, UV400 Protection Men's Sunglasses for Cycling, Fishing**
★★★★½ 136
$12⁹⁹-$14⁹⁹

## Customers who viewed items in your browsing history also viewed

Page 1 of 4









**Intake Breathing Refill Tabs (30 Count) – Magnetic Nasal Strips for Sleeping – Snoring…**
★★★★½ 1,217
Amazon's Choice
$32⁹⁹ ($1.10/count)
Get it as soon as **Monday, Dec 8**
FREE Shipping on orders over $35 shipped by Amazon

**Intake Breathing Travel Case and Magnetic Refill Applicator - Small Travel Case for Intake Nasal Strips, Holds Up to 5 Ta…**
★★★★½ 276
$19⁹⁹ ($19.99/count)
Get it as soon as **Monday, Dec 8**
FREE Shipping on orders over $35 shipped by Amazon

**Air Max Nasal Dilators Trial Pack - Anti Snoring Devices - 76% More Airflow for Better Breathing & Against…**
★★★½ 12,767
$16⁰⁰ ($16.00/count)
Get it as soon as **Monday, Dec 8**
FREE Shipping on orders over $35 shipped by Amazon

**Intake Breathing Extra Intake Bands (Pack of 2), Medium-Large (M2), Matte Black. (Tabs NOT Included)**
★★★★ 323
$19⁹⁹ ($10.00/count)
Get it as soon as **Monday, Dec 8**
FREE Shipping on orders over $35 shipped by Amazon

## Your Browsing History   View or edit your browsing history

Page 1 of 5

        

Back to top

### Get to Know Us
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

### Make Money with Us
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Become an Amazon Hub Partner
› See More Ways to Make Money

### Amazon Payment Products
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

### Let Us Help You
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product Safety Alerts
Registry & Gift List
Help

 English      United States

| | | | | | | |
|---|---|---|---|---|---|---|
| Amazon Music<br>Stream millions of songs | Amazon Ads<br>Reach customers wherever they spend their time | 6pm<br>Score deals on fashion brands | AbeBooks<br>Books, art & collectibles | ACX<br>Audiobook Publishing Made Easy | Sell on Amazon<br>Start a Selling Account | Veeqo<br>Shipping Software Inventory Management |
| Amazon Business<br>Everything For Your Business | Amazon Fresh<br>Groceries & More Right To Your Door | AmazonGlobal<br>Ship Orders Internationally | Home Services<br>Experienced Pros Happiness Guarantee | Amazon Web Services<br>Scalable Cloud Computing Services | Audible<br>Listen to Books & Original Audio Performances | Box Office Mojo<br>Find Movie Box Office Data |
| Goodreads<br>Book reviews & recommendations | IMDb<br>Movies, TV & Celebrities | IMDbPro<br>Get Info Entertainment Professionals Need | Kindle Direct Publishing<br>Indie Digital & Print Publishing Made Easy | Amazon Photos<br>Unlimited Photo Storage Free With Prime | Prime Video Direct<br>Video Distribution Made Easy | Shopbop<br>Designer Fashion Brands |
| Amazon Resale<br>Great Deals on Quality Used Products | Whole Foods Market<br>America's Healthiest Grocery Store | Woot!<br>Deals and Shenanigans | Zappos<br>Shoes & Clothing | Ring<br>Smart Home Security Systems | eero WiFi<br>Stream 4K Video in Every Room | Blink<br>Smart Security for Every Home |
| | Neighbors App<br>Real-Time Crime & Safety Alerts | Amazon Subscription Boxes<br>Top subscription boxes – right to your door | PillPack<br>Pharmacy Simplified | Amazon Renewed<br>Like-new products you can trust | Amazon Luna<br>Video games from the cloud, no console required | |

Conditions of Use   Privacy Notice   Consumer Health Data Privacy Disclosure   Your Ads Privacy Choices 

# Dysaker

Visit the Dysaker storefront

⭐⭐⭐⭐⭐ | **99% positive** lifetime (90 total ratings)



**DYSAKER Youth Baseball Sunglas...**

$9⁹⁹

[ Add to Cart ]

## About Seller

Dysaker is committed to providing each customer with the highest standard of customer service.

### Have a question for Dysaker?

[ Ask a question ]

## Reviews

⭐⭐⭐⭐⭐  4.9 out of 5
90 ratings

[ Lifetime ▾ ]



5 star — 92%
4 star — 7%
3 star — 0%
2 star — 0%
1 star — 1%

Learn more about how seller reviews work on Amazon ▾

**Share your thoughts with other customers**

[ Leave seller feedback ]

**FILTER BY**

[ All stars ▾ ]

90 total ratings, 90 with feedback for Lifetime ⓘ

⭐⭐⭐⭐⭐  "The best"
By Carlos Efraín lopez on November 14, 2025.

⭐⭐⭐⭐⭐  "Buena entrega Gracias"
By Amazon Customer on October 9, 2025.

⭐☆☆☆☆  "~~Wrong item, we wait longer and sent a wrong item. Please refund the money.~~"
By Amazon Customer on September 22, 2025.
**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

⭐☆☆☆☆  "~~Didn't receive my glasses! Never delivered!~~"
By Michael G. on May 31, 2025.
**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

⭐⭐⭐⭐⭐  "My granddaughter loved them."
By lcsn on March 1, 2024.

Previous **Next**

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** Zhang Kaili
**Business Address:**
　北苑街道丹溪北路612号A栋4楼407-408
　金华市
　义乌市

浙江省
322000
CN

## Shipping Policies ⌄

## Other Policies ⌄

## Help ⌄

## Products

See all products currently offered by the seller.

Leave seller feedback

## Customers who viewed items in your browsing history also viewed

Page 1 of 10

   



QALLY Polarized Sports Sunglasses for Men, UV400 Protection Mens Sunglasses Wrap Around Sun Glasses for Cycling Running

★★★★½ 223

$21⁹⁹-$24⁹⁹

OMEKOL Two Sizes For Adults and Youth Polarized Sunglasses Men Women Outdoor Sport Baseball Glasses UV400 Cycling Eyewear

★★★★½ 1,393

$19⁰⁹

QALLY 3PACK Kids Sunglasses Youth Baseball Sunglasses for Boys Girls Age 4-14, Softball Cycling UV400 Protection Sports

★★★★½ 90

$14⁹⁹-$23⁹⁹

APEXUP Sports Polarized Sunglasses for Men Women, UV400 Protection Men's Sunglasses for Cycling, Fishing

★★★★½ 136

$12⁹⁹-$14⁹⁹



## Customers who viewed items in your browsing history also viewed

Page 1 of 4






**Intake Breathing Refill Tabs (30 Count) – Magnetic Nasal Strips for Sleeping – Snoring…**
★★★★½ 1,217
**Amazon's Choice**
$32.99 ($1.10/count)
Get it as soon as **Monday, Dec 8**
FREE Shipping on orders over $35 shipped by Amazon

**Intake Breathing Travel Case and Magnetic Refill Applicator - Small Travel Case for Intake Nasal Strips, Holds Up to 5 Ta…**
★★★★½ 276
$19.99 ($19.99/count)
Get it as soon as **Monday, Dec 8**
FREE Shipping on orders over $35 shipped by Amazon

**Air Max Nasal Dilators Trial Pack - Anti Snoring Devices - 76% More Airflow for Better Breathing & Against…**
★★★½ 12,767
$16.00 ($16.00/count)
Get it as soon as **Monday, Dec 8**
FREE Shipping on orders over $35 shipped by Amazon

**Intake Breathing Extra Intake Bands (Pack of 2), Medium-Large (M2), Matte Black. (Tabs NOT Included)**
★★★★ 323
$19.99 ($10.00/count)
Get it as soon as **Monday, Dec 8**
FREE Shipping on orders over $35 shipped by Amazon

## Your Browsing History   View or edit your browsing history

Page 1 of 5












Back to top

### Get to Know Us
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

### Make Money with Us
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Become an Amazon Hub Partner
› See More Ways to Make Money

### Amazon Payment Products
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

### Let Us Help You
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product Safety Alerts
Registry & Gift List
Help



English

 United States

Amazon Music
Stream millions
of songs

Amazon Ads
Reach customers
wherever they
spend their time

6pm
Score deals
on fashion brands

AbeBooks
Books, art
& collectibles

ACX
Audiobook
Publishing
Made Easy

Sell on Amazon
Start a Selling
Account

Veeqo
Shipping Software
Inventory
Management

Amazon Business
Everything For
Your Business

Amazon Fresh
Groceries & More
Right To Your Door

AmazonGlobal
Ship Orders
Internationally

Home Services
Experienced Pros
Happiness
Guarantee

Amazon Web
Services
Scalable Cloud
Computing
Services

Audible
Listen to Books &
Original
Audio
Performances

Box Office Mojo
Find Movie
Box Office Data

Goodreads
Book reviews
&
recommendations

IMDb
Movies, TV
& Celebrities

IMDbPro
Get Info
Entertainment
Professionals Need

Kindle Direct
Publishing
Indie Digital &
Print Publishing
Made Easy

Amazon Photos
Unlimited Photo
Storage
Free With Prime

Prime Video Direct
Video Distribution
Made Easy

Shopbop
Designer
Fashion Brands

Amazon Resale
Great Deals on
Quality Used
Products

Whole Foods
Market
America's
Healthiest
Grocery Store

Woot!
Deals and
Shenanigans

Zappos
Shoes &
Clothing

Ring
Smart Home
Security Systems

eero WiFi
Stream 4K Video
in Every Room

Blink
Smart Security
for Every Home

Neighbors App
Real-Time Crime
& Safety Alerts

Amazon
Subscription Boxes
Top subscription
boxes – right to
your door

PillPack
Pharmacy
Simplified

Amazon Renewed
Like-new products
you can trust

Amazon Luna
Video games from
the cloud,
no console
required

Conditions of Use     Privacy Notice     Consumer Health Data Privacy Disclosure     Your Ads Privacy Choices

© 1996–2025, Amazon.com, Inc. or its affiliates

# Brilliant Glasses

Visit the Brilliant Glasses storefront

★★★★½   |   **83% positive** lifetime (6 total ratings)



**BOWILL Youth Polarized Sunglas...**
$15$^{99}$

[ Add to Cart ]

## About Seller

Brilliant Glasses is committed to providing each customer with the highest standard of customer service.

**Have a question for Brilliant Glasses?**

[ Ask a question ]

## Reviews



★★★★½   4.3 out of 5
6 ratings

[ Lifetime ⌄ ]

| 5 star | | 83% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 17% |

Learn more about how seller reviews work on Amazon ⌄

**Share your thoughts with other customers**

[ Leave seller feedback ]

**FILTER BY**

[ All stars ⌄ ]

6 total ratings, 6 with feedback for Lifetime ⓘ

★★★★★   "present for my favorite brother in law and he loved it"

By keris_mom on November 20, 2025.

★☆☆☆☆   "~~Want my refund! So much for overnight delivery! Never even came!~~"

By tonya on November 18, 2025.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

★★★★★   "I never received the first one I ordered thank you for getting me another one so fast. Wish I knew where the other one went I hope the company gets it back. It..."
Read more

By lisa on November 14, 2025.

★☆☆☆☆   "~~This was to be a black 8tray food dehydrator and it came a 5 tray white food dehydrator. Paid for the larger more expensive one and got something totally differ...~~"
Read more

By Dillon cook on October 27, 2025.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

★☆☆☆☆   "~~Very disappointed~~"

By Emma J. on July 12, 2025.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

Previous **Next**

**Return & Refund Policies**

Please refer to the [Amazon.com Return Policy](Amazon.com Return Policy) .

## Detailed Seller Information

**Business Name:** shenzhenshichangchangzhigekejiyouxiangongsi
**Business Address:**

深圳市龙华区观澜街道桂花社区桂新路

45-2号

深圳市

广东省

518110

CN

**Shipping Policies** ⌄

**Other Policies** ⌄

**Help** ⌄

## Products

[See all products](See all products) currently offered by the seller.

Leave seller feedback

---

## Customers who viewed items in your browsing history also viewed

Page 1 of 10



**QALLY Polarized Sports Sunglasses for Men, UV400 Protection Mens Sunglasses Wrap Around Sun Glasses for Cycling Running**
★★★★½ 223
$21⁹⁹-$24⁹⁹



**OMEKOL Two Sizes For Adults and Youth Polarized Sunglasses Men Women Outdoor Sport Baseball Glasses UV400 Cycling Eyewear**
★★★★½ 1,393
$19⁰⁹



**QALLY 3PACK Kids Sunglasses Youth Baseball Sunglasses for Boys Girls Age 4-14, Softball Cycling UV400 Protection Sports**
★★★★½ 90
$14⁹⁹-$23⁹⁹



**APEXUP Sports Polarized Sunglasses for Men Women, UV400 Protection Men's Sunglasses for Cycling, Fishing**
★★★★½ 136
$12⁹⁹-$14⁹⁹

## Customers who viewed items in your browsing history also viewed

Page 1 of 4






[Intake Breathing Refill Tabs (30 Count) – Magnetic Nasal Strips for Sleeping – Snoring…](#)

★★★★½ 1,217

**Amazon's Choice**

$32⁹⁹ ($1.10/count)

Get it as soon as **Monday, Dec 8**

FREE Shipping on orders over $35 shipped by Amazon

[Intake Breathing Travel Case and Magnetic Refill Applicator - Small Travel Case for Intake Nasal Strips, Holds Up to 5 Ta…](#)

★★★★½ 276

$19⁹⁹ ($19.99/count)

Get it as soon as **Monday, Dec 8**

FREE Shipping on orders over $35 shipped by Amazon

[Air Max Nasal Dilators Trial Pack - Anti Snoring Devices - 76% More Airflow for Better Breathing & Against…](#)

★★★½ 12,767

$16⁰⁰ ($16.00/count)

Get it as soon as **Monday, Dec 8**

FREE Shipping on orders over $35 shipped by Amazon

[Intake Breathing Extra Intake Bands (Pack of 2), Medium-Large (M2), Matte Black. (Tabs NOT Included)](#)

★★★★ 323

$19⁹⁹ ($10.00/count)

Get it as soon as **Monday, Dec 8**

FREE Shipping on orders over $35 shipped by Amazon

## Your Browsing History   [View or edit your browsing history](#)

Page 1 of 5










Back to top

## Get to Know Us

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

## Make Money with Us

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

## Amazon Payment Products

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

## Let Us Help You

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Recalls and Product Safety Alerts

Registry & Gift List

Help



English

 United States

Amazon Music
Stream millions
of songs

Amazon Ads
Reach customers
wherever they
spend their time

6pm
Score deals
on fashion brands

AbeBooks
Books, art
& collectibles

ACX
Audiobook
Publishing
Made Easy

Sell on Amazon
Start a Selling
Account

Veeqo
Shipping Software
Inventory
Management

Amazon Business
Everything For
Your Business

Amazon Fresh
Groceries & More
Right To Your Door

AmazonGlobal
Ship Orders
Internationally

Home Services
Experienced Pros
Happiness
Guarantee

Amazon Web
Services
Scalable Cloud
Computing
Services

Audible
Listen to Books &
Original
Audio
Performances

Box Office Mojo
Find Movie
Box Office Data

Goodreads
Book reviews
&
recommendations

IMDb
Movies, TV
& Celebrities

IMDbPro
Get Info
Entertainment
Professionals Need

Kindle Direct
Publishing
Indie Digital &
Print Publishing
Made Easy

Amazon Photos
Unlimited Photo
Storage
Free With Prime

Prime Video Direct
Video Distribution
Made Easy

Shopbop
Designer
Fashion Brands

Amazon Resale
Great Deals on
Quality Used
Products

Whole Foods
Market
America's
Healthiest
Grocery Store

Woot!
Deals and
Shenanigans

Zappos
Shoes &
Clothing

Ring
Smart Home
Security Systems

eero WiFi
Stream 4K Video
in Every Room

Blink
Smart Security
for Every Home

Neighbors App
Real-Time Crime
& Safety Alerts

Amazon
Subscription Boxes
Top subscription
boxes – right to
your door

PillPack
Pharmacy
Simplified

Amazon Renewed
Like-new products
you can trust

Amazon Luna
Video games from
the cloud,
no console
required

Conditions of Use      Privacy Notice      Consumer Health Data Privacy Disclosure      Your Ads Privacy Choices

© 1996–2025, Amazon.com, Inc. or its affiliates

## About Seller

mifengda is committed to providing each customer with the highest standard of customer service.

**Have a question for mifengda?**

[ Ask a question ]

## Reviews

★★★★★ 4.9 out of 5
172 ratings

[ 12 months ⌄ ]

**FILTER BY**

[ All stars ⌄ ]

| | |
|---|---|
| 5 star | 91% |
| 4 star | 8% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 1% |

172 total ratings, 172 with feedback for 12 months ⓘ

★★★★★ "As described! good quality."

By Amazon Customer on November 24, 2025.

★★★★★ "Beautiful"

By ELIZABTH M ROSS on November 21, 2025.

★★★★★ "great"

By Judith E. on November 20, 2025.

★★★★★ "Perfect. Just what I needed at a great price and they come in a nice box."

By JLC on November 19, 2025.

★★★★★ "Fast delivery. Really cute"

By Susan Gardner on November 18, 2025.

Previous **Next**

[Learn more about how seller reviews work on Amazon](#) ⌄

**Share your thoughts with other customers**

[ Leave seller feedback ]

## Return & Refund Policies

Please refer to the [Amazon.com Return Policy](#) .

## Detailed Seller Information

**Business Name:** Shenzhen mifengda keji youxian gongsi
**Business Address:**
龙岗区布吉街道中元路新纪元工业区F栋408
深圳市
广东
518000
CN

## Shipping Policies ⌄

**Other Policies**

**Help**

---

## Products

See all products currently offered by the seller.

### mifengda

Visit the mifengda storefront

★★★★★    |    **99% positive** in the last 12 months (172 ratings)



**mifengda Kids Sunglasses for Bo...**

$5.99

[ Add to Cart ]

---



QALLY Polarized Sports Sunglasses for Men, UV400 Protection Mens Sunglasses Wrap Around Sun Glasses for Cycling Running
★★★★½ 223
$21.99-$24.99



OMEKOL Two Sizes For Adults and Youth Polarized Sunglasses Men Women Outdoor Sport Baseball Glasses UV400 Cycling Eyewear
★★★★½ 1,393
$19.09



QALLY 3PACK Kids Sunglasses Youth Baseball Sunglasses for Boys Girls Age 4-14, Softball Cycling UV400 Protection Sports
★★★★½ 90
$14.99-$23.99



APEXUP Sports Polarized Sunglasses for Men Women, UV400 Protection Men's Sunglasses for Cycling, Fishing
★★★★½ 136
$12.99-$14.99



gesrunly Pola... Sunglasses f... Women, Ligh... TR90 Sun Gl... UV Protectio...
★★★★½
Amazon's Cho...
$17.98-$29.9

---

**Inspired by your browsing history**



AJBAY Polarized Sports Sunglasses for Men Women,Wrap Around Sun Glasses for Running Cycling Baseball Fishing Golf Hiking
★★★★½ 66
$29.99-$32.99



Zelvot Running Vest for Women Men, USA Original Patent, Adjustable Chest Straps Running Hydration Vest...
★★★★½ 922
Amazon's Choice
$29.63-$32.78



ZYFOFFICE Cycling Glasses Mens Women Mirrored Sports Goggles for MTB Road Bike Hiking Baseball UV400 Protection
★★★★½ 78
$16.98



ROCKBROS Polarized Sunglasses UV Protection for Women Men Cycling Sunglasses
★★★★☆ 7,103
$25.99-$27.49

KALIYADI Po... Sunglasses f... Lightweight with UV Prot... Driving Fishi...
★★★★½
#1 Best Seller
$16.99-$29.9
🌱 3 sustainab...

---

## Your Browsing History    View or edit your browsing history

Back to top

## Get to Know Us

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

## Make Money with Us

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

## Amazon Payment Products

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

## Let Us Help You

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Recalls and Product Safety Alerts

Registry & Gift List

Help



English          United States

---

Amazon Music
Stream millions
of songs

Amazon Ads
Reach customers
wherever they
spend their time

6pm
Score deals
on fashion brands

AbeBooks
Books, art
& collectibles

ACX
Audiobook
Publishing
Made Easy

Sell on Amazon
Start a Selling
Account

Veeqo
Shipping Software
Inventory
Management

Amazon Business
Everything For
Your Business

Amazon Fresh
Groceries & More
Right To Your Door

AmazonGlobal
Ship Orders
Internationally

Home Services
Experienced Pros
Happiness
Guarantee

Amazon Web
Services
Scalable Cloud
Computing
Services

Audible
Listen to Books &
Original
Audio
Performances

Box Office Mojo
Find Movie
Box Office Data

Goodreads
Book reviews
&
recommendations

IMDb
Movies, TV
& Celebrities

IMDbPro
Get Info
Entertainment
Professionals Need

Kindle Direct
Publishing
Indie Digital &
Print Publishing
Made Easy

Amazon Photos
Unlimited Photo
Storage
Free With Prime

Prime Video Direct
Video Distribution
Made Easy

Shopbop
Designer
Fashion Brands

Amazon Resale
Great Deals on
Quality Used
Products

Whole Foods
Market
America's
Healthiest
Grocery Store

Woot!
Deals and
Shenanigans

Zappos
Shoes &
Clothing

Ring
Smart Home
Security Systems

eero WiFi
Stream 4K Video
in Every Room

Blink
Smart Security
for Every Home

Neighbors App
Real-Time Crime
& Safety Alerts

Amazon
Subscription Boxes
Top subscription
boxes – right to
your door

PillPack
Pharmacy
Simplified

Amazon Renewed
Like-new products
you can trust

Amazon Luna
Video games from
the cloud,
no console
required

---

Conditions of Use      Privacy Notice      Consumer Health Data Privacy Disclosure      Your Ads Privacy Choices   

© 1996–2025, Amazon.com, Inc. or its affiliates



# Speert International

Visit the Speert International storefront

★★★★★ | **97% positive** in the last 12 months (866 ratings)



**Coyote Cobra Pit Viper Designer ...**
$37⁴⁸

[ Add to Cart ]

## About Seller

Speert International is based in Deerfield Beach, Florida and was founded in 1947 by Harry Speert. We are a company that is passionate about selling quality eyewear of every variety to our customers. We carry one of the largest eyewear catalogues in the world and are confident that we can meet your eyewear needs. From luxury designer brands to handy bed-side readers we are your one-stop-shop for glasses and accessories. Read more below for broader range of products:

- Designer Frames
- Reading Glasse...

See more ⌄

**Have a question for Speert International?**

[ Ask a question ]

Customer Service Phone: 800-251-0214

## Reviews



★★★★★ 4.8 out of 5
866 ratings

[ 12 months ⌄ ]

5 star ▐▐▐▐▐▐▐▐▐▐ 87%
4 star ▐ 10%
3 star 1%
2 star 1%
1 star ▌ 2%

Learn more about how seller reviews work on Amazon ⌄

**Share your thoughts with other customers**

[ Leave seller feedback ]

**FILTER BY**

[ All stars ⌄ ]

866 total ratings, 866 with feedback for 12 months ⓘ

★☆☆☆☆   "~~This was delivered to the wrong address.~~"

By Robert Pierce on December 1, 2025.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

★★★★★   "The seller may be very good as the order was in process quickly. Sold by SPEERT fulfilled by AMAZON. I have PRIME and tomorrow will be a week and still have not..."
Read more

By SM on December 1, 2025.

★★★★★   "Very pleased."

By John Wash on November 30, 2025.

★★★★★   "Great seller!"

By Jokar51 on November 30, 2025.

★★★★★   "Product as described and works well."

By Amazon Customer on November 30, 2025.

Previous Next

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** SPEERT DOT COM INC
**Business Address:**
FOR GREGG 601 JIM MORAN BLVD
DEERFIELD BEACH
FL
33442-1711
US

### Shipping Policies ⌄

### Other Policies ⌄

### Help ⌄

## Products

See all products currently offered by the seller.

Leave seller feedback

## Customers who viewed items in your browsing history also viewed

   

QALLY Polarized Sports Sunglasses for Men, UV400 Protection Mens Sunglasses Wrap Around Sun Glasses for Cycling Running
★★★★½ 223
$21⁹⁹-$24⁹⁹

OMEKOL Two Sizes For Adults and Youth Polarized Sunglasses Men Women Outdoor Sport Baseball Glasses UV400 Cycling Eyewear
★★★★½ 1,393
$19⁰⁹

QALLY 3PACK Kids Sunglasses Youth Baseball Sunglasses for Boys Girls Age 4-14, Softball Cycling UV400 Protection Sports
★★★★½ 90
$14⁹⁹-$23⁹⁹

APEXUP Sports Polarized Sunglasses for Men Women, UV400 Protection Men's Sunglasses for Cycling, Fishing
★★★★½ 136
$12⁹⁹-$14⁹⁹

gesruny Pola Sunglasses f Women, Ligh TR90 Sun Gl UV Protectic
★★★★½
Amazon's Cho
$17⁹⁸-$29⁹

## Customers who viewed items in your browsing history also viewed






**Intake Breathing Refill Tabs (30 Count) – Magnetic Nasal Strips for Sleeping – Snoring…**

⭐⭐⭐⭐½ 1,217

**Amazon's Choice**

$32⁹⁹ ($1.10/count)

Get it as soon as **Monday, Dec 8**

FREE Shipping on orders over $35 shipped by Amazon

**Intake Breathing Travel Case and Magnetic Refill Applicator - Small Travel Case for Intake Nasal Strips, Holds Up to 5 Ta…**

⭐⭐⭐⭐½ 276

$19⁹⁹ ($19.99/count)

Get it as soon as **Monday, Dec 8**

FREE Shipping on orders over $35 shipped by Amazon

**Air Max Nasal Dilators Trial Pack - Anti Snoring Devices - 76% More Airflow for Better Breathing & Against…**

⭐⭐⭐½ 12,767

$16⁰⁰ ($16.00/count)

Get it as soon as **Monday, Dec 8**

FREE Shipping on orders over $35 shipped by Amazon

**Intake Breathing Extra Intake Bands (Pack of 2), Medium-Large (M2), Matte Black. (Tabs NOT Included)**

⭐⭐⭐⭐ 323

$19⁹⁹ ($10.00/count)

Get it as soon as **Monday, Dec 8**

FREE Shipping on orders over $35 shipped by Amazon

**Breathe Right Strength Nasal Free, Less Smen**

⭐⭐⭐⭐½

-15% $10

($0.39/count)

**Ends in 03:52**

List: $11.99

Get it as soon a 8

FREE Shipping $35 shipped b

---

## Your Browsing History    View or edit your browsing history








---

**Back to top**

### Get to Know Us

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

### Make Money with Us

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

### Amazon Payment Products

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

### Let Us Help You

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Recalls and Product Safety Alerts

Registry & Gift List

Help



 English

🇺🇸 United States

Amazon Music
Stream millions
of songs

Amazon Ads
Reach customers
wherever they
spend their time

6pm
Score deals
on fashion brands

AbeBooks
Books, art
& collectibles

ACX
Audiobook
Publishing
Made Easy

Sell on Amazon
Start a Selling
Account

Veeqo
Shipping Software
Inventory
Management

Amazon Business
Everything For
Your Business

Amazon Fresh
Groceries & More
Right To Your Door

AmazonGlobal
Ship Orders
Internationally

Home Services
Experienced Pros
Happiness
Guarantee

Amazon Web
Services
Scalable Cloud
Computing
Services

Audible
Listen to Books &
Original
Audio
Performances

Box Office Mojo
Find Movie
Box Office Data

Goodreads
Book reviews
&
recommendations

IMDb
Movies, TV
& Celebrities

IMDbPro
Get Info
Entertainment
Professionals Need

Kindle Direct
Publishing
Indie Digital &
Print Publishing
Made Easy

Amazon Photos
Unlimited Photo
Storage
Free With Prime

Prime Video Direct
Video Distribution
Made Easy

Shopbop
Designer
Fashion Brands

Amazon Resale
Great Deals on
Quality Used
Products

Whole Foods
Market
America's
Healthiest
Grocery Store

Woot!
Deals and
Shenanigans

Zappos
Shoes &
Clothing

Ring
Smart Home
Security Systems

eero WiFi
Stream 4K Video
in Every Room

Blink
Smart Security
for Every Home

Neighbors App
Real-Time Crime
& Safety Alerts

Amazon
Subscription Boxes
Top subscription
boxes – right to
your door

PillPack
Pharmacy
Simplified

Amazon Renewed
Like-new products
you can trust

Amazon Luna
Video games from
the cloud,
no console
required

Conditions of Use     Privacy Notice     Consumer Health Data Privacy Disclosure     Your Ads Privacy Choices

© 1996–2025, Amazon.com, Inc. or its affiliates

## About Seller

Altalist is committed to providing each customer with the highest standard of customer service.

Have a question for Altalist?

[ Ask a question ]

## Reviews

★★★★★ 5 out of 5
2 ratings

[ Lifetime ⌄ ]

| | | |
|---|---|---|
| 5 star | ████████ | 100% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

Learn more about how seller reviews work on Amazon ⌄

**Share your thoughts with other customers**

[ Leave seller feedback ]

**FILTER BY**

[ All stars ⌄ ]

2 total ratings, 2 with feedback for Lifetime ⓘ

★☆☆☆☆  "~~El paquete no ha llegado.~~ "

By JCB on April 26, 2025.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

★☆☆☆☆  "~~I did not get my package. It was delivered to the wrong person. I have the right address, but somebody else accepted my package.~~ "

By Brooke Jost on April 7, 2025.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

★★★★★  "It okay "

By Yariel lopez on August 19, 2024.

★★★★★  "Rapido despacho, no se oscurecen tanto como había esperado pero están bien "

By jairo arias on May 18, 2024.

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** GUANGDONGZHIGAOTIYUYONGPINYOUXIANGONGSI
**Business Address:**
　A17栋6楼
　大旺大道41号万洋众创城
　大旺高新区
　广东省肇庆市
　526238
　CN

| Shipping Policies | ⌄ |
|---|---|
| Other Policies | ⌄ |
| Help | ⌄ |

## Products

See all products currently offered by the seller.

Leave seller feedback

## Altalist

Visit the Altalist storefront

⭐⭐⭐⭐⭐ | **100% positive** lifetime (2 total ratings)



**ALTALIST Cycling Glasses, UV400 …**

$24⁹⁹

[ Add to Cart ]











| QALLY Polarized Sports Sunglasses for Men, UV400 Protection Mens Sunglasses Wrap Around Sun Glasses for Cycling Running | OMEKOL Two Sizes For Adults and Youth Polarized Sunglasses Men Women Outdoor Sport Baseball Glasses UV400 Cycling Eyewear | QALLY 3PACK Kids Sunglasses Youth Baseball Sunglasses for Boys Girls Age 4-14, Softball Cycling UV400 Protection Sports | APEXUP Sports Polarized Sunglasses for Men Women, UV400 Protection Men's Sunglasses for Cycling, Fishing | gesrunn Pola Sunglasses f Women, Light TR90 Sun Gl UV Protectic |
|---|---|---|---|---|
| ⭐⭐⭐⭐½ 223 | ⭐⭐⭐⭐½ 1,393 | ⭐⭐⭐⭐½ 90 | ⭐⭐⭐⭐½ 136 | ⭐⭐⭐⭐½ |
| $21⁹⁹-$24⁹⁹ | $19⁰⁹ | $14⁹⁹-$23⁹⁹ | $12⁹⁹-$14⁹⁹ | **Amazon's Cho** $17⁹⁸-$29 |

## Customers who viewed items in your browsing history also viewed











| Intake Breathing Refill Tabs (30 Count) – Magnetic Nasal Strips for Sleeping – Snoring… | Intake Breathing Travel Case and Magnetic Refill Applicator - Small Travel Case for Intake Nasal Strips, Holds Up to 5 Ta… | Air Max Nasal Dilators Trial Pack - Anti Snoring Devices - 76% More Airflow for Better Breathing & Against… | Intake Breathing Extra Intake Bands (Pack of 2), Medium-Large (M2), Matte Black. (Tabs NOT Included) | Breathe Righ Strength Nas Menthol Sce Free, Less Sn |
|---|---|---|---|---|
| ⭐⭐⭐⭐½ 1,217 | ⭐⭐⭐⭐½ 276 | ⭐⭐⭐½ 12,767 | ⭐⭐⭐⭐ 323 | ⭐⭐⭐⭐½ |
| **Amazon's Choice** | | | | **-15%** $10 |
| $32⁹⁹ ($1.10/count) | $19⁹⁹ ($19.99/count) | $16⁰⁰ ($16.00/count) | $19⁹⁹ ($10.00/count) | ($0.39/count) |
| Get it as soon as **Monday, Dec 8** | Get it as soon as **Monday, Dec 8** | Get it as soon as **Monday, Dec 8** | Get it as soon as **Monday, Dec 8** | **Ends in 03:50** List: $11.99 |
| FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping on orders over $35 shipped by Amazon | Get it as soon 8 FREE Shipping $35 shipped b |

## Your Browsing History  View or edit your browsing history

     

Back to top

### Get to Know Us

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

### Make Money with Us

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

### Amazon Payment Products

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

### Let Us Help You

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Recalls and Product Safety Alerts

Registry & Gift List

Help



English

   United States

**Amazon Music**
Stream millions
of songs

**Amazon Ads**
Reach customers
wherever they
spend their time

**6pm**
Score deals
on fashion brands

**AbeBooks**
Books, art
& collectibles

**ACX**
Audiobook
Publishing
Made Easy

**Sell on Amazon**
Start a Selling
Account

**Veeqo**
Shipping Software
Inventory
Management

**Amazon Business**
Everything For
Your Business

**Amazon Fresh**
Groceries & More
Right To Your Door

**AmazonGlobal**
Ship Orders
Internationally

**Home Services**
Experienced Pros
Happiness
Guarantee

**Amazon Web Services**
Scalable Cloud
Computing
Services

**Audible**
Listen to Books &
Original
Audio
Performances

**Box Office Mojo**
Find Movie
Box Office Data

**Goodreads**
Book reviews
&
recommendations

**IMDb**
Movies, TV
& Celebrities

**IMDbPro**
Get Info
Entertainment
Professionals Need

**Kindle Direct Publishing**
Indie Digital &
Print Publishing
Made Easy

**Amazon Photos**
Unlimited Photo
Storage
Free With Prime

**Prime Video Direct**
Video Distribution
Made Easy

**Shopbop**
Designer
Fashion Brands

**Amazon Resale**
Great Deals on
Quality Used
Products

**Whole Foods Market**
America's
Healthiest
Grocery Store

**Woot!**
Deals and
Shenanigans

**Zappos**
Shoes &
Clothing

**Ring**
Smart Home
Security Systems

**eero WiFi**
Stream 4K Video
in Every Room

**Blink**
Smart Security
for Every Home

**Neighbors App**
Real-Time Crime
& Safety Alerts

**Amazon Subscription Boxes**
Top subscription
boxes – right to
your door

**PillPack**
Pharmacy
Simplified

**Amazon Renewed**
Like-new products
you can trust

**Amazon Luna**
Video games from
the cloud,
no console
required

© 1996-2025, Amazon.com, Inc. or its affiliates

# OUKEMAX

Visit the OUKEMAX storefront

★★★★★ | **98% positive** in the last 12 months (121 ratings)



**OUKEMAX Polarized Sports Sung...**

$24⁹⁹

Add to Cart

---

## About Seller

OUKEMAX is committed to providing each customer with the highest standard of customer service.

**Have a question for OUKEMAX?**

Ask a question

---

## Reviews

★★★★★ 4.8 out of 5
121 ratings

12 months ⌄



| | | |
|---|---|---|
| 5 star | ████████████ | 86% |
| 4 star | ██ | 12% |
| 3 star | | 1% |
| 2 star | | 0% |
| 1 star | | 2% |

Learn more about how seller reviews work on Amazon ⌄

**Share your thoughts with other customers**

Leave seller feedback

**FILTER BY**

All stars ⌄

121 total ratings, 121 with feedback for 12 months ⓘ

★★★★★ "Love them all"

By Amanda on December 8, 2025.

★★★★★ "Excelente"

By Amazon Customer on December 7, 2025.

★★★★★ "It was a great price. I love the sunglasses, they come with a carrying case and a cleaner cloth. It's a great product."

By susan grammas on December 4, 2025.

★★★★☆ "No lynard"

By Warren Younger on December 1, 2025.

★★★★★ "I'm very satisfied."

By Amazon Customer on November 27, 2025.

Previous **Next**

---

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

---

## Detailed Seller Information

**Business Name:** nan jing man guo mao yi you xian gong si
**Business Address:**
六合区龙池街道雄州南路399号
阜康园区515幢五单元202室
南京市
江苏省
211500
CN

**Shipping Policies** ⌄

**Other Policies** ⌄

**Help** ⌄

## Products

[See all products](#) currently offered by the seller.

Leave seller feedback

---

### Customers who viewed items in your browsing history also viewed

Page 1 of 10



QALLY Polarized Sports Sunglasses for Men, UV400 Protection Mens Sunglasses Wrap Around Sun Glasses for Cycling Running
★★★★½ 230
$14³⁹ - $24⁹⁹



HAAYOT Polarized Sports Sunglasses for Men Women Youth Baseball Cycling Running Softball Biking Glasses 5 Lenses
★★★★½ 1,287
$25⁹⁹ - $29⁹⁹



gesruny Polarized Sport Sunglasses for Men and Women, Lightweight TR90 Sun Glasses with UV Protection for Cycli...
★★★★½ 823
Amazon's Choice
$17⁹⁸ - $29⁹⁹



Polarized Sport Sunglasses Men Cycling Driving Fishing UV Protection Sun Glasses Lightweight Big Frame Mountain Bike Goggles
★★★★½ 76
$15⁹⁷ - $23⁹⁷

---

### Amazon Devices for you

Page 1 of 3



Amazon Fire TV Stick 4K Max streaming device, with AI-powered Fire T...
★★★★½ 68,231
Amazon's Choice
-33% $39⁹⁹
List: $59.99
Deal selling fast
Get it as soon as **Monday, Dec 15**
FREE Shipping by Amazon
🌿 1 sustainability feature ⌄



Amazon Fire TV Stick 4K Plus (newest model) with AI-powered Fire TV...
★★★★½ 95,547
#1 Best Seller
-40% $29⁹⁹
List: $49.99
Deal selling fast
Get it as soon as **Monday, Dec 15**
FREE Shipping on orders over $35 shipped by Amazon
🌿 1 sustainability feature ⌄



Amazon Fire TV 32" 2-Series (newest model), HD smart TV with Alexa Remote, fast streaming, Dolby Audio, Ambient...
★★★★½ 37
-9% $144⁹⁹
List: $159.99
Get it as soon as **Monday, Dec 15**
FREE Shipping by Amazon
🌿 1 sustainability feature ⌄



Hisense 40-Inch Class A4 Series FHD 1080p Smart Fire TV (40A4NF, 2025 Model) - DTS Virtual: X, Slim Bezel Design, Alex...
★★★★½ 1,438
-13% $129⁹⁹
List: $149.99
Get it as soon as **Monday, Dec 15**
FREE Shipping by Amazon



**Your Browsing History**   View or edit your browsing history

       

Back to top

## Get to Know Us

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

## Make Money with Us

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

## Amazon Payment Products

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

## Let Us Help You

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Recalls and Product Safety Alerts

Registry & Gift List

Help

 English

 United States

Amazon Music
Stream millions
of songs

Amazon Ads
Reach customers
wherever they
spend their time

6pm
Score deals
on fashion brands

AbeBooks
Books, art
& collectibles

ACX
Audiobook
Publishing
Made Easy

Sell on Amazon
Start a Selling
Account

Veeqo
Shipping Software
Inventory
Management

Amazon Business
Everything For
Your Business

Amazon Fresh
Groceries & More
Right To Your Door

AmazonGlobal
Ship Orders
Internationally

Home Services
Experienced Pros
Happiness
Guarantee

Amazon Web
Services
Scalable Cloud
Computing
Services

Audible
Listen to Books &
Original
Audio
Performances

Box Office Mojo
Find Movie
Box Office Data

Goodreads
Book reviews
&
recommendations

IMDb
Movies, TV
& Celebrities

IMDbPro
Get Info
Entertainment
Professionals Need

Kindle Direct
Publishing
Indie Digital &
Print Publishing
Made Easy

Amazon Photos
Unlimited Photo
Storage
Free With Prime

Prime Video Direct
Video Distribution
Made Easy

Shopbop
Designer
Fashion Brands

Amazon Resale
Great Deals on
Quality Used
Products

Whole Foods
Market
America's
Healthiest
Grocery Store

Woot!
Deals and
Shenanigans

Zappos
Shoes &
Clothing

Ring
Smart Home
Security Systems

eero WiFi
Stream 4K Video
in Every Room

Blink
Smart Security
for Every Home

Neighbors App
Real-Time Crime
& Safety Alerts

Amazon
Subscription Boxes
Top subscription
boxes – right to
your door

PillPack
Pharmacy
Simplified

Amazon Renewed
Like-new products
you can trust

Amazon Luna
Video games from
the cloud,
no console
required

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices

# KUGUAOK

Visit the KUGUAOK storefront

★★★★★  |  **96% positive** in the last 12 months (169 ratings)



**KUGUAOK Polarized Square Sung...**

$8⁹⁹

[ Add to Cart ]

---

## About Seller

KUGUAOK is committed to providing each customer with the highest standard of customer service.

**Have a question for KUGUAOK?**

[ Ask a question ]

---

## Reviews

★★★★★  4.8 out of 5
169 ratings

[ 12 months ⌄ ]



5 star  83%
4 star  12%
3 star  2%
2 star  1%
1 star  2%

Learn more about how seller reviews work on Amazon  ⌄

**Share your thoughts with other customers**

[ Leave seller feedback ]

**FILTER BY**

[ All stars ⌄ ]

169 total ratings, 169 with feedback for 12 months ⓘ

★☆☆☆☆  "~~Recieved 3 days late.~~"

By Amazon Customer on December 8, 2025.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

★★★★★  "Muy buen producto y antes de tiempo."

By David Marín on December 7, 2025.

★★★★★  "Very nice sunglasses and very well packaged."

By Claudia R on December 6, 2025.

★★★★★  "Love all 4 of them"

By Melanie Blakesley on December 4, 2025.

★★★★★  "I lose my sunglasses all the time. I live in the sunny state of Arizona. These are good sunglasses not only for the eyeballs, but the The style is pretty good t..."

Read more

By Erika Erickson on December 3, 2025.

Previous  Next

---

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

---

## Detailed Seller Information

**Business Name:** Yiwu Chenggong E-commerce Co., Ltd
**Business Address:**

义乌市江东街道
江东街道下王三区67栋1单元202
金华市

| Shipping Policies | ⌄ |
|---|---|
| Other Policies | ⌄ |
| Help | ⌄ |

## Products

See all products currently offered by the seller.

Leave seller feedback

## Customers who viewed items in your browsing history also viewed

Page 1 of 10



**QALLY Polarized Sports Sunglasses for Men, UV400 Protection Mens Sunglasses Wrap Around Sun Glasses for Cycling Running**
⭐ 230
$14³⁹ - $24⁹⁹



**HAAYOT Polarized Sports Sunglasses for Men Women Youth Baseball Cycling Running Softball Biking Glasses 5 Lenses**
⭐ 1,287
$25⁹⁹ - $29⁹⁹



**gesruny Polarized Sport Sunglasses for Men and Women, Lightweight TR90 Sun Glasses with UV Protection for Cycli...**
⭐ 823
Amazon's Choice
$17⁹⁸ - $29⁹⁹



**Polarized Sport Sunglasses Men Cycling Driving Fishing UV Protection Sun Glasses Lightweight Big Frame Mountain Bike Goggles**
⭐ 76
$15⁹⁷ - $23⁹⁷

## Customers who viewed items in your browsing history also viewed

Page 1 of 4



**Intake Breathing Travel Case and Magnetic Refill Applicator - Small Travel Case for Intake Nasal Strips, Holds Up to 5 Ta...**
⭐ 280
$19⁹⁹ ($19.99/count)
Get it as soon as **Monday, Dec 15**
FREE Shipping on orders over $35 shipped by Amazon



**Air Max Nasal Dilators Trial Pack - Anti Snoring Devices - 76% More Airflow for Better Breathing & Against...**
⭐ 12,829
$16.00 ($16.00/count)
Get it as soon as **Monday, Dec 15**
FREE Shipping on orders over $35 shipped by Amazon



**Intake Breathing Refill Tabs (30 Count) – Magnetic Nasal Strips for Sleeping – Snoring...**
⭐ 1,282
Amazon's Choice
$32⁹⁹ ($1.10/count)
Get it as soon as **Monday, Dec 15**
FREE Shipping on orders over $35 shipped by Amazon





**Intake Breathing Extra Intake Bands (Pack of 2), Medium-Large (M2), Matte Black. (Tabs NOT Included)**
⭐ 339
$19⁹⁹ ($10.00/count)
Get it as soon as **Monday, Dec 15**
FREE Shipping on orders over $35 shipped by Amazon



## Your Browsing History   View or edit your browsing history

Page 1 of 5

        

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon Visa | Your Account |
| Amazon Newsletter | Sell apps on Amazon | Amazon Store Card | Your Orders |
| About Amazon | Supply to Amazon | Amazon Secured Card | Shipping Rates & Policies |
| Accessibility | Protect & Build Your Brand | Amazon Business Card | Amazon Prime |
| Sustainability | Become an Affiliate | Shop with Points | Returns & Replacements |
| Press Center | Become a Delivery Driver | Credit Card Marketplace | Manage Your Content and Devices |
| Investor Relations | Start a Package Delivery Business | Reload Your Balance | Recalls and Product Safety Alerts |
| Amazon Devices | Advertise Your Products | Gift Cards | Registry & Gift List |
| Amazon Science | Self-Publish with Us | Amazon Currency Converter | Help |
| | Become an Amazon Hub Partner | | |
| | › See More Ways to Make Money | | |



English    United States



| | | | | | | |
|---|---|---|---|---|---|---|
| Amazon Music Stream millions of songs | Amazon Ads Reach customers wherever they spend their time | 6pm Score deals on fashion brands | AbeBooks Books, art & collectibles | ACX Audiobook Publishing Made Easy | Sell on Amazon Start a Selling Account | Veeqo Shipping Software Inventory Management |
| Amazon Business Everything For Your Business | Amazon Fresh Groceries & More Right To Your Door | AmazonGlobal Ship Orders Internationally | Home Services Experienced Pros Happiness Guarantee | Amazon Web Services Scalable Cloud Computing Services | Audible Listen to Books & Original Audio Performances | Box Office Mojo Find Movie Box Office Data |
| Goodreads Book reviews & recommendations | IMDb Movies, TV & Celebrities | IMDbPro Get Info Entertainment Professionals Need | Kindle Direct Publishing Indie Digital & Print Publishing Made Easy | Amazon Photos Unlimited Photo Storage Free With Prime | Prime Video Direct Video Distribution Made Easy | Shopbop Designer Fashion Brands |
| Amazon Resale Great Deals on Quality Used Products | Whole Foods Market America's Healthiest Grocery Store | Woot! Deals and Shenanigans | Zappos Shoes & Clothing | Ring Smart Home Security Systems | eero WiFi Stream 4K Video in Every Room | Blink Smart Security for Every Home |
| | Neighbors App Real-Time Crime & Safety Alerts | Amazon Subscription Boxes Top subscription boxes – right to your door | PillPack Pharmacy Simplified | Amazon Renewed Like-new products you can trust | Amazon Luna Video games from the cloud, no console required | |

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates

# AWGSEE

Visit the AWGSEE storefront

★★★★★ | **100% positive** in the last 12 months (74 ratings)



**AWGSEE Polarized Sunglasses for...**

$18⁹⁵

[ **Add to Cart** ]

## About Seller

AWGSEE is committed to providing each customer with the highest standard of customer service.

**Have a question for AWGSEE?**

[ Ask a question ]

## Reviews

★★★★★ 4.8 out of 5

74 ratings



5 star ▬▬▬▬▬▬▬ 84%

4 star ▬▬ 16%

3 star 0%

2 star 0%

1 star 0%

**Learn more about how seller reviews work on Amazon** ⌄

### Share your thoughts with other customers

[ Leave seller feedback ]

**FILTER BY**

[ All stars ▾ ]

74 total ratings, 74 with feedback for 12 months ⓘ

★★★★★ "Awesome deal "

By Bernard murray on November 24, 2025.

★★★★★ "Good product for a reasonable price "

By BigKahuna on November 10, 2025.

★★★★★ "Awesome "

By John Jones on November 8, 2025.

★★★★★ "Once again, this is a gift and until he opens it I won't know if it's what he expected! "

By Thelma Huffman on November 4, 2025.

★☆☆☆☆ "~~One of the sunglasses is crooked. The other is fine. Don't want to go through the hassle of a return when I need to use the sunglasses and can't return just one...~~ "

Read more

By Tristan on October 18, 2025.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

Previous Next

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** Quanzhou Youge E-commerce Co., LTD

**Business Address:**
鲤城区金龙街道高山社区浮 桥街585号易尚居公寓332室
泉州市

362000
CN

| Shipping Policies | ⌄ |
| --- | --- |
| Other Policies | ⌄ |
| Help | ⌄ |

## Products

See all products currently offered by the seller.

Leave seller feedback

---

### Customers who viewed items in your browsing history also viewed

Page 1 of 10



**QALLY Polarized Sports Sunglasses for Men, UV400 Protection Mens Sunglasses Wrap Around Sun Glasses for Cycling Running**
⭐⭐⭐⭐½ 230
$14$^{39}$-$24$^{99}$



**HAAYOT Polarized Sports Sunglasses for Men Women Youth Baseball Cycling Running Softball Biking Glasses 5 Lenses**
⭐⭐⭐⭐½ 1,287
$25$^{99}$-$29$^{99}$



**gesruny Polarized Sport Sunglasses for Men and Women, Lightweight TR90 Sun Glasses with UV Protection for Cycli...**
⭐⭐⭐⭐½ 823
Amazon's Choice
$17$^{98}$-$29$^{99}$



**Polarized Sport Sunglasses Men Cycling Driving Fishing UV Protection Sun Glasses Lightweight Big Frame Mountain Bike Goggles**
⭐⭐⭐⭐½ 76
$15$^{97}$-$23$^{97}$

---

### Customers who viewed items in your browsing history also viewed

Page 1 of 4



**Intake Breathing Travel Case and Magnetic Refill Applicator - Small Travel Case for Intake Nasal Strips, Holds Up to 5 Ta...**
⭐⭐⭐⭐½ 280
$19$^{99}$ ($19.99/count)
Get it as soon as **Monday, Dec 15**
FREE Shipping on orders over $35 shipped by Amazon



**Air Max Nasal Dilators Trial Pack - Anti Snoring Devices - 76% More Airflow for Better Breathing & Against...**
⭐⭐⭐½ 12,829
$16$^{00}$ ($16.00/count)
Get it as soon as **Monday, Dec 15**
FREE Shipping on orders over $35 shipped by Amazon



**Intake Breathing Refill Tabs (30 Count) – Magnetic Nasal Strips for Sleeping – Snoring...**
⭐⭐⭐⭐½ 1,282
Amazon's Choice
$32$^{99}$ ($1.10/count)
Get it as soon as **Monday, Dec 15**
FREE Shipping on orders over $35 shipped by Amazon



**Intake Breathing Extra Intake Bands (Pack of 2), Medium-Large (M2), Matte Black. (Tabs NOT Included)**
⭐⭐⭐⭐ 339
$19$^{99}$ ($10.00/count)
Get it as soon as **Monday, Dec 15**
FREE Shipping on orders over $35 shipped by Amazon

## Your Browsing History    View or edit your browsing history

Page 1 of 5

        

Back to top

### Get to Know Us
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

### Make Money with Us
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Become an Amazon Hub Partner
› See More Ways to Make Money

### Amazon Payment Products
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

### Let Us Help You
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product Safety Alerts
Registry & Gift List
Help



English

 United States

**Amazon Music**
Stream millions of songs

**Amazon Ads**
Reach customers wherever they spend their time

**6pm**
Score deals on fashion brands

**AbeBooks**
Books, art & collectibles

**ACX**
Audiobook Publishing Made Easy

**Sell on Amazon**
Start a Selling Account

**Veeqo**
Shipping Software Inventory Management

**Amazon Business**
Everything For Your Business

**Amazon Fresh**
Groceries & More Right To Your Door

**AmazonGlobal**
Ship Orders Internationally

**Home Services**
Experienced Pros Happiness Guarantee

**Amazon Web Services**
Scalable Cloud Computing Services

**Audible**
Listen to Books & Original Audio Performances

**Box Office Mojo**
Find Movie Box Office Data

**Goodreads**
Book reviews & recommendations

**IMDb**
Movies, TV & Celebrities

**IMDbPro**
Get Info Entertainment Professionals Need

**Kindle Direct Publishing**
Indie Digital & Print Publishing Made Easy

**Amazon Photos**
Unlimited Photo Storage Free With Prime

**Prime Video Direct**
Video Distribution Made Easy

**Shopbop**
Designer Fashion Brands

**Amazon Resale**
Great Deals on Quality Used Products

**Whole Foods Market**
America's Healthiest Grocery Store

**Woot!**
Deals and Shenanigans

**Zappos**
Shoes & Clothing

**Ring**
Smart Home Security Systems

**eero WiFi**
Stream 4K Video in Every Room

**Blink**
Smart Security for Every Home

**Neighbors App**
Real-Time Crime & Safety Alerts

**Amazon Subscription Boxes**
Top subscription boxes – right to your door

**PillPack**
Pharmacy Simplified

**Amazon Renewed**
Like-new products you can trust

**Amazon Luna**
Video games from the cloud, no console required

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates

# QALLY

Visit the QALLY storefront

★★★★★ | **100% positive** in the last 12 months (224 ratings)



**QALLY 3PACK Kids Sunglasses Yo...**
$15⁹⁹

**Add to Cart**

---

## About Seller

QALLY is committed to providing each customer with the highest standard of customer service.

**Have a question for QALLY?**

Ask a question

---

## Reviews

★★★★★ 4.9 out of 5
224 ratings

12 months ▾

| | |
|---|---|
| 5 star | 91% |
| 4 star | 9% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 0% |

Learn more about how seller reviews work on Amazon ▾

**Share your thoughts with other customers**

Leave seller feedback

**FILTER BY**

All stars ▾

224 total ratings, 224 with feedback for 12 months ⓘ

★★★★★ "Excellent"

By Renato Fedi on December 21, 2025.

★★★★★ "They fit porfrctly over my persription classses."

By Amazon Customer on December 21, 2025.

★☆☆☆☆ "~~I have been still waiting for my package. Can you please send it again. It's still showing in LAX.~~"

By rakhi gupta on December 21, 2025.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

★☆☆☆☆ "~~I got something that says wood repair kit not vinyl repair~~"

By Carol Gonzales on December 21, 2025.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

★★★★★ "Great and came with a little carry bag"

By Shoptillyoudrop on December 20, 2025.

Previous Next

---

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

---

## Detailed Seller Information

**Business Name:** nan tong yuan xiao yuan shang mao you xian gong si
**Business Address:**
   滨江街道三和村20组

南通市
海门区
江苏
226100
CN

## Shipping Policies ⌄

## Other Policies ⌄

## Help ⌄

## Products

See all products currently offered by the seller.

Leave seller feedback

## Customers who viewed items in your browsing history also viewed

Page 1 of 10



**QALLY Polarized Sports Sunglasses for Men, UV400 Protection Mens Sunglasses Wrap Around Sun Glasses for Cycling...**
★★★★☆ 240
6K+ viewed in past month
$24⁹⁹



**DioKiw 4PACK Kids Sunglasses Polarized Youth Baseball Sunglasses Boys Girls Softball Cycling UV400...**
★★★★☆ 71
700+ viewed in past month
$19⁹⁷



**IKTOD 2PACK Youth Baseball Kids Sunglasses for 4-16 Boys Girls Softball Cycling Glasses UV400 Protection Spor...**
★★★★☆ 91
900+ viewed in past month
$13⁹⁹-$29⁹⁹



**Polarized Sport Sunglasses Men Cycling Driving Fishing UV Protection Sun Glasses Lightweight Big Frame...**
★★★★☆ 80
2K+ viewed in past month
$17⁹⁷-$25⁹⁹

## Customers who viewed items in your browsing history also viewed

Page 1 of 5









**Intake Breathing Refill Tabs (30 Count) – Magnetic Nasal Strips f...**

★★★★½ 1,355

40K+ viewed in past month

Amazon's Choice

$32.99 ($1.10/count)

Get it as soon as **Monday, Dec 29**

FREE Shipping on orders over $35 shipped by Amazon

**Intake Breathing Travel Case and Magnetic Refill Applicator - Small Travel Case for Intake Nasal...**

★★★★½ 291

4K+ viewed in past month

$19.99 ($19.99/count)

Get it as soon as **Monday, Dec 29**

FREE Shipping on orders over $35 shipped by Amazon

**Nasal Strips for Snoring | Extra Strength Snoring Solution Nose Strips |...**

★★★★½ 367

10K+ viewed in past month

#1 Best Seller

-25% $29.99

List: $39.98

($1.00/count)

Get it as soon as **Tuesday, Dec 30**

FREE Shipping on orders over $35 shipped by Amazon

Only 13 left in stock - order...

**Intake Breathing Extra Intake Bands (Pack of 2), Medium-Large (M2), Matte Black. (Tabs NOT...**

★★★★☆ 357

8K+ viewed in past month

$19.99 ($10.00/count)

Get it as soon as **Monday, Dec 29**

FREE Shipping on orders over $35 shipped by Amazon

## Your Browsing History  View or edit your browsing history

Page 1 of 6











Back to top

**Get to Know Us**

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

**Make Money with Us**

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

**Amazon Payment Products**

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

**Let Us Help You**

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Recalls and Product Safety Alerts

Registry & Gift List

Help



  English

  United States

Amazon Music
Stream millions
of songs

Amazon Ads
Reach customers
wherever they
spend their time

6pm
Score deals
on fashion brands

AbeBooks
Books, art
& collectibles

ACX
Audiobook
Publishing
Made Easy

Sell on Amazon
Start a Selling
Account

Veeqo
Shipping Software
Inventory
Management

Amazon Business
Everything For
Your Business

Amazon Fresh
Groceries & More
Right To Your Door

AmazonGlobal
Ship Orders
Internationally

Home Services
Experienced Pros
Happiness
Guarantee

Amazon Web
Services
Scalable Cloud
Computing
Services

Audible
Listen to Books &
Original
Audio
Performances

Box Office Mojo
Find Movie
Box Office Data

Goodreads
Book reviews
&
recommendations

IMDb
Movies, TV
& Celebrities

IMDbPro
Get Info
Entertainment
Professionals Need

Kindle Direct
Publishing
Indie Digital &
Print Publishing
Made Easy

Amazon Photos
Unlimited Photo
Storage
Free With Prime

Prime Video Direct
Video Distribution
Made Easy

Shopbop
Designer
Fashion Brands

Amazon Resale
Great Deals on
Quality Used
Products

Whole Foods
Market
America's
Healthiest
Grocery Store

Woot!
Deals and
Shenanigans

Zappos
Shoes &
Clothing

Ring
Smart Home
Security Systems

eero WiFi
Stream 4K Video
in Every Room

Blink
Smart Security
for Every Home

Neighbors App
Real-Time Crime
& Safety Alerts

Amazon
Subscription Boxes
Top subscription
boxes – right to
your door

PillPack
Pharmacy
Simplified

Amazon Renewed
Like-new products
you can trust

Amazon Luna
Video games from
the cloud,
no console
required

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices

© 1996–2025, Amazon.com, Inc. or its affiliates

# Derowern-US

Visit the Derowern-US storefront

★★★★★ | **100% positive** in the last 12 months (10 ratings)



**Derowern Kids Baseball Polarized...**
$9⁹⁹

[ Add to Cart ]

---

## About Seller

Derowern-US is committed to providing each customer with the highest standard of customer service.

### Have a question for Derowern-US?

[ Ask a question ]

---

## Reviews

★★★★★  4.9 out of 5
10 ratings

[ 12 months ⌄ ]

| | | |
|---|---|---|
| 5 star | ████████████████ | 90% |
| 4 star | ██ | 10% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

Learn more about how seller reviews work on Amazon ⌄

**Share your thoughts with other customers**

[ Leave seller feedback ]

**FILTER BY**

[ All stars ⌄ ]

10 total ratings, 10 with feedback for 12 months ⓘ

★★★★★  "Items arrived when promised."
By Amazon Customer on November 26, 2025.

★★★★★  "fast shipping"
By Jpayne722 on October 9, 2025.

★★★★★  "They were exactly what I expected! My grandson was thrilled!"
By Amazon Customer on September 3, 2025.

★★★★★  "Daughter lives it"
By Ljs on August 16, 2025.

★★★★★  "This was a birthday gift for my grandchild. They were very happy with it."
By Amazon Customer on July 19, 2025.

Previous Next

---

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

---

## Detailed Seller Information

**Business Name:** shenzhenshifengfenghuohuokejiyouxiangongsi
**Business Address:**
龙华区观澜街道桂花社区
赤花岭七巷4号-6号二单元903
深圳市
广东省
518110
CN

**Shipping Policies**  ⌄

**Other Policies**  ⌄

**Help**  ⌄

## Products

[See all products](#) currently offered by the seller.

Leave seller feedback

### Customers who viewed items in your browsing history also viewed

Page 1 of 10



QALLY Polarized Sports Sunglasses for Men, UV400 Protection Mens Sunglasses Wrap Around Sun Glasses for Cycling...
★★★★½ 240
6K+ viewed in past month
$24.99



DioKiw 4PACK Kids Sunglasses Polarized Youth Baseball Sunglasses Boys Girls Softball Cycling UV400...
★★★★½ 71
700+ viewed in past month
$19.97



IKTOD 2PACK Youth Baseball Kids Sunglasses for 4-16 Boys Girls Softball Cycling Glasses UV400 Protection Spor...
★★★★½ 91
900+ viewed in past month
$13.99 - $29.99



Polarized Sport Sunglasses Men Cycling Driving Fishing UV Protection Sun Glasses Lightweight Big Frame...
★★★★½ 80
2K+ viewed in past month
$17.97 - $25.99

### Customers who viewed items in your browsing history also viewed

Page 1 of 5



Intake Breathing Refill Tabs (30 Count) – Magnetic Nasal Strips f...
★★★★½ 1,355
40K+ viewed in past month
**Amazon's Choice**
$32.99 ($1.10/count)
Get it as soon as **Monday, Dec 29**
FREE Shipping on orders over $35 shipped by Amazon



Intake Breathing Travel Case and Magnetic Refill Applicator - Small Travel Case for Intake Nasal...
★★★★½ 291
4K+ viewed in past month
$19.99 ($19.99/count)
Get it as soon as **Monday, Dec 29**
FREE Shipping on orders over $35 shipped by Amazon



Nasal Strips for Snoring | Extra Strength Snoring Solution Nose Strips |...
★★★★½ 367
10K+ viewed in past month
**#1 Best Seller**
-25% $29.99
($1.00/count)
List: $39.98
Get it as soon as **Tuesday, Dec 30**
FREE Shipping on orders over $35 shipped by Amazon
Only 12 left in stock - order...




Intake Breathing Extra Intake Bands (Pack of 2), Medium-Large (M2), Matte Black. (Tabs NOT...
★★★★☆ 357
8K+ viewed in past month
$19.99 ($10.00/count)
Get it as soon as **Monday, Dec 29**
FREE Shipping on orders over $35 shipped by Amazon

## Your Browsing History   View or edit your browsing history

        

Back to top

### Get to Know Us

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

### Make Money with Us

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

### Amazon Payment Products

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

### Let Us Help You

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Recalls and Product Safety Alerts

Registry & Gift List

Help

   English      United States

| Amazon Music | Amazon Ads | 6pm | AbeBooks | ACX | Sell on Amazon | Veeqo |
|---|---|---|---|---|---|---|
| Stream millions of songs | Reach customers wherever they spend their time | Score deals on fashion brands | Books, art & collectibles | Audiobook Publishing Made Easy | Start a Selling Account | Shipping Software Inventory Management |
| Amazon Business | Amazon Fresh | AmazonGlobal | Home Services | Amazon Web Services | Audible | Box Office Mojo |
| Everything For Your Business | Groceries & More Right To Your Door | Ship Orders Internationally | Experienced Pros Happiness Guarantee | Scalable Cloud Computing Services | Listen to Books & Original Audio Performances | Find Movie Box Office Data |
| Goodreads | IMDb | IMDbPro | Kindle Direct Publishing | Amazon Photos | Prime Video Direct | Shopbop |
| Book reviews & recommendations | Movies, TV & Celebrities | Get Info Entertainment Professionals Need | Indie Digital & Print Publishing Made Easy | Unlimited Photo Storage Free With Prime | Video Distribution Made Easy | Designer Fashion Brands |
| Amazon Resale | Whole Foods Market | Woot! | Zappos | Ring | eero WiFi | Blink |
| Great Deals on Quality Used Products | America's Healthiest Grocery Store | Deals and Shenanigans | Shoes & Clothing | Smart Home Security Systems | Stream 4K Video in Every Room | Smart Security for Every Home |
| | Neighbors App | Amazon Subscription Boxes | PillPack | Amazon Renewed | Amazon Luna | |
| | Real-Time Crime & Safety Alerts | Top subscription boxes – right to your door | Pharmacy Simplified | Like-new products you can trust | Video games from the cloud, no console required | |

Conditions of Use   Privacy Notice   Consumer Health Data Privacy Disclosure   Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates

# HUAYIY

Visit the HUAYIY storefront

★★★★★ | **100% positive** lifetime (4 total ratings)



**CMBJJU Kids Sunglasses,Youth B...**
$8⁹⁹

[ Add to Cart ]

---

## About Seller

HUAYIY is committed to providing each customer with the highest standard of customer service.

**Have a question for HUAYIY?**

[ Ask a question ]

---

## Reviews

★★★★★ 5 out of 5
4 ratings

[ Lifetime ⌄ ]

| | | |
|---|---|---|
| 5 star | ████████████████ | 100% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

Learn more about how seller reviews work on Amazon ⌄

**Share your thoughts with other customers**

[ Leave seller feedback ]

**FILTER BY**

[ All stars ⌄ ]

4 total ratings, 4 with feedback for Lifetime ⓘ

★★★★★ "Sunglasses as described. Kids eventually break or lose. Why not buy 3…. "
By Amazon Customer on October 28, 2025.

★★★★★ "Fast service. Exactly as described "
By kenneth lawrence on October 5, 2025.

★☆☆☆☆ "~~The sunglasses look like they were made for toddlers instead. Way too small.~~ "
By Jill Webster on August 1, 2025.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

★★★★★ "Ninguno "
By Cesar Augusto Castro Zea on July 25, 2025.

★☆☆☆☆ "~~Empty package (no sunglasses) was delivered June 12, 2025. Please send again or refund me. Thank you~~ "
By Amazon Customer on June 17, 2025.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

Previous **Next**

---

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

---

## Detailed Seller Information

**Business Name:** binzhouhuayidianzishangwuyouxiangongsi
**Business Address:**

经济技术开发区彩店街道办事处长江四路渤海二十路
黄河数字经济产业园A3座104房间
滨州市
山东
256600
CN

## Shipping Policies ⌄

## Other Policies ⌄

## Help ⌄

## Products

See all products currently offered by the seller.

Leave seller feedback

## Customers who viewed items in your browsing history also viewed

Page 1 of 10







QALLY Polarized Sports Sunglasses for Men, UV400 Protection Mens Sunglasses Wrap Around Sun Glasses for Cycling…
★★★★½ 240
6K+ viewed in past month
$24⁹⁹

DioKiw 4PACK Kids Sunglasses Polarized Youth Baseball Sunglasses Boys Girls Softball Cycling UV400…
★★★★½ 71
700+ viewed in past month
$19⁹⁷

IKTOD 2PACK Youth Baseball Kids Sunglasses for 4-16 Boys Girls Softball Cycling Glasses UV400 Protection Spor…
★★★★½ 91
900+ viewed in past month
$13⁹⁹-$29⁹⁹

Polarized Sport Sunglasses Men Cycling Driving Fishing UV Protection Sun Glasses Lightweight Big Frame…
★★★★½ 80
2K+ viewed in past month
$17⁹⁷-$25⁹⁹

## Customers who viewed items in your browsing history also viewed

Page 1 of 5











**Intake Breathing Refill Tabs (30 Count) – Magnetic Nasal Strips f...**
★★★★½ 1,355
40K+ viewed in past month
Amazon's Choice
$32⁹⁹ ($1.10/count)
Get it as soon as **Monday, Dec 29**
FREE Shipping on orders over $35 shipped by Amazon

**Intake Breathing Travel Case and Magnetic Refill Applicator - Small Travel Case for Intake Nasal...**
★★★★½ 291
4K+ viewed in past month
$19⁹⁹ ($19.99/count)
Get it as soon as **Monday, Dec 29**
FREE Shipping on orders over $35 shipped by Amazon

**Nasal Strips for Snoring | Extra Strength Snoring Solution Nose Strips |...**
★★★★½ 367
10K+ viewed in past month
#1 Best Seller
-25% $29⁹⁹
($1.00/count)
List: $39.98
Get it as soon as **Tuesday, Dec 30**
FREE Shipping on orders over $35 shipped by Amazon
Only 13 left in stock - order...

**Intake Breathing Extra Intake Bands (Pack of 2), Medium-Large (M2), Matte Black. (Tabs NOT...**
★★★★☆ 357
8K+ viewed in past month
$19⁹⁹ ($10.00/count)
Get it as soon as **Monday, Dec 29**
FREE Shipping on orders over $35 shipped by Amazon

---

## Your Browsing History   View or edit your browsing history

Page 1 of 6











---

Back to top

### Get to Know Us
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

### Make Money with Us
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Become an Amazon Hub Partner
› See More Ways to Make Money

### Amazon Payment Products
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

### Let Us Help You
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product Safety Alerts
Registry & Gift List
Help



 English     United States

Amazon Music
Stream millions
of songs

Amazon Ads
Reach customers
wherever they
spend their time

6pm
Score deals
on fashion brands

AbeBooks
Books, art
& collectibles

ACX
Audiobook
Publishing
Made Easy

Sell on Amazon
Start a Selling
Account

Veeqo
Shipping Software
Inventory
Management

Amazon Business
Everything For
Your Business

Amazon Fresh
Groceries & More
Right To Your Door

AmazonGlobal
Ship Orders
Internationally

Home Services
Experienced Pros
Happiness
Guarantee

Amazon Web
Services
Scalable Cloud
Computing
Services

Audible
Listen to Books &
Original
Audio
Performances

Box Office Mojo
Find Movie
Box Office Data

Goodreads
Book reviews
&
recommendations

IMDb
Movies, TV
& Celebrities

IMDbPro
Get Info
Entertainment
Professionals Need

Kindle Direct
Publishing
Indie Digital &
Print Publishing
Made Easy

Amazon Photos
Unlimited Photo
Storage
Free With Prime

Prime Video Direct
Video Distribution
Made Easy

Shopbop
Designer
Fashion Brands

Amazon Resale
Great Deals on
Quality Used
Products

Whole Foods
Market
America's
Healthiest
Grocery Store

Woot!
Deals and
Shenanigans

Zappos
Shoes &
Clothing

Ring
Smart Home
Security Systems

eero WiFi
Stream 4K Video
in Every Room

Blink
Smart Security
for Every Home

Neighbors App
Real-Time Crime
& Safety Alerts

Amazon
Subscription Boxes
Top subscription
boxes – right to
your door

PillPack
Pharmacy
Simplified

Amazon Renewed
Like-new products
you can trust

Amazon Luna
Video games from
the cloud,
no console
required

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices

© 1996–2025, Amazon.com, Inc. or its affiliates