UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| SHUANGXI ZHANG,<br><br>Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,<br><br>Defendants. | Case No. 1:26-cv-20013<br><br>Judge: Hon. Beth Bloom<br>Magistrate Judge: Marty Fulgueira Elfenbein |

**AFFIDAVIT OF SERVICE**

I, Aoyu Yang, am over the age of 18 and am fully competent to make this Affidavit of Service. I am an associate of SHM Law Firm. I am counsel for Plaintiff. I make this affidavit upon personal knowledge and, if called to testify, could and would testify competently to the facts set forth herein.

On January 28, 2026, I effectuated service of process on Defendants Nos. 1-25 and 27-32 identified on Schedule A by sending an email, with a true and correct copy of the

1

following documents attached, to the e-mail address provided by Amazon for each Defendant, in compliance with this Court's Order dated January 20, 2026 (ECF No. 15).

    1. Complaint and supporting Exhibits

    2. Summons

    3. Ex Parte Motion for Temporary Restraining Order

    4. Temporary Restraining Order

    5. Ex Parte Motion for Alternative Service of Process

    6. Order Granting Alternative Service

    7. First Amended Complaint and supporting Declaration and Exhibits

Attached hereto as Exhibit 1 is the list of Defendants and the email addresses identified by Amazon upon which electronic service of process has been effectuated.

Attached hereto as Exhibit 2 is a true and correct copy of the email that I sent to Defendants Nos. 1-25 and 27-32.

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 28, 2026.

                                                                                     Aoyu Yang