# EXHIBIT 1

| Defendant No. | Seller Aliases/Storefront | Seller ID | Email Address Provided by Amazon |
| --- | --- | --- | --- |
| 1 | SEKKAF | A1WO5KNXCT4QLM | yiwuquanli@sina.com |
| 2 | KAIYIXING | A23SP6XZB85AFN | gxyoo5623@163.com |
| 3 | SnowRangers | AGDTRQBAQTRKU | a18098943416@sina.com |
| 4 | TopG SHOP | A1AL20C8I3H7VH | starwu20171222@163.com |
| 5 | InFang | A357GMMFMINB6D | lf18026974016@163.com |
| 6 | OUTDOORKING | A2VRBDMQ2KS2NB | chengqingfengus@163.com |
| 7 | HXRStore | A3L40STSXGA0BG | hxr18108103224@163.com |
| 8 | RIVBOS | AR6M6PYMCMPAZ | ryanadopak.ve@hotmail.com |
| 9 | DIMENSIP-US | A2MMETZO7BVFMA | tarry2509@outlook.com |
| 10 | SABSAN | A3RW9AXDOZ51DT | hzy13928315733@163.com |
| 11 | sollbetter | A1OCR54Q9TLZIM | fuyanglicheng@outlook.com |
| 12 | MVPTGRS | A1RTNZCMJR2SHR | m13528425316@163.com |

| 13 | XINRONG US | A35DVSN01ACWJF | 3896031667@qq.com |
|---|---|---|---|
| 14 | KALIYADI | ATDATC8LXZQ3W | liqingamzus@163.com |
| 15 | XINGYANGXIXIANG | A3EJZYTUF12SRF | ninghonye@126.com |
| 16 | OlikerSports | ACFY2YISUMOPK | htysales@njpalapala.com |
| 17 | nssiw | A2EPS8DR2L9KD | nsofficialus@163.com |
| 18 | Wapreta US | A2TOJQ35DGCCRO | banjilu3623544r@163.com |
| 19 | Wassupbo | A44GMSK71YSEQ | 419371431@qq.com |
| 20 | CIFOYA | A3DGJSRB4ZJ5FX | gzyouqiaus@163.com |
| 21 | COOLSOME | A38SHBGPM5A3Y6 | bixing499192@163.com |
| 22 | Dysaker | A356U8UDXL0WQ | dysaker@outlook.com |
| 23 | Brilliant Glasses | A1TCWXJECLT823 | 18318367343@163.com |
| 24 | mifengda | A1ZRHJ4YC34PV1 | yangmina1@hotmail.com |
| 25 | Speert International | A2ELF5ZSH4DJSS | pbaeyewear@aol.com |
| 26 | Altalist | A3HMAZCQJNHUT1 | zgyamaxun@altalistsports.com |
| 27 | OUKEMAX | A9DYGS7R5E33W | manguous@163.com |
| 28 | KUGUAOK | A1T6Q5H4MUMKUP | april556677@163.com |

| 29 | AWGSEE | A3RQU263QD5GY8 | youge_trading@163.com |
| 30 | QALLY | AM4LRG32UPGGB | qallyamzus@163.com |
| 31 | Derowern-US | AXRJB9T5JFT9C | 13528007348@163.com |
| 32 | HUAYIY | A3FHDLZ9VS8OE3 | huayi950621@163.com |