# EXHIBIT 2

**ZHANG v. Defendants Identified on Schedule A - Case No. 1:26-cv-20013 - Service of Process**

From:杨傲宇<yang.aoyu@shm.law>
TIme:Wednesday, Jan 28, 2026 9:47 PM
To:eyeglasses<eyeglasses@shm.law>
CC:Ni<ni@kemetlawgroup.com>; Valerie Raphael<valerie@kemetlawgroup.com>; Xue Ni<nixuesydney@gmail.com>; 杨乾武律师<yang@shm.law>

Dear Defendant,

The following lawsuit has been filed against you in the United States District Court for the Southern District of Florida:

ZHANG v. The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A (Case No. 1:26-cv-20013).

Attached please find a copy of the following documents in this case:
- Complaint and supporting Exhibits
- Summons
- Ex Parte Motion for Temporary Restraining Order
- Temporary Restraining Order
- Ex Parte Motion for Alternative Service of Process
- Order Granting Alternative Service
- First Amended Complaint and supporting Declaration and Exhibits

Furthermore, these and other legal documents may be obtained from counsel for Plaintiff at: eyeglasses@shm.law.

Any Answer, or other response, to the First Amended Complaint should be filed with the Clerk of the Court, United States District Court for the Southern District of Florida, within twenty-one (21) days from the day you receive the Summons. If no Answer or other response is filed, the Court may render a judgment against you.

If you do not wish to litigate this matter in court, we are open to settlement, which will allow you to get your account back and to have the case dismissed against you. Please see the above contact information if you wish to settle with Plaintiff.

If you have retained legal counsel for this matter, please forward this correspondence accordingly.

Sincerely,


Aoyu Yang
He/Him/His
Admitted in California & China
Associate
SHM Law Firm
M: +86 13652448337 | T: +86 755 8326 6693
25F, China Resources Tower
2666 Keyuan South Road, Nanshan District
Shenzhen, China, 518052

NOTICE: The content of this communication, including any attachments, may be privileged and

confidential. If you received this message in error, please notify the sender promptly via return email, and then delete this message and its attachments without making copies or revealing its contents to others. We appreciate your cooperation.

**7Large Attachment**

1 Complaint and Exhibits.zip (129.52M, Thursday, Feb 12, 2026 9:36 PM maturity)

3 Summons(2).pdf (87.77K, Thursday, Feb 12, 2026 9:36 PM maturity)

11 Motion for TRO(7).zip (129.85M, Thursday, Feb 12, 2026 9:36 PM maturity)

14 Motion for alternative service(2).zip (247.09K, Thursday, Feb 12, 2026 9:36 PM maturity)

15 [SEALED] 26-cv-20013 - Zhang v. Schedule A Order AuthorizingAlternate Service of Process on Defendants(2).pdf (178.50K, Thursday, Feb 12, 2026 9:36 PM maturity)

13 [SEALED] 26-cv-20013 - Zhang v. Schedule A - Order on Temporary Restraining Order(7).pdf (159.12K, Thursday, Feb 12, 2026 9:36 PM maturity)

24 First Amended Complaint and Exhibits.zip (38.02M, Thursday, Feb 12, 2026 9:36 PM maturity)