# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF FLORIDA

|  |  |
|---|---|
| SHUANGXI ZHANG,<br><br>Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,<br><br>Defendants. | Case No. 1:26-cv-20013<br><br>Judge: Hon. Beth Bloom<br>Magistrate Judge: Marty Fulgueira Elfenbein |

## PLAINTIFF'S RESPONSE TO ORDER ON NOTICE

Plaintiff Shuangxi Zhang ("Plaintiff"), by and through the undersigned counsel, hereby responds to the Court's Order on Notice (ECF No. 27) as follows:

Plaintiff respectfully submits that this case should not be dismissed or transferred. The parties involved are not identical to those in the Illinois action. Specifically, the number of defendants in this case is six times greater than in the Illinois case, and the number of accused products is seven times greater.

Plaintiff previously filed suit in the Northern District of Illinois against seven out of

the forty-one Defendants in this litigation (Defendants Nos. 6, 14, 15, 17, 27, 28, and 29 listed on Schedule A), alleging infringement of U.S. Patent No. D901,581, Case No. 1:25-cv-10942. Because that action was not timely sealed, the defendants in that case became aware of the litigation. Upon learning of the litigation, four defendants (Defendant Nos. 6, 14, 17, and 27 listed on Schedule A) voluntarily removed the accused ASINs in that case. See Dkt. 24-1, Decl. of Qianwu Yang ¶ 2.

In the Illinois case, Plaintiff's first motion for a temporary restraining order ("TRO") was denied without prejudice to refiling because the motion and proposed order contemplated service via email with a link to a website where the pertinent documents may be found, which the Court found insufficient (Dkt. 10). Unfortunately, Plaintiff did not receive notice—by ECF or mail—of the Order sealing the case and denying Plaintiff's first TRO motion, or the Order unsealing the case (Dkts. 10, 13), causing a delay in Plaintiff's filing of the second motion for TRO. Plaintiff's second TRO motion was denied without prejudice to filing a motion for a preliminary injunction. See Dkt. 24-1, Decl. of Qianwu Yang ¶ 3.

Amazon did not cooperate in providing the defendants' contact information, sales data, or financial information after Plaintiff served a subpoena pursuant to the Court's order. In addition, Plaintiff believed it was highly likely that the defendants had already transferred financial assets to overseas accounts before any asset restraint could be entered. Given the attendant difficulty of collecting monetary damages from the foreign defendants (who, on information and belief, are shell companies or individuals in remote rural areas who have no genuine relationship with the stores' actual controller), Plaintiff believed that further proceedings in that action would be futile. Plaintiff therefore did not move for a preliminary injunction and voluntarily dismissed the Illinois action without prejudice pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(i). See Dkt. 24-1, Decl. of Qianwu Yang ¶ 4.

During and after the Illinois action, Plaintiff identified additional infringing sellers and additional infringing products sold by certain defendants in the Illinois action. Compared with Illinois, Plaintiff's counsel also has personal connections with the Southern District of Florida and, as a matter of personal preference, favors litigating in the southern climate during the winter months. Accordingly, for good cause and in good faith, Plaintiff initiated this action in this District against thirty-two Defendants in the initial Complaint and, in the First Amended Complaint, added nine additional Defendants and additional infringing products offered by certain existing Defendants. See Dkt. 24-1, Decl. of Qianwu Yang ¶ 5.

For all the foregoing reasons, this case should not be dismissed or transferred.

Respectfully submitted,

DATED: February 3, 2026

By:

*/s/ Valerie Raphael*
Valerie Raphael, Esq.
Florida Bar Number: 1003514
E-mail: valerie@kemetlawgroup.com
KEMET LAW GROUP, LLC
1825 NW Corporate Blvd., Ste. 110 Boca Raton,
Florida 33431 Telephone: (561) 870-0605
Facsimile: (561) 870-0606

*/s/ Ni Xue*
Ni Xue, Esq.
Florida Bar Number: 1026130
E-mail: ni@kemetlawgroup.com
KEMET LAW GROUP, LLC
1825 NW Corporate Blvd., Ste. 110 Boca Raton,
Florida 33431 Telephone: (561) 870-0605
Facsimile: (561) 870-0606

Aoyu Yang (pro hac vice)
eyeglasses@shm.law
**SHM LAW FIRM**
3000 El Camino Real
Building 4, Suite 200
Palo Alto, CA 94306
Telephone: (650) 613-9737
Telephone: +86 13925212009

*Attorneys for Plaintiff*
Shuangxi Zhang