UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| SHUANGXI ZHANG,<br><br>Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,<br><br>Defendants. | Case No. 1:26-cv-20013<br><br>Judge: Hon. Beth Bloom<br>Magistrate Judge: Marty Fulgueira Elfenbein |

**PLAINTIFF'S MOTION TO FILE UNDER SEAL**

Plaintiff Shuangxi Zhang ("Plaintiff") by and through its undersigned counsel and pursuant to S.D. Fla. L.R. 5.4(b)(1), respectfully moves for an order allowing Plaintiff to file under seal the following documents: (1) Exhibit 1 (Schedule A) to the First Amended Complaint ("FAC"), which identifies newly added Defendants' Seller Aliases and newly added Infringing Products; (2) Exhibit 3 to the FAC, which includes Amazon webpages of newly added Infringing Products; (3) Exhibit 4 to the FAC, which includes Amazon purchasing orders for newly added Infringing Products; (4) Exhibit 5 to the FAC, which includes newly added Defendants' Seller Aliases and their registered address with Amazon; (5) Exhibit 6, which includes an exemplary Infringement Claim Chart regarding the Infringing Products; (6) Exhibit 7, which includes photos of newly added Infringing Products.

Good cause exists for the requested order. Defendants are engaging in the promotion, advertisement, distribution, offering for sale, and sale of goods practicing Plaintiff's patent within this district, without authorization through Amazon's online marketplace. Defendants' infringing activities are causing irreparable harm to Plaintiff.

Plaintiff will request ex parte temporary relief against newly added Defendants. Sealing this portion of the file is necessary to prevent the newly added Defendants from learning of these proceedings prior to the execution of the temporary restraining order. If the newly added Defendants were to learn of these proceedings prematurely, the likely result would be the destruction of relevant documentary evidence and the hiding or transferring of assets to foreign jurisdictions, thus frustrating the purpose of the underlying litigation and this Court's power to grant relief. Once the temporary restraining order has been served on the relevant parties and the requested actions are taken, Plaintiff will move to unseal these documents.

Respectfully submitted,

DATED: February 25, 2026

By: */s/ Ni Xue*
Ni Xue, Esq.
Florida Bar Number: 1026130
E-mail: ni@kemetlawgroup.com
KEMET LAW GROUP, LLC
1825 NW Corporate Blvd., Ste. 110 Boca Raton,
Florida 33431 Telephone: (561) 870-0605
Facsimile: (561) 870-0606

*/s/ Valerie Raphael*
Valerie Raphael, Esq.
Florida Bar Number: 1003514
E-mail: valerie@kemetlawgroup.com
KEMET LAW GROUP, LLC
1825 NW Corporate Blvd., Ste. 110 Boca Raton,
Florida 33431 Telephone: (561) 870-0605
Facsimile: (561) 870-0606

Qianwu Yang (pro hac vice)
yang@shm.law
**SHM LAW FIRM**
3000 El Camino Real
Building 4, Suite 200
Palo Alto, CA 94306
Telephone: (650) 613-9737
Telephone: +86 13925212009

Aoyu Yang (pro hac vice)
eyeglasses@shm.law
**SHM LAW FIRM**
3000 El Camino Real
Building 4, Suite 200
Palo Alto, CA 94306
Telephone: (650) 613-9737
Telephone: +86 13925212009

*Attorneys for Plaintiff*
Shuangxi Zhang