UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 26-cv-20013-BLOOM/Elfenbein

SHUANGXI ZHANG,

    Plaintiff,

v.

THE INDIVIDUALS, CORPORATIONS,
LIMITED LIABILITY COMPANIES,
PARTNERSHIPS, and UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON
SCHEDULE A,

    Defendants.

_____/

## ORDER OF DISMISSAL AS TO CERTAIN DEFENDANT WITH PREJUDICE

**THIS CAUSE** is before the Court upon the Stipulation of Dismissal with Prejudice as to Defendant OlikerSports, ECF No. [90] ("Stipulation"), filed on February 25, 2026. The Court has carefully reviewed the Stipulation, the record in this case, and is otherwise fully advised. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Stipulation, **ECF No. [90]**, is **APPROVED** and **ADOPTED**;

2. The above-styled case is **DISMISSED WITH PREJUDICE** as to OlikerSports only;

3. Each party shall bear its own attorneys' fees and costs;

Case No. 24-cv-24122-BLOOM/Elfenbein

**DONE AND ORDERED** in Chambers at Miami, Florida, on March 1, 2026.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record