UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:26-cv-20013-BB

SHUANGXI ZHANG,

        Plaintiff,

v.

THE INDIVIDUALS, CORPORATIONS,
LIMITED LIABILITY COMPANIES,
PARTNERSHIPS, AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE A,

        Defendants.

## JOINT NOTICE OF MEDIATION

Plaintiff Shuangxi Zhang and Defendants SEKKAF, AWGSEE, KAIYIXING, HUAYIY, XINGYANGXIXIANG and KUGUAOK by and through their undersigned counsel, hereby give notice that mediation will be held in this case before Mark Stein as follows:

DATE and TIME:	September 1, 2026 at 9:00 a.m. EST

PLACE:	Via Zoom—Link to be Provided

By the time of filing, Plaintiff did not receive a response regarding mediation from the remaining Appearing Defendants (KALIYADI, nssiw, OUKEMAX, OUTDOORKING, QALLY, CIFOYA).

Dated: March 5, 2026	Respectfully submitted,

*/s/Ni Xue*	*/s/Jianyin Liu*
Ni Xue, Esq.	Jianyin Liu
Florida Bar Number: 1026130	Florida Bar No. 1007675
E-mail: ni@kemetlawgroup.com	Law Offices of James Liu PLLC
KEMET LAW GROUP, LLC	15750 SW 92nd Ave Unit 20C

1

<div style="column: 1">

1825 NW Corporate Blvd., Ste. 110 Boca Raton,
Florida 33431 Telephone: (561) 870-0605
Facsimile: (561) 870-0606

Valerie Raphael, Esq.
Florida Bar Number: 1003514
E-mail: valerie@kemetlawgroup.com
KEMET LAW GROUP, LLC
1825 NW Corporate Blvd., Ste. 110 Boca Raton,
Florida 33431 Telephone: (561) 870-0605
Facsimile: (561) 870-0606

Qianwu Yang (pro hac vice)
yang@shm.law
SHM LAW FIRM
3000 El Camino Real
Building 4, Suite 200
Palo Alto, CA 94306
Telephone: (650) 613-9737
Telephone: +86 13925212009

Aoyu Yang (pro hac vice)
eyeglasses@shm.law
SHM LAW FIRM
3000 El Camino Real
Building 4, Suite 200
Palo Alto, CA 94306
Telephone: (650) 613-9737
Telephone: +86 13925212009

*Attorneys for Plaintiff*
Shuangxi Zhang

</div>

<div style="column: 2">

Palmetto Bay, FL 33157
Telephone: (305) 209-6188
Email: jamesliulaw@gmail.com

Counsel for Defendants SEKKAF, AWGSEE, KAIYIXING, and HUAYIY

_____

*/s/Alan Mensa-Wilmot*
Alan Mensa-Wilmot (Fla. Bar No. 117840)
215 Hendricks Isle
Ft. Lauderdale, Florida 33301
Telephone: (954) 558-6999
E-mail: alan@heitnerlegal.com

*Attorneys for Defendants*
XINGYANGXIXIANG and KUGUAOK

</div>