## 41 Docket Entries for Case 1:25-cv-10942

| | |
|---|---|
| **1** | *09/10/2025* MOTION by Plaintiff Shuangxi Zhang to seal case<br><br>(Yang, Qianwu) (Main Document 1 replaced on 10/2/2025) (td, ). |
| 2 | *09/10/2025* SEALED DOCUMENT (Yang, Qianwu) Modified on 10/2/2025 (td, ). |
| **3** | *09/10/2025* CIVIL Cover Sheet (Yang, Qianwu) (Main Document 3 replaced on 10/2/2025) (td, ). |
| 4 | *09/10/2025* SEALED DOCUMENT (Yang, Qianwu) Modified on 10/2/2025 (td, ). |
| **5** | *09/10/2025* ATTORNEY Appearance for Plaintiff Shuangxi Zhang by Qianwu Yang (Yang, Qianwu) (Main Document 5 replaced on 10/2/2025) (td, ). |
| | *09/11/2025* CASE ASSIGNED to the Honorable Matthew F. Kennelly. Designated as Magistrate Judge the Honorable Beth W. Jantz. Case assignment: Random assignment. (Civil Category 1). (mam, ) |
| | *09/11/2025* CLERK'S NOTICE: Pursuant to Local Rule 73.1(b), a United States Magistrate Judge of this court is available to conduct all proceedings in this civil action. If all parties consent to have the currently assigned United States Magistrate Judge conduct all proceedings in this case, including trial, the entry of final judgment, and all post-trial proceedings, all parties must sign their names on the attached **Consent To form. This consent form is eligible for filing only if executed by all parties. The parties can also express their consent to jurisdiction by a magistrate judge in any joint filing, including the Joint Initial Status Report or proposed Case Management Order. (mam, )** |
| **6** | *09/11/2025* MAILED Patent report to Patent Trademark Office, Alexandria VA (vjd, ) (Main Document 6 replaced on 10/2/2025) (td, ). |
| 7 | *09/16/2025* SEALED MOTION by Plaintiff Shuangxi Zhang (Yang, Qianwu) Modified on 10/2/2025 (td, ). |
| **8** | *09/16/2025* MOTION by Plaintiff Shuangxi Zhang to seal document *(Dkts. 7-1 to 7-13)*<br><br>(Yang, Qianwu) (Main Document 8 replaced on 10/2/2025) (td, ). |
| 9 | *09/16/2025* SEALED DOCUMENT by Plaintiff Shuangxi Zhang (Yang, Qianwu) Modified on 10/2/2025 (td, ). |
| **10** | *09/21/2025* MINUTE entry before the Honorable Matthew F. Kennelly: Motions to file under seal **1 8** are granted. Plaintiff's motion for entry of a temporary restraining order **7** is denied, without |

prejudice to refiling. The motion and draft order contemplate service via email with a link to a website where the pertinent documents may be found. The Court does not consider this sufficient; the email needs to have the relevant documents as attachments. The motion should be refiled with a revised draft order. The Court reserves the right upon refiling to address any and all relevant issues, including personal jurisdiction and the propriety of venue in this district. (mk) (Main Document 10 replaced on 10/2/2025) (td, ).

| 11 | *09/24/2025* ATTORNEY Appearance for Defendants KALIYADI, OUKEMAX, OUTDOORKING, nssiw by Benjamin Solter (tg, ) (Main Document 11 replaced on 10/2/2025) (td, ). |

Pages: 4, Cost: 0.40

Full Site

nssiw to accept appearance in sealed case, provide immediate access to TRO filings, and set prompt schedule to oppose or, if entered, to dissolve any ex parte TRO

(tg, ) (Main Document 12 replaced on 10/2/2025) (td, ).

| 13 | *10/01/2025* MINUTE entry before the Honorable Matthew F. Kennelly: The clerk is directed to unseal the case. Docket entries **2** , **4** , **7** , and **9** are to remain under seal. Plaintiff's counsel is directed to immediately file redacted versions of the complaint and motion for temporary restraining order. Mailed notice. (mma, ) (Main Document 13 replaced on 10/2/2025) (td, ). |

| 14 | *10/09/2025* Complaint (redacted) by Shuangxi Zhang *pursuant to Minute Entry (Dkt. 13)* (Attachments: # **1** Exhibit 1 Patent-in-Suit (redacted), # **2** Exhibit 2 Infringing Products (redacted), # **3** Exhibit 3-1_Claim Chart_KALIYADI (redacted), # **4** Exhibit 3-2_Claim Chart_AWGSEE (redacted), # **5** Exhibit 3-3_Claim Chart_KUGUAOK (redacted), # **6** Exhibit 3-4_Claim Chart_XINGYANGXIXIANG (redacted), # **7** Exhibit 3-5_Claim Chart_OUTDOORKING (redacted), # **8** Exhibit 3-6_Claim Chart_nssiw (redacted), # **9** Exhibit 3-7_Claim Chart_OUKEMAX (redacted), # **10** Exhibit 4 Plaintiff's purchasing order of the Infringing Products (redacted), # **11** Exhibit 5 Defendants' registered business address on Amazon)(Yang, Qianwu) |

| 15 | *10/09/2025* MOTION by Plaintiff Shuangxi Zhang for temporary restraining order

(Attachments: # **1** Memorandum in support of second motion for TRO - redacted, # **2** Decl. of Qianwu Yang (redacted), # **3** Declaration of Shuangxi Zhang (redacted), # **4** Exhibit 1 Patent-in-Suit (redacted), # **5** Exhibit 2 Infringing Products (redacted), # **6** Exhibit 3-1_Claim Chart_KALIYADI (redacted), # **7** Exhibit 3-2_Claim Chart_AWGSEE (redacted), # **8** Exhibit 3-3_Claim Chart_KUGUAOK (redacted), # **9** Exhibit 3-4_Claim Chart_XINGYANGXIXIANG (redacted), # **10** Exhibit 3-5_Claim Chart_OUTDOORKING (redacted), # **11** Exhibit 3-6_Claim Chart_nssiw (redacted), # **12** Exhibit 3-7_Claim Chart_OUKEMAX (redacted), # **13** Exhibit 4 Plaintiff's purchasing order of the Infringing Products (redacted), # **14** Exhibit 5 Defendants' registered business address on Amazon, # **15** Exhibit 6 Similar TRO cases, # **16** Decl. of Aoyu Yang redacted) (Yang, Qianwu) |

| 16 | *10/09/2025* Motion for Service of Process by Email by Shuangxi Zhang (Attachments: # **1** Memorandum in support of motion for service by email, # **2** Decl. of Qianwu Yang (redacted))(Yang, Qianwu) |

| 17 | *10/09/2025* MOTION by Plaintiff Shuangxi Zhang to seal document *(Dkts. 15-1 to 15-13, 15-16, 16-2)*

(Yang, Qianwu) |

| 18 | *10/09/2025* SEALED DOCUMENT by Plaintiff Shuangxi Zhang *in Dkt. 15* (Attachments: # **1** Decl. of Qianwu Yang, # **2** Declaration of Shuangxi Zhang, # **3** Exhibit 1 Patent-in-Suit, # **4** Exhibit 2 Infringing Products, # **5** Exhibit 3-1_Claim Chart_KALIYADI, # **6** Exhibit 3-2_Claim Chart_AWGSEE, # **7** Exhibit 3-3_Claim Chart_KUGUAOK, # **8** Exhibit 3-4_Claim Chart_XINGYANGXIXIANG, # **9** Exhibit 3-5_Claim Chart_OUTDOORKING, # **10** Exhibit 3-6_Claim Chart_nssiw, # **11** Exhibit 3-7_Claim Chart_OUKEMAX, # **12** Exhibit 4 Plaintiff's purchasing order of the Infringing Products, # **13** Decl. of Aoyu Yang)(Yang, Qianwu) |
|---|---|
| 19 | *10/09/2025* SEALED DOCUMENT by Plaintiff Shuangxi Zhang *in Dkt. 16* (Yang, Qianwu) |
| **20** | *10/10/2025* MEMORANDUM by KALIYADI, OUKEMAX, OUTDOORKING, nssiw in Opposition to motion for temporary restraining order,,, **15** (Attachments: # **1** Declaration of Benjamin Solter, # **2** Exhibit A, # **3** Exhibit B)(Solter, Benjamin) |
| **21** | *10/13/2025* REPLY by Plaintiff Shuangxi Zhang to memorandum in opposition to motion **20** (Attachments: # **1** Decl. of Shuangxi Zhang (redacted))(Yang, Qianwu) |
| **22** | *10/13/2025* MOTION by Plaintiff Shuangxi Zhang to seal document *(Dkt. 21-1)*<br><br>(Yang, Qianwu) |
| 23 | *10/13/2025* SEALED DOCUMENT by Plaintiff Shuangxi Zhang *(Dkt. 21-1)* (Yang, Qianwu) |
| **24** | *10/13/2025* MINUTE entry before the Honorable Matthew F. Kennelly: Motions to file under seal **17** **22** are granted, but this is conditioned on two things: plaintiff must file complete, unredacted versions (including all exhibits) under seal and redacted versions in the public record, and plaintiff must promptly serve the sealed filings upon the defendants' counsel who has already appeared in the case. The motion for restraining order **15** is set for a telephonic hearing on 10/17/2025 at 9:10 AM, using call-in number 650-479-3207, access code 2305-915-8729. (mk) |
| **25** | *10/17/2025* MOTION by Defendants KALIYADI, OUKEMAX, OUTDOORKING, nssiw for leave to file *Supplemental Opposition*<br><br>(Attachments: # **1** Exhibit A - Supplemental Opposition, # **2** Exhibit B - Declaration of Benjamin Solter (with Exhibits 12), # **3** Exhibit C - Prior Art Comparison Chart)(Solter, Benjamin) |
| **26** | *10/17/2025* MINUTE entry before the Honorable Matthew F. Kennelly: Telephonic motion hearing held on 10/17/2025. Oral argument on the motion for temporary restraining order is set for 10/22/2025 at 11:00 a.m. The hearing will be held in Courtroom 2103. Defendants ALIYADI, OUKEMAX, OUTDOORKING, nssiw motion for leave to file supplemental opposition **25** is granted. Plaintiff has until 10/20/2025 to file any reply to the supplement. Mailed notice. (mma, ) |
| **27** | *10/20/2025* REPLY by Plaintiff Shuangxi Zhang *to Defendants' Supplemental Opposition* (Attachments: # **1** Declaration Decl. of Wenwu Sun, # **2** Declaration Decl. of TAKAHARA TAMAKI (redacted), # **3** Declaration Decl. of Shuangxi Zhang (supplemental), # **4** Exhibit Exhibit 1 CN305679802S, # **5** Exhibit Exhibit 1-1 CN305679802S Eng))(Yang, Qianwu) |
| **28** | *10/20/2025* MOTION by Plaintiff Shuangxi Zhang to seal document *(Dkt. 27-2)*<br><br>(Yang, Qianwu) |

| | |
|---|---|
| 29 | *10/20/2025* SEALED DOCUMENT by Plaintiff Shuangxi Zhang *(Dkt. 27-2)* (Yang, Qianwu) |
| 30 | *10/21/2025* ATTORNEY Appearance for Plaintiff Shuangxi Zhang by James Edward Judge (Judge, James) |
| 31 | *10/22/2025* MINUTE entry before the Honorable Matthew F. Kennelly: In person motion hearing held on 10/22/2025. Motion to seal is granted **28** . Oral argument heard on the plaintiff's motion for temporary restraining order **15** . Oral ruling made on the motion for temporary restraining order. Plaintiff's motion for temporary restraining order **15** is denied for the reasons stated in open court without prejudice to filing a motion for a preliminary injunction. The Court will allow expedited discovery in advance of the preliminary injunction hearing. The parties are to confer on a schedule for briefing the preliminary injunction motion, and for completing any discovery needed prior to the preliminary injunction hearing. A joint status report with a proposed schedule for expedited discovery and briefing of the preliminary injunction motion is to be filed by 10/29/2025. The case is set for a telephonic status hearing on 11/13/2025 at 9:15 a.m. The following call-in number will be used for the hearing: 650-479-3207; access code 2305-915-8729. Mailed notice. (mma, ) |
| 32 | *10/23/2025* MOTION by Plaintiff Shuangxi Zhang to clarify

(Yang, Qianwu) |
| 33 | *10/24/2025* MINUTE entry before the Honorable Matthew F. Kennelly: Plaintiff's lead counsel who was absent from the TRO hearing has filed a motion to clarify the Court's ruling. The better course would be to order the transcript of the hearing. Suffice it to say that the Court was unpersuaded at this point of the likelihood of success on infringement of plaintiff's design patent given the likely narrow reading of the scope of the patent in light of the claimed prior art. The Court's intention, as indicated by the absence of a limitation in its order, was and is to deny the motion for a TRO as to all defendants--as the Court stated, without prejudice to a motion for preliminary injunction. The motion to clarify **32** is therefore denied. The Court will deal separately with the motion for electronic service but needs from plaintiff's counsel a draft order specific to that motion to be sent to Judge Kennelly's proposed order e-mail address in Word format. (mk) |
| 34 | *10/29/2025* STATUS Report *Joint Status Report* by Shuangxi Zhang

(Attachments: # **1** Exhibit 1 ND Ill Model LPR ESI)(Yang, Qianwu) |
| 35 | *10/31/2025* ORDER REGARDING EMAIL SERVICE, signed by the Honorable Matthew F. Kennelly on 10/31/2025. (mk) |
| 36 | *10/31/2025* MINUTE entry before the Honorable Matthew F. Kennelly: The Court approves the preliminary injunction discovery plan set out in the parties' joint status report (dkt. 34). Plaintiff's opening preliminary injunction memorandum is due 11/26/2025 and is limited to 25 pages (not 30 as proposed); defendants' response is due 12/10/2025 limited to 25 pages; plaintiff's reply is limited to 12/17/2025 and is limited to 15 pages. The telephonic status hearing set for 11/13/2025 is vacated and reset to 12/19/2025 at 9:10 a.m. The following call-in number will be used for the hearing: 650-479-3207; access code 2305-915-8729. (mk) |
| 37 | *12/12/2025* MINUTE entry before the Honorable Matthew F. Kennelly: Plaintiff did not file a memorandum in support of the motion for preliminary injunction by the 11/25/2025 deadline set by the Court. Plaintiff is directed to file a status report by 12/15/2025. (mk) |

| 38 | *12/15/2025* NOTICE of Voluntary Dismissal by Shuangxi Zhang (Yang, Qianwu) |
| 39 | *12/17/2025* MINUTE entry before the Honorable Matthew F. Kennelly: Pursuant to the notice of voluntary dismissal **38** , this case is dismissed without prejudice. All hearing and deadline dates set before this Court are stricken. Civil case terminated. Mailed notice. (mma, ) |