**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 26-cv-20013-BLOOM/Elfenbein**

SHUANGXI ZHANG,

     Plaintiff,

v.

THE INDIVIDUALS, CORPORATIONS,
LIMITED LIABILITY COMPANIES,
PARTNERSHIPS, and UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON
SCHEDULE A,

     Defendants.

_____/

## ORDER OF DISMISSAL AS TO CERTAIN DEFENDANTS WITH PREJUDICE

**THIS CAUSE** is before the Court upon the Notice of Voluntary Dismissal with Prejudice as to Defendant Wapreta US, ECF No. [113] ("Notice"), filed on March 19, 2026. The Court has carefully reviewed the Notice, the record in this case, and is otherwise fully advised. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Notice, **ECF No. [113]**, is **APPROVED** and **ADOPTED**;

2. The above-styled case is **DISMISSED WITH PREJUDICE** as to Defendant Wapreta US only;

3. Each party shall bear its own attorneys' fees and costs;

**DONE AND ORDERED** in Chambers at Miami, Florida, on March 20, 2026.

_____
BETH BLOOM
UNITED STATES DISTRICT JUDGE

Copies to:    Counsel of Record