# EXHIBIT 1

# Schedule A

| No. | Seller Aliases/Storefront | Brand | Seller ID | Amazon Standard Identification Number (ASIN) | URL |
|---|---|---|---|---|---|
| 1 | XINGYANGXIXIANG | DioKiw | A3EJZYTUF12SRF | product 1:<br>B0DNSHDDKQ, B0DNSGZQ35, B0DNSMFDX3, B0DF22P72J, B0DF2H5SL6, B0F66H5YBD, B0F66L84GM, B0DF2MHFF8, B0DNSJD732, B0DF2F36RW, B0DF21TCNF, B0FBM55BBH, B0F66NLRD2, B0DF1ZJVVR, B0DF25TPS6, B0DF2SSX12, B0FBM75XW3;<br><br>product 2:<br>B0DNSHDDKQ, B0DF22F3JG, B0DF2H7Q7J;<br><br>product 3:<br>B0F8ZSD3CH, B0F8ZS6TBM, B0F8ZQD13D, B0F91569KT, B0F8ZVS563, B0F8ZM2TMH, | https://www.amazon.com/dp/B0DNSHDDKQ<br>https://www.amazon.com/dp/B0DNSGZQ35<br>https://www.amazon.com/dp/B0DNSMFDX3<br>https://www.amazon.com/dp/B0DF22P72J<br>https://www.amazon.com/dp/B0DF2H5SL6<br>https://www.amazon.com/dp/B0F66H5YBD<br>https://www.amazon.com/dp/B0F66L84GM<br>https://www.amazon.com/dp/B0DF2MHFF8<br>https://www.amazon.com/dp/B0DNSJD732<br>https://www.amazon.com/dp/B0DF2F36RW<br>https://www.amazon.com/dp/B0DF21TCNF<br>https://www.amazon.com/dp/B0FBM55BBH<br>https://www.amazon.com/dp/B0F66NLRD2<br>https://www.amazon.com/dp/B0DF1ZJVVR<br>https://www.amazon.com/dp/B0DF25TPS6<br>https://www.amazon.com/dp/B0DF2SSX12<br>https://www.amazon.com/dp/B0FBM75XW3<br><br>https://www.amazon.com/dp/B0DNSHDDKQ |

| | | | | | |
|---|---|---|---|---|---|
| | | | | B0F8ZHTBWT, B0F8ZT3L8F, B0F8ZGDZIL, B0F8ZT884Y;<br><br>product 4:<br>B0FHJQTBP6, B0FHKJ9943, B0FHKJX31B, B0FHKK1QKK, B0FHJ3FM56, B0FHKJR811, B0FHJ1VPS9;<br><br>product 5:<br>B0F514XXP3, B0FC2BWJTN, B0FC2B8321, B0FC2DCVMZ, B0FC28X26G;<br><br>product 6:<br>B0G7TWKFY7, B0G8HL742S, B0G7TSRBFF, B0G7TW247W, B0G7TYW8N2, B0G7TK8B1M; | https://www.amazon.com/dp/B0DF22F3JG<br>https://www.amazon.com/dp/B0DF2H7Q7J<br><br>https://www.amazon.com/dp/B0F8ZSD3CH<br>https://www.amazon.com/dp/B0F8ZS6TBM<br>https://www.amazon.com/dp/B0F8ZQD13D<br>https://www.amazon.com/dp/B0F91569KT<br>https://www.amazon.com/dp/B0F8ZVS563<br>https://www.amazon.com/dp/B0F8ZM2TMH<br>https://www.amazon.com/dp/B0F8ZHTBWT<br>https://www.amazon.com/dp/B0F8ZT3L8F<br>https://www.amazon.com/dp/B0F8ZGDZIL<br>https://www.amazon.com/dp/B0F8ZT884Y<br><br>https://www.amazon.com/dp/B0FHJQTBP6<br>https://www.amazon.com/dp/B0FHKJ9943<br>https://www.amazon.com/dp/B0FHKJX31B<br>https://www.amazon.com/dp/B0FHKK1QKK<br>https://www.amazon.com/dp/B0FHJ3FM56<br>https://www.amazon.com/dp/B0FHKJR811<br>https://www.amazon.com/dp/B0FHJ1VPS9<br><br>https://www.amazon.com/dp/B0F514XXP3<br>https://www.amazon.com/dp/B0FC2BWJTN<br>https://www.amazon.com/dp/B0FC2B8321<br>https://www.amazon.com/dp/B0FC2DCVMZ<br>https://www.amazon.com/dp/B0FC28X26G |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | https://www.amazon.com/dp/B0G7TWKFY7<br>https://www.amazon.com/dp/B0G8HL742S<br>https://www.amazon.com/dp/B0G7TSRBFF<br>https://www.amazon.com/dp/B0G7TW247W<br>https://www.amazon.com/dp/B0G7TYW8N2<br>https://www.amazon.com/dp/B0G7TK8B1M |