# EXHIBIT 2

US00D901581S

(12) **United States Design Patent**
**Zhang**

(10) **Patent No.:** **US D901,581 S**
(45) **Date of Patent:** ** **Nov. 10, 2020**

(54) **EYEGLASSES**

(71) Applicant: **Shuangxi Zhang**, Shaodong (CN)

(72) Inventor: **Shuangxi Zhang**, Shaodong (CN)

(**) Term: **15 Years**

(21) Appl. No.: **29/738,205**

(22) Filed: **Jun. 16, 2020**

(51) **LOC (12) Cl.** ............................................ **16-06**

(52) **U.S. Cl.**
USPC ........................................ **D16/314**; D16/321

(58) **Field of Classification Search**
USPC ....... D16/301, 306, 313, 314, 315, 325, 326
CPC ....................................................... G02C 7/02
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| D350,145 S | * | 8/1994 | Yamamoto | D16/314 |
| D508,515 S | | 8/2005 | Peter et al. | |
| D653,697 S | | 2/2012 | Aaron et al. | |
| D653,698 S | | 2/2012 | Aaron et al. | |
| D735,788 S | | 8/2015 | Uhm | |
| D774,123 S | * | 12/2016 | Chae | D16/313 |
| D779,583 S | | 2/2017 | Garfias | |
| D835,178 S | * | 12/2018 | Miera | D16/314 |
| D849,823 S | * | 5/2019 | Canales | D16/313 |
| D871,497 S | | 12/2019 | Robert et al. | |
| D873,901 S | * | 1/2020 | Zhang | D16/314 |
| D878,454 S | * | 3/2020 | Boinnard | D16/314 |
| D886,893 S | * | 6/2020 | Liang | D16/325 |
| D889,531 S | * | 7/2020 | Canales | D16/330 |
| D890,837 S | * | 7/2020 | Michaud | D16/313 |

OTHER PUBLICATIONS

2019 Fashion Outside Cycling Glasses, posted at alibaba.com, posting date not given, [online], [site visited Sep. 11, 2020]. Available from Internet, URL: https://www.alibaba.com/product-detail/2019-Fashion-outside-cycling-glasses-sport_62106890841.html (Year: 2020).*

Queshark Polarized Sports Cycling Glasses, posted at amazon.com, posting date Nov. 1, 2019, [online], [site visited Sep. 11, 2020]. Available from Internet, URL: https://www.amazon.com/Queshark-Polarized-Interchangeable-Baseball-Sunglasses/dp/B07ZD5Q4HK/ref=sr_1_14 (Year: 2019).*

RockBros Glasses, posted at woosupplysolutions.com, no date, [online], [site visited Sep. 11, 2020]. Available from Internet, URL: https://www.woosupplysolutions.com/products/rockbros-polarized-cycling-sun-glasses-outdoor-sports-bicycle-glasses-men-women-bike-sunglasses-29g-goggles-eyewear-5-3-lens (Year: 2020).*

Roka CP-1X, posted at huckberry.com, posting date not given, [online], [site visited Sep. 11, 2020]. Available from Internet, URL: https://huckberry.com/store/roka/category/p/64794-cp-1x (Year: 2020).*

* cited by examiner

*Primary Examiner* — George D. Kirschbaum
*Assistant Examiner* — Maria J Edwards
(74) *Attorney, Agent, or Firm* — KA Filing LLC; Wayne V. Harper

(57) **CLAIM**

I claim the ornamental design for an eyeglasses, as shown and described.

**DESCRIPTION**

FIG. **1** is a Perspective view of an eyeglasses showing my new design;
FIG. **2** is Back Perspective view thereof;
FIG. **3** is a Front view thereof;
FIG. **4** is a Back view thereof;
FIG. **5** is a Right-side view thereof;
FIG. **6** is a Left-side view thereof;
FIG. **7** is a Top view thereof; and,
FIG. **8** is a Bottom view thereof.

**1 Claim, 8 Drawing Sheets**






FIG. 1



FIG. 2



FIG. 3



FIG. 4




FIG. 5




FIG. 6



FIG. 7



FIG. 8