# EXHIBIT 3

amazon Deliver to Aoyu Miami 33133 | All | Search Amazon | EN | Hello, Albert Account & Lists | Returns & Orders | 0

All | Rufus | Join Prime | Holiday Gifts | Same-Day Delivery | Amazon Haul | Gift Cards | Medical Care | Amazon Basics | Customer Service | Buy Again

Amazon Fashion | Women | Men | Kids | Luggage | Sales & Deals | New Arrivals | Amazon Brands | Amazon Luxury

Sports & Outdoors › Sports › Cycling › Glasses & Goggles





Visit the DioKiw Store

# Polarized Kids Sunglasses Youth Softball Cycling Sports Sun Glasses Boys Girls UV400 Protection Goggles

4.6 ★★★★☆ (303) | Search this page

**700+ bought** in past month

$24.97

Price history

FREE Returns

Color: **5pack-deep Blue+red+purple+pink+white Frame Blue**




‹ Previous | 1 | 2 | 3 | Next ›

Lens Color: **polychrome**

## Product details

| | |
|---|---|
| **Care instructions** | Clean with a soft cloth. Avoid high heat. |
| **Origin** | Imported |

## About this item

- 【DioKiw Kids Sunglasses】Designed for active boys and girls, these sunglasses are the perfect combination of style, comfort, and functionality. The lightweight frame, coupled with the ultimate UV protection, makes them ideal for a wide range of outdoor activities, including baseball, softball, cycling, and more.
- 【UV400 protection】The polarized lenses offer crystal clear vision, reducing glare and enhancing contrast for better performance on the field or during outdoor adventures. Our UV Protection Goggles ensure the safety and well-being of your child's eyes, allowing them to focus on their game without any worries.

See more

Report an issue with this product or seller

**Ask Rufus**

Are polarized lenses good for sports?

Do they come with a case?

Can these be worn while swimming?

Ask something else

prime

Enjoy fast, free delivery, exclusive deals, and award-winning movies & TV shows.

Join Prime

$24.97

FREE delivery **Monday, December 29** on orders shipped by Amazon over $35

**Arrives after Christmas. Need a gift sooner?** Send an Amazon Gift Card today by email or text message.

Deliver to Aoyu - Miami 33133

Quantity: 1

Add to Cart

Buy Now

| | |
|---|---|
| Ships from | Amazon |
| Sold by | XINGYANGXIXIANG |
| Returns | FREE refund/replacement until Jan 31, 2026 |
| Gift options | Available at checkout |

See more

Add to List

## Related to items you've viewed See more

Page 1 of 4



SEKKAF Youth Baseball Sunglasses for Boys Girls Age 6-12 Softball Cycling Sports Sunglasses for…
177
#1 Best Seller
$8.99
Get it as soon as **Monday, Dec 29**
FREE Shipping on orders over $35 shipped by Amazon



MVPTGRS Youth Baseball Sunglasses for Boys Girls Age 8-14 TR90 Frame Kids Sport Sunglasses for Softball Cycling Baseball Golf
662
$8.99-$19.99



TURBOPEP 3 Pack Kids Polarized Sunglasses - Youth Baseball Sunglasses for Boys Girls Age 3-12 Sports UV Protection Goggles
704
$15.99-$29.99



Derowern Youth Baseball Sunglasses, Kids Polarized Sports Sunglasses,UV400 Protection Glasses for Boys Girls Softball…
437
$9.99-$19.99



SEKKAF Youth Baseball Sunglasses Kids Sports Sunglasses for Boys Girls Softball Cycling Glasses UV400 Protection
329
$16.99
Get it as soon as **Tuesday, Dec 30**
FREE Shipping on orders over $35 shipped by Amazon



kunchu 3pack Kids Sunglasses Polarized - UV400 Protection Boys Youth Cycling Goggles Baseball Sunglasses wi Glasses Strap
95
$19.99

---

## Product description















## Product details

- **Department :** unisex-child
- **Date First Available :** November 22, 2024
- **ASIN :** B0DNSHDDKQ
- **Product Warranty:** For warranty information about this product, please click here

**Best Sellers Rank:** #5,553 in Sports & Outdoors (See Top 100 in Sports & Outdoors)
#4 in Cycling Glasses & Goggles

**Customer Reviews:** 4.6 ★★★★☆ (303)

## Looking for specific info?

Ask Rufus or search reviews and Q&A

Are polarized lenses good for sports? | Do they come with a case? | Can these be worn while swimming?

Are they adjustable? | What age range do they fit?

## Product Videos






DioKiw Polarized Kids Sunglasses Youth Softball Cycling Sports Sun Glasses...
★★★★☆ 303
$24.97

### Videos for this product




**Great for summer to protect your kids eyes from the sun**
PromoSTK




**My child is going to love these**
Reviewdad




**The Perfect Pack Of Polarized Glasses**
The Reasonable Gentle...




**Amazing Polarized Sunglasses**
Puja Jain




**Customer Review: Great for the price but feel like they would break easy**
Brianne Smith

## Similar brands on Amazon

Page 1 of 3


Sponsored





BLUE CUT Sports Protection Goggles, Anti-Fog Lenses Safety Glasses for...
4.3 ★★★★☆ 323
$29.97





KSnap: Wrist Snap Training Equipment for Golf, Baseball, Softball & Basketbal...
4.2 ★★★★☆ 61
$44.99


## Customer reviews

★★★★☆ 4.6 out of 5

303 global ratings

| | |
|---|---|
| 5 star | 79% |
| 4 star | 11% |
| 3 star | 5% |
| 2 star | 1% |

## Customers say

Customers find these sunglasses great for kids who play sports, particularly baseball, and appreciate that they fit small-headed children well. The sunglasses offer good value for money, with one customer noting they last through a baseball season. Customers like their appearance, colors, and sun protection, with one mentioning they make everything brighter.

Generated from the text of customer reviews

**Select to learn more**

✓ Size | ✓ Value for money | ✓ Quality | ✓ Fit | ✓ Durability | ✓ Look | ✓ Color quality | ✓ Sun protection

1 star 4%

How customer reviews and ratings work

## Review this product

Share your thoughts with other customers

Write a customer review

## Reviews with images

See all photos ›







## Top reviews from the United States

Melanie Helgeson

★★★★★ **Awesome value!**

Reviewed in the United States on December 6, 2025

Color: 5pack-deep Blue+red+green+pink+white Frame Blue | Lens Color: polychrome | **Verified Purchase**

These are perfect!!! Great quality for price point. My kids love them. And fit them perfectly. They're 4 and 6 years old. The colors are fun and a good variety. They never complain about them. And we've had them for year and only one pair has been broke!

Helpful | Report

Cynthia Sainpreux

★★★★★ **Amazing glasses**

Reviewed in the United States on November 15, 2025

Color: 5pack-deep Blue+red+green+pink+white Frame Blue | Lens Color: polychrome | **Verified Purchase**

Great set, although a little small for my 11-year-old, It was super cute for my four older kids! My daughter loved the pinkish color! So it is definitely for girls and boys! Also it makes the outside seem dim! 🕶 great quality!💞

Helpful | Report

Bob

★★★★★ **great quality for price**

Reviewed in the United States on December 18, 2025

Color: 5pack-deep Blue+red+green+pink+white Frame Blue | Lens Color: polychrome | **Verified Purchase**

got these for a baseball party. kids lovvvved them. good quality!

Helpful | Report

Allison Patterson

★★★★★ **Cool baseball sunglasses**

Reviewed in the United States on October 7, 2025

Color: 5pack-deep Blue+red+purple+pink+white Frame Blue | Lens Color: polychrome | **Verified Purchase**

I bought these for my daughter's tball team this past season. They where an absolute hit, everyone loved them. The kids ranged on age between 4-6 and they fit perfectly.

Helpful | Report

PAIGE CAMPBELL

★★★★☆ **Made great, colors are beautiful**

Reviewed in the United States on November 28, 2025

**Verified Purchase**

Nice glasses, made great

Helpful | Report

Shawn douglas

★★★★★ **Great glasses**

Reviewed in the United States on September 18, 2025

Color: 5pack-deep Blue+red+green+pink+white Frame Blue | Lens Color: polychrome | **Verified Purchase**

Great item for my kids who play sports. Im not cheap but I feel theres no point in paying 100 dollars for Pitt vipers that will just get destroyed by kids just being kids

2 people found this helpful

Helpful | Report

mints

★★★★★ **Great deal for stylish glasses**

Reviewed in the United States on October 23, 2025

Color: 5pack-deep Blue+red+purple+pink+white Frame Blue | Lens Color: polychrome | Verified Purchase

Looks great. Came packaged neatly. Polarised. My son likes how they look and has not broken any of them yet. They fit him well (6 years old).

Helpful | Report

average guy

★★★★★ **Good purchase.**

Reviewed in the United States on October 16, 2025

Color: 5pack-deep Blue+red+purple+pink+white Frame Blue | Lens Color: polychrome | Verified Purchase

Good quality for my son. Reasonably durable, and multiple pair of sunglasses ( since he tends to "misplace" them.

Helpful | Report

See more reviews ›

## Based on your recent shopping trends



QALLY Polarized Sports Sunglasses for Men, UV400 Protection Mens Sunglasses Wrap Around Sun Glasses for Cycling…

241

$24.99

Get it as soon as **Monday, Dec 29**

FREE Shipping on orders over $35 shipped by Amazon



DioKiw Polarized Kids Sunglasses Youth Softball Cycling Sports Sun Glasses Boys Girls UV400 Protection Goggles

303

$23.98

Get it as soon as **Monday, Dec 29**

FREE Shipping on orders over $35 shipped by Amazon



Bziia 3PACK Kids Sunglasses Youth Baseball Sunglasses for Boys Girls Age 4-12,Softball Sports…

97

-13% $13.99

List Price: ~~$15.99~~

Get it as soon as **Monday, Dec 29**

FREE Shipping on orders over $35 shipped by Amazon



Wapreta 3PACK Kids Sunglasses Youth Baseball Sunglasses for 4-12 Boys Girls Cycling Softball Running UV40…

224

-32% $14.99

List: ~~$21.99~~

Get it as soon as **Tuesday, Dec 30**

FREE Shipping on orders over $35 shipped by Amazon



DioKiw 4PACK Kids Sunglasses Polarized Youth Baseball Sunglasses Boys Girls Softball Cycling UV400…

72

$19.97

Get it as soon as **Monday, Jan 19**



CMBJJU 3PACK Kids Sunglasses for 6-14 Boy Girls, Youth Baseball an Cycling UV400 Protecti…

468

Amazon's Choice

-33% $19.99

List: ~~$29.99~~

Get it as soon as **Monday, D 29**

FREE Shipping on orders ov $35 shipped by Amazon

## Customers who bought this item also bought



ZONLY 6 Pack Sunglasses Case Portable Travel Zipper Eyeglasses Case With Hook

1,459

$9.99

Get it as soon as **Monday, Dec 29**

FREE Shipping on orders over $35 shipped by Amazon



JEANUE 4 Pieces Baseball Necklaces for Boys,Three Braided Rope Tornado Sports Titanium Necklaces,Christmas Gif…

150

$9.99

Get it as soon as **Monday, Dec 29**



Clutch Sports Apparel All-Weather Bat Grip Tape, 1.1mm Cushioned & Non-Slip for Baseball & Softball, Durable & Mul…

806

-20% $15.95

List: ~~$19.95~~

Get it as soon as **Monday, Dec 29**

FREE Shipping on orders over $35 shipped by Amazon




Geyoga Christian Sliding Mitt Cross Baseball Softball Religious Glove Sliding Mitt Baseball Guard Accessories and Protective Gear…

25

$17.99-$21.99



DioKiw 5PACK Polarized Kids Sunglasses UV Protection Youth Baseball Sunglasses Lightweight Big Frame Softball…

32

$21.97

Get it as soon as **Tuesday, Dec 30**

FREE Shipping on orders over $35 shipped by Amazon



SEKKAF Youth Baseball Sunglasses Kids Sports Sunglasses for Boys Girl Softball Cycling Glasses

329

Amazon's Choice

$16.99

Get it as soon as **Tuesday, D 30**

FREE Shipping on orders ov $35 shipped by Amazon

Back to top

**Get to Know Us**

Careers

**Make Money with Us**

Sell on Amazon

Sell apps on Amazon

**Amazon Payment Products**

Amazon Visa

Amazon Store Card

**Let Us Help You**

Your Account

Your Orders

Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Become an Amazon Hub Partner
› See More Ways to Make Money

Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product Safety Alerts
Registry & Gift List
Help

amazon

English
United States

Amazon Music
Stream millions of songs

Amazon Ads
Reach customers wherever they spend their time

6pm
Score deals on fashion brands

AbeBooks
Books, art & collectibles

ACX
Audiobook Publishing Made Easy

Sell on Amazon
Start a Selling Account

Veeqo
Shipping Software Inventory Management

Amazon Business
Everything For Your Business

Amazon Fresh
Groceries & More Right To Your Door

AmazonGlobal
Ship Orders Internationally

Home Services
Experienced Pros Happiness Guarantee

Amazon Web Services
Scalable Cloud Computing Services

Audible
Listen to Books & Original Audio Performances

Box Office Mojo
Find Movie Box Office Data

Goodreads
Book reviews & recommendations

IMDb
Movies, TV & Celebrities

IMDbPro
Get Info Entertainment Professionals Need

Kindle Direct Publishing
Indie Digital & Print Publishing Made Easy

Amazon Photos
Unlimited Photo Storage Free With Prime

Prime Video Direct
Video Distribution Made Easy

Shopbop
Designer Fashion Brands

Amazon Resale
Great Deals on Quality Used Products

Whole Foods Market
America's Healthiest Grocery Store

Woot!
Deals and Shenanigans

Zappos
Shoes & Clothing

Ring
Smart Home Security Systems

eero WiFi
Stream 4K Video in Every Room

Blink
Smart Security for Every Home

Neighbors App
Real-Time Crime & Safety Alerts

Amazon Subscription Boxes
Top subscription boxes – right to your door

PillPack
Pharmacy Simplified

Amazon Renewed
Like-new products you can trust

Amazon Luna
Video games from the cloud, no console required

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices
© 1996-2025, Amazon.com, Inc. or its affiliates