# EXHIBIT 4

# Order details

## Held for pickup at carrier location



Package available for pickup.

Ordered — Shipped — Out for delivery — **Delivered**

Delivery attempted today at 11:47 AM

Unfortunately, USPS couldn't complete your delivery and is holding it for you to pick up. We're very sorry for the inconvenience.

Contact USPS

**Shipped with USPS**

See all tracking updates

**See details**



**DioKiw 4PACK Polarized Sport...**

Sold by: Diokiw

Return or replace items: Eligible through August 4, 2026

$25.97

7:32 5G

Search or ask a question



DioKiw 4pcs Polarized Sport...

Share this item

Buy it again

Questions? Start a chat

How do I clean these sunglasses? Can I wear these while

**Held for pickup at carrier location**

Valerie L. Raphael, Esq., PO BOX 19187

Track package

**Need help with your item?**

Return or replace items

Eligible through July 30, 2026

**Order info**

8


10:17
5G
Search or ask a question
DioKiw 4pcs Polarized Sport Sungl...
Sold by: Diokiw
$25.97
Track package
Cancel items
Ask Product Question
Write a product review
Buy it again
Change Payment Method
Order summary
Order placed June 28, 2026
Order # 112-6351183-9405852
Item(s) Subtotal: $25.97
Shipping & Handling: $0.00
Total before tax: $25.97
Estimated tax to be collected: $1.82
Grand Total: $27.79
View invoice
Payment method
Amazon Visa ending in 5643
Earns 5% back on all items
View related transactions
Ship to
Valerie L. Raphael, Esq.
PO BOX 19187
PLANTATION, FL 33318-0187
United States
8


10:51
85
Search or ask a question
Order details
Held for pickup at carrier location
Package available for pickup.
Ordered
Shipped
Out for delivery
Delivered
Delivery attempted today at 6:54 AM
Unfortunately, USPS couldn't complete your delivery and is holding it for you to pick up. We're very sorry for the inconvenience.
Contact USPS
Shipped with USPS
See all tracking updates
See details
DioKiw Cycling Polarized Night Visio...
Sold by: Diokiw
Return or replace items: Eligible through July 30, 2026
$21.97
View your item
Buy it again
Track package
Return or replace items
Ask Product Question
Write a product review
13


18:25
Search or ask a question
Your Orders
Order details
Held for pickup at carrier location
Package available for pickup.
Ordered
Shipped
Out for delivery
Delivered
Delivery attempted today at 12:00 PM
Unfortunately, USPS couldn't complete your delivery and is holding it for you to pick up. We're very sorry for the inconvenience.
Contact USPS
Shipped with USPS
See all tracking updates
See details
DioKiw 5PACK Polarized Kids sungla...
Sold by: Diokiw
Return or replace items: Eligible through July 28, 2026
$25.98
View your item
Buy it again
Track package
Return or replace items
Ask Product Question
32