# EXHIBIT 5

## About Seller

XINGYANGXIXIANG is committed to providing each customer with the highest standard of customer service.

**Have a question for XINGYANGXIXIANG?**

Ask a question

## Reviews

4.8 out of 5

154 ratings

12 months

| | | |
|---|---|---|
| 5 star | | 82% |
| 4 star | | 14% |
| 3 star | | 2% |
| 2 star | | 1% |
| 1 star | | 1% |

Learn more about how seller reviews work on Amazon

**Share your thoughts with other customers**

Leave seller feedback

**FILTER BY**

All stars

154 total ratings, 154 with feedback for 12 months

"Good experience"

By James T. on November 30, 2025.

"love them"

By lawrence lindquist on November 29, 2025.

"10 de 10"

By Amazon Customer on November 27, 2025.

"Las mejoras"

By Yeison ariza on November 24, 2025.

"Muy buenos"

By Pablo tarazona on November 24, 2025.

Previous Next

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** Yiwu Honghua Trading Co., Ltd.

**Business Address:**

江东街道
下王3区40幢2单元403室
金华市
义乌市
浙江省
322000
CN

**Shipping Policies**

**Other Policies**

**Help**

**Products**

See all products currently offered by the seller.

Leave seller feedback

**Customers who viewed items in your browsing history also viewed**

# XINGYANGXIXIANG

Visit the XINGYANGXIXIANG storefront

**96% positive** in the last 12 months (154 ratings)



**DioKiw Polarized Kids Sunglasses...**

$18.97

Add to Cart

QALLY Polarized Sports Sunglasses for Men, UV400 Protection Mens Sunglasses Wrap Around Sun Glasses for Cycling Running
223
$21.99-$24.99

OMEKOL Two Sizes For Adults and Youth Polarized Sunglasses Men Women Outdoor Sport Baseball Glasses UV400 Cycling Eyewear
1,393
$19.09

QALLY 3PACK Kids Sunglasses Youth Baseball Sunglasses for Boys Girls Age 4-14, Softball Cycling UV400 Protection Sports
90
$14.99-$23.99

APEXUP Sports Polarized Sunglasses for Men Women, UV400 Protection Men's Sunglasses for Cycling, Fishing
136
$12.99-$14.99

Bziia 3PACK Sunglasses Y Baseball Sur Boys Girls Ag 12,Softball S
Amazon's Cho
$8.99-$18.99

**Customers who viewed items in your browsing history also viewed**




Intake Breathing Refill Tabs (30 Count) – Magnetic Nasal Strips for Sleeping – Snoring…
1,217
Amazon's Choice
$32.99 ($1.10/count)
Get it as soon as **Monday, Dec 8**
FREE Shipping on orders over $35 shipped by Amazon



Intake Breathing Travel Case and Magnetic Refill Applicator - Small Travel Case for Intake Nasal Strips, Holds Up to 5 Ta…
276
$19.99 ($19.99/count)
Get it as soon as **Monday, Dec 8**
FREE Shipping on orders over $35 shipped by Amazon




Air Max Nasal Dilators Trial Pack - Anti Snoring Devices - 76% More Airflow for Better Breathing & Against…
12,766
$16.00 ($16.00/count)
Get it as soon as **Monday, Dec 8**
FREE Shipping on orders over $35 shipped by Amazon




Intake Breathing Extra Intake Bands (Pack of 2), Medium-Large (M2), Matte Black. (Tabs NOT Included)
323
$19.99 ($10.00/count)
Get it as soon as **Monday, Dec 8**
FREE Shipping on orders over $35 shipped by Amazon




Breathe Righ Strength Na: Menthol Sce Free, Less Sr
-15% $10
($0.39/count)
Ends in 05:16
List: ~~$11.99~~
Get it as soon
8
FREE Shipping
$35 shipped b

## Your Browsing History
View or edit your browsing history



Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Become an Amazon Hub Partner
› See More Ways to Make Money

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product Safety Alerts
Registry & Gift List
Help

amazon
English
United States

Amazon Music Stream millions of songs
Amazon Ads Reach customers wherever they spend their time
6pm Score deals on fashion brands
AbeBooks Books, art & collectibles
ACX Audiobook Publishing Made Easy
Sell on Amazon Start a Selling Account
Veeqo Shipping Software Inventory Management
Amazon Business Everything For Your Business
Amazon Fresh Groceries & More Right To Your Door
AmazonGlobal Ship Orders Internationally
Home Services Experienced Pros Happiness Guarantee
Amazon Web Services Scalable Cloud Computing Services
Audible Listen to Books & Original Audio Performances
Box Office Mojo Find Movie Box Office Data
Goodreads Book reviews & recommendations
IMDb Movies, TV & Celebrities
IMDbPro Get Info Entertainment Professionals Need
Kindle Direct Publishing Indie Digital & Print Publishing Made Easy
Amazon Photos Unlimited Photo Storage Free With Prime
Prime Video Direct Video Distribution Made Easy
Shopbop Designer Fashion Brands
Amazon Resale Great Deals on Quality Used Products
Whole Foods Market America's Healthiest Grocery Store
Woot! Deals and Shenanigans
Zappos Shoes & Clothing
Ring Smart Home Security Systems
eero WiFi Stream 4K Video in Every Room
Blink Smart Security for Every Home
Neighbors App Real-Time Crime & Safety Alerts
Amazon Subscription Boxes Top subscription boxes – right to your door
PillPack Pharmacy Simplified
Amazon Renewed Like-new products you can trust
Amazon Luna Video games from the cloud, no console required

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates