# EXHIBIT 6

# Infringement Claim Chart – US D901,581 – DioKiw (Product 1)

<table>
<tr><th>US D901,581</th><th>DioKiw (Product 1)</th></tr>
<tr><td><br>FIG. 1<br>Fig 1 Perspective View</td><td></td></tr>
<tr><td colspan="2">From the perspective view, DioKiw’s Product (the “Accused Product”) and the design shown in Fig. 1 of U.S. Design Patent No. D901,581 (the “Asserted Patent”) have substantially the same overall shape and proportions, including a wide, wraparound lens and similarly contoured temple arms. The corresponding lens curvature, angled outer corners, and positions and contours of the temple arms produce substantially the same overall ornamental effect . In the eye of an ordinary observer, giving such attention as a purchaser usually gives, the two designs are</td></tr>
</table>

substantially the same, and the resemblance is such as to deceive such an observer, inducing him to purchase one supposing it to be the other.

| | |
|---|---|
|  FIG. 2<br>Fig 2 Back Perspective View |  |

From the back perspective view, the Accused Product and the design shown in Fig. 2 of the Asserted Patent have substantially the same wraparound lens curvature and similarly placed and contoured temple arms. The interior contours and overall silhouettes of the frame and lens produce substantially the same overall ornamental effect . In the eye of an ordinary observer, giving such attention as a purchaser usually gives, the two designs are substantially the same, and the resemblance is such as to deceive such an observer, inducing him to purchase one supposing it to be the other.

<table>
<tr>
<td><br>FIG. 3<br>Fig 3 Front View</td>
<td></td>
</tr>
<tr>
<td colspan="2">From the front view, the Accused Product and the design shown in Fig. 3 of the Asserted Patent have substantially the same overall configuration, including a continuous lens extending across the face and corresponding contours at the central bridge and along the curved and angled outer edges. The proportions of the lens and the visible frame elements produce substantially the same overall ornamental effect . In the eye of an ordinary observer, giving such attention as a purchaser usually gives, the two designs are substantially the same, and the resemblance is such as to deceive such an observer, inducing him to purchase one supposing it to be the other.</td>
</tr>
</table>

<table>
<tr>
<td><br>FIG. 4<br>Fig 4 Back View</td>
<td></td>
</tr>
<tr>
<td colspan="2">From the back view, the Accused Product and the design shown in Fig. 4 of the Asserted Patent have substantially the same overall silhouette, with corresponding lens curvature, interior frame contours, and positioning of the temple arms. These similarities produce substantially the same overall ornamental effect . In the eye of an ordinary observer, giving such attention as a purchaser usually gives, the two designs are substantially the same, and the resemblance is such as to deceive such an observer, inducing him to purchase one supposing it to be the other.</td>
</tr>
</table>

<table>
<tr>
<td>



FIG. 5

Fig 5 Right Side View
</td>
<td>

</td>
</tr>
<tr>
<td colspan="2">From the right-side view, the Accused Product and the design shown in Fig. 5 of the Asserted Patent have substantially the same overall side silhouette, including a curved lens wrapping toward the side and a temple arm extending rearward with corresponding curvature and proportions. The junction between the lens and the temple arm and the contour of the ear portion produce substantially the same overall ornamental effect . In the eye of an ordinary observer, giving such attention as a purchaser usually gives, the two designs are substantially the same, and the resemblance is such as to deceive such an observer, inducing him to purchase one supposing it to be the other.</td>
</tr>
</table>

<table>
<tr>
<td>

FIG. 6

Fig 6 Left Side View</td>
<td></td>
</tr>
<tr>
<td colspan="2">From the left-side view, the Accused Product and the design shown in Fig. 6 of the Asserted Patent have substantially the same overall side profile. The corresponding curvature of the lens and the shape, proportions, and positioning of the left temple arm produce substantially the same overall ornamental effect . In the eye of an ordinary observer, giving such attention as a purchaser usually gives, the two designs are substantially the same, and the resemblance is such as to deceive such an observer, inducing him to purchase one supposing it to be the other.</td>
</tr>
</table>

<table>
<tr><td><br>FIG. 7<br>Fig 7 Top View</td><td></td></tr>
<tr><td colspan="2">From the top view, the Accused Product and the design shown in Fig. 7 of the Asserted Patent have substantially the same overall configuration. Both designs have a gently curved lens across the front and temple arms extending rearward at corresponding angles and spacing. The overall width and outward flare of the temple arms produce substantially the same overall ornamental effect . In the eye of an ordinary observer, giving such attention as a purchaser usually gives, the two designs are substantially the same, and the resemblance is such as to deceive such an observer, inducing him to purchase one supposing it to be the other.</td></tr>
</table>

<table>
<tr><td>

Fig 8 Bottom View</td><td></td></tr>
<tr><td colspan="2">From the bottom view, the Accused Product and the design shown in Fig. 8 of the Asserted Patent have substantially the same overall configuration. The corresponding lower lens contours and curvature, visible frame and bridge elements, and alignment and spacing of the temple arms produce substantially the same overall ornamental effect . In the eye of an ordinary observer, giving such attention as a purchaser usually gives, the two designs are substantially the same, and the resemblance is such as to deceive such an observer, inducing him to purchase one supposing it to be the other.</td></tr>
</table>

# Infringement Claim Chart – US D901,581 – DioKiw (Product 3)

<table>
<tr><th>US D901,581</th><th>DioKiw (Product 3)</th></tr>
<tr><td><br>FIG. 1<br>Fig 1 Perspective View</td><td></td></tr>
<tr><td colspan="2">From the perspective view, DioKiw's Product (the "Accused Product") and the design shown in Fig. 1 of U.S. Design Patent No. D901,581 (the "Asserted Patent") have substantially the same overall shape and proportions, including a wide, wraparound lens and similarly contoured temple arms. The corresponding lens curvature, angled outer corners, and positions and contours of the temple arms produce substantially the same overall ornamental</td></tr>
</table>

effect . In the eye of an ordinary observer, giving such attention as a purchaser usually gives, the two designs are substantially the same, and the resemblance is such as to deceive such an observer, inducing him to purchase one supposing it to be the other.



FIG. 2

Fig 2 Back Perspective View



From the back perspective view, the Accused Product and the design shown in Fig. 2 of the Asserted Patent have substantially the same wraparound lens curvature and similarly placed and contoured temple arms. The interior contours and overall silhouettes of the frame and lens produce substantially the same overall ornamental effect . In the eye of an ordinary observer, giving such attention as a purchaser usually gives, the two designs are substantially the same, and the resemblance is such as to deceive such an observer, inducing him to purchase one supposing it to be the other.

<table>
<tr>
<td><br>FIG. 3<br>Fig 3 Front View</td>
<td></td>
</tr>
<tr>
<td colspan="2">From the front view, the Accused Product and the design shown in Fig. 3 of the Asserted Patent have substantially the same overall configuration, including a continuous lens extending across the face and corresponding contours at the central bridge and along the curved and angled outer edges. The proportions of the lens and the visible frame elements produce substantially the same overall ornamental effect . In the eye of an ordinary observer, giving such attention as a purchaser usually gives, the two designs are substantially the same, and the resemblance is such as to deceive such an observer, inducing him to purchase one supposing it to be the other.</td>
</tr>
</table>

<table>
<tr>
<td>

FIG. 4

Fig 4 Back View</td>
<td></td>
</tr>
<tr>
<td colspan="2">From the back view, the Accused Product and the design shown in Fig. 4 of the Asserted Patent have substantially the same overall silhouette, with corresponding lens curvature, interior frame contours, and positioning of the temple arms. These similarities produce substantially the same overall ornamental effect . In the eye of an ordinary observer, giving such attention as a purchaser usually gives, the two designs are substantially the same, and the resemblance is such as to deceive such an observer, inducing him to purchase one supposing it to be the other.</td>
</tr>
</table>

<table>
<tr>
<td><br>FIG. 5<br><br>Fig 5 Right Side View</td>
<td></td>
</tr>
<tr>
<td colspan="2">From the right-side view, the Accused Product and the design shown in Fig. 5 of the Asserted Patent have substantially the same overall side silhouette, including a curved lens wrapping toward the side and a temple arm extending rearward with corresponding curvature and proportions. The junction between the lens and the temple arm and the contour of the ear portion produce substantially the same overall ornamental effect . In the eye of an ordinary observer, giving such attention as a purchaser usually gives, the two designs are substantially the same, and the resemblance is such as to deceive such an observer, inducing him to purchase one supposing it to be the other.</td>
</tr>
</table>

<table>
<tr>
<td><br>FIG. 6<br>Fig 6 Left Side View</td>
<td></td>
</tr>
<tr>
<td colspan="2">From the left-side view, the Accused Product and the design shown in Fig. 6 of the Asserted Patent have substantially the same overall side profile. The corresponding curvature of the lens and the shape, proportions, and positioning of the left temple arm produce substantially the same overall ornamental effect . In the eye of an ordinary observer, giving such attention as a purchaser usually gives, the two designs are substantially the same, and the resemblance is such as to deceive such an observer, inducing him to purchase one supposing it to be the other.</td>
</tr>
</table>

<table>
<tr>
<td><br>FIG. 7<br>Fig 7 Top View</td>
<td></td>
</tr>
<tr>
<td colspan="2">From the top view, the Accused Product and the design shown in Fig. 7 of the Asserted Patent have substantially the same overall configuration. Both designs have a gently curved lens across the front and temple arms extending rearward at corresponding angles and spacing. The overall width and outward flare of the temple arms produce substantially the same overall ornamental effect . In the eye of an ordinary observer, giving such attention as a purchaser usually gives, the two designs are substantially the same, and the resemblance is such as to deceive such an observer, inducing him to purchase one supposing it to be the other.</td>
</tr>
</table>



FIG. 8

Fig 8 Bottom View



From the bottom view, the Accused Product and the design shown in Fig. 8 of the Asserted Patent have substantially the same overall configuration. The corresponding lower lens contours and curvature, visible frame and bridge elements, and alignment and spacing of the temple arms produce substantially the same overall ornamental effect . In the eye of an ordinary observer, giving such attention as a purchaser usually gives, the two designs are substantially the same, and the resemblance is such as to deceive such an observer, inducing him to purchase one supposing it to be the other.

# Infringement Claim Chart – US D901,581 – DioKiw (Product 4)

<table>
<tr><th>US D901,581</th><th>DioKiw (Product 4)</th></tr>
<tr><td><br>FIG. 1<br><br>Fig 1 Perspective View</td><td></td></tr>
<tr><td colspan="2">From the perspective view, DioKiw’s Product (the “Accused Product”) and the design shown in Fig. 1 of U.S. Design Patent No. D901,581 (the “Asserted Patent”) have substantially the same overall shape and proportions, including a wide, wraparound lens and similarly contoured temple arms. The corresponding lens curvature, angled outer corners, and positions and contours of the temple arms produce substantially the same overall ornamental</td></tr>
</table>

effect . In the eye of an ordinary observer, giving such attention as a purchaser usually gives, the two designs are substantially the same, and the resemblance is such as to deceive such an observer, inducing him to purchase one supposing it to be the other.

| | |
|---|---|
|  FIG. 2 Fig 2 Back Perspective View |  |
| From the back perspective view, the Accused Product and the design shown in Fig. 2 of the Asserted Patent have substantially the same wraparound lens curvature and similarly placed and contoured temple arms. The interior contours and overall silhouettes of the frame and lens produce substantially the same overall ornamental effect . In the eye of an ordinary observer, giving such attention as a purchaser usually gives, the two designs are substantially the same, and the resemblance is such as to deceive such an observer, inducing him to purchase one supposing it to be the other. | |



FIG. 3

Fig 3 Front View



From the front view, the Accused Product and the design shown in Fig. 3 of the Asserted Patent have substantially the same overall configuration, including a continuous lens extending across the face and corresponding contours at the central bridge and along the curved and angled outer edges. The proportions of the lens and the visible frame elements produce substantially the same overall ornamental effect . In the eye of an ordinary observer, giving such attention as a purchaser usually gives, the two designs are substantially the same, and the resemblance is such as to deceive such an observer, inducing him to purchase one supposing it to be the other.



FIG. 4

Fig 4 Back View



From the back view, the Accused Product and the design shown in Fig. 4 of the Asserted Patent have substantially the same overall silhouette, with corresponding lens curvature, interior frame contours, and positioning of the temple arms. These similarities produce substantially the same overall ornamental effect . In the eye of an ordinary observer, giving such attention as a purchaser usually gives, the two designs are substantially the same, and the resemblance is such as to deceive such an observer, inducing him to purchase one supposing it to be the other.

<table>
<tr>
<td>

FIG. 5<br><br>Fig 5 Right Side View</td>
<td></td>
</tr>
<tr>
<td colspan="2">From the right-side view, the Accused Product and the design shown in Fig. 5 of the Asserted Patent have substantially the same overall side silhouette, including a curved lens wrapping toward the side and a temple arm extending rearward with corresponding curvature and proportions. The junction between the lens and the temple arm and the contour of the ear portion produce substantially the same overall ornamental effect . In the eye of an ordinary observer, giving such attention as a purchaser usually gives, the two designs are substantially the same, and the resemblance is such as to deceive such an observer, inducing him to purchase one supposing it to be the other.</td>
</tr>
</table>



FIG. 6

Fig 6 Left Side View



From the left-side view, the Accused Product and the design shown in Fig. 6 of the Asserted Patent have substantially the same overall side profile. The corresponding curvature of the lens and the shape, proportions, and positioning of the left temple arm produce substantially the same overall ornamental effect . In the eye of an ordinary observer, giving such attention as a purchaser usually gives, the two designs are substantially the same, and the resemblance is such as to deceive such an observer, inducing him to purchase one supposing it to be the other.

<table>
<tr>
<td><br>FIG. 7<br>Fig 7 Top View</td>
<td></td>
</tr>
<tr>
<td colspan="2">From the top view, the Accused Product and the design shown in Fig. 7 of the Asserted Patent have substantially the same overall configuration. Both designs have a gently curved lens across the front and temple arms extending rearward at corresponding angles and spacing. The overall width and outward flare of the temple arms produce substantially the same overall ornamental effect . In the eye of an ordinary observer, giving such attention as a purchaser usually gives, the two designs are substantially the same, and the resemblance is such as to deceive such an observer, inducing him to purchase one supposing it to be the other.</td>
</tr>
</table>



FIG. 8

Fig 8 Bottom View



From the bottom view, the Accused Product and the design shown in Fig. 8 of the Asserted Patent have substantially the same overall configuration. The corresponding lower lens contours and curvature, visible frame and bridge elements, and alignment and spacing of the temple arms produce substantially the same overall ornamental effect . In the eye of an ordinary observer, giving such attention as a purchaser usually gives, the two designs are substantially the same, and the resemblance is such as to deceive such an observer, inducing him to purchase one supposing it to be the other.

# Infringement Claim Chart – US D901,581 – DioKiw (Product 6)

<table>
<tr><th>US D901,581</th><th>DioKiw (Product 6)</th></tr>
<tr><td><br>FIG. 1<br>Fig 1 Perspective View</td><td></td></tr>
<tr><td colspan="2">From the perspective view, DioKiw’s Product (the “Accused Product”) and the design shown in Fig. 1 of U.S. Design Patent No. D901,581 (the “Asserted Patent”) have substantially the same overall shape and proportions, including a wide, wraparound lens and similarly contoured temple arms. The corresponding lens curvature, angled outer corners, and positions and contours of the temple arms produce substantially the same overall ornamental effect . In the eye of an ordinary observer, giving such attention as a purchaser usually gives, the two designs are</td></tr>
</table>

| |
|---|
| substantially the same, and the resemblance is such as to deceive such an observer, inducing him to purchase one supposing it to be the other. |

<table>
<tr>
<td><br>FIG. 2<br>Fig 2 Back Perspective View</td>
<td></td>
</tr>
<tr>
<td colspan="2">From the back perspective view, the Accused Product and the design shown in Fig. 2 of the Asserted Patent have substantially the same wraparound lens curvature and similarly placed and contoured temple arms. The interior contours and overall silhouettes of the frame and lens produce substantially the same overall ornamental effect . In the eye of an ordinary observer, giving such attention as a purchaser usually gives, the two designs are substantially the same, and the resemblance is such as to deceive such an observer, inducing him to purchase one supposing it to be the other.</td>
</tr>
</table>

<table>
<tr>
<td><br>FIG. 3<br>Fig 3 Front View</td>
<td></td>
</tr>
<tr>
<td colspan="2">From the front view, the Accused Product and the design shown in Fig. 3 of the Asserted Patent have substantially the same overall configuration, including a continuous lens extending across the face and corresponding contours at the central bridge and along the curved and angled outer edges. The proportions of the lens and the visible frame elements produce substantially the same overall ornamental effect . In the eye of an ordinary observer, giving such attention as a purchaser usually gives, the two designs are substantially the same, and the resemblance is such as to deceive such an observer, inducing him to purchase one supposing it to be the other.</td>
</tr>
</table>

<table>
<tr>
<td><br>FIG. 4<br>Fig 4 Back View</td>
<td></td>
</tr>
<tr>
<td colspan="2">From the back view, the Accused Product and the design shown in Fig. 4 of the Asserted Patent have substantially the same overall silhouette, with corresponding lens curvature, interior frame contours, and positioning of the temple arms. These similarities produce substantially the same overall ornamental effect . In the eye of an ordinary observer, giving such attention as a purchaser usually gives, the two designs are substantially the same, and the resemblance is such as to deceive such an observer, inducing him to purchase one supposing it to be the other.</td>
</tr>
</table>

| | |
|---|---|
| <br><br>FIG. 5<br>Fig 5 Right Side View |  |
| From the right-side view, the Accused Product and the design shown in Fig. 5 of the Asserted Patent have substantially the same overall side silhouette, including a curved lens wrapping toward the side and a temple arm extending rearward with corresponding curvature and proportions. The junction between the lens and the temple arm and the contour of the ear portion produce substantially the same overall ornamental effect . In the eye of an ordinary observer, giving such attention as a purchaser usually gives, the two designs are substantially the same, and the resemblance is such as to deceive such an observer, inducing him to purchase one supposing it to be the other. | |

<table>
<tr>
<td>

FIG. 6

Fig 6 Left Side View</td>
<td></td>
</tr>
<tr>
<td colspan="2">From the left-side view, the Accused Product and the design shown in Fig. 6 of the Asserted Patent have substantially the same overall side profile. The corresponding curvature of the lens and the shape, proportions, and positioning of the left temple arm produce substantially the same overall ornamental effect . In the eye of an ordinary observer, giving such attention as a purchaser usually gives, the two designs are substantially the same, and the resemblance is such as to deceive such an observer, inducing him to purchase one supposing it to be the other.</td>
</tr>
</table>

<table>
<tr><td>

Fig 7 Top View</td><td></td></tr>
<tr><td colspan="2">From the top view, the Accused Product and the design shown in Fig. 7 of the Asserted Patent have substantially the same overall configuration. Both designs have a gently curved lens across the front and temple arms extending rearward at corresponding angles and spacing. The overall width and outward flare of the temple arms produce substantially the same overall ornamental effect . In the eye of an ordinary observer, giving such attention as a purchaser usually gives, the two designs are substantially the same, and the resemblance is such as to deceive such an observer, inducing him to purchase one supposing it to be the other.</td></tr>
</table>

<table>
<tr>
<td><br>FIG. 8<br>Fig 8 Bottom View</td>
<td></td>
</tr>
<tr>
<td colspan="2">From the bottom view, the Accused Product and the design shown in Fig. 8 of the Asserted Patent have substantially the same overall configuration. The corresponding lower lens contours and curvature, visible frame and bridge elements, and alignment and spacing of the temple arms produce substantially the same overall ornamental effect . In the eye of an ordinary observer, giving such attention as a purchaser usually gives, the two designs are substantially the same, and the resemblance is such as to deceive such an observer, inducing him to purchase one supposing it to be the other.</td>
</tr>
</table>