# EXHIBIT 7

| | **Patent Figures** | |
|---|---|---|
| |  FIG. 1<br>Fig 1 Perspective View |  FIG. 3<br>Fig 3 Front View |

| Defendant No | Accused Products Photos | |
|---|---|---|
| 1 (XINGYANGXIXIANG(DioKiw)) (product 1) |  | <br> |

| | | |
|---|---|---|
| 1 (XINGYANGXIXIANG(DioKiw)) (product 2) |  |   |

| | | |
|---|---|---|
| 1 (XINGYANGXIXIANG(DioKiw)) (product 3) |  |  |

| | | |
|---|---|---|
| 1 (XINGYANGXIXIANG(DioKiw)) (product 4) |  |  |

| | | |
|---|---|---|
| 1 (XINGYANGXIXIANG(DioKiw)) (product 5) |  |  |

| | | |
|---|---|---|
| 1 (XINGYANGXIXIANG(DioKiw)) (product 6) |  |  |